**Exhibit B to Joint Pretrial Memorandum**
**(The Defendant's Witness List)**

The Defendant may call the witnesses below at trial. This list is not a commitment that the Defendant will call any particular witness at trial, or a representation that any of the witnesses listed are available or will appear for trial. The Defendant reserves the right to call any witnesses identified below, and to revise this list in light of further rulings by the Court or any other changed circumstances. The Defendant further reserves the right to call one or more additional witnesses for purposes of rebuttal or impeachment, or whose testimony is necessary to establish authenticity or admissibility of any trial exhibit that is challenged by the Litigation Administrator. The Defendant identifies as potential trial witnesses any witnesses identified by the Litigation Administrator.

**Witnesses Expected to Be Presented**

1. Brian Ryniker, c/o Michael S. Fox and Jonathan T. Koevary, 1325 Avenue of the Americas New York, NY 10154, 212-451-2300.

2. Mike Shelton, c/o Michael S. Fox and Jonathan T. Koevary, 1325 Avenue of the Americas, New York, NY 10019, 212-451-2300.

3. Bob Walters, c/o Michael S. Fox and Jonathan T. Koevary, 1325 Avenue of the Americas, New York, NY 10019, 212-451-2300.

4. Katie Pritchard, c/o Michael S. Fox and Jonathan T. Koevary, 1325 Avenue of the Americas, New York, NY 10019, 212-451-2300.

22167899