**Exhibit C to Joint Pretrial Memorandum**
**(The Litigation Administrator's Exhibit List)**

| PX No. | Date | Document Description | Bates Number or Other Cite | Valdese Objections |
|---|---|---|---|---|
| PX-1 | August 25, 2020 | Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 362, 542, 547, 548, 549 and 550, for Damages for Violation of the Automatic Stay Pursuant to 11 U.S.C. § 362 and to Disallow Claims Pursuant to 11 U.S.C. § 502 | Adv. Pro. Dkt. No. 1 | Relevance. Hearsay. |
| PX-2 | November 2018 | November 1, 2018 through November 30, 2018 Wells Fargo Bank Account Statement | RYNIKER-VALDESE_0000007 | Prejudice - Not produced by discovery deadline. Best Evidence Rule. Hearsay. Foundation, including lack of personal knowledge. Relevance. Authentication. |

| **PX No.** | **Date** | **Document Description** | **Bates Number or Other Cite** | **Valdese Objections** |
|---|---|---|---|---|
| PX-3 | December 2018 | December 1, 2018 through December 31, 2018 Wells Fargo Bank Account Statement | RYNIKER-VALDESE_0000020 | Prejudice - Not produced by discovery deadline. Best Evidence Rule. Hearsay. Foundation, including lack of personal knowledge. Relevance. Authentication. |
| PX-4 | February 12, 2019 | Motion for Interim and Final Orders (A) Authorizing the Debtors to (I) Continue to Use their Existing Cash Management System and (Ii) Maintain Existing Bank Accounts, (B) Waiving the Requirements of Section 345(B) of the Bankruptcy Code, and (C) Granting Certain Other Related Relief | Dkt. No. 14 | Relevance |
| PX-5 | April 10, 2019 | Valdese's Proof of Claim Filed in No. 19-71023, Proof of Claim No. 279. | - | |
| PX-6 | April 10, 2019 | Valdese's Proof of Claim Filed in No. 19-71024, Proof of Claim No. 34. | - | |
| PX-7 | April 16, 2019 | Disclosure Statement for Second Amended Plan of Liquidation Proposed by the Debtors | Dkt. No. 241 | Hearsay Relevance |

| PX No. | Date | Document Description | Bates Number or Other Cite | Valdese Objections |
|---|---|---|---|---|
| PX-8 | February 14, 2022 | Post-Confirmation Report | Dkt. No. 499 | Hearsay<br>Relevance |
| PX-9 | May 6, 2019 | Findings of Fact, Conclusions of Law and Order (I) Confirming Third Amended Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and (II) Approving the Sale of Substantially all of the Debtors' Assets | Dkt. No. 303 | Relevance |
| PX-10 | May 9, 2019 | Notice of (I) Entry of an Order Confirming Third Amended Joint Chapter 11 Plan of Liquidation Proposed by the Debtors, (II) Occurrence of Effective Date, (III) Administrative Expense Claim Bar Date, and (IV) Rejection Damages Bar Date | Dkt. No. 310 | Relevance |
| PX-11 | June 28, 2019 | Notice of Appointment of a Litigation Administrator | Dkt. No. 339 | Relevance |
| PX-12 | January 17, 2019 | Emails between Michael Shelton and Lee Silberman | RYNIKER-VALDESE_0000735 | Prejudice - Not produced by discovery deadline.<br>Best Evidence Rule.<br>Hearsay.<br>Foundation, including lack of personal knowledge.<br>Relevance.<br>Authentication. |

| **PX No.** | **Date** | **Document Description** | **Bates Number or Other Cite** | **Valdese Objections** |
|---|---|---|---|---|
| PX-13 | March 4, 2019 | Email between Michael Shelton, Lee Silberman, et al. | RYNIKER-VALDESE_0000723 | Prejudice - Not produced by discovery deadline. Best Evidence Rule. Hearsay. Foundation, including lack of personal knowledge. Relevance. Authentication. |
| PX-14 | March 6, 2019 – April 16, 2019 | Emails between Mark Power and Michael Fox et al. | RYNIKER-VALDESE_0000516 | Prejudice - Not produced by discovery deadline. Best Evidence Rule. Hearsay. Foundation, including lack of personal knowledge. Relevance. Authentication. |

| **PX No.** | **Date** | **Document Description** | **Bates Number or Other Cite** | **Valdese Objections** |
|---|---|---|---|---|
| PX-15 | March 12, 2019 | Emails between Bob Walters, Tim Sunden, etc. | RYNIKER-VALDESE_0000729 RYNIKER-VALDESE_0000731 RYNIKER-VALDESE_0000732 | Prejudice - Not produced by discovery deadline. Best Evidence Rule. Hearsay. Foundation, including lack of personal knowledge. Relevance. Authentication. |
| PX-16 | March 19, 2019 | Emails between Michael Shelton and Lee Silberman et al. | RYNIKER-VALDESE_0000733 | Prejudice - Not produced by discovery deadline. Best Evidence Rule. Hearsay. Foundation, including lack of personal knowledge. Relevance. Authentication. |

| PX No. | Date | Document Description | Bates Number or Other Cite | Valdese Objections |
|---|---|---|---|---|
| PX-17 | April 10, 2019 | Emails between Tim Puopolo and bob Tetreault et al. | RYNIKER-VALDESE_0000269 | Prejudice - Not produced by discovery deadline. Best Evidence Rule. Hearsay. Foundation, including lack of personal knowledge. Relevance. Authentication. |
| PX-18 | February 28, 2019 – April 10, 2019 | Emails between Tim Puopolo and bob Tetreault et al. | RYNIKER-VALDESE_0000259 | Prejudice - Not produced by discovery deadline. Best Evidence Rule. Hearsay. Foundation, including lack of personal knowledge. Relevance. Authentication. |

| PX No. | Date | Document Description | Bates Number or Other Cite | Valdese Objections |
|---|---|---|---|---|
| PX-19 | April 11, 2019 | Emails between Tessie Mucius and Tim Sunden et al. | RYNIKER-VALDESE_0000032 RYNIKER-VALDESE_0000036 | Prejudice - Not produced by discovery deadline. Best Evidence Rule. Hearsay. Foundation, including lack of personal knowledge. Relevance. Authentication. |
| PX-20 | April 11, 2019 | Emails between Tim Sunden and Lee Silberman et al. | RYNIKER-VALDESE_0000499 RYNIKER-VALDESE_0000501 | Prejudice - Not produced by discovery deadline. Best Evidence Rule. Hearsay. Foundation, including lack of personal knowledge. Relevance. Authentication. |

| **PX No.** | **Date** | **Document Description** | **Bates Number or Other Cite** | **Valdese Objections** |
|---|---|---|---|---|
| PX-21 | April 11, 2019 | Emails between Bill Fuchs and Lee Silberman et al. | RYNIKER-VALDESE_0000498 | Prejudice - Not produced by discovery deadline.<br><br>Best Evidence Rule.<br><br>Hearsay.<br><br>Foundation, including lack of personal knowledge.<br><br>Relevance.<br><br>Authentication. |
| PX-22 | April 11, 2019 – April 23, 2019 | Emails between Kathi Caianiello and Robert Tetreault et al. | RYNIKER-VALDESE_0000571<br>RYNIKER-VALDESE_0000577 | Prejudice - Not produced by discovery deadline.<br><br>Best Evidence Rule.<br><br>Hearsay.<br><br>Foundation, including lack of personal knowledge.<br><br>Relevance.<br><br>Authentication. |

| **PX No.** | **Date** | **Document Description** | **Bates Number or Other Cite** | **Valdese Objections** |
|---|---|---|---|---|
| PX-23 | April 24, 2019 | Email between Robert Tetreault and Kathi Caianiello et al. | RYNIKER-VALDESE_0000592 RYNIKER-VALDESE_0000594 | Prejudice - Not produced by discovery deadline. Best Evidence Rule. Hearsay. Foundation, including lack of personal knowledge. Relevance. Authentication. |
| PX-24 | April 25, 2019 | Emails between Robert Tetreault and Tim Sunden et al. | RYNIKER-VALDESE_0000639 | Prejudice - Not produced by discovery deadline. Best Evidence Rule. Hearsay. Foundation, including lack of personal knowledge. Relevance. Authentication. |

| PX No. | Date | Document Description | Bates Number or Other Cite | Valdese Objections |
|---|---|---|---|---|
| PX-25 | April 24, 2019 – April 26, 2019 | Emails between Kristine Snow and Tim Sunden et al. | RYNIKER-VALDESE_0000662 | Prejudice - Not produced by discovery deadline. Best Evidence Rule. Hearsay. Foundation, including lack of personal knowledge. Relevance. Authentication. |
| PX-26 | April 26, 2019 – April 29, 2019 | Emails between Robert Tetreault and Tim Sunden et al. | RYNIKER-VALDESE_0000681 | Prejudice - Not produced by discovery deadline. Best Evidence Rule. Hearsay. Foundation, including lack of personal knowledge. Relevance. Authentication. |

| **PX No.** | **Date** | **Document Description** | **Bates Number or Other Cite** | **Valdese Objections** |
|---|---|---|---|---|
| PX-27 | April 29, 2019 | Emails between Tim Sunden and Robert Tetreault et al. | RYNIKER-VALDESE_0000691 | Prejudice - Not produced by discovery deadline.<br><br>Best Evidence Rule.<br><br>Hearsay.<br><br>Foundation, including lack of personal knowledge.<br><br>Relevance.<br><br>Authentication. |
| PX-28 | April 29, 2019 | Emails between Kristine Snow and Tim Sunden et al. | RYNIKER-VALDESE_0000713<br>RYNIKER-VALDESE_0000714 | Prejudice - Not produced by discovery deadline.<br><br>Best Evidence Rule.<br><br>Hearsay.<br><br>Foundation, including lack of personal knowledge.<br><br>Relevance.<br><br>Authentication. |

| PX No. | Date | Document Description | Bates Number or Other Cite | Valdese Objections |
|---|---|---|---|---|
| PX-29 | April 29, 2019 – April 30, 2019 | Emails between Robert Tetreault and Kristine Snow et al. | RYNIKER-VALDESE_0000720 | Prejudice - Not produced by discovery deadline. Best Evidence Rule. Hearsay. Foundation, including lack of personal knowledge. Relevance. Authentication. |
| PX-30 | February 22, 2019 | Reclamation Demand Letter | DX-1 | |

22168419