## Exhibit D to Joint Pretrial Memorandum
**(The Defendant's Exhibit List)**

| **Def's No.** | **Document Description** | **Plaintiff's Objections** |
|---|---|---|
| DEF'S 1 | February 22, 2029 Reclamation Demand Letter with Exhibits | Best Evidence Rule. Hearsay. Foundation, including lack of personal knowledge. |
| DEF'S 2 | Invoice/Bill of Lading Detail Printed February 10, 2021 | Best Evidence Rule. Hearsay. Foundation, including lack of personal knowledge. Relevance. Authentication. |
| DEF'S 3 | Balance of Yellow, Purple, Green and Orange Bills of Lading | Best Evidence Rule. Hearsay. Foundation, including lack of personal knowledge. Relevance. Authentication. |
| DEF'S 4 | Blue Bills of Lading | Best Evidence Rule. Hearsay. Foundation, including lack of personal knowledge. Relevance. Authentication. |
| DEF'S 5 | POD Packet A-Green | Best Evidence Rule. Hearsay. Foundation, including lack of personal knowledge. Relevance. Authentication. |

| **Def's No.** | **Document Description** | **Plaintiff's Objections** |
|---|---|---|
| DEF'S 6 | POD Packet B-Green | Best Evidence Rule. Hearsay. Foundation, including lack of personal knowledge. Relevance. Authentication. |
| DEF'S 7 | POD Packet C-Green | Best Evidence Rule. Hearsay. Foundation, including lack of personal knowledge. Relevance. Authentication. |
| DEF'S 8 | POD Packet D-Green | Best Evidence Rule. Hearsay. Foundation, including lack of personal knowledge. Relevance. Authentication. |
| DEF'S 9 | POD Packet E-Green | Best Evidence Rule. Hearsay. Foundation, including lack of personal knowledge. Relevance. Authentication. |
| DEF'S 10 | POD Packet F-Green | Best Evidence Rule. Hearsay. Foundation, including lack of personal knowledge. Relevance. Authentication. |

| **Def's No.** | **Document Description** | **Plaintiff's Objections** |
|---|---|---|
| DEF'S 11 | POD Packet G-Green | Best Evidence Rule. |
| | | Hearsay. |
| | | Foundation, including lack of personal knowledge. |
| | | Relevance. |
| | | Authentication. |
| DEF'S 12 | POD Packet H-Green | Best Evidence Rule. |
| | | Hearsay. |
| | | Foundation, including lack of personal knowledge. |
| | | Relevance. |
| | | Authentication. |
| DEF'S 13 | POD Packet I-Green | Best Evidence Rule. |
| | | Hearsay. |
| | | Foundation, including lack of personal knowledge. |
| | | Relevance. |
| | | Authentication. |
| DEF'S 14 | List of 90 Day Payments Part 1 | Best Evidence Rule. |
| | | Hearsay. |
| | | Foundation, including lack of personal knowledge. |
| | | Relevance. |
| | | Authentication. |
| DEF'S 15 | List of 90 Day Payments Part 2 | Best Evidence Rule. |
| | | Hearsay. |
| | | Foundation, including lack of personal knowledge. |
| | | Relevance. |
| | | Authentication. |

| **Def's No.** | **Document Description** | **Plaintiff's Objections** |
|---|---|---|
| DEF'S 16 | Invoices 2-12-2019 to 5-11-2019 1 | Best Evidence Rule.<br>Hearsay.<br>Foundation, including lack of personal knowledge.<br>Relevance.<br>Authentication. |
| DEF'S 17 | Invoices 2-12-2019 to 5-11-2019 2 | Best Evidence Rule.<br>Hearsay.<br>Foundation, including lack of personal knowledge.<br>Relevance.<br>Authentication. |
| DEF'S 18 | Postpetition Activity Part 1 | Best Evidence Rule.<br>Hearsay.<br>Foundation, including lack of personal knowledge.<br>Relevance.<br>Authentication. |
| DEF'S 19 | Invoices listing attached to 4/26/21 email | Best Evidence Rule.<br>Hearsay.<br>Foundation, including lack of personal knowledge.<br>Relevance.<br>Authentication. |
| DEF'S 20 | Postpetition Activity Part 2 | Best Evidence Rule.<br>Hearsay.<br>Foundation, including lack of personal knowledge.<br>Relevance.<br>Authentication. |

22395957