**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------- X
                                                         :    Chapter 11
                                                         :
                                                         :    Case No. 19-71020 (REG)
IN RE:                                                   :    Case No. 19-71022 (REG)
                                                         :    Case No. 19-71023 (REG)
DÉCOR HOLDINGS, INC., *et. al.*,[1]                      :    Case No. 19-71024 (REG)
                                                         :    Case No. 19-71025 (REG)
            Post-Confirmation Debtors.                   :
                                                         :    (Substantively Consolidated)
                                                         :
                                                         :    Hon. Robert E. Grossman
-------------------------------------------------------- X
BRYAN RYNIKER, IN HIS CAPACITY AS                        :
LITIGATION ADMINISTRATOR OF THE                          :
POST-CONFIRMATION ESTATES OF                             :
DÉCOR HOLDINGS, INC., *et al.*,                          :
                                                         :
            Plaintiff,                                   :
                                                         :    Adv. Pro. No. 20-08140 (REG)
            v.                                           :
                                                         :
VALDESE WEAVERS, LLC,                                    :
                                                         :
            Defendant.                                   :
-------------------------------------------------------- X


### DECLARATION OF MICHAEL S. FOX IN SUPPORT OF
### DEFENDANT'S OMNIBUS OPPOSITION
### TO LITIGATION ADMINISTRATOR'S MOTIONS *IN LIMINE* NOS. 1 THROUGH 3


MICHAEL S. FOX hereby declares pursuant to 28 U.S.C. § 1746:

1.      I am a Partner at the firm Olshan Frome Wolosky LLP ("Olshan"), counsel to

Valdese Weavers, LLC ("Valdese" or "Defendant").

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Décor Holdings, Inc. (4174); Décor Intermediate Holdings LLC (5414); RAD Liquidation Inc. (f/k/a The Robert Allen Duralee Group, Inc.) (8435); RAD Liquidation LLC (f/k/a The Robert Allen Duralee Group, LLC) (1798); and RADF LLC (f/k/a The Robert Allen Duralee Group Furniture, LLC) (2835).

6617622-1

2.      I have read the Litigation Administrator's Motion *In Limine* No. 2 to Bar Defendant from Introducing Summary Charts ("Motion No. 2") [Dkt. No. 19] ("Motion No. 2").[2]

3.      Motion No. 2 falsely claims that "Defendant has only produced 5 invoices from a single Summary Chart (Def's 1) [and that] Defendant has failed to produce a single invoice from any of its other Summary Charts." Motion No. 2 ¶¶ 9-10.

4.      In fact, on April 25, 2022 I emailed invoices for each order that corresponds to Defendant's new value defense which is itemized as its reclamation claim in Def's Ex 1 to Mr. Carroll as counsel for the Plaintiff. Attached as Schedule 1 hereto is a copy of the email including all attachments provided. Those invoices further support 100% of the orders listed in Def's Ex 2 (i.e., list of bills of lading for goods shipped directly from Valdese).

5.      In addition, I first sent each of the below exhibits by email to Plaintiff's counsel on the dates indicated in Table 1 below.

Table 1 - Summary of Defense Exhibits

| Def's Exhibit No. | Title | Description | Date First Produced |
|---|---|---|---|
| 1 | Reclamation Demand | February 2019 Demand With Summary Schedule of New Value Including Invoice Numbers and Dates of Delivery (Direct and Krypton) | October 2, 2020 |
| 2 | Invoice BOL Listing | Detailed Summary Schedule of Bills of Lading, Invoices, Value, Quantity, Purchase Order Number (Direct Shipped) | February 11, 2021 |

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in Motion No. 2.

6617622-1

| 3 | POD Packet 4 28 21 (Balance of Yellow, Purple, Green and Orange POSDs) | Bills of Lading Invoices/Packing Slips (Krypton Shipments) (Corresponding to Shipment) | April 29, 2021 |
|---|---|---|---|
| 4 | POD Packet 4 28 21 (Blue) | Bills of Ladings Corresponding to Def's 4 | April 29, 2021 |
| 5 | POD Packet A | Bill of Ladings Corresponding to Def's 2 | February 11, 2021 |
| 6 | POD Packet B | Bill of Ladings Corresponding to Def's 2 | February 11, 2021 |
| 7 | POD Packet C | Bill of Ladings Corresponding to Def's 2 | February 11, 2021 |
| 8 | POD Packet D | Bill of Ladings Corresponding to Def's 2 | February 11, 2021 |
| 9 | POD Packet E | Bill of Ladings Corresponding to Def's 2 | February 11, 2021 |
| 10 | POD Packet F | Bill of Ladings Corresponding to Def's 2 | February 11, 2021 |
| 11 | POD Packet G | Bill of Ladings Corresponding to Def's 2 | February 11, 2021 |
| 12 | POD Packet H | Bill of Ladings Corresponding to Def's 2 | February 11, 2021 |
| 13 | POD Packet I | Bill of Ladings Corresponding to Def's 2 | February 11, 2021 |
| 14 | RAD 90 day payments with invoices | Schedule of Payments and Invoices with Terms and History of Payments | October 2, 2020 |
| 15 | RAD 90 day payments with invoices2 | Schedule of Payments and Invoices with Terms and History of Payments (Preference Period) | October 2, 2020 |
| 16 | RAD 90 day invoices 2-12-19 to 5-11-19 (2) | Chart of Postpetition Shipments | April 29, 2021 |
| 17 | RAD 90 day invoices 2-12-19 to 5-11-19 | Goods ordered and on hand at time of Petition Date | April 29, 2021 |

6617622-1

| 18 | RAD post 3.26.19 (2) | New orders as of Petition Date. | April 29, 2021 |
|----|----------------------|--------------------------------|----------------|
| 19 | RADG Invoice listing 4 26 21 | Detailed Summary Schedule of Bills of Lading, Invoices, Value, Quantity, Purchase Order Number (Krypton Shipped) | April 29, 2021 |
| 20 | Rad post 3-26-19 | Postpetition shipments. | April 29, 2021 |

6.      On no less than five occasions I emailed Plaintiff asking him what information, if any they still needed to review and what document they could produce.  Most of these received no response.

7.       I declare under penalty of perjury that the foregoing is true and correct.


Dated: New York, New York
          July 21, 2022


                                        By:    /s/ Michael S. Fox
                                               Michael S. Fox

6617622-1

# **SCHEDULE 1**

Decor Holdings, Inc. - Valdese Weavers E-Mail

| Attachments: | Reclamation Detail by invoice $474,058.46.xlsx |
|---|---|
| | RADG Batch 6 Invoices.pdf |
| | RADG Batch 5 Invoices.pdf |
| | RADG Batch 7 Invoices.pdf |
| | RADG Batch 4 Invoices.pdf |
| | RADG Batch 2 Invoices.pdf |
| | RADG Batch 1 Invoices.pdf |
| | RADG Batch 3 Invoices.pdf |

---

**From:** Fox, Michael S.
**Sent:** Monday, April 25, 2022 11:19 AM
**To:** Schuyler G. Carroll <scarroll@loeb.com>; 'Noah Weingarten' <nweingarten@loeb.com>
**Cc:** Koevary, Jonathan T. <JKoevary@olshanlaw.com>
**Subject:** : Decor Holdings, Inc. - Valdese Weavers

Noah

Hopefully Judge Grossman will enter the Final PTC.

In case you want to review these, attached are copies of all the invoices (in batches) which make up the $474K reclamation claim that support my the documents that have already been supplied to you (BOL's and POD's).   You can send them to your Financial Advisor.

We can fight and litigate, but there really should be no need to with regard to the preference side.    Not sure why you intend to object to testimony concerning delivery of the goods, that seems strange (Judge Grossman also found that odd).

What I also don't understand at all is your claim that the good were not sold by RAD in the ordinary course of business.

Without regard to the ordinary course defense, we have established that the reclamation claim exceed the preferences.  But we will also establish that the goods were all paid for within a very small range.

So what facts can we agree on?

Payments, yes.

Reclamation Goods (you do not dispute receipt, but dispute value?)

On post-petition.  What facts exactly are you going to say that payments were made on account of.  Do you have the invoices?

We really want to get a head start on D and narrow F through I, so let us know if you want to discuss this.

# **ATTACHMENT**

RADG Batch 1 Invoices

# V A L D E S E
# W E A V E R S

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                      Page 1 of    3

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE
**Invoice Number/Date**
91687293 / 12/17/2018
**Account Number**  850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C023091-01110115 520131 | | 11021389-000110 | 28.375 YD | 15.47 | 438.96 USD |
| FINISH: BACKED & ECOSET  WASHED | | | | | |
| RAVILLE-TOMATO      CUSTOMER ORDER 1462867SBF | | | | | |
| BOL# 0000666250 Track# 533008425 | | | | | |
| F-C023091-01110115 520131 | | 11021389-000120 | 28.125 YD | 15.47 | 435.09 USD |
| FINISH: BACKED & ECOSET  WASHED | | | | | |
| RAVILLE-TOMATO      CUSTOMER ORDER 1462867SBF | | | | | |
| BOL# 0000666250 Track# 533008425 | | | | | |
| F-C024946-01200004 520138 | | 11021389-000160 | 54.375 YD | 16.44 | 893.93 USD |
| FINISH: BACKED & ECOSET WASHED | | | | | |
| F-C024946-AZURE      CUSTOMER ORDER 1462867SBF | | | | | |
| BOL# 0000666250 Track# 533008425 | | | | | |
| F-C023091-01110115 520131 | | 11021391-000120 | 30.000 YD | 15.47 | 464.10 USD |
| FINISH: BACKED & ECOSET  WASHED | | | | | |
| RAVILLE-TOMATO      CUSTOMER ORDER 1462867SBF | | | | | |
| BOL# 0000666250 Track# 533008425 | | | | | |
| F-C023091-01110115 520131 | | 11021391-000130 | 26.000 YD | 15.47 | 402.22 USD |
| FINISH: BACKED & ECOSET  WASHED | | | | | |
| RAVILLE-TOMATO      CUSTOMER ORDER 1462867SBF | | | | | |
| BOL# 0000666250 Track# 533008425 | | | | | |
| F-C023091-01110115 520131 | | 11021391-000140 | 56.000 YD | 15.47 | 866.32 USD |
| FINISH: BACKED & ECOSET  WASHED | | | | | |
| RAVILLE-TOMATO      CUSTOMER ORDER 1462867SBF | | | | | |
| BOL# 0000666250 Track# 533008425 | | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due      :      7,082.58 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 2 of    3

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

| | |
|---|---|
| **INVOICE** | |
| **Invoice Number/Date** | |
| 91687293 / 12/17/2018 | |
| **Account Number**    850 | |
| **Salesperson**  NMN Fabrics, Inc. | |
| apgroup@tradgroup.com | |

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C024946-01200004 520138 | | 11021391-000280 | 57.375 YD | 16.44 | 943.25 USD |
| FINISH: BACKED & ECOSET WASHED | | | | | |
| F-C024946-AZURE     CUSTOMER ORDER 1462867SBF | | | | | |
|      BOL# 0000666250 Track# 533008425 | | | | | |
| F-C024946-01200004 520138 | | 11021391-000290 | 57.750 YD | 16.44 | 949.41 USD |
| FINISH: BACKED & ECOSET WASHED | | | | | |
| F-C024946-AZURE     CUSTOMER ORDER 1462867SBF | | | | | |
|      BOL# 0000666250 Track# 533008425 | | | | | |
| F-C024946-01200004 520138 | | 11021391-000300 | 53.000 YD | 16.44 | 871.32 USD |
| FINISH: BACKED & ECOSET WASHED | | | | | |
| F-C024946-AZURE     CUSTOMER ORDER 1462867SBF | | | | | |
|      BOL# 0000666250 Track# 533008425 | | | | | |
| F-C023091-01110115 520131 | | 11021391-000520 | 23.625 YD | 15.47 | 365.48 USD |
| FINISH: BACKED & ECOSET  WASHED | | | | | |
| RAVILLE-TOMATO     CUSTOMER ORDER 1462867SBF | | | | | |
|      BOL# 0000666250 Track# 533008425 | | | | | |
| F-C023091-01110115 520131 | | 11021391-000670 | 29.250 YD | 15.47 | 452.50 USD |
| FINISH: BACKED & ECOSET  WASHED | | | | | |
| RAVILLE-TOMATO     CUSTOMER ORDER 1462867SBF | | | | | |
|      BOL# 0000666250 Track# 533008425 | | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :      7,082.58 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 3 of    3

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

| INVOICE | |
|---|---|
| **Invoice Number/Date** | |
| 91687293 / 12/17/2018 | |
| **Account Number**    850 | |
| **Salesperson**  NMN Fabrics, Inc. | |
| apgroup@tradgroup.com | |

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat | |
|---|---|---|---|---|---|
| F-C023091-01110115 | 520131 | 7 | 221.375 YD | 3,424.67 | USD |
| F-C024946-01200004 | 520138 | 4 | 222.500 YD | 3,657.91 | USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 7,082.58 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 7,082.58 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    4

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687294 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0244418-01120039 520047 | | 11021362-000320 | 50.000 YD | 16.44 | 822.00 USD |
| FINISH: BACKED | | | | | |
| RUANA-TOMATO        CUSTOMER ORDER 1462838SBF | | | | | |
|          BOL# 0000666250 Track# 533008425 | | | | | |
| F-0243670-01140037 520023 | | 11021362-000360 | 26.000 YD | 13.53 | 351.78 USD |
| FINISH: BACKED & ECOSET  WASHED | | | | | |
| UPTOWN FUNK-AZURE  CUSTOMER ORDER 1462838SBF | | | | | |
|          BOL# 0000666250 Track# 533008425 | | | | | |
| F-0243670-01140037 520023 | | 11021362-000430 | 24.000 YD | 13.53 | 324.72 USD |
| FINISH: BACKED & ECOSET  WASHED | | | | | |
| UPTOWN FUNK-AZURE  CUSTOMER ORDER 1462838SBF | | | | | |
|          BOL# 0000666250 Track# 533008425 | | | | | |
| F-0244418-01120039 520047 | | 11021371-000790 | 33.000 YD | 16.44 | 542.52 USD |
| FINISH: BACKED | | | | | |
| RUANA-TOMATO        CUSTOMER ORDER 1462838SBF | | | | | |
|          BOL# 0000666250 Track# 533008425 | | | | | |
| F-0244418-01120039 520047 | | 11021371-000800 | 32.875 YD | 16.44 | 540.46 USD |
| FINISH: BACKED | | | | | |
| RUANA-TOMATO        CUSTOMER ORDER 1462838SBF | | | | | |
|          BOL# 0000666250 Track# 533008425 | | | | | |
| F-0244418-01120039 520047 | | 11021371-000810 | 28.625 YD | 16.44 | 470.59 USD |
| FINISH: BACKED | | | | | |
| RUANA-TOMATO        CUSTOMER ORDER 1462838SBF | | | | | |
|          BOL# 0000666250 Track# 533008425 | | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.     **Total Due    :    9,586.53 USD**

Fabrics covered by this invoice are intended only for outer coverings for furniture.

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 2 of    4

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

| INVOICE | |
|---|---|
| **Invoice Number/Date** | |
| 91687294 / 12/17/2018 | |
| **Account Number**    850 | |
| **Salesperson**  NMN Fabrics, Inc. | |
| apgroup@tradgroup.com | |

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362, DALLAS, TX 75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0244418-01120039  520047 | | 11021371-000820 | 33.000 YD | 16.44 | 542.52 USD |
| FINISH: BACKED | | | | | |
| RUANA-TOMATO        CUSTOMER ORDER 1462838SBF | | | | | |
|     BOL# 0000666250 Track# 533008425 | | | | | |
| F-0244418-01120039  520047 | | 11021371-000830 | 34.500 YD | 16.44 | 567.18 USD |
| FINISH: BACKED | | | | | |
| RUANA-TOMATO        CUSTOMER ORDER 1462838SBF | | | | | |
|     BOL# 0000666250 Track# 533008425 | | | | | |
| F-0244418-01120039  520047 | | 11021371-000840 | 30.625 YD | 16.44 | 503.47 USD |
| FINISH: BACKED | | | | | |
| RUANA-TOMATO        CUSTOMER ORDER 1462838SBF | | | | | |
|     BOL# 0000666250 Track# 533008425 | | | | | |
| F-0244418-01120039  520047 | | 11021371-000850 | 35.125 YD | 16.44 | 577.46 USD |
| FINISH: BACKED | | | | | |
| RUANA-TOMATO        CUSTOMER ORDER 1462838SBF | | | | | |
|     BOL# 0000666250 Track# 533008425 | | | | | |
| F-0244418-01120039  520047 | | 11021371-000860 | 30.000 YD | 16.44 | 493.20 USD |
| FINISH: BACKED | | | | | |
| RUANA-TOMATO        CUSTOMER ORDER 1462838SBF | | | | | |
|     BOL# 0000666250 Track# 533008425 | | | | | |
| F-0244418-01120039  520047 | | 11021371-000870 | 22.625 YD | 16.44 | 371.95 USD |
| FINISH: BACKED | | | | | |
| RUANA-TOMATO        CUSTOMER ORDER 1462838SBF | | | | | |
|     BOL# 0000666250 Track# 533008425 | | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    9,586.53 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 3 of    4

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687294 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0244418-01120039  520047 | | 11021371-000880 | 35.250 YD | 16.44 | 579.51 USD |
| FINISH: BACKED | | | | | |
| RUANA-TOMATO | CUSTOMER ORDER 1462838SBF | | | | |
| BOL# 0000666250 Track# 533008425 | | | | | |
| F-0244418-01120039  520047 | | 11021371-000890 | 35.000 YD | 16.44 | 575.40 USD |
| FINISH: BACKED | | | | | |
| RUANA-TOMATO | CUSTOMER ORDER 1462838SBF | | | | |
| BOL# 0000666250 Track# 533008425 | | | | | |
| F-0243670-01140037  520023 | | 11021371-001020 | 32.250 YD | 13.53 | 436.34 USD |
| FINISH: BACKED & ECOSET  WASHED | | | | | |
| UPTOWN FUNK-AZURE  CUSTOMER ORDER 1462838SBF | | | | | |
| BOL# 0000666250 Track# 533008425 | | | | | |
| F-0243670-01140037  520023 | | 11021371-001030 | 37.750 YD | 13.53 | 510.75 USD |
| FINISH: BACKED & ECOSET  WASHED | | | | | |
| UPTOWN FUNK-AZURE  CUSTOMER ORDER 1462838SBF | | | | | |
| BOL# 0000666250 Track# 533008425 | | | | | |
| F-0243670-01140037  520023 | | 11021371-001040 | 36.000 YD | 13.53 | 487.08 USD |
| FINISH: BACKED & ECOSET  WASHED | | | | | |
| UPTOWN FUNK-AZURE  CUSTOMER ORDER 1462838SBF | | | | | |
| BOL# 0000666250 Track# 533008425 | | | | | |
| F-0243670-01140037  520023 | | 11021371-001050 | 32.625 YD | 13.53 | 441.42 USD |
| FINISH: BACKED & ECOSET  WASHED | | | | | |
| UPTOWN FUNK-AZURE  CUSTOMER ORDER 1462838SBF | | | | | |
| BOL# 0000666250 Track# 533008425 | | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    9,586.53 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                     Page 4 of    4

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687294 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0243670-01140037 520023 | | 11021371-001060 | 33.125 YD | 13.53 | 448.18 USD |
| FINISH: BACKED & ECOSET  WASHED | | | | | |
| UPTOWN FUNK-AZURE   CUSTOMER ORDER 1462838SBF | | | | | |
| BOL# 0000666250 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0243670-01140037 | 520023 | 7 | 221.750 YD | 3,000.27   USD |
| F-0244418-01120039 | 520047 | 12 | 400.625 YD | 6,586.26   USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 9,586.53 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 9,586.53 USD |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687295 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| R-0110986-906        246204 | | 11029365-000050 | 24.000 YD | 16.45 | 394.80 USD |
| FINISH: BACKED & CORDED | | | | | |
| HONEYCOMB-LIGHT GRANITE CUSTOMER ORDER 1466555 | | | | | |
|        BOL# 0000666251 Track# 533008425 | | | | | |
| R-0110986-906        246204 | | 11029365-000060 | 25.625 YD | 16.45 | 421.53 USD |
| FINISH: BACKED & CORDED | | | | | |
| HONEYCOMB-LIGHT GRANITE CUSTOMER ORDER 1466555 | | | | | |
|        BOL# 0000666251 Track# 533008425 | | | | | |
| R-0110986-906        246204 | | 11029365-000070 | 24.000 YD | 16.45 | 394.80 USD |
| FINISH: BACKED & CORDED | | | | | |
| HONEYCOMB-LIGHT GRANITE CUSTOMER ORDER 1466555 | | | | | |
|        BOL# 0000666251 Track# 533008425 | | | | | |
| R-0110986-906        246204 | | 11029365-000080 | 26.000 YD | 16.45 | 427.70 USD |
| FINISH: BACKED & CORDED | | | | | |
| HONEYCOMB-LIGHT GRANITE CUSTOMER ORDER 1466555 | | | | | |
|        BOL# 0000666251 Track# 533008425 | | | | | |
| R-0110986-906        246204 | | 11029365-000090 | 20.000 YD | 16.45 | 329.00 USD |
| FINISH: BACKED & CORDED | | | | | |
| HONEYCOMB-LIGHT GRANITE CUSTOMER ORDER 1466555 | | | | | |
|        BOL# 0000666251 Track# 533008425 | | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    1,967.83 USD**

## VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com          Page 2 of    2

## INVOICE

**Invoice Number/Date**
91687295 / 12/17/2018
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| R-0110986-906 | 246204 | 5 | 119.625 YD | 1,967.83  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,967.83 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,967.83 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687296 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0178355-02150081  241140 | | 11038083-000050 | 48.500 YD | 12.60 | 611.10 USD |
| FINISH: SR EASE & BIANCALANI | | | | | |
| DERRINGTON-PARROT BLUE   CUSTOMER ORDER 1470101 | | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0178355-02150081 | 241140 | 1 | 48.500 YD | 611.10  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 611.10 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 611.10 USD |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

### INVOICE

**Invoice Number/Date**
91687297 / 12/17/2018
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45466-132-CRH    245470<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-MOCHA   CUSTOMER ORDER 1471277<br>    BOL# 0000666251 Track# 533008425 | | 11041001-000240 | 41.000 YD | 11.30 | 463.30 USD |
| I-45466-132-CRH    245470<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-MOCHA   CUSTOMER ORDER 1471277<br>    BOL# 0000666251 Track# 533008425 | | 11041001-000250 | 42.000 YD | 11.30 | 474.60 USD |
| I-45466-132-CRH    245470<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-MOCHA   CUSTOMER ORDER 1471277<br>    BOL# 0000666251 Track# 533008425 | | 11041001-000260 | 42.000 YD | 11.30 | 474.60 USD |
| I-45466-129-CRH    245466<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-NEW AQUA     CUSTOMER ORDER 1471277<br>    BOL# 0000666251 Track# 533008425 | | 11041001-000350 | 42.000 YD | 11.30 | 474.60 USD |
| I-45466-129-CRH    245466<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-NEW AQUA     CUSTOMER ORDER 1471277<br>    BOL# 0000666251 Track# 533008425 | | 11041001-000360 | 42.000 YD | 11.30 | 474.60 USD |
| I-45466-129-CRH    245466<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-NEW AQUA     CUSTOMER ORDER 1471277<br>    BOL# 0000666251 Track# 533008425 | | 11041001-000370 | 42.000 YD | 11.30 | 474.60 USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    3,299.60 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    **Page 2 of    2**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

| INVOICE |
|---|
| **Invoice Number/Date** |
| 91687297 / 12/17/2018 |
| **Account Number**    850 |
| **Salesperson**  NMN Fabrics, Inc. |
| apgroup@tradgroup.com |

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45466-129-CRH    245466 | | 11041001-000380 | 41.000 YD | 11.30 | 463.30 USD |

FINISH: BACKED IMPORT, CRYPTON HOME
CRHOM HENRY-NEW AQUA    CUSTOMER ORDER 1471277
       BOL# 0000666251 Track# 533008425

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| I-45466-129-CRH | 245466 | 4 | 167.000 YD | 1,887.10   USD |
| I-45466-132-CRH | 245470 | 3 | 125.000 YD | 1,412.50   USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **3,299.60 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **3,299.60 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com          **Page 1 of    1**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687298 / 12/17/2018
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45466-104-CRH    245486 | | 11034850-000080 | 40.000 YD | 11.30 | 452.00 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM HENRY-NORMANDY     CUSTOMER ORDER 1468742 | | | | | |
|      BOL# 0000666251 Track# 533008425 | | | | | |
| I-45466-104-CRH    245486 | | 11034850-000090 | 42.000 YD | 11.30 | 474.60 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM HENRY-NORMANDY     CUSTOMER ORDER 1468742 | | | | | |
|      BOL# 0000666251 Track# 533008425 | | | | | |
| I-45466-104-CRH    245486 | | 11034850-000100 | 42.000 YD | 11.30 | 474.60 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM HENRY-NORMANDY     CUSTOMER ORDER 1468742 | | | | | |
|      BOL# 0000666251 Track# 533008425 | | | | | |
| I-45466-104-CRH    245486 | | 11034850-000110 | 40.000 YD | 11.30 | 452.00 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM HENRY-NORMANDY     CUSTOMER ORDER 1468742 | | | | | |
|      BOL# 0000666251 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| I-45466-104-CRH    245486 | | 4 | 164.000 YD | 1,853.20  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,853.20 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,853.20 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687299 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0186138-01120056 198635 FINISH: SR EASE | CUSTOMER ORDER 1472024 BOL# 0000666251 Track# 533008425 | 11042459-000050 | 28.000 YD | 12.75 | 357.00 USD |
| F-0186138-01120056 198635 FINISH: SR EASE | CUSTOMER ORDER 1472024 BOL# 0000666251 Track# 533008425 | 11042459-000060 | 28.000 YD | 12.75 | 357.00 USD |
| F-0186138-01120056 198635 FINISH: SR EASE | CUSTOMER ORDER 1472024 BOL# 0000666251 Track# 533008425 | 11042459-000070 | 29.000 YD | 12.75 | 369.75 USD |
| F-0186138-01120056 198635 FINISH: SR EASE | CUSTOMER ORDER 1472024 BOL# 0000666251 Track# 533008425 | 11042459-000080 | 26.500 YD | 12.75 | 337.88 USD |
| F-0193772-01110018 225038 FINISH: BIANCALANI | CUSTOMER ORDER 1472024 BOL# 0000666251 Track# 533008425 | 11042459-000100 | 25.875 YD | 17.95 | 464.46 USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due     :     1,886.09 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    **Page 2 of    2**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687299 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat | |
|---|---|---|---|---|---|
| F-0186138-01120056 | 198635 | 4 | 111.500 YD | 1,421.63 | USD |
| F-0193772-01110018 | 225038 | 1 | 25.875 YD | 464.46 | USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | **:** | **1,886.09 USD** |
| **Freight** | **:** | **0.00 USD** |
| **Total Due** | **:** | **1,886.09 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687300 / 12/17/2018
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C018407-01110005 250801 | | 11040847-000040 | 26.000 YD | 11.30 | 293.80 USD |
| FINISH: SCOUR/HEATSET | | | | | |
| PLOROS-CREAM       CUSTOMER ORDER 1471183 | | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |
| F-C018407-01110005 250801 | | 11040847-000050 | 25.000 YD | 11.30 | 282.50 USD |
| FINISH: SCOUR/HEATSET | | | | | |
| PLOROS-CREAM       CUSTOMER ORDER 1471183 | | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |
| F-C018407-01110005 250801 | | 11040847-000060 | 26.000 YD | 11.30 | 293.80 USD |
| FINISH: SCOUR/HEATSET | | | | | |
| PLOROS-CREAM       CUSTOMER ORDER 1471183 | | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |
| F-C018407-01110005 250801 | | 11040847-000070 | 28.250 YD | 11.30 | 319.23 USD |
| FINISH: SCOUR/HEATSET | | | | | |
| PLOROS-CREAM       CUSTOMER ORDER 1471183 | | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |
| F-C023892-01130056 513696 | | 11040847-000100 | 32.000 YD | 17.95 | 574.40 USD |
| FINISH: CRYPTON HOME, BACKED, ECOSET WASHED | | | | | |
| CRHOM F-C023892-SANDSTONE     CUSTOMER ORDER 1471183 | | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |
| F-C023892-01130056 513696 | | 11040847-000110 | 29.625 YD | 17.95 | 531.77 USD |
| FINISH: CRYPTON HOME, BACKED, ECOSET WASHED | | | | | |
| CRHOM F-C023892-SANDSTONE     CUSTOMER ORDER 1471183 | | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    3,325.38 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 2 of   2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**INVOICE**

**Invoice Number/Date**
91687300 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C023892-01130056 513696 | | 11040847-000120 | 27.000 YD | 17.95 | 484.65 USD |
| FINISH: CRYPTON HOME, BACKED, ECOSET WASHED | | | | | |
| CRHOM F-C023892-SANDSTONE    CUSTOMER ORDER 1471183 | | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |
| F-C023892-01130056 513696 | | 11040847-000130 | 30.375 YD | 17.95 | 545.23 USD |
| FINISH: CRYPTON HOME, BACKED, ECOSET WASHED | | | | | |
| CRHOM F-C023892-SANDSTONE    CUSTOMER ORDER 1471183 | | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C018407-01110005 | 250801 | 4 | 105.250 YD | 1,189.33   USD |
| F-C023892-01130056 | 513696 | 4 | 119.000 YD | 2,136.05   USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 3,325.38 USD |
|---|---|---|
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 3,325.38 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    **Page 1 of    1**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687301 / 12/17/2018
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-W007088-06100001 | 221804 | 11036283-000020 | 28.000 YD | 20.00 | 560.00 USD |
| FINISH: ECO WASHED | | | | | |
| | CUSTOMER ORDER 1469373 | | | | |
| | BOL# 0000666251 Track# 533008425 | | | | |
| F-W007088-06100001 | 221804 | 11036283-000030 | 27.000 YD | 20.00 | 540.00 USD |
| FINISH: ECO WASHED | | | | | |
| | CUSTOMER ORDER 1469373 | | | | |
| | BOL# 0000666251 Track# 533008425 | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-W007088-06100001 | 221804 | 2 | 55.000 YD | 1,100.00  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,100.00 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,100.00 USD** |

**VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY**



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com

Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687302 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-W007088-06100001 | 221804 | 11036024-000040 | 26.875 YD | 20.00 | 537.50 USD |
| FINISH: ECO WASHED | | | | | |
| | CUSTOMER ORDER 1469289 | | | | |
| | BOL# 0000666251 Track# 533008425 | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-W007088-06100001 | 221804 | 1 | 26.875 YD | 537.50  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 537.50 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 537.50 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    **Page 1 of    1**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687303 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C014233-01140261 256329 | | 11041719-000020 | 56.250 YD | 18.50 | 1,040.62 USD |
| FINISH: LISSE SCOURED & HEATSET | | | | | |
| ATTICA-BLUSH | CUSTOMER ORDER 1471673 | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C014233-01140261 | 256329 | 1 | 56.250 YD | 1,040.62  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,040.62 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,040.62 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687304 / 12/17/2018
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0215473-01110086  246970 | | 11040756-000040 | 27.125 YD | 17.50 | 474.69 USD |
| FINISH: BACKED & ECO WASHED | | | | | |
| | CUSTOMER ORDER 1471127 | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |
| F-0215473-01110086  246970 | | 11040756-000050 | 26.750 YD | 17.50 | 468.12 USD |
| FINISH: BACKED & ECO WASHED | | | | | |
| | CUSTOMER ORDER 1471127 | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0215473-01110086 | 246970 | 2 | 53.875 YD | 942.81  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 942.81 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 942.81 USD |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687305 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0186138-01110223 241104<br>FINISH: SR EASE<br>F-0186138-CORAL      CUSTOMER ORDER 1470278<br>     BOL# 0000666251 Track# 533008425 | | 11038419-000030 | 29.000 YD | 12.75 | 369.75 USD |
| F-0186138-01110223 241104<br>FINISH: SR EASE<br>F-0186138-CORAL      CUSTOMER ORDER 1470278<br>     BOL# 0000666251 Track# 533008425 | | 11038419-000040 | 26.250 YD | 12.75 | 334.69 USD |
| F-0186138-01110223 241104<br>FINISH: SR EASE<br>F-0186138-CORAL      CUSTOMER ORDER 1470278<br>     BOL# 0000666251 Track# 533008425 | | 11038419-000050 | 27.750 YD | 12.75 | 353.81 USD |
| F-0186138-01110223 241104<br>FINISH: SR EASE<br>F-0186138-CORAL      CUSTOMER ORDER 1470278<br>     BOL# 0000666251 Track# 533008425 | | 11038419-000060 | 28.875 YD | 12.75 | 368.15 USD |
| F-0231055-01100005 232056<br>FINISH: NEEDLEPUNCHED, BACKED & BIANCALANI<br>ROYAL CHENILLE-DOVECUSTOMER ORDER 1470278<br>     BOL# 0000666251 Track# 533008425 | | 11038419-000070 | 27.375 YD | 15.95 | 436.64 USD |
| F-0231055-01100005 232056<br>FINISH: NEEDLEPUNCHED, BACKED & BIANCALANI<br>ROYAL CHENILLE-DOVECUSTOMER ORDER 1470278<br>     BOL# 0000666251 Track# 533008425 | | 11038419-000080 | 27.500 YD | 15.95 | 438.62 USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    3,178.90 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    **Page 2 of    2**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE
**Invoice Number/Date**
91687305 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0231055-01100005 232056<br>FINISH: NEEDLEPUNCHED, BACKED & BIANCALANI<br>ROYAL CHENILLE-DOVE CUSTOMER ORDER 1470278<br>BOL# 0000666251 Track# 533008425 | | 11038419-000090 | 27.500 YD | 15.95 | 438.62 USD |
| F-0231055-01100005 232056<br>FINISH: NEEDLEPUNCHED, BACKED & BIANCALANI<br>ROYAL CHENILLE-DOVE CUSTOMER ORDER 1470278<br>BOL# 0000666251 Track# 533008425 | | 11038419-000100 | 27.500 YD | 15.95 | 438.62 USD |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0186138-01110223 | 241104 | 4 | 111.875 YD | 1,426.40  USD |
| F-0231055-01100005 | 232056 | 4 | 109.875 YD | 1,752.50  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **3,178.90 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **3,178.90 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687306 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C007021-01100001 | 221614 | 11031904-000020 | 34.625 YD | 24.10 | 834.47 USD |
| FINISH: SR EASE | | | | | |
| ISHTIHON-PLUM | CUSTOMER ORDER 1467548 | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C007021-01100001 | 221614 | 1 | 34.625 YD | 834.47  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 834.47 USD |
|---|---|---|
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 834.47 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687307 / 12/17/2018
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C003357-01140033 198395 | | 11040951-000020 | 27.750 YD | 15.70 | 435.68 USD |
| FINISH: SR EASE | | | | | |
| SANYU-01140033     CUSTOMER ORDER 1471292 | | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |
| F-C003357-01140033 198395 | | 11040951-000030 | 28.125 YD | 15.70 | 441.57 USD |
| FINISH: SR EASE | | | | | |
| SANYU-01140033     CUSTOMER ORDER 1471292 | | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C003357-01140033 | 198395 | 2 | 55.875 YD | 877.25  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **877.25 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **877.25 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687308 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C015746-01180073 245911<br>FINISH: SR EASE<br>SPANKY-DRIFTWOOD    CUSTOMER ORDER 1471212<br>BOL# 0000666251 Track# 533008425 | | 11040999-000130 | 28.000 YD | 13.80 | 386.40 USD |
| F-C015746-01180073 245911<br>FINISH: SR EASE<br>SPANKY-DRIFTWOOD    CUSTOMER ORDER 1471212<br>BOL# 0000666251 Track# 533008425 | | 11040999-000140 | 27.625 YD | 13.80 | 381.23 USD |
| F-C015746-01180073 245911<br>FINISH: SR EASE<br>SPANKY-DRIFTWOOD    CUSTOMER ORDER 1471212<br>BOL# 0000666251 Track# 533008425 | | 11040999-000150 | 28.000 YD | 13.80 | 386.40 USD |
| F-C015746-01180073 245911<br>FINISH: SR EASE<br>SPANKY-DRIFTWOOD    CUSTOMER ORDER 1471212<br>BOL# 0000666251 Track# 533008425 | | 11040999-000160 | 28.750 YD | 13.80 | 396.76 USD |
| F-C003245-01100108 211253<br>FINISH: SR EASE<br>ZESHIE-01100108    CUSTOMER ORDER 1471212<br>BOL# 0000666251 Track# 533008425 | | 11040999-000170 | 55.000 YD | 17.05 | 937.75 USD |
| F-C003245-01100108 211253<br>FINISH: SR EASE<br>ZESHIE-01100108    CUSTOMER ORDER 1471212<br>BOL# 0000666251 Track# 533008425 | | 11040999-000180 | 58.000 YD | 17.05 | 988.90 USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    4,432.24 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 2 of     2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

| INVOICE |
|---|
| **Invoice Number/Date** |
| 91687308 / 12/17/2018 |
| **Account Number**     850 |
| **Salesperson**  NMN Fabrics, Inc. |
| apgroup@tradgroup.com |

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C003245-01100108  211253 | | 11040999-000190 | 56.000 YD | 17.05 | 954.80 USD |
| FINISH: SR EASE | | | | | |
| ZESHIE-01100108     CUSTOMER ORDER 1471212 | | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C003245-01100108 | 211253 | 3 | 169.000 YD | 2,881.45  USD |
| F-C015746-01180073 | 245911 | 4 | 112.375 YD | 1,550.79  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 4,432.24 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 4,432.24 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    **Page 1 of    1**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**INVOICE**

**Invoice Number/Date**
91687309 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-W007082-01180081 245946 | | 11039375-000020 | 58.000 YD | 18.30 | 1,061.40 USD |
| FINISH: SR EASE | | | | | |
| F-W007082-SANDSTONE | CUSTOMER ORDER 1470625 | | | | |
|    BOL# 0000666251 Track# 533008425 | | | | | |
| F-W007082-01180081 245946 | | 11039375-000030 | 40.000 YD | 18.30 | 732.00 USD |
| FINISH: SR EASE | | | | | |
| F-W007082-SANDSTONE | CUSTOMER ORDER 1470625 | | | | |
|    BOL# 0000666251 Track# 533008425 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-W007082-01180081 | 245946 | 2 | 98.000 YD | 1,793.40  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,793.40 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,793.40 USD** |

**VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY**



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687310 / 12/17/2018
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C023212-01120012 262619 | | 11040955-000020 | 56.875 YD | 18.95 | 1,077.78 USD |
| FINISH: LISSE SCOURED, HEATSET, & BACKED | | | | | |
| NEILS-BRASS          CUSTOMER ORDER 1471299 | | | | | |
|       BOL# 0000666251 Track# 533008425 | | | | | |
| F-C023212-01120012 262619 | | 11040955-000030 | 58.500 YD | 18.95 | 1,108.58 USD |
| FINISH: LISSE SCOURED, HEATSET, & BACKED | | | | | |
| NEILS-BRASS          CUSTOMER ORDER 1471299 | | | | | |
|       BOL# 0000666251 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C023212-01120012 | 262619 | 2 | 115.375 YD | 2,186.36  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **2,186.36 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **2,186.36 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687311 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C023212-01170012 262620 | | 11040298-000020 | 53.625 YD | 18.95 | 1,016.19 USD |
| FINISH: LISSE SCOURED, HEATSET, & BACKED | | | | | |
| NEILS-PATINA          CUSTOMER ORDER 1471007 | | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C023212-01170012 | 262620 | 1 | 53.625 YD | 1,016.19  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 1,016.19 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 1,016.19 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687312 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45225-151       231896 | | 11034371-000020 | 42.000 YD | 14.40 | 604.80 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| BANKS-SLATE       CUSTOMER ORDER 1468573 | | | | | |
|       BOL# 0000666251 Track# 533008425 | | | | | |
| I-45225-151       231896 | | 11034371-000030 | 42.000 YD | 14.40 | 604.80 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| BANKS-SLATE       CUSTOMER ORDER 1468573 | | | | | |
|       BOL# 0000666251 Track# 533008425 | | | | | |
| I-45225-151       231896 | | 11034371-000040 | 41.000 YD | 14.40 | 590.40 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| BANKS-SLATE       CUSTOMER ORDER 1468573 | | | | | |
|       BOL# 0000666251 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| I-45225-151 | 231896 | 3 | 125.000 YD | 1,800.00  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,800.00 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,800.00 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# VALDESE
# WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE
**Invoice Number/Date**
91687313 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45466-104-CRH | 245486 | 11040952-000020 | 41.000 YD | 11.30 | 463.30 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM HENRY-NORMANDY    CUSTOMER ORDER 1471266 | | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |
| I-45466-104-CRH | 245486 | 11040952-000030 | 41.000 YD | 11.30 | 463.30 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM HENRY-NORMANDY    CUSTOMER ORDER 1471266 | | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |
| I-45466-104-CRH | 245486 | 11040952-000040 | 41.000 YD | 11.30 | 463.30 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM HENRY-NORMANDY    CUSTOMER ORDER 1471266 | | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| I-45466-104-CRH | 245486 | 3 | 123.000 YD | 1,389.90  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 1,389.90 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 1,389.90 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of      1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687314 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-W005011-01110044 198743 | | 11038416-000030 | 50.375 YD | 16.00 | 806.00 USD |
| FINISH: BACKED, SR EASE & BIANCALANI | | | | | |
| CLEOPATRA-01110044 CUSTOMER ORDER 1470252 | | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-W005011-01110044 | 198743 | 1 | 50.375 YD | 806.00  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 806.00 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 806.00 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                          Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687315 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-W017098-01120027 263199 | | 11036849-000020 | 41.375 YD | 18.95 | 784.06 USD |
| FINISH: NEEDLEPUNCHED, BACKED & BIANCALANI | | | | | |
| F-W017098-PATINA    CUSTOMER ORDER 1469591 | | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-W017098-01120027 | 263199 | 1 | 41.375 YD | 784.06  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **784.06 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **784.06 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                     Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687316 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-W008304-01110203  233973 | | 11041497-000020 | 55.250 YD | 13.35 | 737.59 USD |
| PREMONT-01110203    CUSTOMER ORDER 1471579 | | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |
| F-W008304-01110203  233973 | | 11041497-000030 | 55.750 YD | 13.35 | 744.27 USD |
| PREMONT-01110203    CUSTOMER ORDER 1471579 | | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-W008304-01110203   233973 | | 2 | 111.000 YD | 1,481.86   USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,481.86 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,481.86 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    **Page 1 of    1**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687317 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45466-128-CRH    245472 | | 11043879-000020 | 42.000 YD | 11.30 | 474.60 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM HENRY-STAND   CUSTOMER ORDER 1472499 | | | | | |
|     BOL# 0000666251 Track# 533008425 | | | | | |
| I-45466-128-CRH    245472 | | 11043879-000030 | 42.000 YD | 11.30 | 474.60 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM HENRY-STAND   CUSTOMER ORDER 1472499 | | | | | |
|     BOL# 0000666251 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| I-45466-128-CRH | 245472 | 2 | 84.000 YD | 949.20  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **949.20 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **949.20 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY

# **ATTACHMENT**

RADG Batch 2 Invoices



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

| SHIP-TO: | INVOICE |
|---|---|

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687318 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0186138-01110309 | 246944 | 11040387-000020 | 33.125 YD | 12.75 | 422.35 USD |
| FINISH: SR EASE | | | | | |
| | CUSTOMER ORDER 1471047 | | | | |
| | BOL# 0000666251 Track# 533008425 | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0186138-01110309 | 246944 | 1 | 33.125 YD | 422.35  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 422.35 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 422.35 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687319 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-W007082-01180081 | 245946 | 11040976-000130 | 54.625 YD | 18.30 | 999.64 USD |
| FINISH: SR EASE | | | | | |
| F-W007082-SANDSTONE | CUSTOMER ORDER 1471269 | | | | |
| BOL# 0000666251 | Track# 533008425 | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-W007082-01180081 | 245946 | 1 | 54.625 YD | 999.64  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **999.64 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **999.64 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687320 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-W007082-01110022 221766 | | 11041378-000020 | 52.750 YD | 18.30 | 965.33 USD |
| FINISH: SR EASE | | | | | |
| | CUSTOMER ORDER 1471493 | | | | |
| | BOL# 0000666251 Track# 533008425 | | | | |
| F-W007082-01110022 221766 | | 11041378-000030 | 54.250 YD | 18.30 | 992.77 USD |
| FINISH: SR EASE | | | | | |
| | CUSTOMER ORDER 1471493 | | | | |
| | BOL# 0000666251 Track# 533008425 | | | | |
| F-W007082-01110022 221766 | | 11041378-000040 | 52.125 YD | 18.30 | 953.90 USD |
| FINISH: SR EASE | | | | | |
| | CUSTOMER ORDER 1471493 | | | | |
| | BOL# 0000666251 Track# 533008425 | | | | |
| F-W007082-01110022 221766 | | 11041378-000050 | 50.000 YD | 18.30 | 915.00 USD |
| FINISH: SR EASE | | | | | |
| | CUSTOMER ORDER 1471493 | | | | |
| | BOL# 0000666251 Track# 533008425 | | | | |
| F-W007082-01110022 221766 | | 11041378-000060 | 53.375 YD | 18.30 | 976.77 USD |
| FINISH: SR EASE | | | | | |
| | CUSTOMER ORDER 1471493 | | | | |
| | BOL# 0000666251 Track# 533008425 | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    4,803.77 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                          Page 2 of      2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

| INVOICE |
|---|
| **Invoice Number/Date** |
| 91687320 / 12/17/2018 |
| **Account Number**    850 |
| **Salesperson**  NMN Fabrics, Inc. |
| apgroup@tradgroup.com |

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-W007082-01110022 | 221766 | 5 | 262.500 YD | 4,803.77   USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **4,803.77 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **4,803.77 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                          Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687321 / 12/17/2018
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0182343-01130288 239891 | | 11040751-000050 | 49.125 YD | 12.50 | 614.07 USD |
| FINISH: BACKED & BIANCALANI | | | | | |
| RANCH-TWINE      CUSTOMER ORDER 1471134 | | | | | |
|       BOL# 0000666251 Track# 533008425 | | | | | |
| F-67515-323      013061 | | 11040751-000100 | 32.375 YD | 12.20 | 394.97 USD |
| FINISH: SR EASE | | | | | |
| TRENT-323      CUSTOMER ORDER 1471134 | | | | | |
|       BOL# 0000666251 Track# 533008425 | | | | | |
| F-67515-323      013061 | | 11040751-000140 | 26.625 YD | 12.20 | 324.83 USD |
| FINISH: SR EASE | | | | | |
| TRENT-323      CUSTOMER ORDER 1471134 | | | | | |
|       BOL# 0000666251 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0182343-01130288 | 239891 | 1 | 49.125 YD | 614.07  USD |
| F-67515-323 | 013061 | 2 | 59.000 YD | 719.80  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 1,333.87 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 1,333.87 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687322 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362, DALLAS, TX 75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0220752-01150153 258673 | | 11042211-000030 | 55.000 YD | 13.35 | 734.25 USD |
| FINISH: BACKED & CASHMERE | | | | | |
| TOOTLE-01150153    CUSTOMER ORDER 1471910 | | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0220752-01150153 | 258673 | 1 | 55.000 YD | 734.25  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 734.25 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 734.25 USD |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687323 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C018070-01110008 245903 | | 11036471-000070 | 26.000 YD | 20.00 | 520.00 USD |
| FINISH: SR EASE & ECOSET WASHED | | | | | |
| JACANA-GLACIER | CUSTOMER ORDER 1469413 | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |
| F-C018070-01110008 245903 | | 11036471-000080 | 29.000 YD | 20.00 | 580.00 USD |
| FINISH: SR EASE & ECOSET WASHED | | | | | |
| JACANA-GLACIER | CUSTOMER ORDER 1469413 | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |
| F-C018860-01130029 256349 | | 11036471-000160 | 52.625 YD | 16.95 | 892.00 USD |
| FINISH: SOFTEN | | | | | |
| CRISTALES-MOSS | CUSTOMER ORDER 1469413 | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |
| F-C018860-01130029 256349 | | 11036471-000170 | 54.875 YD | 16.95 | 930.14 USD |
| FINISH: SOFTEN | | | | | |
| CRISTALES-MOSS | CUSTOMER ORDER 1469413 | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C018070-01110008 | 245903 | 2 | 55.000 YD | 1,100.00  USD |
| F-C018860-01130029 | 256349 | 2 | 107.500 YD | 1,822.14  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **2,922.14 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **2,922.14 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of     1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687324 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0194291-01190133 234200 | | 11038085-000040 | 26.625 YD | 9.95 | 264.92 USD |

FINISH: NEEDLEPUNCHED, BACKED, SR EASE & BIANCALANI
TURNSTILE-01190133 CUSTOMER ORDER 1470100
      BOL# 0000666251 Track# 533008425

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0194291-01190133 | 234200 | 1 | 26.625 YD | 264.92  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **264.92 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **264.92 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687325 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C023878-01110003 513686 | | 11040118-000020 | 28.375 YD | 18.95 | 537.71 USD |
| FINISH: CRYPTON HOME & ECOSET WASHED | | | | | |
| CRHOM LUXE TODD-OYSTER   CUSTOMER ORDER 1470861 | | | | | |
|    BOL# 0000666251 Track# 533008425 | | | | | |
| F-C023878-01110003 513686 | | 11040118-000030 | 28.500 YD | 18.95 | 540.08 USD |
| FINISH: CRYPTON HOME & ECOSET WASHED | | | | | |
| CRHOM LUXE TODD-OYSTER   CUSTOMER ORDER 1470861 | | | | | |
|    BOL# 0000666251 Track# 533008425 | | | | | |
| F-C023878-01110003 513686 | | 11040118-000040 | 27.625 YD | 18.95 | 523.49 USD |
| FINISH: CRYPTON HOME & ECOSET WASHED | | | | | |
| CRHOM LUXE TODD-OYSTER   CUSTOMER ORDER 1470861 | | | | | |
|    BOL# 0000666251 Track# 533008425 | | | | | |
| F-C023878-01110003 513686 | | 11040118-000050 | 28.125 YD | 18.95 | 532.97 USD |
| FINISH: CRYPTON HOME & ECOSET WASHED | | | | | |
| CRHOM LUXE TODD-OYSTER   CUSTOMER ORDER 1470861 | | | | | |
|    BOL# 0000666251 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C023878-01110003 | 513686 | 4 | 112.625 YD | 2,134.25  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **2,134.25 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **2,134.25 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    **Page 1 of    1**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687326 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C006553-01110080  225334 | | 11042058-000070 | 25.875 YD | 13.35 | 345.43 USD |
| FINISH: BACKED & BIANCALANI | | | | | |
| MELY-01110080        CUSTOMER ORDER 1471816 | | | | | |
|     BOL# 0000666251 Track# 533008425 | | | | | |
| F-C006553-01110080  225334 | | 11042058-000080 | 39.750 YD | 13.35 | 530.67 USD |
| FINISH: BACKED & BIANCALANI | | | | | |
| MELY-01110080        CUSTOMER ORDER 1471816 | | | | | |
|     BOL# 0000666251 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C006553-01110080 | 225334 | 2 | 65.625 YD | 876.10   USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | | |
|---|---|---|---|
| **Subtotal** | : | **876.10 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **876.10 USD** |

**VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY**



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687327 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-W014793-01150118  256546 | | 11042960-000020 | 51.875 YD | 15.95 | 827.41 USD |
| FINISH: BACKED & BIANCALANI | | | | | |
| TRUCE-BLUE PINE     CUSTOMER ORDER 1472158 | | | | | |
| BOL# 0000666251  Track# 533008425 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-W014793-01150118 | 256546 | 1 | 51.875 YD | 827.41  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **827.41 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **827.41 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687328 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|-------|----------|-----------|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---------------|-------------------|------------|-----|-------|-------------|
| F-D003756-01100045 258895 | | 11039111-000020 | 55.000 YD | 8.40 | 462.00 USD |
| FINISH: NEEDLEPUNCHED, BACKED, & SR EASE 2 | | | | | |
| SCHROEDER-01100045 CUSTOMER ORDER 1470527 | | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---------------|-------------------|--------|-----------|-----------|
| F-D003756-01100045 | 258895 | 1 | 55.000 YD | 462.00  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 462.00 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 462.00 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687329 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0209796-01150131  256378 | | 11040983-000200 | 24.000 YD | 14.95 | 358.80 USD |
| FINISH: BACKED & ECOSET   WASHED | | | | | |
| F-0209796-BLUSH     CUSTOMER ORDER 1471284 | | | | | |
|         BOL# 0000666251 Track# 533008425 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0209796-01150131 | 256378 | 1 | 24.000 YD | 358.80  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 358.80 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 358.80 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687330 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0209796-01200126 256407 | | 11040993-000130 | 18.750 YD | 14.95 | 280.31 USD |
| FINISH: BACKED & ECOSET  WASHED | | | | | |
| F-0209796-MOSS     CUSTOMER ORDER 1471280 | | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0209796-01200126 | 256407 | 1 | 18.750 YD | 280.31  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 280.31 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 280.31 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    **Page 1 of    1**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687331 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0231018-01180003 257517 | | 11038636-000030 | 28.125 YD | 17.95 | 504.85 USD |
| FINISH: BACKED & ECOSET WASHED | | | | | |
| CUSTOMER ORDER 1470362 | | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |
| F-0231018-01180003 257517 | | 11038636-000040 | 28.125 YD | 17.95 | 504.85 USD |
| FINISH: BACKED & ECOSET WASHED | | | | | |
| CUSTOMER ORDER 1470362 | | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |
| F-0231018-01180003 257517 | | 11038636-000050 | 28.000 YD | 17.95 | 502.60 USD |
| FINISH: BACKED & ECOSET WASHED | | | | | |
| CUSTOMER ORDER 1470362 | | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |
| F-0231018-01180003 257517 | | 11038636-000060 | 28.500 YD | 17.95 | 511.57 USD |
| FINISH: BACKED & ECOSET WASHED | | | | | |
| CUSTOMER ORDER 1470362 | | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0231018-01180003 | 257517 | 4 | 112.750 YD | 2,023.87  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **2,023.87 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **2,023.87 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687332 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C018070-01110008  245903 | | 11035940-000020 | 28.000 YD | 20.00 | 560.00 USD |
| FINISH: SR EASE & ECOSET WASHED | | | | | |
| JACANA-GLACIER       CUSTOMER ORDER 1469244 | | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |
| F-C018070-01110008  245903 | | 11035940-000030 | 28.000 YD | 20.00 | 560.00 USD |
| FINISH: SR EASE & ECOSET WASHED | | | | | |
| JACANA-GLACIER       CUSTOMER ORDER 1469244 | | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C018070-01110008 | 245903 | 2 | 56.000 YD | 1,120.00  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,120.00 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,120.00 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687333 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0187211-01130071  232788 | | 11043549-000250 | 28.625 YD | 13.05 | 373.56 USD |
| FINISH: NEEDLEPUNCHED, BACKED & SR EASE | | | | | |
| APLOMB-01130071      CUSTOMER ORDER 1472270 | | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0187211-01130071 | 232788 | 1 | 28.625 YD | 373.56  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 373.56 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 373.56 USD |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687334 / 12/17/2018
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0187211-01130151  232792 | | 11043200-000020 | 23.375 YD | 13.05 | 305.04 USD |
| FINISH: NEEDLEPUNCHED, BACKED & SR EASE | | | | | |
| APLOMB-01130151      CUSTOMER ORDER 1472243 | | | | | |
|       BOL# 0000666251 Track# 533008425 | | | | | |
| F-0187211-01130151  232792 | | 11043200-000030 | 20.875 YD | 13.05 | 272.41 USD |
| FINISH: NEEDLEPUNCHED, BACKED & SR EASE | | | | | |
| APLOMB-01130151      CUSTOMER ORDER 1472243 | | | | | |
|       BOL# 0000666251 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0187211-01130151 | 232792 | 2 | 44.250 YD | 577.45  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **577.45 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **577.45 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687335 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|-------|----------|-----------|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---------------|-------------------|------------|-----|-------|-------------|
| F-C019709-01140061 258863 | | 11035680-000040 | 28.000 YD | 22.95 | 642.60 USD |
| FINISH: BACKED & ECOSET WASHED | | | | | |
| HANDWOVEN-01140061 CUSTOMER ORDER 1469068 | | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---------------|-------------------|--------|-----------|-----------|
| F-C019709-01140061 | 258863 | 1 | 28.000 YD | 642.60  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 642.60 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 642.60 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687336 / 12/17/2018
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C019709-01140061 258863 | | 11038290-000030 | 28.000 YD | 22.95 | 642.60 USD |
| FINISH: BACKED & ECOSET WASHED | | | | | |
| HANDWOVEN-01140061 CUSTOMER ORDER 1470191 | | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C019709-01140061 | 258863 | 1 | 28.000 YD | 642.60  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 642.60 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 642.60 USD |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687337 / 12/17/2018
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362, DALLAS, TX 75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-W016647-01110042 513883 FINISH: CRYPTON HOME,BACKED, ECOSET WASHED CRHOM KELTIE-CREAM CUSTOMER ORDER 1470404    BOL# 0000666251 Track# 533008425 | | 11038722-000040 | 29.375 YD | 16.95 | 497.91 USD |
| F-W016647-01110042 513883 FINISH: CRYPTON HOME,BACKED, ECOSET WASHED CRHOM KELTIE-CREAM CUSTOMER ORDER 1470404    BOL# 0000666251 Track# 533008425 | | 11038722-000050 | 29.500 YD | 16.95 | 500.03 USD |
| F-W016647-01110042 513883 FINISH: CRYPTON HOME,BACKED, ECOSET WASHED CRHOM KELTIE-CREAM CUSTOMER ORDER 1470404    BOL# 0000666251 Track# 533008425 | | 11038722-000060 | 28.625 YD | 16.95 | 485.19 USD |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-W016647-01110042 | 513883 | 3 | 87.500 YD | 1,483.13 USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,483.13 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,483.13 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687338 / 12/17/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0167197-01150012 181231<br>FINISH: BACKED, SR EASE & BIANCALANI<br>CUSTOMER ORDER 1471447<br>BOL# 0000666251 Track# 533008425 | | 11041242-000040 | 54.000 YD | 10.85 | 585.90 USD |
| F-0167197-01150012 181231<br>FINISH: BACKED, SR EASE & BIANCALANI<br>CUSTOMER ORDER 1471447<br>BOL# 0000666251 Track# 533008425 | | 11041242-000050 | 54.000 YD | 10.85 | 585.90 USD |
| F-0167197-01150012 181231<br>FINISH: BACKED, SR EASE & BIANCALANI<br>CUSTOMER ORDER 1471447<br>BOL# 0000666251 Track# 533008425 | | 11041242-000060 | 54.750 YD | 10.85 | 594.04 USD |
| F-0167197-01150012 181231<br>FINISH: BACKED, SR EASE & BIANCALANI<br>CUSTOMER ORDER 1471447<br>BOL# 0000666251 Track# 533008425 | | 11041242-000070 | 57.875 YD | 10.85 | 627.94 USD |
| F-0167197-01150012 181231<br>FINISH: BACKED, SR EASE & BIANCALANI<br>CUSTOMER ORDER 1471447<br>BOL# 0000666251 Track# 533008425 | | 11041242-000080 | 55.375 YD | 10.85 | 600.82 USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due      :      2,994.60 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                Page 2 of    2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

| INVOICE |
|---|
| **Invoice Number/Date** |
| 91687338 / 12/17/2018 |
| **Account Number**    850 |
| **Salesperson**  NMN Fabrics, Inc. |
| apgroup@tradgroup.com |

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0167197-01150012 | 181231 | 5 | 276.000 YD | 2,994.60 USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 2,994.60 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 2,994.60 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of     1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687339 / 12/17/2018
**Account Number**     850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0203181-01140126  232814 | | 11039392-000020 | 33.250 YD | 22.10 | 734.82 USD |
| FINISH: BACKED, SR EASE & BIANCALANI | | | | | |
|         CUSTOMER ORDER 1470634 | | | | | |
|     BOL# 0000666251 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0203181-01140126 | 232814 | 1 | 33.250 YD | 734.82  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **734.82 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **734.82 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687340 / 12/17/2018
**Account Number**     850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C017034-01140269  256317 | | 11038822-000020 | 53.375 YD | 18.50 | 987.44 USD |
| FINISH: BACKED & ECOSET WASHED | | | | | |
| PINEOLA-TWILIGHT    CUSTOMER ORDER 1470460 | | | | | |
|        BOL# 0000666251  Track# 533008425 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C017034-01140269 | 256317 | 1 | 53.375 YD | 987.44  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 987.44 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 987.44 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687341 / 12/17/2018
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-W007082-01110032 221805 | | 11040964-000020 | 53.000 YD | 18.30 | 969.90 USD |
| FINISH: SR EASE | | | | | |
| | CUSTOMER ORDER 1471256 | | | | |
| BOL# 0000666251 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-W007082-01110032 | 221805 | 1 | 53.000 YD | 969.90  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 969.90 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 969.90 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                          Page 1 of    4

**SHIP-TO:**
SAMPLE BOOK FABRIC
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687342 / 12/17/2018
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

#590004 RAC QUICK SHIP

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0220317-01120067 | CROSSFADE CERULEAN | 11030727-000550 | 52.000 YD | 10.17 | 528.84 USD |
| FINISH: BACKED | | | | | |
| KASEM-CERULEAN | CUSTOMER ORDER 1466629SBF - ITEM 000040 | | | | |
| | BOL# 0000666253 Track# 533008387 | | | | |
| F-0220317-01120067 | CROSSFADE CERULEAN | 11030727-000560 | 34.000 YD | 10.17 | 345.78 USD |
| FINISH: BACKED | | | | | |
| KASEM-CERULEAN | CUSTOMER ORDER 1466629SBF - ITEM 000040 | | | | |
| | BOL# 0000666253 Track# 533008387 | | | | |
| F-0220317-01120067 | CROSSFADE CERULEAN | 11030727-000570 | 49.625 YD | 10.17 | 504.68 USD |
| FINISH: BACKED | | | | | |
| KASEM-CERULEAN | CUSTOMER ORDER 1466629SBF - ITEM 000040 | | | | |
| | BOL# 0000666253 Track# 533008387 | | | | |
| F-0220317-01150103 | CROSSFADE CITRINE | 11030727-000580 | 58.375 YD | 10.17 | 593.68 USD |
| FINISH: BACKED | | | | | |
| KASEM-CITRINE | CUSTOMER ORDER 1466629SBF - ITEM 000050 | | | | |
| | BOL# 0000666253 Track# 533008387 | | | | |
| F-0220317-01150103 | CROSSFADE CITRINE | 11030727-000590 | 53.000 YD | 10.17 | 539.01 USD |
| FINISH: BACKED | | | | | |
| KASEM-CITRINE | CUSTOMER ORDER 1466629SBF - ITEM 000050 | | | | |
| | BOL# 0000666253 Track# 533008387 | | | | |
| F-0220317-01150103 | CROSSFADE CITRINE | 11030727-000600 | 32.250 YD | 10.17 | 327.98 USD |
| FINISH: BACKED | | | | | |
| KASEM-CITRINE | CUSTOMER ORDER 1466629SBF - ITEM 000050 | | | | |
| | BOL# 0000666253 Track# 533008387 | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due      :      8,696.18 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 2 of    4

**SHIP-TO:**
SAMPLE BOOK FABRIC
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE
**Invoice Number/Date**
91687342 / 12/17/2018
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

#590004 RAC QUICK SHIP

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0248787-01100002 MIXDOWN SLATE | | 11030727-001030 | 52.875 YD | 8.95 | 473.23 USD |
| FINISH: NEEDLEPUNCHED, BACKED, & CASHMERE | | | | | |
| F-0248787-SLATE | CUSTOMER ORDER 1466629SBF - ITEM 000200 | | | | |
| | BOL# 0000666253 Track# 533008387 | | | | |
| F-0248787-01100002 MIXDOWN SLATE | | 11030727-001040 | 48.000 YD | 8.95 | 429.60 USD |
| FINISH: NEEDLEPUNCHED, BACKED, & CASHMERE | | | | | |
| F-0248787-SLATE | CUSTOMER ORDER 1466629SBF - ITEM 000200 | | | | |
| | BOL# 0000666253 Track# 533008387 | | | | |
| F-0248787-01100002 MIXDOWN SLATE | | 11030727-001050 | 56.750 YD | 8.95 | 507.91 USD |
| FINISH: NEEDLEPUNCHED, BACKED, & CASHMERE | | | | | |
| F-0248787-SLATE | CUSTOMER ORDER 1466629SBF - ITEM 000200 | | | | |
| | BOL# 0000666253 Track# 533008387 | | | | |
| F-0248467-01150064 MODULATION GREYSTONE | | 11030727-001120 | 54.500 YD | 10.75 | 585.88 USD |
| FINISH: BACKED | | | | | |
| F-0248467-GREYSTONE | CUSTOMER ORDER 1466629SBF - ITEM 000230 | | | | |
| | BOL# 0000666253 Track# 533008387 | | | | |
| F-0248467-01150064 MODULATION GREYSTONE | | 11030727-001130 | 54.250 YD | 10.75 | 583.19 USD |
| FINISH: BACKED | | | | | |
| F-0248467-GREYSTONE | CUSTOMER ORDER 1466629SBF - ITEM 000230 | | | | |
| | BOL# 0000666253 Track# 533008387 | | | | |
| F-0248467-01150064 MODULATION GREYSTONE | | 11030727-001140 | 55.000 YD | 10.75 | 591.25 USD |
| FINISH: BACKED | | | | | |
| F-0248467-GREYSTONE | CUSTOMER ORDER 1466629SBF - ITEM 000230 | | | | |
| | BOL# 0000666253 Track# 533008387 | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.          **Total Due      :     8,696.18 USD**

Fabrics covered by this invoice are intended only for outer coverings for furniture.

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 3 of    4

**SHIP-TO:**
SAMPLE BOOK FABRIC
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687342 / 12/17/2018
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

#590004 RAC QUICK SHIP

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0250135-01100004 POLYPHONIC SEAGLASS ENG | 11035909-000030 | | 26.625 YD | 12.15 | 323.50 USD |
| FINISH: BACKED & CASHMERE | | | | | |
| ENGINEERED F-0250135-SEAGLASS     CUSTOMER ORDER 1466629SBF - ITEM 000270 | | | | | |
| BOL# 0000666254 Track# 533008387 | | | | | |
| F-0250135-01100004 POLYPHONIC SEAGLASS ENG | 11035909-000040 | | 28.125 YD | 12.15 | 341.72 USD |
| FINISH: BACKED & CASHMERE | | | | | |
| ENGINEERED F-0250135-SEAGLASS     CUSTOMER ORDER 1466629SBF - ITEM 000270 | | | | | |
| BOL# 0000666254 Track# 533008387 | | | | | |
| F-0250135-01100004 POLYPHONIC SEAGLASS ENG | 11035909-000050 | | 26.500 YD | 12.15 | 321.97 USD |
| FINISH: BACKED & CASHMERE | | | | | |
| ENGINEERED F-0250135-SEAGLASS     CUSTOMER ORDER 1466629SBF - ITEM 000270 | | | | | |
| BOL# 0000666254 Track# 533008387 | | | | | |
| F-0250135-01100004 POLYPHONIC SEAGLASS ENG | 11035909-000060 | | 28.875 YD | 12.15 | 350.83 USD |
| FINISH: BACKED & CASHMERE | | | | | |
| ENGINEERED F-0250135-SEAGLASS     CUSTOMER ORDER 1466629SBF - ITEM 000270 | | | | | |
| BOL# 0000666254 Track# 533008387 | | | | | |
| F-0250135-01100004 POLYPHONIC SEAGLASS ENG | 11035909-000070 | | 27.125 YD | 12.15 | 329.57 USD |
| FINISH: BACKED & CASHMERE | | | | | |
| ENGINEERED F-0250135-SEAGLASS     CUSTOMER ORDER 1466629SBF - ITEM 000270 | | | | | |
| BOL# 0000666254 Track# 533008387 | | | | | |
| F-0250135-01100004 POLYPHONIC SEAGLASS ENG | 11035909-000080 | | 28.250 YD | 12.15 | 343.24 USD |
| FINISH: BACKED & CASHMERE | | | | | |
| ENGINEERED F-0250135-SEAGLASS     CUSTOMER ORDER 1466629SBF - ITEM 000270 | | | | | |
| BOL# 0000666254 Track# 533008387 | | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due     :     8,696.18 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com          **Page 4 of    4**

### INVOICE

| **Invoice Number/Date** | |
| --- | --- |
| 91687342 / 12/17/2018 | |
| **Account Number**    852 | |
| **Salesperson**  Do Not Use | |
| apgroup@tradgroup.com | |

**SHIP-TO:**
SAMPLE BOOK FABRIC
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

| Terms | Ship Via | Incoterms |
| --- | --- | --- |
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

#590004 RAC QUICK SHIP

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
| --- | --- | --- | --- | --- | --- |
| F-0250135-01100004 | POLYPHONIC SEAGLASS ENG | 11035909-000090 | 27.500 YD | 12.15 | 334.12 USD |
| FINISH: BACKED & CASHMERE | | | | | |
| ENGINEERED F-0250135-SEAGLASS | CUSTOMER ORDER 1466629SBF - ITEM 000270 | | | | |
| BOL# 0000666254 Track# 533008387 | | | | | |
| F-0250135-01100004 | POLYPHONIC SEAGLASS ENG | 11035909-000100 | 28.000 YD | 12.15 | 340.20 USD |
| FINISH: BACKED & CASHMERE | | | | | |
| ENGINEERED F-0250135-SEAGLASS | CUSTOMER ORDER 1466629SBF - ITEM 000270 | | | | |
| BOL# 0000666254 Track# 533008387 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
| --- | --- | --- | --- | --- |
| F-0220317-01120067 | CROSSFADE CERULEAN | 3 | 135.625 YD | 1,379.30  USD |
| F-0220317-01150103 | CROSSFADE CITRINE | 3 | 143.625 YD | 1,460.67  USD |
| F-0248467-01150064 | MODULATION GREYSTONE | 3 | 163.750 YD | 1,760.32  USD |
| F-0248787-01100002 | MIXDOWN SLATE | 3 | 157.625 YD | 1,410.74  USD |
| F-0250135-01100004 | POLYPHONIC SEAGLASS ENGINEERED | 8 | 221.000 YD | 2,685.15  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| **Subtotal** | : | **8,696.18 USD** |
| --- | --- | --- |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **8,696.18 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY

## **ATTACHMENT**

RADG Batch 3 Invoices



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    **Page 1 of    1**

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

| **INVOICE** |
| :--- |
| **Invoice Number/Date** |
| 91687343 / 12/17/2018 |
| **Account Number**    852 |
| **Salesperson**  Do Not Use |
| apgroup@tradgroup.com |
| **Cust Service Rep**  BROOKE HOPKINS |
| PH: 828-893-4108 |

| Terms | Ship Via | Incoterms |
| :--- | :--- | :--- |
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
| :--- | :--- | :--- | ---: | ---: | ---: |
| F-0239629-01120002 | 262432 - TARDIS COBALT | 11034711-000240 | 53.250 YD | 18.40 | 979.80 USD |
| FINISH: BACKED & SR EASE | | | | | |
| | CUSTOMER ORDER 1468673 - ITEM 000004 | | | | |
| | BOL# 0000666252 Track# 533008425 | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
| :--- | :--- | ---: | ---: | ---: |
| F-0239629-01120002 | 262432 - TARDIS COBALT | 1 | 53.250 YD | 979.80  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| **Subtotal** | : | **979.80 USD** |
| :--- | :--- | ---: |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **979.80 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

**VALDESE WEAVERS, LLC.**
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    2

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687344 / 12/17/2018
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45442-139 | | 11042001-000040 | 42.000 YD | 11.15 | 468.30 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| GIBSON-FLANNEL | CUSTOMER ORDER 1471801 - ITEM 000010 | | | | |
| | BOL# 0000666252 Track# 533008425 | | | | |
| I-45442-139 | | 11042001-000050 | 40.000 YD | 11.15 | 446.00 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| GIBSON-FLANNEL | CUSTOMER ORDER 1471801 - ITEM 000010 | | | | |
| | BOL# 0000666252 Track# 533008425 | | | | |
| F-W004702-01180004 221128 - NEW LOOK CAMEL | | 11042001-000060 | 51.750 YD | 10.25 | 530.44 USD |
| FINISH: SCOUR/HEATSET & CASHMERE | | | | | |
| | CUSTOMER ORDER 1471801 - ITEM 000020 | | | | |
| | BOL# 0000666252 Track# 533008425 | | | | |
| F-0224927-01100062 260403 RANGER HYACINTH | | 11042001-000070 | 54.000 YD | 13.40 | 723.60 USD |
| FINISH: BACKED & SR EASE | | | | | |
| MICROTOUCH-HYACINTH | CUSTOMER ORDER 1471801 - ITEM 000030 | | | | |
| | BOL# 0000666252 Track# 533008425 | | | | |
| F-0224927-01100062 260403 RANGER HYACINTH | | 11042001-000080 | 53.625 YD | 13.40 | 718.58 USD |
| FINISH: BACKED & SR EASE | | | | | |
| MICROTOUCH-HYACINTH | CUSTOMER ORDER 1471801 - ITEM 000030 | | | | |
| | BOL# 0000666252 Track# 533008425 | | | | |
| F-0224927-01100062 260403 RANGER HYACINTH | | 11042001-000100 | 53.875 YD | 13.40 | 721.92 USD |
| FINISH: BACKED & SR EASE | | | | | |
| MICROTOUCH-HYACINTH | CUSTOMER ORDER 1471801 - ITEM 000030 | | | | |
| | BOL# 0000666252 Track# 533008425 | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    3,608.84 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 2 of    2

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687344 / 12/17/2018
**Account Number**  852
**Salesperson**  Do Not Use
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat | |
|---|---|---|---|---|---|
| F-0224927-01100062 | 260403 RANGER HYACINTH | 3 | 161.500 YD | 2,164.10 | USD |
| F-W004702-01180004 | 221128 - NEW LOOK CAMEL | 1 | 51.750 YD | 530.44 | USD |
| I-45442-139 | | 2 | 82.000 YD | 914.30 | USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **3,608.84 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **3,608.84 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687345 / 12/17/2018
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-W004702-01170019 221107 - NEW LOOK | | 11037720-000020 | 66.000 YD | 10.25 | 676.50 USD |
| FINISH: SCOUR/HEATSET & CASHMERE | | | | | |
| | CUSTOMER ORDER 1469965 - ITEM 000010 | | | | |
| | BOL# 0000666252 Track# 533008425 | | | | |
| F-W004702-01170019 221107 - NEW LOOK | | 11037720-000030 | 69.500 YD | 10.25 | 712.37 USD |
| FINISH: SCOUR/HEATSET & CASHMERE | | | | | |
| | CUSTOMER ORDER 1469965 - ITEM 000010 | | | | |
| | BOL# 0000666252 Track# 533008425 | | | | |
| F-W004702-01170019 221107 - NEW LOOK | | 11037720-000040 | 67.875 YD | 10.25 | 695.72 USD |
| FINISH: SCOUR/HEATSET & CASHMERE | | | | | |
| | CUSTOMER ORDER 1469965 - ITEM 000010 | | | | |
| | BOL# 0000666252 Track# 533008425 | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-W004702-01170019 | 221107 - NEW LOOK | 3 | 203.375 YD | 2,084.59  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **2,084.59 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **2,084.59 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687346 / 12/17/2018
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45442-127 | 175210 - GENTLE DREAM C | 11041555-000020 | 41.000 YD | 11.15 | 457.15 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| GIBSON-GYPSY | CUSTOMER ORDER 1471602 - ITEM 000010 | | | | |
| BOL# 0000666252 Track# 533008425 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| I-45442-127 | 175210 - GENTLE DREAM CRIMSON | 1 | 41.000 YD | 457.15  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **457.15 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **457.15 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

## INVOICE

**Invoice Number/Date**
91687347 / 12/17/2018
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0243414-01120041 515130 - BACKBONE TERRA | 11040962-000070 | | 33.625 YD | 13.40 | 450.58 USD |
| FINISH: BACKED, SR EASE & CASHMERE | | | | | |
| F-0243414-TERRACOTTA    CUSTOMER ORDER 1471197 - ITEM 000010 | | | | | |
| BOL# 0000666252 Track# 533008425 | | | | | |
| F-0243414-01120041 515130 - BACKBONE TERRA | 11040962-000080 | | 35.375 YD | 13.40 | 474.02 USD |
| FINISH: BACKED, SR EASE & CASHMERE | | | | | |
| F-0243414-TERRACOTTA    CUSTOMER ORDER 1471197 - ITEM 000010 | | | | | |
| BOL# 0000666252 Track# 533008425 | | | | | |
| F-0243414-01140032 515131 - BACKBONE STONE | 11040962-000090 | | 34.000 YD | 13.40 | 455.60 USD |
| FINISH: BACKED, SR EASE & CASHMERE | | | | | |
| F-0243414-STONE    CUSTOMER ORDER 1471197 - ITEM 000020 | | | | | |
| BOL# 0000666252 Track# 533008425 | | | | | |
| F-0243414-01140032 515131 - BACKBONE STONE | 11040962-000100 | | 32.500 YD | 13.40 | 435.50 USD |
| FINISH: BACKED, SR EASE & CASHMERE | | | | | |
| F-0243414-STONE    CUSTOMER ORDER 1471197 - ITEM 000020 | | | | | |
| BOL# 0000666252 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0243414-01120041 | 515130 - BACKBONE TERRACOTTA | 2 | 69.000 YD | 924.60  USD |
| F-0243414-01140032 | 515131 - BACKBONE STONE | 2 | 66.500 YD | 891.10  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 1,815.70 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 1,815.70 USD |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE
**Invoice Number/Date**
91687348 / 12/17/2018
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0242726-01120043 515137 - TRUSS STORM | | 11043144-000080 | 52.125 YD | 13.40 | 698.48 USD |
| FINISH: BACKED & SR EASE | | | | | |
| F-0242726-STORM      CUSTOMER ORDER 1472186 - ITEM 000040 | | | | | |
| BOL# 0000666252 Track# 533008425 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0242726-01120043 | 515137 - TRUSS STORM | 1 | 52.125 YD | 698.48  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **698.48 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **698.48 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com          Page 1 of    1

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687349 / 12/17/2018
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C012415-01120026  236274 | | 11040782-000020 | 63.875 YD | 17.30 | 1,105.04 USD |

FINISH: BACKED, SR EASE & CASHMERE
GYRATION-01120026   CUSTOMER ORDER 1471149 - ITEM 000001
      BOL# 0000666252 Track# 533008425

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C012415-01120026 | 236274 | 1 | 63.875 YD | 1,105.04  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 1,105.04 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 1,105.04 USD |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE
**Invoice Number/Date**
91687350 / 12/17/2018
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-D004835-01110010 509484 - NOMADIC TILE M | | 11040779-000140 | 53.250 YD | 12.40 | 660.29 USD |
| FINISH: NEEDLEPUNCHED, BACKED, & SR EASE 2 | | | | | |
| F-D004835-MINK     CUSTOMER ORDER 1471140 - ITEM 000006 | | | | | |
| BOL# 0000666252 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-D004835-01110010 | 509484 - NOMADIC TILE MINK | 1 | 53.250 YD | 660.29  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 660.29 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 660.29 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

## INVOICE

**Invoice Number/Date**
91687351 / 12/17/2018
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-D000419-002 | 240459 - LUSTROUS ROWS | 11034878-000140 | 50.875 YD | 9.70 | 493.48 USD |

FINISH: NEEDLEPUNCHED, BACKED, & SR EASE 2
SPRINT-MAGENTA        CUSTOMER ORDER 1468694 - ITEM 000060
        BOL# 0000666252 Track# 533008425

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-D000419-002 | 240459 - LUSTROUS ROWS PETAL | 1 | 50.875 YD | 493.48  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **493.48 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **493.48 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of     1

## INVOICE

**Invoice Number/Date**
91687352 / 12/17/2018
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0241677-01110003 | 509608 - MOON PHASE TOU | 11034637-000060 | 47.875 YD | 8.40 | 402.14 USD |
| FINISH: BACKED & SR EASE | | | | | |
| F-0241677-TOURMALINE | CUSTOMER ORDER 1468575 - ITEM 000001 | | | | |
| | BOL# 0000666252 Track# 533008425 | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0241677-01110003 | 509608 - MOON PHASE TOURMALINE | 1 | 47.875 YD | 402.14  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 402.14 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 402.14 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687353 / 12/17/2018
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0217660-01100009 | 240607 - SQUARE TEXTURE | 11040761-000030 | 55.125 YD | 7.65 | 421.71 USD |

FINISH: NEEDLEPUNCHED, BACKED & SR EASE
F-0217660-AQUATIC   CUSTOMER ORDER 1471138 - ITEM 000001
        BOL# 0000666252 Track# 533008425

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0217660-01100009 | 240607 - SQUARE TEXTURE AQUATIC | 1 | 55.125 YD | 421.71  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **421.71 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **421.71 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687354 / 12/17/2018
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0239629-01130004 | 262430 - TARDIS COPPER | 11036862-000040 | 54.125 YD | 18.40 | 995.91 USD |

FINISH: BACKED & SR EASE
        CUSTOMER ORDER 1469536 - ITEM 000010
   BOL# 0000666252 Track# 533008425

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0239629-01130004 | 262430 - TARDIS COPPER | 1 | 54.125 YD | 995.91  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **995.91 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **995.91 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

## INVOICE

**Invoice Number/Date**
91687415 / 12/17/2018
**Account Number**    5699
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE CONTRACT
P.O. BOX 13308
HAUPPAUGE NY  11788
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0247474-01150005 | DN16395 619 SEAGLASS | 11036100-000020 | 36.375 YD | 11.40 | 414.68 USD |
| FINISH: BACKED, SR EASE & CASHMERE | | | | | |
| F-0247474-SEAGLASS CUSTOMER ORDER 1469263 - ITEM 000010 | | | | | |
| BOL# 0000666258 Track# 533008425 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0247474-01150005 | DN16395 619 SEAGLASS | 1 | 36.375 YD | 414.68  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 414.68 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 414.68 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE CONTRACT
P.O. BOX 13308
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91687416 / 12/17/2018
**Account Number**    5699
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0236715-01140006 DO 61530 160 MUSHROOM | | 11039837-000080 | 33.000 YD | 8.95 | 295.35 USD |
| FINISH: SCOUR/HEATSET | | | | | |
| F-0236715-MUSHROOM CUSTOMER ORDER 1470740 - ITEM 000040 | | | | | |
|        BOL# 0000666258 Track# 533008425 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0236715-01140006 | DO 61530 160 MUSHROOM | 1 | 33.000 YD | 295.35  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **295.35 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **295.35 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

## INVOICE

**Invoice Number/Date**
91687417 / 12/17/2018
**Account Number**    5699
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE CONTRACT
P.O. BOX 13308
HAUPPAUGE NY  11788
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0242400-01110004 514734 89-FRENCH BLUE | | 11041924-000070 | 48.125 YD | 8.40 | 404.26 USD |

FINISH: NEEDLEPUNCHED, BACKED, & SR EASE 2
F-0242400-FRENCH BLUE    CUSTOMER ORDER 1471704 - ITEM 000030
        BOL# 0000666258 Track# 533008425

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0242400-01110004 | 514734 89-FRENCH BLUE | 1 | 48.125 YD | 404.26  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 404.26 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 404.26 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                      Page 1 of    1

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE CONTRACT
P.O. BOX 13308
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91687418 / 12/17/2018
**Account Number**   5699
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0236666-01140017 | 375500 - DO 61523 193 | 11040986-000020 | 51.875 YD | 8.95 | 464.28 USD |
| FINISH: HEATSET | | | | | |
| F-0236666-INDIGO | CUSTOMER ORDER 1471271 - ITEM 000010 | | | | |
| BOL# 0000666258 Track# 533008425 | | | | | |
| F-0236666-01140017 | 375500 - DO 61523 193 | 11040986-000030 | 55.500 YD | 8.95 | 496.73 USD |
| FINISH: HEATSET | | | | | |
| F-0236666-INDIGO | CUSTOMER ORDER 1471271 - ITEM 000010 | | | | |
| BOL# 0000666258 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0236666-01140017 | 375500 - DO 61523 193 INDIGO | 2 | 107.375 YD | 961.01  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **961.01 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **961.01 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com              **Page 1 of     1**

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE CONTRACT
P.O. BOX 13308
HAUPPAUGE NY  11788
USA

### INVOICE
**Invoice Number/Date**
91687419 / 12/17/2018
**Account Number**    5699
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

#590014 REPLACEMENT YARDAGE

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0247936-01140010 | D061912 CONFLUENCE 296 | 11042952-000020 | 57.000 YD | 9.95 | 567.15 USD |
| FINISH: SCOUR/HEATSET | | | | | |
| F-0247936-PEWTER    CUSTOMER ORDER 1472145 - ITEM 000010 | | | | | |
| BOL# 0000666258 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0247936-01140010 | D061912 CONFLUENCE 296 PEWTER | 1 | 57.000 YD | 567.15  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **567.15 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **567.15 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE CONTRACT
P.O. BOX 13308
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91687420 / 12/17/2018
**Account Number**  5699
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0236908-01110006 | 375508 - D061532 118 LI | 11041999-000030 | 54.375 YD | 7.95 | 432.28 USD |
| FINISH: SCOUR/HEATSET | | | | | |
| F-0236908-LINEN | CUSTOMER ORDER 1471795 - ITEM 000010 | | | | |
| | BOL# 0000666258 Track# 533008425 | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0236908-01110006 | 375508 - D061532 118 LINEN | 1 | 54.375 YD | 432.28  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **432.28 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **432.28 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91687421 / 12/17/2018
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0138095-01140174 | 15569 5 | 11034352-000040 | 48.125 YD | 12.65 | 608.79 USD |

FINISH: NEEDLEPUNCHED, BACKED, SR EASE & BIANCALANI
MARTIN-01140174      CUSTOMER ORDER 1468551
        BOL# 0000666259 Track# 533008425

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0138095-01140174 | 15569 5 | 1 | 48.125 YD | 608.79  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **608.79 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **608.79 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91687422 / 12/17/2018
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0138095-01110009 277345 | | 11037940-000020 | 32.375 YD | 12.65 | 409.55 USD |

FINISH: NEEDLEPUNCHED, BACKED, SR EASE & BIANCALANI
MARTIN-SOUFFLE      CUSTOMER ORDER 1470060
         BOL# 0000666259 Track# 533008425

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0138095-01110009 | 277345 | 1 | 32.375 YD | 409.55  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

|  |  |  |
|---|---|---|
| **Subtotal** | : | 409.55 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 409.55 USD |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                          **Page 1 of    1**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91687423 / 12/17/2018
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| R-0231970-107 | DA61296-494 | 11032851-000010 | 62.000 YD | 18.40 | 1,140.80 USD |

FINISH: SCOUR/HEATSET IMPORT, SR EASE & CORDED
CUBE-SESAME          CUSTOMER ORDER 1467954
          BOL# 0000666259 Track# 533008425

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| R-0231970-107 | DA61296-494 | 1 | 62.000 YD | 1,140.80  USD |

**Note: A China to US Tariff Surcharge will be added to the price per yard**

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| **Subtotal**      | : | **1,140.80 USD** |
|---|---|---|
| **Tariff Surch** | : | **40.30 USD** |
| **Freight**      | : | **0.00 USD** |
| **Total Due**    | : | **1,181.10 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91687424 / 12/17/2018
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-W016858-01140035 509879 | | 11040978-000130 | 26.000 YD | 14.95 | 388.70 USD |
| FINISH: NEEDLEPUNCHED, CR HOME, BACKED, & CASHMERE | | | | | |
| CRHOM INVANO-01140035    CUSTOMER ORDER 1471269 | | | | | |
|         BOL# 0000666259 Track# 533008425 | | | | | |
| F-W017697-01140011 509871 | | 11040978-000140 | 55.000 YD | 13.50 | 742.50 USD |
| FINISH: NEEDLEPUNCHED, CR HOME, BACKED & ECOSET WASHED | | | | | |
| CRHOM F-W017697-01140011CUSTOMER ORDER 1471269 | | | | | |
|         BOL# 0000666259 Track# 533008425 | | | | | |
| F-0234703-01130044 DU16105-23 | | 11040978-000230 | 27.875 YD | 17.40 | 485.02 USD |
| FINISH: BACKED, SR EASE & ECOSET WASHED | | | | | |
| F-0234703-PEACOCK   CUSTOMER ORDER 1471269 | | | | | |
|         BOL# 0000666259 Track# 533008425 | | | | | |
| F-0234703-01130044 DU16105-23 | | 11040978-000250 | 28.125 YD | 17.40 | 489.38 USD |
| FINISH: BACKED, SR EASE & ECOSET WASHED | | | | | |
| F-0234703-PEACOCK   CUSTOMER ORDER 1471269 | | | | | |
|         BOL# 0000666259 Track# 533008425 | | | | | |
| F-W016858-01140035 509879 | | 11040978-000260 | 28.250 YD | 14.95 | 422.34 USD |
| FINISH: NEEDLEPUNCHED, CR HOME, BACKED, & CASHMERE | | | | | |
| CRHOM INVANO-01140035    CUSTOMER ORDER 1471269 | | | | | |
|         BOL# 0000666259 Track# 533008425 | | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due      :      2,527.94 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 2 of    2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91687424 / 12/17/2018
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|-------|----------|-----------|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---------------|-------------------|------------|-----|-------|-------------|

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat | |
|---------------|-------------------|--------|-----------|-----------|---|
| F-0234703-01130044 | DU16105-23 | 2 | 56.000 YD | 974.40 | USD |
| F-W016858-01140035 | 509879 | 2 | 54.250 YD | 811.04 | USD |
| F-W017697-01140011 | 509871 | 1 | 55.000 YD | 742.50 | USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **2,527.94 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **2,527.94 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    **Page 1 of    1**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91687425 / 12/17/2018
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0242161-01110017 509935 | | 11036053-000020 | 27.625 YD | 19.95 | 551.12 USD |
| FINISH: CRYPTON HOME, BACKED, & CASHMERE | | | | | |
| CRHOM F-0242161-01110017CUSTOMER ORDER 1469299 | | | | | |
| BOL# 0000666259 Track# 533008425 | | | | | |
| F-0242161-01110017 509935 | | 11036053-000040 | 26.500 YD | 19.95 | 528.68 USD |
| FINISH: CRYPTON HOME, BACKED, & CASHMERE | | | | | |
| CRHOM F-0242161-01110017CUSTOMER ORDER 1469299 | | | | | |
| BOL# 0000666259 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0242161-01110017 | 509935 | 2 | 54.125 YD | 1,079.80  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,079.80 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,079.80 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91687426 / 12/17/2018
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-W009508-01130008 | 15555 69 | 11041535-000020 | 56.875 YD | 15.85 | 901.46 USD |
| FINISH: BACKED, SR EASE & BIANCALANI | | | | | |
| F-W009508-GOLD RED CUSTOMER ORDER 1471596 | | | | | |
| BOL# 0000666259 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-W009508-01130008 | 15555 69 | 1 | 56.875 YD | 901.46  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **901.46 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **901.46 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91687427 / 12/17/2018
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C020377-01110021 | DU16098-73 | 11035685-000020 | 26.000 YD | 18.40 | 478.40 USD |
| FINISH: BACKED, SR EASE & BIANCALANI | | | | | |
| DABI-RED/BLUE      CUSTOMER ORDER 1469075 | | | | | |
| BOL# 0000666259 Track# 533008425 | | | | | |
| F-C020377-01110021 | DU16098-73 | 11035685-000030 | 30.125 YD | 18.40 | 554.31 USD |
| FINISH: BACKED, SR EASE & BIANCALANI | | | | | |
| DABI-RED/BLUE      CUSTOMER ORDER 1469075 | | | | | |
| BOL# 0000666259 Track# 533008425 | | | | | |

## Order  Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C020377-01110021 | DU16098-73 | 2 | 56.125 YD | 1,032.71  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,032.71 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,032.71 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of     1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91687428 / 12/17/2018
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C025026-01130027 521340 | | 11013864-000310 | 52.125 YD | 16.95 | 883.52 USD |

FINISH: CR SCOUR, BACKED, TOPICAL & CASHMERE
UV F-C025026-01130027    CUSTOMER ORDER 1459451GAF
        BOL# 0000666259 Track# 533008425

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C025026-01130027 | 521340 | 1 | 52.125 YD | 883.52  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **883.52 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **883.52 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91687429 / 12/17/2018
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-N000234-01110071 521429 | | 11014037-001040 | 28.000 YD | 22.95 | 642.60 USD |
| FINISH: CR SCOUR, BACKED, TOPICAL & CASHMERE | | | | | |
| UV F-N000234-01110071 | CUSTOMER ORDER 1459523GAF | | | | |
| BOL# 0000666259 Track# 533008425 | | | | | |
| F-N000246-01110037 521430 | | 11014037-001050 | 52.500 YD | 18.95 | 994.88 USD |
| FINISH: NEEDLEPUNCHED,CR SCOUR, BACKED, TOPICAL & CASHMERE | | | | | |
| UV F-N000246-01110037 | CUSTOMER ORDER 1459523GAF | | | | |
| BOL# 0000666259 Track# 533008425 | | | | | |
| F-N000234-01110071 521429 | | 11014037-001460 | 22.000 YD | 22.95 | 504.90 USD |
| FINISH: CR SCOUR, BACKED, TOPICAL & CASHMERE | | | | | |
| UV F-N000234-01110071 | CUSTOMER ORDER 1459523GAF | | | | |
| BOL# 0000666259 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-N000234-01110071 | 521429 | 2 | 50.000 YD | 1,147.50  USD |
| F-N000246-01110037 | 521430 | 1 | 52.500 YD | 994.88  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 2,142.38 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 2,142.38 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com

Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91687430 / 12/17/2018
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C009327-01100001 15477 281 | | 11038782-000020 | 32.625 YD | 16.90 | 551.36 USD |
| FINISH: SR EASE & BIANCALANI | | | | | |
| BRAZOS-01100001      CUSTOMER ORDER 1470423 | | | | | |
| BOL# 0000666259 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C009327-01100001 | 15477 281 | 1 | 32.625 YD | 551.36  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 551.36 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 551.36 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91687431 / 12/17/2018
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0196596-01160120 | DU15761-563 | 11043178-000070 | 25.375 YD | 18.30 | 464.37 USD |
| FINISH: BACKED, SR EASE & BIANCALANI | | | | | |
| F-0196596-LAPIS    CUSTOMER ORDER 1472240 | | | | | |
| BOL# 0000666259 Track# 533008425 | | | | | |
| F-0196596-01160120 | DU15761-563 | 11043178-000080 | 25.750 YD | 18.30 | 471.23 USD |
| FINISH: BACKED, SR EASE & BIANCALANI | | | | | |
| F-0196596-LAPIS    CUSTOMER ORDER 1472240 | | | | | |
| BOL# 0000666259 Track# 533008425 | | | | | |
| F-0196596-01160120 | DU15761-563 | 11043178-000090 | 26.250 YD | 18.30 | 480.37 USD |
| FINISH: BACKED, SR EASE & BIANCALANI | | | | | |
| F-0196596-LAPIS    CUSTOMER ORDER 1472240 | | | | | |
| BOL# 0000666259 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0196596-01160120 | DU15761-563 | 3 | 77.375 YD | 1,415.97  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 1,415.97 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 1,415.97 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of     1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91687432 / 12/17/2018
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0241042-01110006 509954 | | 11037618-000030 | 27.250 YD | 14.95 | 407.39 USD |
| FINISH: CRYPTON HOME & ECOSET WASHED | | | | | |
| CRHOM F-0241042-01110006CUSTOMER ORDER 1469920 | | | | | |
|      BOL# 0000666259 Track# 533008425 | | | | | |
| F-0241042-01110006 509954 | | 11037618-000050 | 28.125 YD | 14.95 | 420.46 USD |
| FINISH: CRYPTON HOME & ECOSET WASHED | | | | | |
| CRHOM F-0241042-01110006CUSTOMER ORDER 1469920 | | | | | |
|      BOL# 0000666259 Track# 533008425 | | | | | |

## Order  Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0241042-01110006 | 509954 | 2 | 55.375 YD | 827.85  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **827.85 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **827.85 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91687433 / 12/17/2018
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0241132-01180041 509924 | | 11040995-000070 | 56.750 YD | 14.95 | 848.41 USD |
| FINISH: CRYPTON HOME, BACKED, BIANCALANI | | | | | |
| CRHOM SHALIMAR-BALTIC    CUSTOMER ORDER 1471280 | | | | | |
|       BOL# 0000666259 Track# 533008425 | | | | | |
| F-0238724-01110006 509883 | | 11040995-000090 | 55.250 YD | 18.95 | 1,046.99 USD |
| FINISH: CRYPTON HOME & ECOSET WASHED | | | | | |
| CRHOM F-0238724-01110006CUSTOMER ORDER 1471280 | | | | | |
|       BOL# 0000666259 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0238724-01110006 | 509883 | 1 | 55.250 YD | 1,046.99  USD |
| F-0241132-01180041 | 509924 | 1 | 56.750 YD | 848.41  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 1,895.40 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 1,895.40 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91687434 / 12/17/2018
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45442-132-CRH     513361 DV16352 26-HUNTE | | 11040294-000020 | 42.000 YD | 12.95 | 543.90 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM GIBSON-FORESTCUSTOMER ORDER 1471001 | | | | | |
|       BOL# 0000666259 Track# 533008425 | | | | | |
| I-45442-132-CRH     513361 DV16352 26-HUNTE | | 11040294-000030 | 42.000 YD | 12.95 | 543.90 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM GIBSON-FORESTCUSTOMER ORDER 1471001 | | | | | |
|       BOL# 0000666259 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| I-45442-132-CRH | 513361 DV16352 26-HUNTER | 2 | 84.000 YD | 1,087.80  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 1,087.80 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 1,087.80 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                     **Page 1 of    1**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91687435 / 12/17/2018
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0242525-01100004 509947 | | 11040753-000020 | 29.000 YD | 18.95 | 549.55 USD |
| FINISH: NEEDLEPUNCHED, CR HOME, BACKED & ECOSET WASHED | | | | | |
| CRHOM F-0242525-NAVY     CUSTOMER ORDER 1471127 | | | | | |
|     BOL# 0000666259 Track# 533008425 | | | | | |
| F-0242525-01100004 509947 | | 11040753-000030 | 27.500 YD | 18.95 | 521.13 USD |
| FINISH: NEEDLEPUNCHED, CR HOME, BACKED & ECOSET WASHED | | | | | |
| CRHOM F-0242525-NAVY     CUSTOMER ORDER 1471127 | | | | | |
|     BOL# 0000666259 Track# 533008425 | | | | | |
| F-0242525-01100004 509947 | | 11040753-000040 | 27.625 YD | 18.95 | 523.49 USD |
| FINISH: NEEDLEPUNCHED, CR HOME, BACKED & ECOSET WASHED | | | | | |
| CRHOM F-0242525-NAVY     CUSTOMER ORDER 1471127 | | | | | |
|     BOL# 0000666259 Track# 533008425 | | | | | |
| F-0242525-01100004 509947 | | 11040753-000050 | 28.000 YD | 18.95 | 530.60 USD |
| FINISH: NEEDLEPUNCHED, CR HOME, BACKED & ECOSET WASHED | | | | | |
| CRHOM F-0242525-NAVY     CUSTOMER ORDER 1471127 | | | | | |
|     BOL# 0000666259 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0242525-01100004 | 509947 | 4 | 112.125 YD | 2,124.77  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **2,124.77 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **2,124.77 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

## INVOICE

**Invoice Number/Date**
91687436 / 12/17/2018
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0240298-01120014 509897 | | 11034096-000040 | 55.625 YD | 20.95 | 1,165.35 USD |

FINISH: CRYPTON HOME,BACKED, ECOSET WASHED
CRHOM F-0240298-01120014CUSTOMER ORDER 1468464
         BOL# 0000666259 Track# 533008425

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0240298-01120014 | 509897 | 1 | 55.625 YD | 1,165.35  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,165.35 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,165.35 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91687437 / 12/17/2018
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0216626-01100002 15735-598 CAMEL | | 11040264-000020 | 55.250 YD | 11.30 | 624.33 USD |
| FINISH: CRYPTON HOME, BACKED, BIANCALANI | | | | | |
| SLINGSHOT-FLAX        CUSTOMER ORDER 1470993 | | | | | |
|         BOL# 0000666259 Track# 533008425 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0216626-01100002 | 15735-598 CAMEL | 1 | 55.250 YD | 624.33  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 624.33 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 624.33 USD |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS/HIGHLAND COURT
49 WIRELESS BLVD.-Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91687567 / 12/17/2018
**Account Number**   1000460
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C018096-01160026 | HU15849-563 | 11039115-000020 | 25.000 YD | 22.05 | 551.25 USD |
| FINISH: BACKED, SR EASE & BIANCALANI | | | | | |
| DITSIDOT-01160026   CUSTOMER ORDER 1470525 | | | | | |
|     BOL# 0000666265 Track# 533008425 | | | | | |
| F-C018096-01160026 | HU15849-563 | 11039115-000030 | 24.625 YD | 22.05 | 542.98 USD |
| FINISH: BACKED, SR EASE & BIANCALANI | | | | | |
| DITSIDOT-01160026   CUSTOMER ORDER 1470525 | | | | | |
|     BOL# 0000666265 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C018096-01160026 | HU15849-563 | 2 | 49.625 YD | 1,094.23  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| **Subtotal** | : | **1,094.23 USD** |
|---|---|---|
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,094.23 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS/HIGHLAND COURT
49 WIRELESS BLVD.-Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91687568 / 12/17/2018
**Account Number**    1000460
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C019274-01110004 BU15852-85 | | 11037950-000020 | 55.625 YD | 23.10 | 1,284.94 USD |
| FINISH: SR EASE & ECOSET WASHED | | | | | |
| SVENGALI-PARCHMENT CUSTOMER ORDER 1470005 | | | | | |
| BOL# 0000666265 Track# 533008425 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C019274-01110004 | BU15852-85 | 1 | 55.625 YD | 1,284.94  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,284.94 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,284.94 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com          **Page 1 of    1**

**SHIP-TO:**
J & R LANGLEY COMPANY INC.
21828S FELLOWSHIP
169 SOUTH MAIN STREET
MANCHESTER NH  03102
USA
**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE
**Invoice Number/Date**
91687804 / 12/18/2018
**Account Number    852**
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | UPS GROUND | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

21828S FELLOWSHIP

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0236908-01110006 375508 - DO61532-118 - | | 11034105-000130 | 51.625 YD | 7.95 | 410.42 USD |
| FINISH: SCOUR/HEATSET | | | | | |
| F-0236908-LINEN | CUSTOMER ORDER 1468453DRP - ITEM 000001 | | | | |
| BOL# 0000666377 Track# 1Z69296W0351274992 | | | | | |

## Order Summary
| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0236908-01110006 | 375508 - DO61532-118 - LINEN | 1 | 51.625 YD | 410.42  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 410.42 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 410.42 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                     Page 1 of    1

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91687805 / 12/18/2018
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0152316-01180022 | 150602 - STRATHAM CYPRE | 11040202-000020 | 27.300 YD | 16.50 | 450.45 USD |
| FINISH: CRYPTON GREEN | | CUSTOMER ORDER 1470924 - ITEM 000010 | | | |
| F-0152316-01180022 | 150602 - STRATHAM CYPRE | 11040202-000030 | 27.100 YD | 16.50 | 447.15 USD |
| FINISH: CRYPTON GREEN | | CUSTOMER ORDER 1470924 - ITEM 000010 | | | |
| F-0152316-01180022 | 150602 - STRATHAM CYPRE | 11040202-000040 | 26.700 YD | 16.50 | 440.55 USD |
| FINISH: CRYPTON GREEN | | CUSTOMER ORDER 1470924 - ITEM 000010 | | | |
| F-0152316-01180022 | 150602 - STRATHAM CYPRE | 11040202-000050 | 24.100 YD | 16.50 | 397.65 USD |
| FINISH: CRYPTON GREEN | | CUSTOMER ORDER 1470924 - ITEM 000010 | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0152316-01180022 | 150602 - STRATHAM CYPRESS | 4 | 105.200 YD | 1,735.80  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,735.80 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,735.80 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY


**VALDESE WEAVERS**

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com

Page 1 of    1

**SHIP-TO:**
APPLIED TEXTILES SOUTH
1201 JAY LN
GRAHAM NC  27253
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91688688 / 12/19/2018
**Account Number**   852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | UPS GROUND | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

BOSTON TRADE HAMPTON INN

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-D000436-005 | | 11027365-000110 | 53.000 YD | 8.20 | 434.60 USD |

FINISH: NEEDLEPUNCHED & BACKED
SURPLUS-ROYAL      CUSTOMER ORDER 1465571DRP - ITEM 000010
        BOL# 0000666583 Track# 1Z69296W0350709569

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-D000436-005 | | 1 | 53.000 YD | 434.60  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 434.60 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 434.60 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com              Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## Credit Memo

**Credit Memo Number/Date        Order Num**
91688785 / 12/20/2018
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362, DALLAS, TX 75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0241132-01180024 509922 | | 60070010-000010 | 50.000 YD | 14.95 | 747.50 USD |
| CRHOM SHALIMAR-01180024 CUSTOMER ORDER | | | | | |
| BOL# 0000659642 Track# 501355910 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0241132-01180024 | 509922 | 1 | 50.000 YD | 747.50  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 747.50 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 747.50 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                          Page 1 of      1

**SHIP-TO:**
APPLIED TEXTILES SOUTH
1201 JAY LN
GRAHAM NC  27253
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91689269 / 12/21/2018
**Account Number**      852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0233273-01120006 | 257539 - SPACE ODDITY L | 11040798-000020 | 54.250 YD | 12.05 | 653.71 USD |
| FINISH: BACKED | | | | | |
| F-0233273-LAPIS | CUSTOMER ORDER 1471162 - ITEM 000001 | | | | |
| | BOL# 0000666827 Track# 532997476 | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0233273-01120006 | 257539 - SPACE ODDITY LAPIS | 1 | 54.250 YD | 653.71  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 653.71 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 653.71 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    **Page 1 of    1**

**SHIP-TO:**
APPLIED TEXTILES SOUTH
1201 JAY LN
GRAHAM NC  27253
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91689270 / 12/21/2018
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-W015298-01100002  251264 - LOLLI STRIPE O | | 11041890-000020 | 56.625 YD | 12.65 | 716.31 USD |
| FINISH: BACKED & CASHMERE | | | | | |
| F-W015298-ORCHID    CUSTOMER ORDER 1471697 - ITEM 000001 | | | | | |
|       BOL# 0000666827 Track# 532997476 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-W015298-01100002 | 251264 - LOLLI STRIPE ORCHID | 1 | 56.625 YD | 716.31  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **716.31 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **716.31 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                Page 1 of    1

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91689271 / 12/21/2018
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0224081-01120070  245713 | | 11038829-000020 | 52.600 YD | 16.45 | 865.27 USD |
| FINISH: CRYPTON GREEN | | | | | |
| F-0224081-LEAF | CUSTOMER ORDER 1470463 - ITEM 000010 | | | | |
| F-0224081-01120070  245713 | | 11038829-000030 | 55.700 YD | 16.45 | 916.27 USD |
| FINISH: CRYPTON GREEN | | | | | |
| F-0224081-LEAF | CUSTOMER ORDER 1470463 - ITEM 000010 | | | | |
| F-0224081-01120070  245713 | | 11038829-000040 | 51.200 YD | 16.45 | 842.24 USD |
| FINISH: CRYPTON GREEN | | | | | |
| F-0224081-LEAF | CUSTOMER ORDER 1470463 - ITEM 000010 | | | | |
| F-0224081-01120070  245713 | | 11038829-000050 | 55.000 YD | 16.45 | 904.75 USD |
| FINISH: CRYPTON GREEN | | | | | |
| F-0224081-LEAF | CUSTOMER ORDER 1470463 - ITEM 000010 | | | | |
| F-0224081-01120070  245713 | | 11038829-000060 | 55.800 YD | 16.45 | 917.91 USD |
| FINISH: CRYPTON GREEN | | | | | |
| F-0224081-LEAF | CUSTOMER ORDER 1470463 - ITEM 000010 | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0224081-01120070 | 245713 | 5 | 270.300 YD | 4,446.44  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **4,446.44 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **4,446.44 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                         Page 1 of    1

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91689272 / 12/21/2018
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0133925-01100008 | 117226 - GALWAY BREEZE | 11040994-000020 | 58.600 YD | 18.45 | 1,081.17 USD |
| FINISH: CRYPTON GREEN | | | | | |
| | CUSTOMER ORDER 1471286 - ITEM 000010 | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0133925-01100008 | 117226 - GALWAY BREEZE | 1 | 58.600 YD | 1,081.17  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 1,081.17 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 1,081.17 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91689273 / 12/21/2018
**Account Number**   852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0152458-01120022 | 150622 – RAILROAD TRACK | 11042974-000030 | 55.700 YD | 17.35 | 966.39 USD |
| FINISH: CRYPTON GREEN | | | | | |
| | CUSTOMER ORDER 1472164 – ITEM 000010 | | | | |
| F-0133925-01100021 | 190175 – GALWAY PRALINE | 11042974-000040 | 58.500 YD | 18.45 | 1,079.32 USD |
| FINISH: CRYPTON GREEN | | | | | |
| | CUSTOMER ORDER 1472164 – ITEM 000020 | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0133925-01100021 | 190175 – GALWAY PRALINE | 1 | 58.500 YD | 1,079.32  USD |
| F-0152458-01120022 | 150622 – RAILROAD TRACK ADRIATIC | 1 | 55.700 YD | 966.39  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | **:** | **2,045.71 USD** |
| **Freight** | **:** | **0.00 USD** |
| **Total Due** | **:** | **2,045.71 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of      1

**SHIP-TO:**
APPLIED TEXTILES SOUTH
1201 JAY LN
GRAHAM NC  27253
USA

**BILL-TO:**
DURALEE CONTRACT
P.O. BOX 13308
HAUPPAUGE NY  11788
USA

## INVOICE
**Invoice Number/Date**
91689686 / 12/21/2018
**Account Number**   5699
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0236666-01140017 | 375500 - DO 61523 193 | 11041856-000020 | 57.375 YD | 8.95 | 513.51 USD |
| FINISH: HEATSET | | | | | |
| F-0236666-INDIGO | CUSTOMER ORDER 1471698 - ITEM 000010 | | | | |
| | BOL# 0000666829 Track# 532997476 | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0236666-01140017 | 375500 - DO 61523 193 INDIGO | 1 | 57.375 YD | 513.51  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **513.51 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **513.51 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
APPLIED TEXTILES SOUTH
1201 JAY LN
GRAHAM NC  27253
USA

**BILL-TO:**
DURALEE CONTRACT
P.O. BOX 13308
HAUPPAUGE NY  11788
USA

### INVOICE

**Invoice Number/Date**
91689687 / 12/21/2018
**Account Number**   5699
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0226311-01160005 | DN15995-206 - ABSTRACT | 11043664-000080 | 54.750 YD | 8.60 | 470.85 USD |
| FLATLINES-NAVY | CUSTOMER ORDER 1472372 - ITEM 000040 | | | | |
| | BOL# 0000666829 Track# 532997476 | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0226311-01160005 | DN15995-206 - ABSTRACT NAVY | 1 | 54.750 YD | 470.85  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **470.85 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **470.85 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com              Page 1 of    1

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE CONTRACT
P.O. BOX 13308
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91689688 / 12/21/2018
**Account Number**    5699
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0220324-01130013 | 90957-258 MUSTARD | 11041999-000040 | 52.500 YD | 16.45 | 863.63 USD |

FINISH: CRYPTON GREEN
F-0220324-MUSTARD   CUSTOMER ORDER 1471795 - ITEM 000020

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0220324-01130013 | 90957-258 MUSTARD | 1 | 52.500 YD | 863.63   USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 863.63 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 863.63 USD |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com

Page 1 of    1

**SHIP-TO:**
APPLIED TEXTILES SOUTH
1201 JAY LN
GRAHAM NC  27253
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690030 / 12/27/2018
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | UPS GROUND | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0233495-01170003 | 257584 PATHWAY STRIPE T | 11041935-000060 | 55.750 YD | 10.50 | 585.37 USD |
| FINISH: LOOM STATE | | | | | |
| F-0233495-TEAK | CUSTOMER ORDER 1471703 - ITEM 000002 | | | | |
| | BOL# 0000667045 Track# 1Z69296W0350886305 | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0233495-01170003 | 257584 PATHWAY STRIPE TEAK | 1 | 55.750 YD | 585.37  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **585.37 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **585.37 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# **ATTACHMENT**

RADG Batch 4 Invoices



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com

**Page 1 of    8**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690088 / 12/28/2018
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C023091-01110097 520130 | | 11021389-000090 | 28.375 YD | 15.47 | 438.96 USD |
| FINISH: BACKED & ECOSET  WASHED | | | | | |
| RAVILLE-AZURE       CUSTOMER ORDER 1462867SBF | | | | | |
|       BOL# 0000666967 | | | | | |
| F-C023091-01110097 520130 | | 11021389-000100 | 28.500 YD | 15.47 | 440.90 USD |
| FINISH: BACKED & ECOSET  WASHED | | | | | |
| RAVILLE-AZURE       CUSTOMER ORDER 1462867SBF | | | | | |
|       BOL# 0000666967 | | | | | |
| F-C025192-01120003 520133 | | 11021389-000130 | 27.000 YD | 19.35 | 522.45 USD |
| F-C025192-AZURE     CUSTOMER ORDER 1462867SBF | | | | | |
|       BOL# 0000666967 | | | | | |
| F-C025192-01120003 520133 | | 11021389-000140 | 28.000 YD | 19.35 | 541.80 USD |
| F-C025192-AZURE     CUSTOMER ORDER 1462867SBF | | | | | |
|       BOL# 0000666967 | | | | | |
| F-C025192-01140002 520134 | | 11021389-000150 | 24.625 YD | 19.35 | 476.49 USD |
| F-C025192-TOMATO    CUSTOMER ORDER 1462867SBF | | | | | |
|       BOL# 0000666967 | | | | | |
| F-C025130-01100008 520140 | | 11021389-000190 | 52.000 YD | 10.19 | 529.88 USD |
| FINISH: BACKED & CASHMERE | | | | | |
| F-C025130-TOMATO    CUSTOMER ORDER 1462867SBF | | | | | |
|       BOL# 0000666967 | | | | | |
| F-C025192-01140002 520134 | | 11021389-000200 | 22.875 YD | 19.35 | 442.63 USD |
| F-C025192-TOMATO    CUSTOMER ORDER 1462867SBF | | | | | |
|       BOL# 0000666967 | | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    21,262.03 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 2 of    8

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE
**Invoice Number/Date**
91690088 / 12/28/2018
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C023091-01110097 520130<br>FINISH: BACKED & ECOSET  WASHED<br>RAVILLE-AZURE     CUSTOMER ORDER 1462867SBF<br>     BOL# 0000666967 | | 11021391-000090 | 26.000 YD | 15.47 | 402.22 USD |
| F-C023091-01110097 520130<br>FINISH: BACKED & ECOSET  WASHED<br>RAVILLE-AZURE     CUSTOMER ORDER 1462867SBF<br>     BOL# 0000666967 | | 11021391-000100 | 30.000 YD | 15.47 | 464.10 USD |
| F-C023091-01110097 520130<br>FINISH: BACKED & ECOSET  WASHED<br>RAVILLE-AZURE     CUSTOMER ORDER 1462867SBF<br>     BOL# 0000666967 | | 11021391-000110 | 44.750 YD | 15.47 | 692.28 USD |
| F-C025192-01120003 520133<br>F-C025192-AZURE     CUSTOMER ORDER 1462867SBF<br>     BOL# 0000666967 | | 11021391-000150 | 27.000 YD | 19.35 | 522.45 USD |
| F-C025192-01120003 520133<br>F-C025192-AZURE     CUSTOMER ORDER 1462867SBF<br>     BOL# 0000666967 | | 11021391-000160 | 21.250 YD | 19.35 | 411.19 USD |
| F-C025192-01120003 520133<br>F-C025192-AZURE     CUSTOMER ORDER 1462867SBF<br>     BOL# 0000666967 | | 11021391-000170 | 27.625 YD | 19.35 | 534.54 USD |
| F-C025192-01120003 520133<br>F-C025192-AZURE     CUSTOMER ORDER 1462867SBF<br>     BOL# 0000666967 | | 11021391-000180 | 26.000 YD | 19.35 | 503.10 USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due   :   21,262.03 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 3 of    8

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690088 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C025192-01120003 520133 | | 11021391-000190 | 25.000 YD | 19.35 | 483.75 USD |
| F-C025192-AZURE | CUSTOMER ORDER 1462867SBF | | | | |
| | BOL# 0000666967 | | | | |
| F-C025192-01120003 520133 | | 11021391-000200 | 26.000 YD | 19.35 | 503.10 USD |
| F-C025192-AZURE | CUSTOMER ORDER 1462867SBF | | | | |
| | BOL# 0000666967 | | | | |
| F-C025192-01140002 520134 | | 11021391-000210 | 43.625 YD | 19.35 | 844.14 USD |
| F-C025192-TOMATO | CUSTOMER ORDER 1462867SBF | | | | |
| | BOL# 0000666967 | | | | |
| F-C025192-01140002 520134 | | 11021391-000220 | 21.250 YD | 19.35 | 411.19 USD |
| F-C025192-TOMATO | CUSTOMER ORDER 1462867SBF | | | | |
| | BOL# 0000666967 | | | | |
| F-C025192-01140002 520134 | | 11021391-000230 | 43.625 YD | 19.35 | 844.14 USD |
| F-C025192-TOMATO | CUSTOMER ORDER 1462867SBF | | | | |
| | BOL# 0000666967 | | | | |
| F-C025192-01140002 520134 | | 11021391-000240 | 44.000 YD | 19.35 | 851.40 USD |
| F-C025192-TOMATO | CUSTOMER ORDER 1462867SBF | | | | |
| | BOL# 0000666967 | | | | |
| F-C025192-01140002 520134 | | 11021391-000250 | 21.375 YD | 19.35 | 413.60 USD |
| F-C025192-TOMATO | CUSTOMER ORDER 1462867SBF | | | | |
| | BOL# 0000666967 | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    21,262.03 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 4 of    8

## INVOICE

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**Invoice Number/Date**
91690088 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C025192-01140002 520134 | | 11021391-000260 | 21.625 YD | 19.35 | 418.44 USD |
| F-C025192-TOMATO | CUSTOMER ORDER 1462867SBF | | | | |
| | BOL# 0000666967 | | | | |
| F-C025192-01140002 520134 | | 11021391-000270 | 22.625 YD | 19.35 | 437.79 USD |
| F-C025192-TOMATO | CUSTOMER ORDER 1462867SBF | | | | |
| | BOL# 0000666967 | | | | |
| F-C025130-01100008 520140 | | 11021391-000400 | 30.250 YD | 10.19 | 308.25 USD |
| FINISH: BACKED & CASHMERE | | | | | |
| F-C025130-TOMATO | CUSTOMER ORDER 1462867SBF | | | | |
| | BOL# 0000666967 | | | | |
| F-C025130-01100008 520140 | | 11021391-000410 | 29.250 YD | 10.19 | 298.06 USD |
| FINISH: BACKED & CASHMERE | | | | | |
| F-C025130-TOMATO | CUSTOMER ORDER 1462867SBF | | | | |
| | BOL# 0000666967 | | | | |
| F-C025130-01100008 520140 | | 11021391-000420 | 29.000 YD | 10.19 | 295.51 USD |
| FINISH: BACKED & CASHMERE | | | | | |
| F-C025130-TOMATO | CUSTOMER ORDER 1462867SBF | | | | |
| | BOL# 0000666967 | | | | |
| F-C025130-01100008 520140 | | 11021391-000430 | 28.625 YD | 10.19 | 291.69 USD |
| FINISH: BACKED & CASHMERE | | | | | |
| F-C025130-TOMATO | CUSTOMER ORDER 1462867SBF | | | | |
| | BOL# 0000666967 | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    21,262.03 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                      Page 5 of    8

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690088 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C025130-01100008 520140 | | 11021391-000440 | 35.625 YD | 10.19 | 363.02 USD |
| FINISH: BACKED & CASHMERE | | | | | |
| F-C025130-TOMATO   CUSTOMER ORDER 1462867SBF | | | | | |
|        BOL# 0000666967 | | | | | |
| F-C025130-01100008 520140 | | 11021391-000450 | 60.000 YD | 10.19 | 611.40 USD |
| FINISH: BACKED & CASHMERE | | | | | |
| F-C025130-TOMATO   CUSTOMER ORDER 1462867SBF | | | | | |
|        BOL# 0000666967 | | | | | |
| F-C025130-01100008 520140 | | 11021391-000460 | 30.000 YD | 10.19 | 305.70 USD |
| FINISH: BACKED & CASHMERE | | | | | |
| F-C025130-TOMATO   CUSTOMER ORDER 1462867SBF | | | | | |
|        BOL# 0000666967 | | | | | |
| F-C025130-01100008 520140 | | 11021391-000470 | 29.000 YD | 10.19 | 295.51 USD |
| FINISH: BACKED & CASHMERE | | | | | |
| F-C025130-TOMATO   CUSTOMER ORDER 1462867SBF | | | | | |
|        BOL# 0000666967 | | | | | |
| F-C025130-01100008 520140 | | 11021391-000480 | 30.750 YD | 10.19 | 313.35 USD |
| FINISH: BACKED & CASHMERE | | | | | |
| F-C025130-TOMATO   CUSTOMER ORDER 1462867SBF | | | | | |
|        BOL# 0000666967 | | | | | |
| F-C025130-01100008 520140 | | 11021391-000490 | 29.625 YD | 10.19 | 301.88 USD |
| FINISH: BACKED & CASHMERE | | | | | |
| F-C025130-TOMATO   CUSTOMER ORDER 1462867SBF | | | | | |
|        BOL# 0000666967 | | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    21,262.03 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 6 of    8

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE
**Invoice Number/Date**
91690088 / 12/28/2018
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C023091-01110097 520130 | | 11021391-000500 | 28.375 YD | 15.47 | 438.96 USD |
| FINISH: BACKED & ECOSET  WASHED | | | | | |
| RAVILLE-AZURE        CUSTOMER ORDER 1462867SBF | | | | | |
| BOL# 0000666967 | | | | | |
| F-C023091-01110097 520130 | | 11021391-000510 | 25.375 YD | 15.47 | 392.55 USD |
| FINISH: BACKED & ECOSET  WASHED | | | | | |
| RAVILLE-AZURE        CUSTOMER ORDER 1462867SBF | | | | | |
| BOL# 0000666967 | | | | | |
| F-C025130-01100008 520140 | | 11021391-000550 | 36.625 YD | 10.19 | 373.21 USD |
| FINISH: BACKED & CASHMERE | | | | | |
| F-C025130-TOMATO    CUSTOMER ORDER 1462867SBF | | | | | |
| BOL# 0000666967 | | | | | |
| F-C025192-01120003 520133 | | 11021391-000560 | 20.125 YD | 19.35 | 389.41 USD |
| F-C025192-AZURE     CUSTOMER ORDER 1462867SBF | | | | | |
| BOL# 0000666967 | | | | | |
| F-C025192-01140002 520134 | | 11021391-000570 | 20.375 YD | 19.35 | 394.25 USD |
| F-C025192-TOMATO    CUSTOMER ORDER 1462867SBF | | | | | |
| BOL# 0000666967 | | | | | |
| F-C025192-01140002 520134 | | 11021391-000580 | 20.875 YD | 19.35 | 403.93 USD |
| F-C025192-TOMATO    CUSTOMER ORDER 1462867SBF | | | | | |
| BOL# 0000666967 | | | | | |
| F-C025192-01120003 520133 | | 11021391-000600 | 26.000 YD | 19.35 | 503.10 USD |
| F-C025192-AZURE     CUSTOMER ORDER 1462867SBF | | | | | |
| BOL# 0000666967 | | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    21,262.03 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 7 of    8

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690088 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C025192-01120003 520133 | | 11021391-000610 | 26.000 YD | 19.35 | 503.10 USD |
| F-C025192-AZURE     CUSTOMER ORDER 1462867SBF | | | | | |
| BOL# 0000666967 | | | | | |
| F-C025192-01120003 520133 | | 11021391-000620 | 28.250 YD | 19.35 | 546.64 USD |
| F-C025192-AZURE     CUSTOMER ORDER 1462867SBF | | | | | |
| BOL# 0000666967 | | | | | |
| F-C025192-01120003 520133 | | 11021391-000630 | 26.000 YD | 19.35 | 503.10 USD |
| F-C025192-AZURE     CUSTOMER ORDER 1462867SBF | | | | | |
| BOL# 0000666967 | | | | | |
| F-C025192-01120003 520133 | | 11021391-000640 | 25.625 YD | 19.35 | 495.84 USD |
| F-C025192-AZURE     CUSTOMER ORDER 1462867SBF | | | | | |
| BOL# 0000666967 | | | | | |
| F-C025192-01140002 520134 | | 11021391-000650 | 20.000 YD | 19.35 | 387.00 USD |
| F-C025192-TOMATO    CUSTOMER ORDER 1462867SBF | | | | | |
| BOL# 0000666967 | | | | | |
| F-C025192-01140002 520134 | | 11021391-000660 | 21.500 YD | 19.35 | 416.03 USD |
| F-C025192-TOMATO    CUSTOMER ORDER 1462867SBF | | | | | |
| BOL# 0000666967 | | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due      :    21,262.03 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                   Page 8 of    8

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

| INVOICE |
| --- |
| **Invoice Number/Date** |
| 91690088 / 12/28/2018 |
| **Account Number**    850 |
| **Salesperson**  NMN Fabrics, Inc. |
| apgroup@tradgroup.com |

| Terms | Ship Via | Incoterms |
| --- | --- | --- |
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
| --- | --- | --- | --- | --- | --- |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat | |
| --- | --- | --- | --- | --- | --- |
| F-C023091-01110097 | 520130 | 7 | 211.375 YD | 3,269.97 | USD |
| F-C025130-01100008 | 520140 | 12 | 420.750 YD | 4,287.46 | USD |
| F-C025192-01120003 | 520133 | 14 | 359.875 YD | 6,963.57 | USD |
| F-C025192-01140002 | 520134 | 13 | 348.375 YD | 6,741.03 | USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
| --- | --- | --- |
| **Subtotal** | : | 21,262.03 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 21,262.03 USD |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690089 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0203459-01150263 241131 | | 11043549-000150 | 53.250 YD | 13.80 | 734.85 USD |
| FINISH: BACKED, SR EASE & BIANCALANI | | | | | |
| F-0203459-CORAL      CUSTOMER ORDER 1472270 | | | | | |
| BOL# 0000667042 | | | | | |
| F-0186481-01160111 210971 | | 11043549-000180 | 24.750 YD | 15.75 | 389.81 USD |
| FINISH: BACKED, SR EASE & BIANCALANI | | | | | |
| CUSTOMER ORDER 1472270 | | | | | |
| BOL# 0000667042 | | | | | |
| F-0186481-01160111 210971 | | 11043549-000190 | 27.000 YD | 15.75 | 425.25 USD |
| FINISH: BACKED, SR EASE & BIANCALANI | | | | | |
| CUSTOMER ORDER 1472270 | | | | | |
| BOL# 0000667042 | | | | | |
| F-0186481-01190230 221594 | | 11043549-000200 | 25.875 YD | 15.75 | 407.53 USD |
| FINISH: BACKED, SR EASE & BIANCALANI | | | | | |
| CUSTOMER ORDER 1472270 | | | | | |
| BOL# 0000667042 | | | | | |
| F-0186481-01190230 221594 | | 11043549-000210 | 30.875 YD | 15.75 | 486.28 USD |
| FINISH: BACKED, SR EASE & BIANCALANI | | | | | |
| CUSTOMER ORDER 1472270 | | | | | |
| BOL# 0000667042 | | | | | |
| F-0187211-01130071 232788 | | 11043549-000240 | 27.125 YD | 13.05 | 353.99 USD |
| FINISH: NEEDLEPUNCHED, BACKED & SR EASE | | | | | |
| APLOMB-01130071      CUSTOMER ORDER 1472270 | | | | | |
| BOL# 0000667042 | | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.          **Total Due      :    2,797.71 USD**

Fabrics covered by this invoice are intended only for outer coverings for furniture.

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                 Page 2 of    2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690089 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat | |
|---|---|---|---|---|---|
| F-0186481-01160111 | 210971 | 2 | 51.750 YD | 815.06 | USD |
| F-0186481-01190230 | 221594 | 2 | 56.750 YD | 893.81 | USD |
| F-0187211-01130071 | 232788 | 1 | 27.125 YD | 353.99 | USD |
| F-0203459-01150263 | 241131 | 1 | 53.250 YD | 734.85 | USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **2,797.71 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **2,797.71 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690090 / 12/28/2018
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C019709-01140061 258863 | | 11038290-000020 | 26.625 YD | 22.95 | 611.05 USD |
| FINISH: BACKED & ECOSET WASHED | | | | | |
| HANDWOVEN-01140061 CUSTOMER ORDER 1470191 | | | | | |
| BOL# 0000667042 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C019709-01140061 | 258863 | 1 | 26.625 YD | 611.05  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **611.05 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **611.05 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    5

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690091 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**   CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45466-134-CRH    245482 | | 11041001-000160 | 42.000 YD | 11.30 | 474.60 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM HENRY-EBONY   CUSTOMER ORDER 1471277 | | | | | |
| BOL# 0000667042 | | | | | |
| I-45466-134-CRH    245482 | | 11041001-000170 | 41.000 YD | 11.30 | 463.30 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM HENRY-EBONY   CUSTOMER ORDER 1471277 | | | | | |
| BOL# 0000667042 | | | | | |
| I-45466-105-CRH    245491 | | 11041001-000180 | 40.000 YD | 11.30 | 452.00 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM HENRY-EGGPLANT    CUSTOMER ORDER 1471277 | | | | | |
| BOL# 0000667042 | | | | | |
| I-45466-105-CRH    245491 | | 11041001-000190 | 41.000 YD | 11.30 | 463.30 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM HENRY-EGGPLANT    CUSTOMER ORDER 1471277 | | | | | |
| BOL# 0000667042 | | | | | |
| I-45466-105-CRH    245491 | | 11041001-000200 | 42.000 YD | 11.30 | 474.60 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM HENRY-EGGPLANT    CUSTOMER ORDER 1471277 | | | | | |
| BOL# 0000667042 | | | | | |
| I-45466-145-CRH    245458 | | 11041001-000210 | 41.000 YD | 11.30 | 463.30 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM HENRY-OYSTER CUSTOMER ORDER 1471277 | | | | | |
| BOL# 0000667042 | | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    11,051.40 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 2 of     5

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690091 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45466-145-CRH     245458<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-OYSTER CUSTOMER ORDER 1471277<br>    BOL# 0000667042 | | 11041001-000220 | 41.000 YD | 11.30 | 463.30 USD |
| I-45466-145-CRH     245458<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-OYSTER CUSTOMER ORDER 1471277<br>    BOL# 0000667042 | | 11041001-000230 | 41.000 YD | 11.30 | 463.30 USD |
| I-45466-151-CRH     245488<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-COBBLESTONE CUSTOMER ORDER 1471277<br>    BOL# 0000667042 | | 11041001-000300 | 42.000 YD | 11.30 | 474.60 USD |
| I-45466-151-CRH     245488<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-COBBLESTONE CUSTOMER ORDER 1471277<br>    BOL# 0000667042 | | 11041001-000310 | 42.000 YD | 11.30 | 474.60 USD |
| I-45466-151-CRH     245488<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-COBBLESTONE CUSTOMER ORDER 1471277<br>    BOL# 0000667042 | | 11041001-000320 | 42.000 YD | 11.30 | 474.60 USD |
| I-45466-110-CRH     245487<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-GYPSY  CUSTOMER ORDER 1471277<br>    BOL# 0000667042 | | 11041001-000330 | 42.000 YD | 11.30 | 474.60 USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    11,051.40 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 3 of    5

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

## INVOICE

**Invoice Number/Date**
91690091 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45466-110-CRH     245487<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-GYPSY   CUSTOMER ORDER 1471277<br>        BOL# 0000667042 | | 11041001-000340 | 42.000 YD | 11.30 | 474.60 USD |
| I-45466-127-CRH     245462<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-CLIFF   CUSTOMER ORDER 1471277<br>        BOL# 0000667042 | | 11041001-000390 | 37.000 YD | 11.30 | 418.10 USD |
| I-45466-127-CRH     245462<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-CLIFF   CUSTOMER ORDER 1471277<br>        BOL# 0000667042 | | 11041001-000400 | 42.000 YD | 11.30 | 474.60 USD |
| I-45466-127-CRH     245462<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-CLIFF   CUSTOMER ORDER 1471277<br>        BOL# 0000667042 | | 11041001-000410 | 42.000 YD | 11.30 | 474.60 USD |
| I-45466-127-CRH     245462<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-CLIFF   CUSTOMER ORDER 1471277<br>        BOL# 0000667042 | | 11041001-000420 | 40.000 YD | 11.30 | 452.00 USD |
| I-45466-103-CRH     245537<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-FLANNELCUSTOMER ORDER 1471277<br>        BOL# 0000667042 | | 11041001-000430 | 41.000 YD | 11.30 | 463.30 USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due      :    11,051.40 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                   Page 4 of    5

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690091 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45466-103-CRH    245537<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-FLANNEL CUSTOMER ORDER 1471277<br>    BOL# 0000667042 | | 11041001-000440 | 42.000 YD | 11.30 | 474.60 USD |
| I-45466-103-CRH    245537<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-FLANNEL CUSTOMER ORDER 1471277<br>    BOL# 0000667042 | | 11041001-000450 | 41.000 YD | 11.30 | 463.30 USD |
| I-45466-106-CRH    245484<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-NAVY    CUSTOMER ORDER 1471277<br>    BOL# 0000667042 | | 11041001-000460 | 42.000 YD | 11.30 | 474.60 USD |
| I-45466-106-CRH    245484<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-NAVY    CUSTOMER ORDER 1471277<br>    BOL# 0000667042 | | 11041001-000470 | 41.000 YD | 11.30 | 463.30 USD |
| I-45466-106-CRH    245484<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-NAVY    CUSTOMER ORDER 1471277<br>    BOL# 0000667042 | | 11041001-000480 | 34.000 YD | 11.30 | 384.20 USD |
| I-45466-106-CRH    245484<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-NAVY    CUSTOMER ORDER 1471277<br>    BOL# 0000667042 | | 11041001-000490 | 37.000 YD | 11.30 | 418.10 USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    11,051.40 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                Page 5 of    5

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690091 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat | |
|---|---|---|---|---|---|
| I-45466-103-CRH | 245537 | 3 | 124.000 YD | 1,401.20 | USD |
| I-45466-105-CRH | 245491 | 3 | 123.000 YD | 1,389.90 | USD |
| I-45466-106-CRH | 245484 | 4 | 154.000 YD | 1,740.20 | USD |
| I-45466-110-CRH | 245487 | 2 | 84.000 YD | 949.20 | USD |
| I-45466-127-CRH | 245462 | 4 | 161.000 YD | 1,819.30 | USD |
| I-45466-134-CRH | 245482 | 2 | 83.000 YD | 937.90 | USD |
| I-45466-145-CRH | 245458 | 3 | 123.000 YD | 1,389.90 | USD |
| I-45466-151-CRH | 245488 | 3 | 126.000 YD | 1,423.80 | USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 11,051.40 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 11,051.40 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690092 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0167197-01150012 181231 | | 11041242-000020 | 55.000 YD | 10.85 | 596.75 USD |
| FINISH: BACKED, SR EASE & BIANCALANI | | | | | |
| | CUSTOMER ORDER 1471447 | | | | |
| BOL# 0000667042 | | | | | |
| F-0167197-01150012 181231 | | 11041242-000030 | 54.375 YD | 10.85 | 589.97 USD |
| FINISH: BACKED, SR EASE & BIANCALANI | | | | | |
| | CUSTOMER ORDER 1471447 | | | | |
| BOL# 0000667042 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0167197-01150012 | 181231 | 2 | 109.375 YD | 1,186.72  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,186.72 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,186.72 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of     2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE
**Invoice Number/Date**
91690093 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-W007082-01110032 221805 FINISH: SR EASE | CUSTOMER ORDER 1472261 BOL# 0000667042 | 11043470-000130 | 56.000 YD | 18.30 | 1,024.80 USD |
| F-W013177-01110014 508730 FINISH: BACKED, SR EASE & CASHMERE F-W013177-OYSTER | CUSTOMER ORDER 1472261 BOL# 0000667042 | 11043470-000140 | 57.750 YD | 13.80 | 796.96 USD |
| F-W007082-01100071 228000 FINISH: SR EASE | CUSTOMER ORDER 1472261 BOL# 0000667042 | 11043470-000150 | 56.000 YD | 18.30 | 1,024.80 USD |
| F-W010610-01180028 239880 FINISH: BACKED & BIANCALANI F-W010610-COVE | CUSTOMER ORDER 1472261 BOL# 0000667042 | 11043470-000160 | 27.000 YD | 18.50 | 499.50 USD |
| F-W010610-01180028 239880 FINISH: BACKED & BIANCALANI F-W010610-COVE | CUSTOMER ORDER 1472261 BOL# 0000667042 | 11043470-000170 | 24.625 YD | 18.50 | 455.56 USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due     :     3,801.62 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 2 of    2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

| INVOICE |
| --- |
| **Invoice Number/Date** |
| 91690093 / 12/28/2018 |
| **Account Number**    850 |
| **Salesperson**  NMN Fabrics, Inc. |
| apgroup@tradgroup.com |

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

| Terms | Ship Via | Incoterms |
| --- | --- | --- |
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
| --- | --- | --- | --- | --- | --- |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat | |
| --- | --- | --- | --- | --- | --- |
| F-W007082-01100071 | 228000 | 1 | 56.000 YD | 1,024.80 | USD |
| F-W007082-01110032 | 221805 | 1 | 56.000 YD | 1,024.80 | USD |
| F-W010610-01180028 | 239880 | 2 | 51.625 YD | 955.06 | USD |
| F-W013177-01110014 | 508730 | 1 | 57.750 YD | 796.96 | USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
| --- | --- | --- |
| **Subtotal** | : | **3,801.62 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **3,801.62 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# V A L D E S E
# W E A V E R S

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690094 / 12/28/2018
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-W018712-01140032  520232<br>FINISH: BACKED, SR EASE & ECOSET WASHED<br>F-W018712-AZURE     CUSTOMER ORDER 1471576<br>    BOL# 0000667042 | | 11041499-000020 | 29.250 YD | 18.40 | 538.20 USD |
| F-W018712-01140032  520232<br>FINISH: BACKED, SR EASE & ECOSET WASHED<br>F-W018712-AZURE     CUSTOMER ORDER 1471576<br>    BOL# 0000667042 | | 11041499-000030 | 30.750 YD | 18.40 | 565.80 USD |
| F-W018712-01140032  520232<br>FINISH: BACKED, SR EASE & ECOSET WASHED<br>F-W018712-AZURE     CUSTOMER ORDER 1471576<br>    BOL# 0000667042 | | 11041499-000040 | 30.000 YD | 18.40 | 552.00 USD |
| F-W018712-01140032  520232<br>FINISH: BACKED, SR EASE & ECOSET WASHED<br>F-W018712-AZURE     CUSTOMER ORDER 1471576<br>    BOL# 0000667042 | | 11041499-000050 | 29.250 YD | 18.40 | 538.20 USD |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-W018712-01140032  520232 | | 4 | 119.250 YD | 2,194.20  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Subtotal**    :    **2,194.20 USD**
**Freight**     :        **0.00 USD**
**Total Due**   :    **2,194.20 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    **Page 1 of    1**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690095 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0241413-01130018  509843 | | 11040121-000020 | 31.750 YD | 16.40 | 520.70 USD |
| FINISH: BACKED, SR EASE & ECOSET WASHED | | | | | |
| F-0241413-LETTUCE   CUSTOMER ORDER 1470849 | | | | | |
|        BOL# 0000667042 | | | | | |
| F-0241413-01130018  509843 | | 11040121-000050 | 30.000 YD | 16.40 | 492.00 USD |
| FINISH: BACKED, SR EASE & ECOSET WASHED | | | | | |
| F-0241413-LETTUCE   CUSTOMER ORDER 1470849 | | | | | |
|        BOL# 0000667042 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0241413-01130018 | 509843 | 2 | 61.750 YD | 1,012.70  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,012.70 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,012.70 USD** |

**VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY**



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    3

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690096 / 12/28/2018
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0192358-01150001 211048 | | 11040203-000020 | 26.000 YD | 19.10 | 496.60 USD |
| FINISH: NEEDLEPUNCHED, BACKED, SR EASE & BIANCALANI | | | | | |
| | CUSTOMER ORDER 1470943 | | | | |
| BOL# 0000667042 | | | | | |
| F-0192358-01150001 211048 | | 11040203-000030 | 26.750 YD | 19.10 | 510.93 USD |
| FINISH: NEEDLEPUNCHED, BACKED, SR EASE & BIANCALANI | | | | | |
| | CUSTOMER ORDER 1470943 | | | | |
| BOL# 0000667042 | | | | | |
| F-0192358-01150001 211048 | | 11040203-000040 | 24.625 YD | 19.10 | 470.34 USD |
| FINISH: NEEDLEPUNCHED, BACKED, SR EASE & BIANCALANI | | | | | |
| | CUSTOMER ORDER 1470943 | | | | |
| BOL# 0000667042 | | | | | |
| F-0192358-01150001 211048 | | 11040203-000050 | 27.750 YD | 19.10 | 530.03 USD |
| FINISH: NEEDLEPUNCHED, BACKED, SR EASE & BIANCALANI | | | | | |
| | CUSTOMER ORDER 1470943 | | | | |
| BOL# 0000667042 | | | | | |
| F-0192358-01150001 211048 | | 11040203-000060 | 26.250 YD | 19.10 | 501.37 USD |
| FINISH: NEEDLEPUNCHED, BACKED, SR EASE & BIANCALANI | | | | | |
| | CUSTOMER ORDER 1470943 | | | | |
| BOL# 0000667042 | | | | | |
| F-0192358-01150001 211048 | | 11040203-000070 | 27.500 YD | 19.10 | 525.25 USD |
| FINISH: NEEDLEPUNCHED, BACKED, SR EASE & BIANCALANI | | | | | |
| | CUSTOMER ORDER 1470943 | | | | |
| BOL# 0000667042 | | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :     7,203.10 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                  Page 2 of    3

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

### INVOICE
**Invoice Number/Date**
91690096 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0192358-01150001 211048 | | 11040203-000080 | 27.000 YD | 19.10 | 515.70 USD |
| FINISH: NEEDLEPUNCHED, BACKED, SR EASE & BIANCALANI | | | | | |
| | CUSTOMER ORDER 1470943 | | | | |
| | BOL# 0000667042 | | | | |
| F-0192358-01150001 211048 | | 11040203-000090 | 28.000 YD | 19.10 | 534.80 USD |
| FINISH: NEEDLEPUNCHED, BACKED, SR EASE & BIANCALANI | | | | | |
| | CUSTOMER ORDER 1470943 | | | | |
| | BOL# 0000667042 | | | | |
| F-0192358-01150001 211048 | | 11040203-000100 | 27.000 YD | 19.10 | 515.70 USD |
| FINISH: NEEDLEPUNCHED, BACKED, SR EASE & BIANCALANI | | | | | |
| | CUSTOMER ORDER 1470943 | | | | |
| | BOL# 0000667042 | | | | |
| F-0192358-01150001 211048 | | 11040203-000110 | 28.000 YD | 19.10 | 534.80 USD |
| FINISH: NEEDLEPUNCHED, BACKED, SR EASE & BIANCALANI | | | | | |
| | CUSTOMER ORDER 1470943 | | | | |
| | BOL# 0000667042 | | | | |
| F-0192358-01150001 211048 | | 11040203-000120 | 27.750 YD | 19.10 | 530.03 USD |
| FINISH: NEEDLEPUNCHED, BACKED, SR EASE & BIANCALANI | | | | | |
| | CUSTOMER ORDER 1470943 | | | | |
| | BOL# 0000667042 | | | | |
| F-0192358-01150001 211048 | | 11040203-000130 | 26.000 YD | 19.10 | 496.60 USD |
| FINISH: NEEDLEPUNCHED, BACKED, SR EASE & BIANCALANI | | | | | |
| | CUSTOMER ORDER 1470943 | | | | |
| | BOL# 0000667042 | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.          **Total Due      :      7,203.10 USD**
Fabrics covered by this invoice are intended only for outer coverings for furniture.

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 3 of    3

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690096 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0192358-01150001 211048 | | 11040203-000140 | 27.000 YD | 19.10 | 515.70 USD |
| FINISH: NEEDLEPUNCHED, BACKED, SR EASE & BIANCALANI | | | | | |
| | CUSTOMER ORDER 1470943 | | | | |
| BOL# 0000667042 | | | | | |
| F-0192358-01150001 211048 | | 11040203-000150 | 27.500 YD | 19.10 | 525.25 USD |
| FINISH: NEEDLEPUNCHED, BACKED, SR EASE & BIANCALANI | | | | | |
| | CUSTOMER ORDER 1470943 | | | | |
| BOL# 0000667042 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0192358-01150001 | 211048 | 14 | 377.125 YD | 7,203.10  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | | |
|---|---|---|---|
| **Subtotal** | : | **7,203.10 USD** | |
| **Freight** | : | **0.00 USD** | |
| **Total Due** | : | **7,203.10 USD** | |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                          Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690097 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0231055-01100015 232042 | | 11040757-000020 | 32.000 YD | 15.95 | 510.40 USD |
| FINISH: NEEDLEPUNCHED, BACKED & BIANCALANI | | | | | |
| ROYAL CHENILLE-CAMEL      CUSTOMER ORDER 1471136 | | | | | |
|     BOL# 0000667042 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0231055-01100015 | 232042 | 1 | 32.000 YD | 510.40  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **510.40 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **510.40 USD** |

**VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY**



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    **Page 1 of    1**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690098 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-W014793-01150119 256555 | | 11042959-000020 | 54.875 YD | 15.95 | 875.26 USD |
| FINISH: BACKED & BIANCALANI | | | | | |
| TRUCE-MOSS | CUSTOMER ORDER 1472155 | | | | |
| BOL# 0000667042 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-W014793-01150119 | 256555 | 1 | 54.875 YD | 875.26  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **875.26 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **875.26 USD** |

**VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY**



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of     1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690099 / 12/28/2018
**Account Number**    850
**Salesperson**   NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**   CINDY BENFIELD
PH: 828-397-1832   FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0182343-01110286 239862 | | 11041534-000020 | 56.500 YD | 12.50 | 706.25 USD |
| FINISH: BACKED & BIANCALANI | | | | | |
| RANCH-PEARL          CUSTOMER ORDER 1471591 | | | | | |
|        BOL# 0000667042 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0182343-01110286 | 239862 | 1 | 56.500 YD | 706.25  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **706.25 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **706.25 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    **Page 1 of   1**

## INVOICE

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**Invoice Number/Date**
91690100 / 12/28/2018
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0192438-01180063  214732 | | 11042045-000020 | 28.000 YD | 16.70 | 467.60 USD |
| FINISH: CRYPTON GREEN | | | | | |
| | CUSTOMER ORDER 1471796 | | | | |
| BOL# 0000667042 | | | | | |
| F-0192438-01180063  214732 | | 11042045-000030 | 27.125 YD | 16.70 | 452.99 USD |
| FINISH: CRYPTON GREEN | | | | | |
| | CUSTOMER ORDER 1471796 | | | | |
| BOL# 0000667042 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0192438-01180063 | 214732 | 2 | 55.125 YD | 920.59  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | **:** | **920.59 USD** |
| **Freight** | **:** | **0.00 USD** |
| **Total Due** | **:** | **920.59 USD** |

**VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY**



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com          Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690101 / 12/28/2018
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0160318-01130005 165280 | | 11037373-000060 | 26.875 YD | 18.15 | 487.78 USD |
| FINISH: CRYPTON GREEN | | | | | |
| | CUSTOMER ORDER 1469810 | | | | |
| BOL# 0000667042 | | | | | |
| F-0160318-01130005 165280 | | 11037373-000070 | 27.000 YD | 18.15 | 490.05 USD |
| FINISH: CRYPTON GREEN | | | | | |
| | CUSTOMER ORDER 1469810 | | | | |
| BOL# 0000667042 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0160318-01130005 | 165280 | 2 | 53.875 YD | 977.83  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **977.83 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **977.83 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                      Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690102 / 12/28/2018
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0193021-01170003  214714 | | 11042737-000020 | 33.125 YD | 14.85 | 491.91 USD |
| FINISH: CRYPTON GREEN | | | | | |
| | CUSTOMER ORDER 1472088 | | | | |
| BOL# 0000667042 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0193021-01170003 | 214714 | 1 | 33.125 YD | 491.91  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 491.91 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 491.91 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com

Page 1 of    3

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690103 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0186109-01180001  198613<br>FINISH: BACKED, SR EASE & BIANCALANI<br>CUSTOMER ORDER 1471284<br>BOL# 0000667042 | | 11040983-000210 | 51.000 YD | 14.05 | 716.55 USD |
| F-0191997-01140038  214688<br>FINISH: CRYPTON GREEN<br>CUSTOMER ORDER 1471284<br>BOL# 0000667042 | | 11040983-000220 | 27.875 YD | 15.10 | 420.91 USD |
| F-0191997-01140038  214688<br>FINISH: CRYPTON GREEN<br>CUSTOMER ORDER 1471284<br>BOL# 0000667042 | | 11040983-000230 | 24.250 YD | 15.10 | 366.18 USD |
| F-0191997-01140038  214688<br>FINISH: CRYPTON GREEN<br>CUSTOMER ORDER 1471284<br>BOL# 0000667042 | | 11040983-000240 | 27.875 YD | 15.10 | 420.91 USD |
| F-0191997-01140038  214688<br>FINISH: CRYPTON GREEN<br>CUSTOMER ORDER 1471284<br>BOL# 0000667042 | | 11040983-000250 | 28.000 YD | 15.10 | 422.80 USD |
| F-0186481-01120112  210970<br>FINISH: BACKED, SR EASE & BIANCALANI<br>CUSTOMER ORDER 1471284<br>BOL# 0000667042 | | 11040983-000260 | 27.000 YD | 15.75 | 425.25 USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    4,989.41 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 2 of    3

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690103 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0186481-01120112 210970 FINISH: BACKED, SR EASE & BIANCALANI          CUSTOMER ORDER 1471284     BOL# 0000667042 | | 11040983-000270 | 27.000 YD | 15.75 | 425.25 USD |
| F-0186481-01120112 210970 FINISH: BACKED, SR EASE & BIANCALANI          CUSTOMER ORDER 1471284     BOL# 0000667042 | | 11040983-000280 | 27.875 YD | 15.75 | 439.03 USD |
| F-0186481-01120112 210970 FINISH: BACKED, SR EASE & BIANCALANI          CUSTOMER ORDER 1471284     BOL# 0000667042 | | 11040983-000290 | 28.250 YD | 15.75 | 444.94 USD |
| F-0186481-01120112 210970 FINISH: BACKED, SR EASE & BIANCALANI          CUSTOMER ORDER 1471284     BOL# 0000667042 | | 11040983-000300 | 29.000 YD | 15.75 | 456.75 USD |
| F-0186481-01120112 210970 FINISH: BACKED, SR EASE & BIANCALANI          CUSTOMER ORDER 1471284     BOL# 0000667042 | | 11040983-000310 | 28.625 YD | 15.75 | 450.84 USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due     :     4,989.41 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                **Page 3 of    3**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

### INVOICE

**Invoice Number/Date**
91690103 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat | |
|---|---|---|---|---|---|
| F-0186109-01180001 | 198613 | 1 | 51.000 YD | 716.55 | USD |
| F-0186481-01120112 | 210970 | 6 | 167.750 YD | 2,642.06 | USD |
| F-0191997-01140038 | 214688 | 4 | 108.000 YD | 1,630.80 | USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 4,989.41 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 4,989.41 USD |

VALDESE WEAVERS, LLC. **- AN ISO 9001 REGISTERED COMPANY**



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of     1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690104 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-58733-150-CRH    257403 | | 11038085-000050 | 48.000 YD | 12.95 | 621.60 USD |

FINISH: (FIXED (SCOUR/HEAT SET)IMPORT) & CRYPTON HOME
CRHOM2 EVERE-CREME CUSTOMER ORDER 1470100
      BOL# 0000667042

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| I-58733-150-CRH    257403 | | 1 | 48.000 YD | 621.60  USD |

**Note: A China to US Tariff Surcharge will be added to the price per yard**

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 621.60 USD |
| **Tariff Surch** | : | 31.20 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 652.80 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690105 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| R-0110986-900 | 246198 | 11040117-000030 | 24.625 YD | 16.45 | 405.08 USD |

FINISH: BACKED & CORDED
HONEYCOMB-CORAL REEF      CUSTOMER ORDER 1470860
       BOL# 0000667042

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| R-0110986-900 | 246198 | 1 | 24.625 YD | 405.08  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **405.08 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **405.08 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690106 / 12/28/2018
**Account Number**  850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0232023-01170034 257500 | | 11036064-000030 | 60.500 YD | 13.95 | 843.98 USD |
| FINISH: NEEDLEPUNCHED, CR HOME,& BACKED | | | | | |
| CRHOM HAPPY VALLEY-BLUE OPAL CUSTOMER ORDER 1469299 | | | | | |
| BOL# 0000667042 | | | | | |
| F-0232023-01170034 257500 | | 11036064-000040 | 58.625 YD | 13.95 | 817.82 USD |
| FINISH: NEEDLEPUNCHED, CR HOME,& BACKED | | | | | |
| CRHOM HAPPY VALLEY-BLUE OPAL CUSTOMER ORDER 1469299 | | | | | |
| BOL# 0000667042 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0232023-01170034 | 257500 | 2 | 119.125 YD | 1,661.80  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,661.80 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,661.80 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                     Page 1 of    2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690107 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45466-111-CRH     245459<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-ADMIRALCUSTOMER ORDER 1472269<br>     BOL# 0000667042 | | 11043531-000150 | 42.000 YD | 11.30 | 474.60 USD |
| I-45466-111-CRH     245459<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-ADMIRALCUSTOMER ORDER 1472269<br>     BOL# 0000667042 | | 11043531-000160 | 39.000 YD | 11.30 | 440.70 USD |
| I-45466-111-CRH     245459<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-ADMIRALCUSTOMER ORDER 1472269<br>     BOL# 0000667042 | | 11043531-000170 | 41.000 YD | 11.30 | 463.30 USD |
| I-45466-111-CRH     245459<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-ADMIRALCUSTOMER ORDER 1472269<br>     BOL# 0000667042 | | 11043531-000180 | 42.000 YD | 11.30 | 474.60 USD |
| I-45466-128-CRH     245472<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-STAND   CUSTOMER ORDER 1472269<br>     BOL# 0000667042 | | 11043531-000400 | 42.000 YD | 11.30 | 474.60 USD |
| I-45466-128-CRH     245472<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-STAND   CUSTOMER ORDER 1472269<br>     BOL# 0000667042 | | 11043531-000410 | 42.000 YD | 11.30 | 474.60 USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due      :      2,802.40 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                 Page 2 of    2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

| INVOICE |
|---|
| **Invoice Number/Date** |
| 91690107 / 12/28/2018 |
| **Account Number**    850 |
| **Salesperson**  NMN Fabrics, Inc. |
| apgroup@tradgroup.com |

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat | |
|---|---|---|---|---|---|
| I-45466-111-CRH | 245459 | 4 | 164.000 YD | 1,853.20 | USD |
| I-45466-128-CRH | 245472 | 2 | 84.000 YD | 949.20 | USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 2,802.40 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 2,802.40 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of      1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690108 / 12/28/2018
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45466-125-CRH     245432 | | 11040731-000020 | 41.000 YD | 11.30 | 463.30 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM HENRY-JUTE    CUSTOMER ORDER 1471126 | | | | | |
|     BOL# 0000667042 | | | | | |
| I-45466-125-CRH     245432 | | 11040731-000030 | 40.000 YD | 11.30 | 452.00 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM HENRY-JUTE    CUSTOMER ORDER 1471126 | | | | | |
|     BOL# 0000667042 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| I-45466-125-CRH     245432 | | 2 | 81.000 YD | 915.30  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **915.30 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **915.30 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690109 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0200654-01100066  228127 FINISH: BACKED, SR EASE & CASHMERE CUSTOMER ORDER 1471134 BOL# 0000667042 | | 11040751-000060 | 28.125 YD | 15.90 | 447.19 USD |
| F-0200654-01100066  228127 FINISH: BACKED, SR EASE & CASHMERE CUSTOMER ORDER 1471134 BOL# 0000667042 | | 11040751-000070 | 26.125 YD | 15.90 | 415.39 USD |
| F-0200654-01100066  228127 FINISH: BACKED, SR EASE & CASHMERE CUSTOMER ORDER 1471134 BOL# 0000667042 | | 11040751-000080 | 31.625 YD | 15.90 | 502.83 USD |
| F-0200654-01100066  228127 FINISH: BACKED, SR EASE & CASHMERE CUSTOMER ORDER 1471134 BOL# 0000667042 | | 11040751-000090 | 28.625 YD | 15.90 | 455.13 USD |
| I-45466-136-CRH  245469 FINISH: BACKED IMPORT, CRYPTON HOME CRHOM HENRY-PEACOCK CUSTOMER ORDER 1471134 BOL# 0000667042 | | 11040751-000110 | 42.000 YD | 11.30 | 474.60 USD |
| I-45466-136-CRH  245469 FINISH: BACKED IMPORT, CRYPTON HOME CRHOM HENRY-PEACOCK CUSTOMER ORDER 1471134 BOL# 0000667042 | | 11040751-000120 | 42.000 YD | 11.30 | 474.60 USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due     :     3,221.74 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                Page 2 of    2

| **INVOICE** | |
|---|---|
| **Invoice Number/Date** | |
| 91690109 / 12/28/2018 | |
| **Account Number**    850 | |
| **Salesperson**  NMN Fabrics, Inc. | |
| apgroup@tradgroup.com | |

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45466-136-CRH    245469 | | 11040751-000130 | 40.000 YD | 11.30 | 452.00 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM HENRY-PEACOCK CUSTOMER ORDER 1471134 | | | | | |
| BOL# 0000667042 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0200654-01100066 | 228127 | 4 | 114.500 YD | 1,820.54  USD |
| I-45466-136-CRH | 245469 | 3 | 124.000 YD | 1,401.20  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 3,221.74 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 3,221.74 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                          Page 1 of    1

## INVOICE

**Invoice Number/Date**
91690110 / 12/28/2018
**Account Number**    850
**Salesperson**   NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**   CINDY BENFIELD
PH: 828-397-1832   FAX: 828-874-3920

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45466-143-CRH    245457 | | 11038426-000020 | 42.000 YD | 11.30 | 474.60 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM HENRY-CAVALRY CUSTOMER ORDER 1470277 | | | | | |
| BOL# 0000667042 | | | | | |
| I-45466-143-CRH    245457 | | 11038426-000030 | 42.000 YD | 11.30 | 474.60 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM HENRY-CAVALRY CUSTOMER ORDER 1470277 | | | | | |
| BOL# 0000667042 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| I-45466-143-CRH    245457 | | 2 | 84.000 YD | 949.20  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **949.20 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **949.20 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690111 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0186893-01170190  228116 | | 11040385-000020 | 31.750 YD | 17.60 | 558.80 USD |
| FINISH: FLAME COAT & STAIN REPELLENT | | | | | |
|         CUSTOMER ORDER 1471048 | | | | | |
|     BOL# 0000667042 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0186893-01170190 | 228116 | 1 | 31.750 YD | 558.80  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **558.80 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **558.80 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                      **Page 1 of    1**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690112 / 12/28/2018
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-W006791-01120214 232903 | | 11040976-000090 | 28.875 YD | 15.45 | 446.11 USD |
| FINISH: NEEDLEPUNCHED, BACKED, & CASHMERE | | | | | |
| CALLIGENA-01120214 CUSTOMER ORDER 1471269 | | | | | |
| BOL# 0000667042 | | | | | |
| F-W006791-01120214 232903 | | 11040976-000100 | 28.875 YD | 15.45 | 446.11 USD |
| FINISH: NEEDLEPUNCHED, BACKED, & CASHMERE | | | | | |
| CALLIGENA-01120214 CUSTOMER ORDER 1471269 | | | | | |
| BOL# 0000667042 | | | | | |
| F-W006791-01120214 232903 | | 11040976-000110 | 28.500 YD | 15.45 | 440.33 USD |
| FINISH: NEEDLEPUNCHED, BACKED, & CASHMERE | | | | | |
| CALLIGENA-01120214 CUSTOMER ORDER 1471269 | | | | | |
| BOL# 0000667042 | | | | | |
| F-W006791-01120214 232903 | | 11040976-000120 | 28.250 YD | 15.45 | 436.46 USD |
| FINISH: NEEDLEPUNCHED, BACKED, & CASHMERE | | | | | |
| CALLIGENA-01120214 CUSTOMER ORDER 1471269 | | | | | |
| BOL# 0000667042 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-W006791-01120214 | 232903 | 4 | 114.500 YD | 1,769.01  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,769.01 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,769.01 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

## INVOICE

**Invoice Number/Date**
91690113 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0193034-03100004  221691 | | 11038083-000040 | 55.500 YD | 16.25 | 901.88 USD |
| FINISH: BACKED, SR EASE & BIANCALANI | | | | | |
| TOCCARA-TRUFFLE      CUSTOMER ORDER 1470101 | | | | | |
|          BOL# 0000667042 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0193034-03100004 | 221691 | 1 | 55.500 YD | 901.88  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 901.88 USD |
|---|---|---|
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 901.88 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690114 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-W004941-01180114 | 247001 | 11043467-000090 | 26.250 YD | 17.10 | 448.87 USD |
| FINISH: BIANCALANI | | | | | |
| | CUSTOMER ORDER 1472263 | | | | |
| BOL# 0000667042 | | | | | |
| F-W015501-01110046 | 258730 | 11043467-000110 | 24.750 YD | 13.95 | 345.26 USD |
| FINISH: BIANCALANI | | | | | |
| | CUSTOMER ORDER 1472263 | | | | |
| BOL# 0000667042 | | | | | |
| F-W015501-01110046 | 258730 | 11043467-000120 | 26.750 YD | 13.95 | 373.16 USD |
| FINISH: BIANCALANI | | | | | |
| | CUSTOMER ORDER 1472263 | | | | |
| BOL# 0000667042 | | | | | |
| F-W015501-01110046 | 258730 | 11043467-000130 | 26.000 YD | 13.95 | 362.70 USD |
| FINISH: BIANCALANI | | | | | |
| | CUSTOMER ORDER 1472263 | | | | |
| BOL# 0000667042 | | | | | |
| F-W015501-01110046 | 258730 | 11043467-000140 | 26.250 YD | 13.95 | 366.19 USD |
| FINISH: BIANCALANI | | | | | |
| | CUSTOMER ORDER 1472263 | | | | |
| BOL# 0000667042 | | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    1,896.18 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                 Page 2 of     2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

### INVOICE

**Invoice Number/Date**
91690114 / 12/28/2018
**Account Number**     850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat | |
|---|---|---|---|---|---|
| F-W004941-01180114 | 247001 | 1 | 26.250 YD | 448.87 | USD |
| F-W015501-01110046 | 258730 | 4 | 103.750 YD | 1,447.31 | USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,896.18 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,896.18 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    **Page 1 of    1**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690115 / 12/28/2018
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C017314-01110011  245915 FINISH: LISSE SCOURED & HEATSET WHITTIER-MICA    CUSTOMER ORDER 1472557         BOL# 0000667042 | | 11044179-000040 | 56.125 YD | 12.35 | 693.15 USD |
| F-C009222-01120148  241904 FINISH: BIANCALANI ARISTA-LEMON    CUSTOMER ORDER 1472557         BOL# 0000667042 | | 11044179-000090 | 30.750 YD | 16.50 | 507.37 USD |
| F-C009222-01120148  241904 FINISH: BIANCALANI ARISTA-LEMON    CUSTOMER ORDER 1472557         BOL# 0000667042 | | 11044179-000100 | 31.750 YD | 16.50 | 523.87 USD |
| F-C009222-01120148  241904 FINISH: BIANCALANI ARISTA-LEMON    CUSTOMER ORDER 1472557         BOL# 0000667042 | | 11044179-000110 | 28.125 YD | 16.50 | 464.07 USD |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C009222-01120148 | 241904 | 3 | 90.625 YD | 1,495.31  USD |
| F-C017314-01110011 | 245915 | 1 | 56.125 YD | 693.15  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **2,188.46 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **2,188.46 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                          Page 1 of      1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690116 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**   CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C014233-01110081  241672 | | 11037338-000040 | 58.000 YD | 18.50 | 1,073.00 USD |
| FINISH: LISSE SCOURED & HEATSET | | | | | |
| ATTICA-SPRING GRASS | CUSTOMER ORDER 1469732 | | | | |
|        BOL# 0000667042 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C014233-01110081 | 241672 | 1 | 58.000 YD | 1,073.00  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 1,073.00 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 1,073.00 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690117 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45225-214 | 231881 | 11043452-000020 | 42.000 YD | 14.40 | 604.80 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| BANKS-BILLIARD | CUSTOMER ORDER 1472316 | | | | |
|     BOL# 0000667042 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| I-45225-214 | 231881 | 1 | 42.000 YD | 604.80  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **604.80 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **604.80 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                          Page 1 of     1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690118 / 12/28/2018
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C007050-01130127  229736 | | 11040299-000020 | 31.000 YD | 24.70 | 765.70 USD |
| FINISH: BIANCALANI | | | | | |
| MARCHEZ-01130127    CUSTOMER ORDER 1471008 | | | | | |
|     BOL# 0000667042 | | | | | |
| F-C007050-01130127  229736 | | 11040299-000030 | 26.000 YD | 24.70 | 642.20 USD |
| FINISH: BIANCALANI | | | | | |
| MARCHEZ-01130127    CUSTOMER ORDER 1471008 | | | | | |
|     BOL# 0000667042 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C007050-01130127 | 229736 | 2 | 57.000 YD | 1,407.90  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 1,407.90 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 1,407.90 USD |

**VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY**



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                  Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690119 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C013530-01110041 | 239911 | 11036219-000030 | 43.375 YD | 12.35 | 535.68 USD |
| FINISH: BACKED | | | | | |
| DAYGLOW-BLUSH | CUSTOMER ORDER 1469356 | | | | |
| BOL# 0000667042 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C013530-01110041 | 239911 | 1 | 43.375 YD | 535.68  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **535.68 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **535.68 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690120 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C009323-01100027  228041 | | 11034617-000040 | 26.625 YD | 15.10 | 402.03 USD |
| FINISH: BACKED, SR EASE & BIANCALANI | | | | | |
| SCREE-01100027      CUSTOMER ORDER 1468628 | | | | | |
|     BOL# 0000667042 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C009323-01100027 | 228041 | 1 | 26.625 YD | 402.03  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **402.03 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **402.03 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of     1

| **INVOICE** | |
|---|---|
| **Invoice Number/Date** | |
| 91690121 / 12/28/2018 | |
| **Account Number**    850 | |
| **Salesperson**  NMN Fabrics, Inc. | |
| apgroup@tradgroup.com | |
| **Cust Service Rep**  CINDY BENFIELD | |
| PH: 828-397-1832  FAX: 828-874-3920 | |

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0182343-01150294 239898 | | 11041054-000020 | 54.000 YD | 12.50 | 675.00 USD |
| FINISH: BACKED & BIANCALANI | | | | | |
| RANCH-ZINC        CUSTOMER ORDER 1471358 | | | | | |
|         BOL# 0000667042 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0182343-01150294 | 239898 | 1 | 54.000 YD | 675.00  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **675.00 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **675.00 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    4

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690122 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C015746-01190233 256345<br>FINISH: SR EASE<br>SPANKY-BLUSH       CUSTOMER ORDER 1472315<br>        BOL# 0000667042 | | 11043538-000110 | 27.000 YD | 13.80 | 372.60 USD |
| F-C015746-01190233 256345<br>FINISH: SR EASE<br>SPANKY-BLUSH       CUSTOMER ORDER 1472315<br>        BOL# 0000667042 | | 11043538-000120 | 30.000 YD | 13.80 | 414.00 USD |
| F-C009222-01110003 227258<br>FINISH: BIANCALANI<br>ARISTA-01110003     CUSTOMER ORDER 1472315<br>        BOL# 0000667042 | | 11043538-000130 | 17.000 YD | 16.50 | 280.50 USD |
| F-C015746-01100208 185297<br>FINISH: SR EASE<br>SPANKY-HYDRANGEA     CUSTOMER ORDER 1472315<br>        BOL# 0000667042 | | 11043538-000150 | 28.500 YD | 13.80 | 393.30 USD |
| F-C015746-01100208 185297<br>FINISH: SR EASE<br>SPANKY-HYDRANGEA     CUSTOMER ORDER 1472315<br>        BOL# 0000667042 | | 11043538-000160 | 27.250 YD | 13.80 | 376.05 USD |
| F-C015746-01100208 185297<br>FINISH: SR EASE<br>SPANKY-HYDRANGEA     CUSTOMER ORDER 1472315<br>        BOL# 0000667042 | | 11043538-000170 | 28.875 YD | 13.80 | 398.47 USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due        :        7,453.44 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 2 of    4

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690122 / 12/28/2018
**Account Number**     850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,   DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C015746-01100208 185297<br>FINISH: SR EASE<br>SPANKY-HYDRANGEA    CUSTOMER ORDER 1472315<br>    BOL# 0000667042 | | 11043538-000180 | 28.000 YD | 13.80 | 386.40 USD |
| F-C015746-01100208 185297<br>FINISH: SR EASE<br>SPANKY-HYDRANGEA    CUSTOMER ORDER 1472315<br>    BOL# 0000667042 | | 11043538-000190 | 27.875 YD | 13.80 | 384.67 USD |
| F-C015746-01100208 185297<br>FINISH: SR EASE<br>SPANKY-HYDRANGEA    CUSTOMER ORDER 1472315<br>    BOL# 0000667042 | | 11043538-000200 | 21.250 YD | 13.80 | 293.25 USD |
| F-C015746-01100208 185297<br>FINISH: SR EASE<br>SPANKY-HYDRANGEA    CUSTOMER ORDER 1472315<br>    BOL# 0000667042 | | 11043538-000210 | 27.000 YD | 13.80 | 372.60 USD |
| F-C015746-01100208 185297<br>FINISH: SR EASE<br>SPANKY-HYDRANGEA    CUSTOMER ORDER 1472315<br>    BOL# 0000667042 | | 11043538-000220 | 22.000 YD | 13.80 | 303.60 USD |
| F-C015746-01110003 241930<br>FINISH: SR EASE<br>SPANKY-SPRING GRASSCUSTOMER ORDER 1472315<br>    BOL# 0000667042 | | 11043538-000230 | 27.000 YD | 13.80 | 372.60 USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due      :      7,453.44 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com          **Page 3 of    4**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690122 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C015746-01110003 241930<br>FINISH: SR EASE<br>SPANKY-SPRING GRASS | CUSTOMER ORDER 1472315<br>BOL# 0000667042 | 11043538-000240 | 30.000 YD | 13.80 | 414.00 USD |
| F-C022660-01120039 508702<br>FINISH: BACKED, SR EASE & ECOSET WASHED<br>HASLEY-TRUFFLE | CUSTOMER ORDER 1472315<br>BOL# 0000667042 | 11043538-000250 | 58.000 YD | 14.40 | 835.20 USD |
| F-C019707-01150072 262887<br>FINISH: BACKED & SR EASE<br>ARMISTEAD-PATINA | CUSTOMER ORDER 1472315<br>BOL# 0000667042 | 11043538-000280 | 28.000 YD | 17.40 | 487.20 USD |
| F-C019707-01150072 262887<br>FINISH: BACKED & SR EASE<br>ARMISTEAD-PATINA | CUSTOMER ORDER 1472315<br>BOL# 0000667042 | 11043538-000290 | 30.000 YD | 17.40 | 522.00 USD |
| F-C012600-01180021 241646<br>FINISH: BACKED & BIANCALANI<br>TOVEY-ROBINS EGG | CUSTOMER ORDER 1472315<br>BOL# 0000667042 | 11043538-000340 | 55.000 YD | 15.40 | 847.00 USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    7,453.44 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com          Page 4 of    4

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690122 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat | |
|---|---|---|---|---|---|
| F-C009222-01110003 | 227258 | 1 | 17.000 YD | 280.50 | USD |
| F-C012600-01180021 | 241646 | 1 | 55.000 YD | 847.00 | USD |
| F-C015746-01100208 | 185297 | 8 | 210.750 YD | 2,908.34 | USD |
| F-C015746-01110003 | 241930 | 2 | 57.000 YD | 786.60 | USD |
| F-C015746-01190233 | 256345 | 2 | 57.000 YD | 786.60 | USD |
| F-C019707-01150072 | 262887 | 2 | 58.000 YD | 1,009.20 | USD |
| F-C022660-01120039 | 508702 | 1 | 58.000 YD | 835.20 | USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **7,453.44 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **7,453.44 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                        Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690123 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0232023-01200045 257476 | | 11035783-000030 | 58.500 YD | 13.95 | 816.08 USD |
| FINISH: NEEDLEPUNCHED, CR HOME,& BACKED | | | | | |
| CRHOM HAPPY VALLEY-BATIK BLUE     CUSTOMER ORDER 1469124 | | | | | |
|      BOL# 0000667042 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0232023-01200045 | 257476 | 1 | 58.500 YD | 816.08  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 816.08 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 816.08 USD |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE
**Invoice Number/Date**
91690124 / 12/28/2018
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0191997-01160013 214691 | | 11043218-000020 | 29.000 YD | 15.10 | 437.90 USD |
| FINISH: CRYPTON GREEN | | | | | |
| | CUSTOMER ORDER 1472244 | | | | |
| BOL# 0000667042 | | | | | |
| F-0191997-01160013 214691 | | 11043218-000030 | 28.000 YD | 15.10 | 422.80 USD |
| FINISH: CRYPTON GREEN | | | | | |
| | CUSTOMER ORDER 1472244 | | | | |
| BOL# 0000667042 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0191997-01160013 | 214691 | 2 | 57.000 YD | 860.70  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **860.70 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **860.70 USD** |

**VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY**



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690125 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0239409-01140068 509544 FINISH: BACKED, SR EASE & CASHMERE SANTORO-BUTTERNUT   CUSTOMER ORDER 1471280    BOL# 0000667042 | | 11040993-000070 | 52.250 YD | 15.40 | 804.65 USD |
| F-0241413-01130037 509842 FINISH: BACKED, SR EASE & ECOSET WASHED F-0241413-BUTTERNUT CUSTOMER ORDER 1471280    BOL# 0000667042 | | 11040993-000080 | 30.125 YD | 16.40 | 494.06 USD |
| F-0241413-01130037 509842 FINISH: BACKED, SR EASE & ECOSET WASHED F-0241413-BUTTERNUT CUSTOMER ORDER 1471280    BOL# 0000667042 | | 11040993-000090 | 30.000 YD | 16.40 | 492.00 USD |
| F-0241413-01110045 509854 FINISH: BACKED, SR EASE & ECOSET WASHED F-0241413-TRUFFLE   CUSTOMER ORDER 1471280    BOL# 0000667042 | | 11040993-000100 | 24.250 YD | 16.40 | 397.70 USD |
| F-0241413-01110045 509854 FINISH: BACKED, SR EASE & ECOSET WASHED F-0241413-TRUFFLE   CUSTOMER ORDER 1471280    BOL# 0000667042 | | 11040993-000110 | 35.000 YD | 16.40 | 574.00 USD |
| F-0209796-01200126 256407 FINISH: BACKED & ECOSET  WASHED F-0209796-MOSS    CUSTOMER ORDER 1471280    BOL# 0000667042 | | 11040993-000120 | 29.375 YD | 14.95 | 439.15 USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due     :     4,270.16 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    **Page 2 of    2**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690125 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0207982-01190031 | 234189 | 11040993-000160 | 26.000 YD | 20.55 | 534.30 USD |
| FINISH: ECO WASHED | | | | | |
| | CUSTOMER ORDER 1471280 | | | | |
| BOL# 0000667042 | | | | | |
| F-0207982-01190031 | 234189 | 11040993-000170 | 26.000 YD | 20.55 | 534.30 USD |
| FINISH: ECO WASHED | | | | | |
| | CUSTOMER ORDER 1471280 | | | | |
| BOL# 0000667042 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0207982-01190031 | 234189 | 2 | 52.000 YD | 1,068.60  USD |
| F-0209796-01200126 | 256407 | 1 | 29.375 YD | 439.15  USD |
| F-0239409-01140068 | 509544 | 1 | 52.250 YD | 804.65  USD |
| F-0241413-01110045 | 509854 | 2 | 59.250 YD | 971.70  USD |
| F-0241413-01130037 | 509842 | 2 | 60.125 YD | 986.06  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **4,270.16 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **4,270.16 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com

Page 1 of     1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690126 / 12/28/2018
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-W007088-06100001 | 221804 | 11036024-000030 | 14.375 YD | 20.00 | 287.50 USD |
| FINISH: ECO WASHED | | | | | |
| | CUSTOMER ORDER 1469289 | | | | |
| BOL# 0000667042 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-W007088-06100001 | 221804 | 1 | 14.375 YD | 287.50  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | **:** | **287.50 USD** |
| **Freight** | **:** | **0.00 USD** |
| **Total Due** | **:** | **287.50 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of      1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690127 / 12/28/2018
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C019707-01150092 262888 | | 11043435-000050 | 27.000 YD | 17.40 | 469.80 USD |
| FINISH: BACKED & SR EASE | | | | | |
| ARMISTEAD-01150092 CUSTOMER ORDER 1472331 | | | | | |
|       BOL# 0000667042 | | | | | |
| F-C019707-01150092 262888 | | 11043435-000060 | 28.000 YD | 17.40 | 487.20 USD |
| FINISH: BACKED & SR EASE | | | | | |
| ARMISTEAD-01150092 CUSTOMER ORDER 1472331 | | | | | |
|       BOL# 0000667042 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C019707-01150092 | 262888 | 2 | 55.000 YD | 957.00  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **957.00 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **957.00 USD** |

**VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY**



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690128 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C013178-01110061 | 245906 | 11042058-000040 | 55.875 YD | 16.45 | 919.15 USD |
| FINISH: HEATSET | | | | | |
| SOTHO-SANDSTONE | CUSTOMER ORDER 1471816 | | | | |
| BOL# 0000667042 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C013178-01110061 | 245906 | 1 | 55.875 YD | 919.15  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **919.15 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **919.15 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com          Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690129 / 12/28/2018
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C010817-01140053 232769 | | 11034914-000020 | 28.000 YD | 21.60 | 604.80 USD |
| FINISH: HEATSET | | | | | |
| LYNNEWOOD-01140053 CUSTOMER ORDER 1468776 | | | | | |
| BOL# 0000667042 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C010817-01140053 | 232769 | 1 | 28.000 YD | 604.80  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **604.80 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **604.80 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690130 / 12/28/2018
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C010817-01140053 232769 | | 11039507-000050 | 27.000 YD | 21.60 | 583.20 USD |
| FINISH: HEATSET | | | | | |
| LYNNEWOOD-01140053 CUSTOMER ORDER 1470693 | | | | | |
| BOL# 0000667042 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C010817-01140053 | 232769 | 1 | 27.000 YD | 583.20  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **583.20 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **583.20 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690131 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-D000438-01100032 258667 | | 11042052-000020 | 55.375 YD | 9.25 | 512.22 USD |
| FINISH: NEEDLEPUNCHED & BACKED | | | | | |
| SWEDEN-01100032     CUSTOMER ORDER 1471809 | | | | | |
| BOL# 0000667042 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-D000438-01100032 | 258667 | 1 | 55.375 YD | 512.22  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 512.22 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 512.22 USD |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690132 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0220367-01170037 246080 | | 11039913-000020 | 53.000 YD | 9.25 | 490.25 USD |
| FINISH: BACKED & BIANCALANI | | | | | |
| MAYSVILLE-DRIFTWOOD | CUSTOMER ORDER 1470848 | | | | |
| BOL# 0000667042 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0220367-01170037 | 246080 | 1 | 53.000 YD | 490.25  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 490.25 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 490.25 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of      1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690133 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0187211-01160040  221608 | | 11044379-000020 | 28.000 YD | 13.05 | 365.40 USD |
| FINISH: NEEDLEPUNCHED, BACKED & SR EASE | | | | | |
| APLOMB-01160040     CUSTOMER ORDER 1472635 | | | | | |
|       BOL# 0000667042 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0187211-01160040 | 221608 | 1 | 28.000 YD | 365.40  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 365.40 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 365.40 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690134 / 12/28/2018
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0241413-01130027 509853 | | 11041216-000020 | 27.875 YD | 16.40 | 457.15 USD |
| FINISH: BACKED, SR EASE & ECOSET WASHED | | | | | |
| F-0241413-OYSTER    CUSTOMER ORDER 1471420 | | | | | |
| BOL# 0000667042 | | | | | |
| F-0241413-01130027 509853 | | 11041216-000030 | 27.875 YD | 16.40 | 457.15 USD |
| FINISH: BACKED, SR EASE & ECOSET WASHED | | | | | |
| F-0241413-OYSTER    CUSTOMER ORDER 1471420 | | | | | |
| BOL# 0000667042 | | | | | |
| F-0241413-01130027 509853 | | 11041216-000040 | 28.750 YD | 16.40 | 471.50 USD |
| FINISH: BACKED, SR EASE & ECOSET WASHED | | | | | |
| F-0241413-OYSTER    CUSTOMER ORDER 1471420 | | | | | |
| BOL# 0000667042 | | | | | |
| F-0241413-01130027 509853 | | 11041216-000050 | 28.500 YD | 16.40 | 467.40 USD |
| FINISH: BACKED, SR EASE & ECOSET WASHED | | | | | |
| F-0241413-OYSTER    CUSTOMER ORDER 1471420 | | | | | |
| BOL# 0000667042 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0241413-01130027 | 509853 | 4 | 113.000 YD | 1,853.20  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| **Subtotal** | : | **1,853.20 USD** |
|---|---|---|
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,853.20 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690135 / 12/28/2018
**Account Number**   852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0239628-01110028  508474 MULTI OVERLAY GU | | 11041922-000180 | 53.500 YD | 7.95 | 425.33 USD |
| FINISH: BACKED & SR EASE | | | | | |
| F-0239628-GUNMETAL CUSTOMER ORDER 1471701 - ITEM 000007 | | | | | |
|        BOL# 0000667043 | | | | | |
| F-0240654-01190045  508488 TRIBAL ZIG ZAG S | | 11041922-000200 | 55.000 YD | 7.95 | 437.25 USD |
| FINISH: BACKED & SR EASE 2 | | | | | |
| F-0240654-SCARLET  CUSTOMER ORDER 1471701 - ITEM 000009 | | | | | |
|        BOL# 0000667043 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0239628-01110028 | 508474 MULTI OVERLAY GUNMETAL | 1 | 53.500 YD | 425.33  USD |
| F-0240654-01190045 | 508488 TRIBAL ZIG ZAG SCARLET | 1 | 55.000 YD | 437.25  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | **:** | **862.58 USD** |
| **Freight** | **:** | **0.00 USD** |
| **Total Due** | **:** | **862.58 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com          Page 1 of    1

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE
**Invoice Number/Date**
91690136 / 12/28/2018
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0186437-01110006  221221 - MORNING CIRCLE | | 11044202-000030 | 64.250 YD | 9.95 | 639.29 USD |
| FINISH: SCOUR/HEATSET & CASHMERE | | | | | |
| | CUSTOMER ORDER 1472562 - ITEM 000010 | | | | |
| BOL# 0000667043 | | | | | |
| F-0186437-01110006  221221 - MORNING CIRCLE | | 11044202-000040 | 65.000 YD | 9.95 | 646.75 USD |
| FINISH: SCOUR/HEATSET & CASHMERE | | | | | |
| | CUSTOMER ORDER 1472562 - ITEM 000010 | | | | |
| BOL# 0000667043 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0186437-01110006 | 221221 - MORNING CIRCLE SANDSTONE  2 | | 129.250 YD | 1,286.04  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 1,286.04 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 1,286.04 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                **Page 1 of    1**

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690137 / 12/28/2018
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-D005585-01100049 509482 - LEVELS PLATINU | | 11039919-000020 | 47.625 YD | 11.40 | 542.93 USD |
| FINISH: NEEDLEPUNCHED, BACKED, & SR EASE 2 | | | | | |
| F-D005585-PLATINUM CUSTOMER ORDER 1470831 - ITEM 000010 | | | | | |
| BOL# 0000667043 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-D005585-01100049 | 509482 - LEVELS PLATINUM | 1 | 47.625 YD | 542.93  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| **Subtotal** | : | **542.93 USD** |
|---|---|---|
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **542.93 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# **ATTACHMENT**

RADG Batch 5 Invoices

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    2

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690138 / 12/28/2018
**Account Number**   852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-D000419-002      240459 - LUSTROUS ROWS<br>FINISH: NEEDLEPUNCHED, BACKED, & SR EASE 2<br>SPRINT-MAGENTA      CUSTOMER ORDER 1471140 - ITEM 000001<br>BOL# 0000667043 | | 11040779-000070 | 45.000 YD | 9.70 | 436.50 USD |
| F-D000419-002      240459 - LUSTROUS ROWS<br>FINISH: NEEDLEPUNCHED, BACKED, & SR EASE 2<br>SPRINT-MAGENTA      CUSTOMER ORDER 1471140 - ITEM 000001<br>BOL# 0000667043 | | 11040779-000080 | 53.500 YD | 9.70 | 518.96 USD |
| F-D005879-01110005 509491 - SHIFT PEARL<br>FINISH: NEEDLEPUNCHED, BACKED, & SR EASE 2<br>F-D005879-PEARL      CUSTOMER ORDER 1471140 - ITEM 000002<br>BOL# 0000667043 | | 11040779-000090 | 43.875 YD | 10.95 | 480.43 USD |
| F-D005585-01100059 509480 - LEVELS CHOCOLA<br>FINISH: NEEDLEPUNCHED, BACKED, & SR EASE 2<br>F-D005585-CHOCOLATE CUSTOMER ORDER 1471140 - ITEM 000003<br>BOL# 0000667043 | | 11040779-000110 | 37.250 YD | 11.40 | 424.65 USD |
| F-D005879-01110003 509494 - SHIFT TANGERIN<br>FINISH: NEEDLEPUNCHED, BACKED, & SR EASE 2<br>F-D005879-TANGERINE CUSTOMER ORDER 1471140 - ITEM 000005<br>BOL# 0000667043 | | 11040779-000130 | 52.000 YD | 10.95 | 569.40 USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    2,429.94 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 2 of    2

## INVOICE

**Invoice Number/Date**
91690138 / 12/28/2018
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat | |
|---|---|---|---|---|---|
| F-D000419-002 | 240459 - LUSTROUS ROWS PETAL | 2 | 98.500 YD | 955.46 | USD |
| F-D005585-01100059 | 509480 - LEVELS CHOCOLATE | 1 | 37.250 YD | 424.65 | USD |
| F-D005879-01110003 | 509494 - SHIFT TANGERINE | 1 | 52.000 YD | 569.40 | USD |
| F-D005879-01110005 | 509491 - SHIFT PEARL | 1 | 43.875 YD | 480.43 | USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **2,429.94 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **2,429.94 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                **Page 1 of    1**

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

| **INVOICE** |
| --- |
| **Invoice Number/Date** |
| 91690139 / 12/28/2018 |
| **Account Number**    852 |
| **Salesperson**  Do Not Use |
| apgroup@tradgroup.com |
| **Cust Service Rep**  BROOKE HOPKINS |
| PH: 828-893-4108 |

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

| Terms | Ship Via | Incoterms |
| --- | --- | --- |
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
| --- | --- | --- | --- | --- | --- |
| F-D000584-001 | 246938 - SELWYN INDIGO | 11039492-000020 | 32.000 YD | 8.65 | 276.80 USD |
| FINISH: NEEDLEPUNCHED, BACKED, & SR EASE 2 | | | | | |
| FRANK 4900-INDG | CUSTOMER ORDER 1470647 - ITEM 000010 | | | | |
| BOL# 0000667043 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
| --- | --- | --- | --- | --- |
| F-D000584-001 | 246938 - SELWYN INDIGO | 1 | 32.000 YD | 276.80  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| **Subtotal** | **:** | **276.80 USD** |
| --- | --- | --- |
| **Freight** | **:** | **0.00 USD** |
| **Total Due** | **:** | **276.80 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

## INVOICE

**Invoice Number/Date**
91690140 / 12/28/2018
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-D005577-01130068 508593 GOOD FIT MIDNIGH | | 11041932-000030 | 49.000 YD | 7.40 | 362.60 USD |
| FINISH: NEEDLEPUNCHED, BACKED, & SR EASE 2 | | | | | |
| F-D005577-MIDNIGHT CUSTOMER ORDER 1471710 - ITEM 000010 | | | | | |
| BOL# 0000667043 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-D005577-01130068 | 508593 GOOD FIT MIDNIGHT | 1 | 49.000 YD | 362.60  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 362.60 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 362.60 USD |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE
**Invoice Number/Date**
91690141 / 12/28/2018
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45442-125 | 175208 - GENTLE DREAM | 11041326-000050 | 42.000 YD | 11.15 | 468.30 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| GIBSON-COPPER | CUSTOMER ORDER 1471164 - ITEM 000010 | | | | |
| BOL# 0000667043 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| I-45442-125 | 175208 - GENTLE DREAM | 1 | 42.000 YD | 468.30  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **468.30 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **468.30 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# VALDESE
# WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

### INVOICE

**Invoice Number/Date**
91690142 / 12/28/2018
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0239629-01120002 262432 - TARDIS COBALT<br>FINISH: BACKED & SR EASE | CUSTOMER ORDER 1468673 - ITEM 000004<br>BOL# 0000667043 | 11034711-000150 | 41.625 YD | 18.40 | 765.90 USD |
| F-0239629-01120002 262432 - TARDIS COBALT<br>FINISH: BACKED & SR EASE | CUSTOMER ORDER 1468673 - ITEM 000004<br>BOL# 0000667043 | 11034711-000220 | 56.500 YD | 18.40 | 1,039.60 USD |
| F-0239629-01120002 262432 - TARDIS COBALT<br>FINISH: BACKED & SR EASE | CUSTOMER ORDER 1468673 - ITEM 000004<br>BOL# 0000667043 | 11034711-000230 | 60.000 YD | 18.40 | 1,104.00 USD |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0239629-01120002 | 262432 - TARDIS COBALT | 3 | 158.125 YD | 2,909.50  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **2,909.50 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **2,909.50 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
SAMPLE BOOK FABRIC
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91690143 / 12/28/2018
**Account Number**     852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

#590004 RAC QUICK SHIP

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0220317-01170120 | CROSSFADE SUNSET | 11030727-000640 | 71.625 YD | 10.17 | 728.42 USD |
| FINISH: BACKED | | | | | |
| KASEM-SUNSET | CUSTOMER ORDER 1466629SBF - ITEM 000070 | | | | |
| | BOL# 0000666968 | | | | |
| F-0220317-01170120 | CROSSFADE SUNSET | 11030727-000650 | 43.875 YD | 10.17 | 446.21 USD |
| FINISH: BACKED | | | | | |
| KASEM-SUNSET | CUSTOMER ORDER 1466629SBF - ITEM 000070 | | | | |
| | BOL# 0000666968 | | | | |
| F-0220317-01170120 | CROSSFADE SUNSET | 11030727-000660 | 55.000 YD | 10.17 | 559.35 USD |
| FINISH: BACKED | | | | | |
| KASEM-SUNSET | CUSTOMER ORDER 1466629SBF - ITEM 000070 | | | | |
| | BOL# 0000666968 | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0220317-01170120 | CROSSFADE SUNSET | 3 | 170.500 YD | 1,733.98  USD |

Continuing  guarantee  under  the  Textile  Fiber  Identification  Act  filed  with  the  Federal  Trade  Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 1,733.98 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 1,733.98 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com

Page 1 of    1

| INVOICE |
| --- |
| **Invoice Number/Date** |
| 91690144 / 12/28/2018 |
| **Account Number**    852 |
| **Salesperson**  Do Not Use |
| apgroup@tradgroup.com |
| **Cust Service Rep**  BROOKE HOPKINS |
| PH: 828-893-4108 |

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

| Terms | Ship Via | Incoterms |
| --- | --- | --- |
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
| --- | --- | --- | --- | --- | --- |
| F-0240309-01130002  508473 DOODLE DANCE TAU | | 11044673-000020 | 47.375 YD | 7.95 | 376.64 USD |
| FINISH: BACKED & SR EASE | | | | | |
| F-0240309-TAUPE      CUSTOMER ORDER 1472735 - ITEM 000010 | | | | | |
| BOL# 0000667043 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
| --- | --- | --- | --- | --- |
| F-0240309-01130002 | 508473 DOODLE DANCE TAUPE | 1 | 47.375 YD | 376.64  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 376.64 USD |
| --- | --- | --- |
| Freight | : | 0.00 USD |
| Total Due | : | 376.64 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com

Page 1 of    2

## INVOICE

**SHIP-TO:**
HI-TEX
513 CRYPTON DRIVE
KINGS MOUNTAIN NC  28086
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

**Invoice Number/Date**
91690145 / 12/28/2018
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-D003448-01100005 251156 - MURREN MARINE FINISH: NEEDLEPUNCHED & BACKED F-D003448-MARINE    CUSTOMER ORDER 1470340 - ITEM 000010      BOL# 0000667044 | | 11038695-000020 | 53.750 YD | 8.20 | 440.75 USD |
| F-D003448-01100005 251156 - MURREN MARINE FINISH: NEEDLEPUNCHED & BACKED F-D003448-MARINE    CUSTOMER ORDER 1470340 - ITEM 000010      BOL# 0000667044 | | 11038695-000030 | 54.000 YD | 8.20 | 442.80 USD |
| F-D003448-01100005 251156 - MURREN MARINE FINISH: NEEDLEPUNCHED & BACKED F-D003448-MARINE    CUSTOMER ORDER 1470340 - ITEM 000010      BOL# 0000667044 | | 11038695-000040 | 55.250 YD | 8.20 | 453.05 USD |
| F-D003448-01100005 251156 - MURREN MARINE FINISH: NEEDLEPUNCHED & BACKED F-D003448-MARINE    CUSTOMER ORDER 1470340 - ITEM 000010      BOL# 0000667044 | | 11038695-000050 | 54.250 YD | 8.20 | 444.85 USD |
| F-D003448-01100005 251156 - MURREN MARINE FINISH: NEEDLEPUNCHED & BACKED F-D003448-MARINE    CUSTOMER ORDER 1470340 - ITEM 000010      BOL# 0000667044 | | 11038695-000060 | 54.625 YD | 8.20 | 447.92 USD |
| F-D003448-01100005 251156 - MURREN MARINE FINISH: NEEDLEPUNCHED & BACKED F-D003448-MARINE    CUSTOMER ORDER 1470340 - ITEM 000010      BOL# 0000667044 | | 11038695-000070 | 55.125 YD | 8.20 | 452.03 USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    2,681.40 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com

Page 2 of    2

**SHIP-TO:**
HI-TEX
513 CRYPTON DRIVE
KINGS MOUNTAIN NC  28086
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

### INVOICE

**Invoice Number/Date**
91690145 / 12/28/2018
**Account Number**   852
**Salesperson**  Do Not Use
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-D003448-01100005 | 251156 - MURREN MARINE | 6 | 327.000 YD | 2,681.40  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **2,681.40 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **2,681.40 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    **Page 1 of    1**

**SHIP-TO:**
HI-TEX
513 CRYPTON DRIVE
KINGS MOUNTAIN NC  28086
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

| INVOICE |
|---|
| **Invoice Number/Date** |
| 91690146 / 12/28/2018 |
| **Account Number    852** |
| **Salesperson**  Do Not Use |
| apgroup@tradgroup.com |
| **Cust Service Rep**  BROOKE HOPKINS |
| PH: 828-893-4108 |

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0207533-01140002 | 231687 | 11039461-000020 | 32.000 YD | 13.10 | 419.20 USD |
|  | CUSTOMER ORDER 1470643 - ITEM 000010 |  |  |  |  |
| BOL# 0000667044 |  |  |  |  |  |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0207533-01140002 | 231687 | 1 | 32.000 YD | 419.20  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **419.20 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **419.20 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

## INVOICE

**Invoice Number/Date**
91690147 / 12/28/2018
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-D005791-01130015 509501 - TELLUM TANGERI | | 11034878-000110 | 53.000 YD | 15.40 | 816.20 USD |
| FINISH: NEEDLEPUNCHED, BACKED, & SR EASE 2 | | | | | |
| F-D005791-TANGERINE | CUSTOMER ORDER 1468694 - ITEM 000050 | | | | |
| BOL# 0000667043 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-D005791-01130015 | 509501 - TELLUM TANGERINE | 1 | 53.000 YD | 816.20  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **816.20 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **816.20 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

## INVOICE

**Invoice Number/Date**
91690148 / 12/28/2018
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0210075-02190020 | 242756 | 11039841-000030 | 30.750 YD | 14.85 | 456.64 USD |

FINISH: BACKED, SR EASE & BIANCALANI
CLOE-SAPPHIRE        CUSTOMER ORDER 1470741 - ITEM 000020
          BOL# 0000667043

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0210075-02190020 | 242756 | 1 | 30.750 YD | 456.64  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 456.64 USD |
|---|---|---|
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 456.64 USD |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

### INVOICE
**Invoice Number/Date**
91690149 / 12/28/2018
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0224927-01100062  260403 RANGER HYACINTH | | 11042001-000090 | 53.875 YD | 13.40 | 721.92 USD |

FINISH: BACKED & SR EASE
MICROTOUCH-HYACINTHCUSTOMER ORDER 1471801 - ITEM 000030
     BOL# 0000667043

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0224927-01100062 | 260403 RANGER HYACINTH | 1 | 53.875 YD | 721.92  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **721.92 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **721.92 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

### INVOICE

**Invoice Number/Date**
91690150 / 12/28/2018
**Account Number**   852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-D000584-003 | 246946 - SELWYN SANDSTO | 11042010-000020 | 52.250 YD | 8.65 | 451.96 USD |

FINISH: NEEDLEPUNCHED, BACKED, & SR EASE 2
FRANK 4900- SANDSTONE    CUSTOMER ORDER 1471823 - ITEM 000010
        BOL# 0000667043

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-D000584-003 | 246946 - SELWYN SANDSTONE | 1 | 52.250 YD | 451.96  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **451.96 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **451.96 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE
**Invoice Number/Date**
91690151 / 12/28/2018
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-D000074-005 | 246924 RIVERTRAIL INDIG | 11036940-000020 | 31.500 YD | 7.65 | 240.98 USD |
| FINISH: NEEDLEPUNCHED, BACKED, & SR EASE 2 | | | | | |
| BRONTE-CADET 3 | CUSTOMER ORDER 1469639 - ITEM 000010 | | | | |
| | BOL# 0000667043 | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-D000074-005 | 246924 RIVERTRAIL INDIGO | 1 | 31.500 YD | 240.98  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **240.98 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **240.98 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                      Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91690213 / 12/28/2018
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0241042-01110006 509954 | | 11037618-000040 | 26.750 YD | 14.95 | 399.91 USD |
| FINISH: CRYPTON HOME & ECOSET WASHED | | | | | |
| CRHOM F-0241042-01110006CUSTOMER ORDER 1469920 | | | | | |
| BOL# 0000667049 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0241042-01110006 | 509954 | 1 | 26.750 YD | 399.91  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 399.91 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 399.91 USD |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE
**Invoice Number/Date**
91690214 / 12/28/2018
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-N000246-01110044 521433 | | 11014037-001080 | 26.000 YD | 18.95 | 492.70 USD |
| FINISH: NEEDLEPUNCHED,CR SCOUR, BACKED, TOPICAL & CASHMERE UV F-N000246-01110044    CUSTOMER ORDER 1459523GAF        BOL# 0000667049 | | | | | |
| F-N000246-01120039 521434 | | 11014037-001090 | 52.125 YD | 18.95 | 987.77 USD |
| FINISH: NEEDLEPUNCHED,CR SCOUR, BACKED, TOPICAL & CASHMERE UV F-N000246-01120039    CUSTOMER ORDER 1459523GAF        BOL# 0000667049 | | | | | |
| F-N000265-01110046 521435 | | 11014037-001100 | 56.000 YD | 20.95 | 1,173.20 USD |
| FINISH: CR SCOUR, BACKED, TOPICAL & CASHMERE UV F-N000265-01110046    CUSTOMER ORDER 1459523GAF        BOL# 0000667049 | | | | | |
| F-N000355-01120060 521445 | | 11014037-001200 | 55.250 YD | 17.95 | 991.74 USD |
| FINISH: CR SCOUR, BACKED, TOPICAL & CASHMERE UV F-N000355-01120060    CUSTOMER ORDER 1459523GAF        BOL# 0000667049 | | | | | |
| F-N000355-01110048 521447 | | 11014037-001220 | 55.000 YD | 17.95 | 987.25 USD |
| FINISH: CR SCOUR, BACKED, TOPICAL & CASHMERE UV F-N000355-01110048    CUSTOMER ORDER 1459523GAF        BOL# 0000667049 | | | | | |
| F-N000456-01120017 521458 | | 11014037-001330 | 55.000 YD | 16.95 | 932.25 USD |
| FINISH: NEEDLEPUNCHED,CR SCOUR, BACKED, TOPICAL & CASHMERE UV F-N000456-01120017    CUSTOMER ORDER 1459523GAF        BOL# 0000667049 | | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    6,980.51 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    **Page 2 of    2**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

**INVOICE**

**Invoice Number/Date**
91690214 / 12/28/2018
**Account Number**    5700
**Salesperson**   NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-N000456-01120004 521459 | | 11014037-001340 | 53.750 YD | 16.95 | 911.06 USD |
| FINISH: NEEDLEPUNCHED,CR SCOUR, BACKED, TOPICAL & CASHMERE | | | | | |
| UV F-N000456-01120004    CUSTOMER ORDER 1459523GAF | | | | | |
|      BOL# 0000667049 | | | | | |
| F-N000246-01110044 521433 | | 11014037-001550 | 26.625 YD | 18.95 | 504.54 USD |
| FINISH: NEEDLEPUNCHED,CR SCOUR, BACKED, TOPICAL & CASHMERE | | | | | |
| UV F-N000246-01110044    CUSTOMER ORDER 1459523GAF | | | | | |
|      BOL# 0000667049 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat | |
|---|---|---|---|---|---|
| F-N000246-01110044 | 521433 | 2 | 52.625 YD | 997.24 | USD |
| F-N000246-01120039 | 521434 | 1 | 52.125 YD | 987.77 | USD |
| F-N000265-01110046 | 521435 | 1 | 56.000 YD | 1,173.20 | USD |
| F-N000355-01110048 | 521447 | 1 | 55.000 YD | 987.25 | USD |
| F-N000355-01120060 | 521445 | 1 | 55.250 YD | 991.74 | USD |
| F-N000456-01120004 | 521459 | 1 | 53.750 YD | 911.06 | USD |
| F-N000456-01120017 | 521458 | 1 | 55.000 YD | 932.25 | USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **6,980.51 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **6,980.51 USD** |

**VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY**



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

## INVOICE

**Invoice Number/Date**
91690215 / 12/28/2018
**Account Number**    5700
**Salesperson**   NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**   CINDY BENFIELD
PH: 828-397-1832   FAX: 828-874-3920

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362, DALLAS, TX 75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0207895-01110007 | 15638 15 | 11043453-000030 | 54.625 YD | 15.85 | 865.80 USD |
| FINISH: BACKED, SR EASE & ECOSET WASHED | | | | | |
| CUSTOMER ORDER 1472314 | | | | | |
| BOL# 0000667049 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0207895-01110007 | 15638 15 | 1 | 54.625 YD | 865.80  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **865.80 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **865.80 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91690216 / 12/28/2018
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0191381-01180398 | DU15760-563 | 11036312-000100 | 56.000 YD | 10.35 | 579.60 USD |

FINISH: NEEDLEPUNCHED, BACKED, SR EASE & CASHMERE
LOOMED-LAPIS          CUSTOMER ORDER 1469371
          BOL# 0000667049

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0191381-01180398 | DU15760-563 | 1 | 56.000 YD | 579.60  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **579.60 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **579.60 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                        Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91690217 / 12/28/2018
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-W016858-01140035 509879 | | 11042190-000020 | 55.375 YD | 14.95 | 827.85 USD |

FINISH: NEEDLEPUNCHED, CR HOME, BACKED, & CASHMERE
CRHOM INVANO-01140035    CUSTOMER ORDER 1471899
     BOL# 0000667049

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-W016858-01140035 | 509879 | 1 | 55.375 YD | 827.85  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **827.85 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **827.85 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                     Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91690218 / 12/28/2018
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0223646-01110002 | 15739-85 PARCHMENT | 11042453-000030 | 56.875 YD | 12.35 | 702.40 USD |
| FINISH: NEEDLEPUNCHED, CR HOME, BACKED & CASHMERE CRHOM GRANBURY-01110002 CUSTOMER ORDER 1472016 BOL# 0000667049 | | | | | |
| F-0223646-01110002 | 15739-85 PARCHMENT | 11042453-000040 | 57.875 YD | 12.35 | 714.75 USD |
| FINISH: NEEDLEPUNCHED, CR HOME, BACKED & CASHMERE CRHOM GRANBURY-01110002 CUSTOMER ORDER 1472016 BOL# 0000667049 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0223646-01110002 | 15739-85 PARCHMENT | 2 | 114.750 YD | 1,417.15  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,417.15 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,417.15 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91690219 / 12/28/2018
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0229982-01140133 DU15917-128 | | 11043468-000080 | 54.625 YD | 12.95 | 707.40 USD |
| FINISH: NEEDLEPUNCHED, CR HOME,& BACKED | | | | | |
| F-0229982-ECRU      CUSTOMER ORDER 1472263 | | | | | |
| BOL# 0000667049 | | | | | |
| F-0229982-01140133 DU15917-128 | | 11043468-000090 | 55.000 YD | 12.95 | 712.25 USD |
| FINISH: NEEDLEPUNCHED, CR HOME,& BACKED | | | | | |
| F-0229982-ECRU      CUSTOMER ORDER 1472263 | | | | | |
| BOL# 0000667049 | | | | | |

## Order  Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0229982-01140133 | DU15917-128 | 2 | 109.625 YD | 1,419.65  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | **:** | **1,419.65 USD** |
| **Freight** | **:** | **0.00 USD** |
| **Total Due** | **:** | **1,419.65 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91690220 / 12/28/2018
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|-------|----------|-----------|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---------------|-------------------|------------|-----|-------|-------------|
| F-0229982-01160085 DU15917-216 | | 11038627-000020 | 56.250 YD | 12.95 | 728.44 USD |
| FINISH: NEEDLEPUNCHED, CR HOME,& BACKED | | | | | |
| F-0229982-PUTTY    CUSTOMER ORDER 1470350 | | | | | |
| BOL# 0000667049 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---------------|-------------------|--------|-----------|-----------|
| F-0229982-01160085 | DU15917-216 | 1 | 56.250 YD | 728.44  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 728.44 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 728.44 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                          Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91690221 / 12/28/2018
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45225-256 | 15644 5 | 11039398-000020 | 42.000 YD | 14.40 | 604.80 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| BANKS-PARROT | CUSTOMER ORDER 1470632 | | | | |
| BOL# 0000667049 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| I-45225-256 | 15644 5 | 1 | 42.000 YD | 604.80  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | | |
|---|---|---|---|
| **Subtotal** | : | **604.80 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **604.80 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of     5

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91690222 / 12/28/2018
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362, DALLAS, TX 75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45876-115 | 521795 | 11013928-000160 | 41.000 YD | 14.95 | 612.95 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| UV SUNDANCE-FLANNEL | CUSTOMER ORDER 1459497GAF | | | | |
| BOL# 0000667049 | | | | | |
| I-45876-104 | 521792 | 11013928-000170 | 42.000 YD | 14.95 | 627.90 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| UV SUNDANCE-MUSHROOM | CUSTOMER ORDER 1459497GAF | | | | |
| BOL# 0000667049 | | | | | |
| I-45876-108 | 521803 | 11013928-000180 | 40.000 YD | 14.95 | 598.00 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| UV SUNDANCE-PEACOCK | CUSTOMER ORDER 1459497GAF | | | | |
| BOL# 0000667049 | | | | | |
| I-45876-109 | 521804 | 11013928-000190 | 42.000 YD | 14.95 | 627.90 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| UV SUNDANCE-DENIM | CUSTOMER ORDER 1459497GAF | | | | |
| BOL# 0000667049 | | | | | |
| I-45876-105 | 521807 | 11013928-000200 | 42.000 YD | 14.95 | 627.90 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| UV SUNDANCE-LEAF | CUSTOMER ORDER 1459497GAF | | | | |
| BOL# 0000667049 | | | | | |
| I-45876-107 | 521801 | 11013928-000210 | 43.000 YD | 14.95 | 642.85 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| UV SUNDANCE-POOL | CUSTOMER ORDER 1459497GAF | | | | |
| BOL# 0000667049 | | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    9,373.65 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 2 of    5

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91690222 / 12/28/2018
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45876-112 | 521805 | 11013928-000220 | 42.000 YD | 14.95 | 627.90 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| UV SUNDANCE-CORAL | CUSTOMER ORDER 1459497GAF | | | | |
| BOL# 0000667049 | | | | | |
| I-45876-106 | 521808 | 11013928-000230 | 41.000 YD | 14.95 | 612.95 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| UV SUNDANCE-IVY | CUSTOMER ORDER 1459497GAF | | | | |
| BOL# 0000667049 | | | | | |
| I-45876-103 | 521799 | 11013928-000240 | 42.000 YD | 14.95 | 627.90 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| UV SUNDANCE-SISAL | CUSTOMER ORDER 1459497GAF | | | | |
| BOL# 0000667049 | | | | | |
| I-45876-113 | 521794 | 11013928-000250 | 42.000 YD | 14.95 | 627.90 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| UV SUNDANCE-COCOA | CUSTOMER ORDER 1459497GAF | | | | |
| BOL# 0000667049 | | | | | |
| I-45876-114 | 521802 | 11013928-000260 | 42.000 YD | 14.95 | 627.90 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| UV SUNDANCE-CALYPSO | CUSTOMER ORDER 1459497GAF | | | | |
| BOL# 0000667049 | | | | | |
| I-45876-102 | 521798 | 11013928-000270 | 42.000 YD | 14.95 | 627.90 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| UV SUNDANCE-OATMEAL | CUSTOMER ORDER 1459497GAF | | | | |
| BOL# 0000667049 | | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    9,373.65 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                        Page 3 of     5

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE
**Invoice Number/Date**
91690222 / 12/28/2018
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45876-101 | 521796 | 11013928-000280 | 42.000 YD | 14.95 | 627.90 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| UV SUNDANCE-CLOUD   CUSTOMER ORDER 1459497GAF | | | | | |
| BOL# 0000667049 | | | | | |
| I-45876-111 | 521797 | 11013928-000290 | 42.000 YD | 14.95 | 627.90 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| UV SUNDANCE-IVORY   CUSTOMER ORDER 1459497GAF | | | | | |
| BOL# 0000667049 | | | | | |
| I-45876-110 | 521806 | 11013928-000300 | 42.000 YD | 14.95 | 627.90 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| UV SUNDANCE-LIPSTICK   CUSTOMER ORDER 1459497GAF | | | | | |
| BOL# 0000667049 | | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :      9,373.65 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                  Page 4 of    5

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91690222 / 12/28/2018
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat | |
|---|---|---|---|---|---|
| I-45876-101 | 521796 | 1 | 42.000 YD | 627.90 | USD |
| I-45876-102 | 521798 | 1 | 42.000 YD | 627.90 | USD |
| I-45876-103 | 521799 | 1 | 42.000 YD | 627.90 | USD |
| I-45876-104 | 521792 | 1 | 42.000 YD | 627.90 | USD |
| I-45876-105 | 521807 | 1 | 42.000 YD | 627.90 | USD |
| I-45876-106 | 521808 | 1 | 41.000 YD | 612.95 | USD |
| I-45876-107 | 521801 | 1 | 43.000 YD | 642.85 | USD |
| I-45876-108 | 521803 | 1 | 40.000 YD | 598.00 | USD |
| I-45876-109 | 521804 | 1 | 42.000 YD | 627.90 | USD |
| I-45876-110 | 521806 | 1 | 42.000 YD | 627.90 | USD |
| I-45876-111 | 521797 | 1 | 42.000 YD | 627.90 | USD |
| I-45876-112 | 521805 | 1 | 42.000 YD | 627.90 | USD |
| I-45876-113 | 521794 | 1 | 42.000 YD | 627.90 | USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.          **Total Due     :     9,373.65 USD**

Fabrics covered by this invoice are intended only for outer coverings for furniture.

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                     Page 5 of     5

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91690222 / 12/28/2018
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45876-114 | 521802 | 1 | 42.000 YD | | 627.90  USD |
| I-45876-115 | 521795 | 1 | 41.000 YD | | 612.95  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **9,373.65 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **9,373.65 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    **Page 1 of    1**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

### INVOICE

**Invoice Number/Date**
91690223 / 12/28/2018
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-D006540-01130041 521345 | | 11013647-000110 | 25.000 YD | 17.95 | 448.75 USD |

FINISH: NEEDLEPUNCHED,CR SCOUR, BACKED, TOPICAL & CASHMERE
UV DREYMON-01130041 CUSTOMER ORDER 1459455GAF
        BOL# 0000667049

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-D006540-01130041 | 521345 | 1 | 25.000 YD | 448.75  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 448.75 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 448.75 USD |

**VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY**



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91690224 / 12/28/2018
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45789-105 | 15724-319 | 11038422-000020 | 42.000 YD | 14.40 | 604.80 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| STRIATO-GLADIATOR | CUSTOMER ORDER 1470274 | | | | |
| BOL# 0000667049 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| I-45789-105 | 15724-319 | 1 | 42.000 YD | 604.80  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **604.80 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **604.80 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91690225 / 12/28/2018
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C023552-01110060 509902 | | 11041000-000040 | 50.000 YD | 18.95 | 947.50 USD |
| FINISH: CRYPTON HOME, BACKED, ECOSET WASHED | | | | | |
| CRHOM BRENNEMAN-01110060 | CUSTOMER ORDER 1471212 | | | | |
| BOL# 0000667049 | | | | | |
| F-C022863-01190044 509891 | | 11041000-000060 | 56.000 YD | 18.95 | 1,061.20 USD |
| FINISH: CRYPTON HOME,BACKED, ECOSET WASHED | | | | | |
| CRHOM LIRLAE-01190044 | CUSTOMER ORDER 1471212 | | | | |
| BOL# 0000667049 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C022863-01190044 | 509891 | 1 | 56.000 YD | 1,061.20  USD |
| F-C023552-01110060 | 509902 | 1 | 50.000 YD | 947.50  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 2,008.70 USD |
|---|---|---|
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 2,008.70 USD |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91690226 / 12/28/2018
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C023552-01110012 509904 | | 11040965-000020 | 53.000 YD | 18.95 | 1,004.35 USD |
| FINISH: CRYPTON HOME, BACKED, ECOSET WASHED | | | | | |
| CRHOM BRENNEMAN-01110012CUSTOMER ORDER 1471300 | | | | | |
| BOL# 0000667049 | | | | | |
| F-C023552-01110012 509904 | | 11040965-000030 | 54.875 YD | 18.95 | 1,039.88 USD |
| FINISH: CRYPTON HOME, BACKED, ECOSET WASHED | | | | | |
| CRHOM BRENNEMAN-01110012CUSTOMER ORDER 1471300 | | | | | |
| BOL# 0000667049 | | | | | |
| F-C023552-01110012 509904 | | 11040965-000040 | 54.375 YD | 18.95 | 1,030.41 USD |
| FINISH: CRYPTON HOME, BACKED, ECOSET WASHED | | | | | |
| CRHOM BRENNEMAN-01110012CUSTOMER ORDER 1471300 | | | | | |
| BOL# 0000667049 | | | | | |
| F-C023552-01110012 509904 | | 11040965-000050 | 28.000 YD | 18.95 | 530.60 USD |
| FINISH: CRYPTON HOME, BACKED, ECOSET WASHED | | | | | |
| CRHOM BRENNEMAN-01110012CUSTOMER ORDER 1471300 | | | | | |
| BOL# 0000667049 | | | | | |
| F-C023552-01110012 509904 | | 11040965-000060 | 28.250 YD | 18.95 | 535.34 USD |
| FINISH: CRYPTON HOME, BACKED, ECOSET WASHED | | | | | |
| CRHOM BRENNEMAN-01110012CUSTOMER ORDER 1471300 | | | | | |
| BOL# 0000667049 | | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    4,140.58 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 2 of     2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91690226 / 12/28/2018
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C023552-01110012 | 509904 | 5 | 218.500 YD | 4,140.58   USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **4,140.58 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **4,140.58 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of      1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91690227 / 12/28/2018
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0200641-01130188 | DU16103-216 | 11043178-000040 | 48.375 YD | 14.40 | 696.61 USD |
| FINISH: SCOURED & SR EASE | | | | | |
| HEROIC-PUTTY | CUSTOMER ORDER 1472240 | | | | |
| BOL# 0000667049 | | | | | |
| | | | | | |
| F-0196596-01160120 | DU15761-563 | 11043178-000100 | 22.250 YD | 18.30 | 407.17 USD |
| FINISH: BACKED, SR EASE & BIANCALANI | | | | | |
| F-0196596-LAPIS | CUSTOMER ORDER 1472240 | | | | |
| BOL# 0000667049 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0196596-01160120 | DU15761-563 | 1 | 22.250 YD | 407.17  USD |
| F-0200641-01130188 | DU16103-216 | 1 | 48.375 YD | 696.61  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | **:** | **1,103.78 USD** |
| **Freight** | **:** | **0.00 USD** |
| **Total Due** | **:** | **1,103.78 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                  Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91690228 / 12/28/2018
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-W018110-01100002 509863 | | 11040978-000120 | 55.250 YD | 18.95 | 1,046.99 USD |
| FINISH: CRYPTON HOME, BACKED, & BIANCALANI | | | | | |
| CRHOM F-W018110-PINK    CUSTOMER ORDER 1471269 | | | | | |
|      BOL# 0000667101 Track# 1Z69296W0351444932 | | | | | |
| F-0223684-01110005 15743-7 LIGHT BLUE | | 11040978-000150 | 55.750 YD | 11.30 | 629.97 USD |
| FINISH: NEEDLEPUNCHED, CR HOME & BACKED | | | | | |
| CRHOM WILDCARD-01110005 CUSTOMER ORDER 1471269 | | | | | |
|      BOL# 0000667049 | | | | | |
| F-0223684-01110005 15743-7 LIGHT BLUE | | 11040978-000160 | 57.750 YD | 11.30 | 652.57 USD |
| FINISH: NEEDLEPUNCHED, CR HOME & BACKED | | | | | |
| CRHOM WILDCARD-01110005 CUSTOMER ORDER 1471269 | | | | | |
|      BOL# 0000667049 | | | | | |
| F-0229982-01120011 DU15917-435 | | 11040978-000240 | 55.500 YD | 12.95 | 718.72 USD |
| FINISH: NEEDLEPUNCHED, CR HOME,& BACKED | | | | | |
| F-0229982-STONE    CUSTOMER ORDER 1471269 | | | | | |
|      BOL# 0000667049 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0223684-01110005 | 15743-7 LIGHT BLUE | 2 | 113.500 YD | 1,282.54  USD |
| F-0229982-01120011 | DU15917-435 | 1 | 55.500 YD | 718.72  USD |
| F-W018110-01100002 | 509863 | 1 | 55.250 YD | 1,046.99  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **3,048.25 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **3,048.25 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                     Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91690229 / 12/28/2018
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0229982-01170136 | DU15917-174 | 11034709-000020 | 54.250 YD | 12.95 | 702.54 USD |
| FINISH: NEEDLEPUNCHED, CR HOME,& BACKED | | | | | |
| F-0229982-GRAPHITE  CUSTOMER ORDER 1468689 | | | | | |
| BOL# 0000667049 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0229982-01170136 | DU15917-174 | 1 | 54.250 YD | 702.54  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | | |
|---|---|---|---|
| **Subtotal** | : | **702.54 USD** | |
| **Freight** | : | **0.00 USD** | |
| **Total Due** | : | **702.54 USD** | |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91690230 / 12/28/2018
**Account Number**  5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0242525-01100004 509947 | | 11036511-000230 | 26.000 YD | 18.95 | 492.70 USD |
| FINISH: NEEDLEPUNCHED, CR HOME, BACKED & ECOSET WASHED | | | | | |
| CRHOM F-0242525-NAVY    CUSTOMER ORDER 1469396 | | | | | |
| BOL# 0000667049 | | | | | |
| F-0242525-01100004 509947 | | 11036511-000280 | 29.000 YD | 18.95 | 549.55 USD |
| FINISH: NEEDLEPUNCHED, CR HOME, BACKED & ECOSET WASHED | | | | | |
| CRHOM F-0242525-NAVY    CUSTOMER ORDER 1469396 | | | | | |
| BOL# 0000667049 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0242525-01100004 | 509947 | 2 | 55.000 YD | 1,042.25  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,042.25 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,042.25 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91690231 / 12/28/2018
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362, DALLAS, TX 75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0213694-01180018 | 15674 433 | 11043472-000030 | 54.250 YD | 18.95 | 1,028.03 USD |
| FINISH: BACKED, SR EASE & BIANCALANI | | | | | |
| FLASH BACK-MINERAL  CUSTOMER ORDER 1472261 | | | | | |
|    BOL# 0000667049 | | | | | |
| F-0213694-01180018 | 15674 433 | 11043472-000040 | 49.375 YD | 18.95 | 935.66 USD |
| FINISH: BACKED, SR EASE & BIANCALANI | | | | | |
| FLASH BACK-MINERAL  CUSTOMER ORDER 1472261 | | | | | |
|    BOL# 0000667049 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0213694-01180018 | 15674 433 | 2 | 103.625 YD | 1,963.69  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,963.69 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,963.69 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91690232 / 12/28/2018
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0207895-01170026 | 15638 563 | 11040266-000020 | 55.750 YD | 15.85 | 883.64 USD |
| FINISH: BACKED, SR EASE & ECOSET WASHED | | | | | |
| CUSTOMER ORDER 1470994 | | | | | |
| BOL# 0000667049 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0207895-01170026 | 15638 563 | 1 | 55.750 YD | 883.64  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **883.64 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **883.64 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com          **Page 1 of     1**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

### INVOICE

**Invoice Number/Date**
91690233 / 12/28/2018
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0207895-01150090 | 15638-16 NATURAL | 11041311-000020 | 61.125 YD | 15.85 | 968.84 USD |
| FINISH: BACKED, SR EASE & ECOSET WASHED | | | | | |
| F-0207895-NATURAL   CUSTOMER ORDER 1471466 | | | | | |
|     BOL# 0000667049 | | | | | |
| F-0207895-01150090 | 15638-16 NATURAL | 11041311-000030 | 52.000 YD | 15.85 | 824.20 USD |
| FINISH: BACKED, SR EASE & ECOSET WASHED | | | | | |
| F-0207895-NATURAL   CUSTOMER ORDER 1471466 | | | | | |
|     BOL# 0000667049 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0207895-01150090 | 15638-16 NATURAL | 2 | 113.125 YD | 1,793.04  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 1,793.04 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 1,793.04 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91690234 / 12/28/2018
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0238724-01110006 509883 | | 11040995-000080 | 53.000 YD | 18.95 | 1,004.35 USD |
| FINISH: CRYPTON HOME & ECOSET WASHED | | | | | |
| CRHOM F-0238724-01110006CUSTOMER ORDER 1471280 | | | | | |
| BOL# 0000667049 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0238724-01110006 | 509883 | 1 | 53.000 YD | 1,004.35  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 1,004.35 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 1,004.35 USD |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of      1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

## INVOICE

**Invoice Number/Date**
91690235 / 12/28/2018
**Account Number**    5700
**Salesperson**   NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**   CINDY BENFIELD
PH: 828-397-1832   FAX: 828-874-3920

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0234703-01130019 | DU16105-69 | 11040262-000020 | 58.250 YD | 17.40 | 1,013.54 USD |
| FINISH: BACKED, SR EASE & ECOSET WASHED | | | | | |
| F-0234703-GOLD/RED | CUSTOMER ORDER 1470992 | | | | |
| BOL# 0000667049 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0234703-01130019 | DU16105-69 | 1 | 58.250 YD | 1,013.54  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 1,013.54 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 1,013.54 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    **Page 1 of    1**

## INVOICE

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

**Invoice Number/Date**
91690236 / 12/28/2018
**Account Number**  5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | UPS GROUND | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-D006540-01130041 521345 | | 11036158-000020 | 26.000 YD | 17.95 | 466.70 USD |

FINISH: NEEDLEPUNCHED,CR SCOUR, BACKED, TOPICAL & CASHMERE
UV DREYMON-01130041 CUSTOMER ORDER 1469343
        BOL# 0000667101 Track# 1Z69296W0350055944

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-D006540-01130041 | 521345 | 1 | 26.000 YD | 466.70  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **466.70 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **466.70 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com              Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS/HIGHLAND COURT
49 WIRELESS BLVD.-Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91690478 / 12/28/2018
**Account Number**    1000460
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C018096-01110043 | HU15849-298 | 11040119-000020 | 56.750 YD | 22.05 | 1,251.34 USD |
| FINISH: BACKED, SR EASE & BIANCALANI | | | | | |
| DITSIDOT-01110043   CUSTOMER ORDER 1470894 | | | | | |
|        BOL# 0000667064 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C018096-01110043 | HU15849-298 | 1 | 56.750 YD | 1,251.34  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 1,251.34 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 1,251.34 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS/HIGHLAND COURT
49 WIRELESS BLVD.-Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91690479 / 12/28/2018
**Account Number**   1000460
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C018096-01110006 | HU15849-177 | 11043526-000040 | 55.375 YD | 22.05 | 1,221.02 USD |
| FINISH: BACKED, SR EASE & BIANCALANI | | | | | |
| DITSIDOT-01110006   CUSTOMER ORDER 1472375 | | | | | |
| BOL# 0000667064 | | | | | |
| F-C018096-01110006 | HU15849-177 | 11043526-000050 | 58.000 YD | 22.05 | 1,278.90 USD |
| FINISH: BACKED, SR EASE & BIANCALANI | | | | | |
| DITSIDOT-01110006   CUSTOMER ORDER 1472375 | | | | | |
| BOL# 0000667064 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C018096-01110006 | HU15849-177 | 2 | 113.375 YD | 2,499.92  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **2,499.92 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **2,499.92 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS/HIGHLAND COURT
49 WIRELESS BLVD.-Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91690480 / 12/28/2018
**Account Number**    1000460
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C018096-01110006 | HU15849-177 | 11042215-000020 | 56.625 YD | 22.05 | 1,248.58 USD |
| FINISH: BACKED, SR EASE & BIANCALANI | | | | | |
| DITSIDOT-01110006   CUSTOMER ORDER 1471918 | | | | | |
| BOL# 0000667064 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C018096-01110006 | HU15849-177 | 1 | 56.625 YD | 1,248.58  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,248.58 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,248.58 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                  Page 1 of    1

## INVOICE

**Invoice Number/Date**
91691144 / 01/04/2019
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

**SHIP-TO:**
APPLIED TEXTILES SOUTH
1201 JAY LN
GRAHAM NC  27253
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0233273-01120006 | 257539 - SPACE ODDITY L | 11041935-000070 | 55.375 YD | 12.05 | 667.27 USD |
| FINISH: BACKED | | | | | |
| F-0233273-LAPIS | CUSTOMER ORDER 1471703 - ITEM 000003 | | | | |
| | BOL# 0000667494 Track# 533001919 | | | | |
| F-0233273-01120006 | 257539 - SPACE ODDITY L | 11041935-000080 | 54.625 YD | 12.05 | 658.23 USD |
| FINISH: BACKED | | | | | |
| F-0233273-LAPIS | CUSTOMER ORDER 1471703 - ITEM 000003 | | | | |
| | BOL# 0000667494 Track# 533001919 | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0233273-01120006 | 257539 - SPACE ODDITY LAPIS | 2 | 110.000 YD | 1,325.50  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 1,325.50 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 1,325.50 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
APPLIED TEXTILES SOUTH
1201 JAY LN
GRAHAM NC  27253
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91691145 / 01/04/2019
**Account Number**   852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-D000223-006 | 233635 - CHEVRON BOUCLE | 11043146-000070 | 58.250 YD | 8.00 | 466.00 USD |
| FINISH: NEEDLEPUNCHED & BACKED | | | | | |
| HARTFORD-MINERA | CUSTOMER ORDER 1472213 - ITEM 000010 | | | | |
| BOL# 0000667494 Track# 533001919 | | | | | |
| F-D000223-006 | 233635 - CHEVRON BOUCLE | 11043146-000080 | 60.375 YD | 8.00 | 483.00 USD |
| FINISH: NEEDLEPUNCHED & BACKED | | | | | |
| HARTFORD-MINERA | CUSTOMER ORDER 1472213 - ITEM 000010 | | | | |
| BOL# 0000667494 Track# 533001919 | | | | | |
| F-D000223-006 | 233635 - CHEVRON BOUCLE | 11043146-000090 | 59.375 YD | 8.00 | 475.00 USD |
| FINISH: NEEDLEPUNCHED & BACKED | | | | | |
| HARTFORD-MINERA | CUSTOMER ORDER 1472213 - ITEM 000010 | | | | |
| BOL# 0000667494 Track# 533001919 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-D000223-006 | 233635 - CHEVRON BOUCLE MINERAL | 3 | 178.000 YD | 1,424.00  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,424.00 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,424.00 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                      Page 1 of    1

**SHIP-TO:**
HI-TEX
513 CRYPTON DRIVE
KINGS MOUNTAIN NC   28086
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91691146 / 01/04/2019
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | UPS GROUND | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-D000223-004 | 233630 - CHEVRON BOUCLE | 11036037-000030 | 52.000 YD | 8.20 | 426.40 USD |

FINISH: NEEDLEPUNCHED & BACKED
HARTFORD-COPPER     CUSTOMER ORDER 1469265 - ITEM 000010
          BOL# 0000667474 Track# 1Z69296W0349212062

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-D000223-004 | 233630 - CHEVRON BOUCLE COPPER | 1 | 52.000 YD | 426.40  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **426.40 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **426.40 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
APPLIED TEXTILES SOUTH
1201 JAY LN
GRAHAM NC  27253
USA

**BILL-TO:**
DURALEE CONTRACT
P.O. BOX 13308
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91691487 / 01/04/2019
**Account Number**    5699
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0232621-01140069 | 2796429 - DN15997-146 T | 11043664-000050 | 52.625 YD | 10.60 | 557.83 USD |
| F-0232621-DENIM | CUSTOMER ORDER 1472372 - ITEM 000010 | | | | |
| | BOL# 0000667495 Track# 533001919 | | | | |
| F-0232621-01140070 | 276431-DN15997-23-TEXTU | 11043664-000060 | 52.000 YD | 10.60 | 551.20 USD |
| F-0232621-PEACOCK | CUSTOMER ORDER 1472372 - ITEM 000020 | | | | |
| | BOL# 0000667495 Track# 533001919 | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0232621-01140069 | 2796429 - DN15997-146 TEXTURE DENIM | 1 | 52.625 YD | 557.83  USD |
| F-0232621-01140070 | 276431-DN15997-23-TEXTURE PEACOCK | 1 | 52.000 YD | 551.20  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| **Subtotal** | : | **1,109.03 USD** |
|---|---|---|
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,109.03 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    **Page 1 of    4**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE
**Invoice Number/Date**
91691742 / 01/08/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0242847-01120091 519991 | | 11021362-000350 | 42.625 YD | 14.50 | 618.06 USD |
| FINISH: BIANCALANI | | | | | |
| HOONAH-TOMATO | CUSTOMER ORDER 1462838SBF | | | | |
| BOL# 0000667628 Track# 533059178 | | | | | |
| F-0243670-01110031 520033 | | 11021362-000370 | 25.000 YD | 13.53 | 338.25 USD |
| FINISH: BACKED & ECOSET  WASHED | | | | | |
| UPTOWN FUNK-TOMATO CUSTOMER ORDER 1462838SBF | | | | | |
| BOL# 0000667628 Track# 533059178 | | | | | |
| F-0194291-01160205 519966 | | 11021362-000380 | 45.000 YD | 9.65 | 434.25 USD |
| FINISH: NEEDLEPUNCHED, BACKED, SR EASE & BIANCALANI | | | | | |
| TURNSTILE-TOMATO | CUSTOMER ORDER 1462838SBF | | | | |
| BOL# 0000667628 Track# 533059178 | | | | | |
| F-0243670-01110031 520033 | | 11021362-000480 | 27.625 YD | 13.53 | 373.77 USD |
| FINISH: BACKED & ECOSET  WASHED | | | | | |
| UPTOWN FUNK-TOMATO CUSTOMER ORDER 1462838SBF | | | | | |
| BOL# 0000667628 Track# 533059178 | | | | | |
| F-0242847-01120091 519991 | | 11021371-000980 | 32.000 YD | 14.50 | 464.00 USD |
| FINISH: BIANCALANI | | | | | |
| HOONAH-TOMATO | CUSTOMER ORDER 1462838SBF | | | | |
| BOL# 0000667591 Track# 53302917-8 | | | | | |
| F-0242847-01120091 519991 | | 11021371-000990 | 27.000 YD | 14.50 | 391.50 USD |
| FINISH: BIANCALANI | | | | | |
| HOONAH-TOMATO | CUSTOMER ORDER 1462838SBF | | | | |
| BOL# 0000667591 Track# 53302917-8 | | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    6,916.77 USD**

**VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY**



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 2 of    4

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91691742 / 01/08/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0242847-01120091 519991 | | 11021371-001000 | 29.000 YD | 14.50 | 420.50 USD |
| FINISH: BIANCALANI | | | | | |
| HOONAH-TOMATO    CUSTOMER ORDER 1462838SBF | | | | | |
|     BOL# 0000667628 Track# 533059178 | | | | | |
| F-0242847-01120091 519991 | | 11021371-001010 | 33.375 YD | 14.50 | 483.94 USD |
| FINISH: BIANCALANI | | | | | |
| HOONAH-TOMATO    CUSTOMER ORDER 1462838SBF | | | | | |
|     BOL# 0000667591 Track# 53302917-8 | | | | | |
| F-0243670-01110031 520033 | | 11021371-001070 | 33.000 YD | 13.53 | 446.49 USD |
| FINISH: BACKED & ECOSET  WASHED | | | | | |
| UPTOWN FUNK-TOMATO CUSTOMER ORDER 1462838SBF | | | | | |
|     BOL# 0000667628 Track# 533059178 | | | | | |
| F-0243670-01110031 520033 | | 11021371-001080 | 26.875 YD | 13.53 | 363.62 USD |
| FINISH: BACKED & ECOSET  WASHED | | | | | |
| UPTOWN FUNK-TOMATO CUSTOMER ORDER 1462838SBF | | | | | |
|     BOL# 0000667628 Track# 533059178 | | | | | |
| F-0243670-01110031 520033 | | 11021371-001090 | 33.375 YD | 13.53 | 451.56 USD |
| FINISH: BACKED & ECOSET  WASHED | | | | | |
| UPTOWN FUNK-TOMATO CUSTOMER ORDER 1462838SBF | | | | | |
|     BOL# 0000667628 Track# 533059178 | | | | | |
| F-0243670-01110031 520033 | | 11021371-001100 | 32.750 YD | 13.53 | 443.10 USD |
| FINISH: BACKED & ECOSET  WASHED | | | | | |
| UPTOWN FUNK-TOMATO CUSTOMER ORDER 1462838SBF | | | | | |
|     BOL# 0000667628 Track# 533059178 | | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due     :     6,916.77 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    **Page 3 of    4**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE
**Invoice Number/Date**
91691742 / 01/08/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0243670-01110031  520033 | | 11021371-001110 | 33.000 YD | 13.53 | 446.49 USD |
| FINISH: BACKED & ECOSET   WASHED | | | | | |
| UPTOWN FUNK-TOMATO CUSTOMER ORDER 1462838SBF | | | | | |
| BOL# 0000667628 Track# 533059178 | | | | | |
| F-0194291-01160205  519966 | | 11021371-001120 | 32.875 YD | 9.65 | 317.24 USD |
| FINISH: NEEDLEPUNCHED, BACKED, SR EASE & BIANCALANI | | | | | |
| TURNSTILE-TOMATO    CUSTOMER ORDER 1462838SBF | | | | | |
| BOL# 0000667628 Track# 533059178 | | | | | |
| F-0194291-01160205  519966 | | 11021371-001130 | 32.750 YD | 9.65 | 316.04 USD |
| FINISH: NEEDLEPUNCHED, BACKED, SR EASE & BIANCALANI | | | | | |
| TURNSTILE-TOMATO    CUSTOMER ORDER 1462838SBF | | | | | |
| BOL# 0000667628 Track# 533059178 | | | | | |
| F-0194291-01160205  519966 | | 11021371-001140 | 32.500 YD | 9.65 | 313.63 USD |
| FINISH: NEEDLEPUNCHED, BACKED, SR EASE & BIANCALANI | | | | | |
| TURNSTILE-TOMATO    CUSTOMER ORDER 1462838SBF | | | | | |
| BOL# 0000667628 Track# 533059178 | | | | | |
| F-0194291-01160205  519966 | | 11021371-001150 | 30.500 YD | 9.65 | 294.33 USD |
| FINISH: NEEDLEPUNCHED, BACKED, SR EASE & BIANCALANI | | | | | |
| TURNSTILE-TOMATO    CUSTOMER ORDER 1462838SBF | | | | | |
| BOL# 0000667628 Track# 533059178 | | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    6,916.77 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                Page 4 of    4

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

| **INVOICE** |
|---|
| **Invoice Number/Date** |
| 91691742 / 01/08/2019 |
| **Account Number**    850 |
| **Salesperson**  NMN Fabrics, Inc. |
| apgroup@tradgroup.com |

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat | |
|---|---|---|---|---|---|
| F-0194291-01160205 | 519966 | 5 | 173.625 YD | 1,675.49 | USD |
| F-0242847-01120091 | 519991 | 5 | 164.000 YD | 2,378.00 | USD |
| F-0243670-01110031 | 520033 | 7 | 211.625 YD | 2,863.28 | USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **6,916.77 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **6,916.77 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91691743 / 01/08/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C010817-01140053 232769 | | 11039507-000040 | 28.750 YD | 21.60 | 621.00 USD |
| FINISH: HEATSET | | | | | |
| LYNNEWOOD-01140053 CUSTOMER ORDER 1470693 | | | | | |
| BOL# 0000667628 Track# 533059178 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C010817-01140053 | 232769 | 1 | 28.750 YD | 621.00  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **621.00 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **621.00 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com

Page 1 of     1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91691744 / 01/08/2019
**Account Number**    850
**Salesperson**   NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**   CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-W016647-01190074 513890 | | 11043470-000080 | 27.875 YD | 16.95 | 472.48 USD |
| FINISH: CRYPTON HOME,BACKED, ECOSET WASHED | | | | | |
| CRHOM KELTIE-SLATE  CUSTOMER ORDER 1472261 | | | | | |
| BOL# 0000667628 Track# 533059178 | | | | | |
| F-W016647-01190074 513890 | | 11043470-000090 | 28.500 YD | 16.95 | 483.08 USD |
| FINISH: CRYPTON HOME,BACKED, ECOSET WASHED | | | | | |
| CRHOM KELTIE-SLATE  CUSTOMER ORDER 1472261 | | | | | |
| BOL# 0000667628 Track# 533059178 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-W016647-01190074 | 513890 | 2 | 56.375 YD | 955.56  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 955.56 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 955.56 USD |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91691745 / 01/08/2019
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C022660-01120039 508702 FINISH: BACKED, SR EASE & ECOSET WASHED HASLEY-TRUFFLE     CUSTOMER ORDER 1469936      BOL# 0000667628 Track# 533059178 | | 11037633-000020 | 62.000 YD | 14.40 | 892.80 USD |
| F-C022660-01120039 508702 FINISH: BACKED, SR EASE & ECOSET WASHED HASLEY-TRUFFLE     CUSTOMER ORDER 1469936      BOL# 0000667628 Track# 533059178 | | 11037633-000030 | 54.500 YD | 14.40 | 784.81 USD |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C022660-01120039 | 508702 | 2 | 116.500 YD | 1,677.61  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,677.61 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,677.61 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91691746 / 01/08/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C012953-01110021  234157 | | 11040956-000020 | 29.000 YD | 14.40 | 417.60 USD |
| FINISH: CALENDER | | | | | |
| CREVASSE-01110021    CUSTOMER ORDER 1471296 | | | | | |
| BOL# 0000667628 Track# 533059178 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C012953-01110021 | 234157 | 1 | 29.000 YD | 417.60  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 417.60 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 417.60 USD |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY

# **ATTACHMENT**

RADG Batch 6 Invoices



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91691747 / 01/08/2019
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-W014956-01150073  256511 | | 11043467-000050 | 42.375 YD | 13.95 | 591.14 USD |
| FINISH: BACKED & ECOSET WASHED | | | | | |
| SHOFARISH-BLUSH      CUSTOMER ORDER 1472263 | | | | | |
|     BOL# 0000667628 Track# 533059178 | | | | | |
| F-W004941-01180114  247001 | | 11043467-000100 | 30.375 YD | 17.10 | 519.42 USD |
| FINISH: BIANCALANI | | | | | |
|     CUSTOMER ORDER 1472263 | | | | | |
|     BOL# 0000667591 Track# 53302917-8 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-W004941-01180114 | 247001 | 1 | 30.375 YD | 519.42  USD |
| F-W014956-01150073 | 256511 | 1 | 42.375 YD | 591.14  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| **Subtotal** | **:** | **1,110.56 USD** |
|---|---|---|
| **Freight** | **:** | **0.00 USD** |
| **Total Due** | **:** | **1,110.56 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                  Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91691748 / 01/08/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|-------|----------|-----------|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---------------|-------------------|------------|-----|-------|-------------|
| F-0231018-01150004  257515 | | 11043542-000090 | 50.375 YD | 17.95 | 904.23 USD |
| FINISH: BACKED & ECOSET WASHED | | | | | |
| CUSTOMER ORDER 1472271 | | | | | |
| BOL# 0000667628 Track# 533059178 | | | | | |
| F-0209796-01150131  256378 | | 11043542-000100 | 28.375 YD | 14.95 | 424.20 USD |
| FINISH: BACKED & ECOSET  WASHED | | | | | |
| F-0209796-BLUSH     CUSTOMER ORDER 1472271 | | | | | |
| BOL# 0000667628 Track# 533059178 | | | | | |
| F-0209796-01150131  256378 | | 11043542-000110 | 35.875 YD | 14.95 | 536.33 USD |
| FINISH: BACKED & ECOSET  WASHED | | | | | |
| F-0209796-BLUSH     CUSTOMER ORDER 1472271 | | | | | |
| BOL# 0000667628 Track# 533059178 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---------------|-------------------|--------|-----------|-----------|
| F-0209796-01150131 | 256378 | 2 | 64.250 YD | 960.53  USD |
| F-0231018-01150004 | 257515 | 1 | 50.375 YD | 904.23  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | **:** | **1,864.76 USD** |
| **Freight** | **:** | **0.00 USD** |
| **Total Due** | **:** | **1,864.76 USD** |

**VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY**

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91691749 / 01/08/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-58733-150-CRH    257403 | | 11044182-000040 | 44.000 YD | 12.95 | 569.80 USD |
| FINISH: (FIXED (SCOUR/HEAT SET)IMPORT) & CRYPTON HOME | | | | | |
| CRHOM2 EVERE-CREME CUSTOMER ORDER 1472552 | | | | | |
|       BOL# 0000667591 Track# 53302917-8 | | | | | |
| F-0209796-01130007 234185 | | 11044182-000050 | 31.625 YD | 14.95 | 472.79 USD |
| FINISH: BACKED & ECOSET  WASHED | | | | | |
|       CUSTOMER ORDER 1472552 | | | | | |
|   BOL# 0000667628 Track# 533059178 | | | | | |
| F-0209796-01130007 234185 | | 11044182-000060 | 22.625 YD | 14.95 | 338.24 USD |
| FINISH: BACKED & ECOSET  WASHED | | | | | |
|       CUSTOMER ORDER 1472552 | | | | | |
|   BOL# 0000667628 Track# 533059178 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0209796-01130007 | 234185 | 2 | 54.250 YD | 811.03  USD |
| I-58733-150-CRH | 257403 | 1 | 44.000 YD | 569.80  USD |

**Note: A China to US Tariff Surcharge will be added to the price per yard**

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 1,380.83 USD |
| **Tariff Surch** | : | 28.60 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 1,409.43 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91691750 / 01/08/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45442-132 | 208832 | 11044393-000050 | 42.000 YD | 11.15 | 468.30 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| GIBSON-FOREST | CUSTOMER ORDER 1472636 | | | | |
| BOL# 0000667591 Track# 53302917-8 | | | | | |
| I-45442-132 | 208832 | 11044393-000060 | 42.000 YD | 11.15 | 468.30 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| GIBSON-FOREST | CUSTOMER ORDER 1472636 | | | | |
| BOL# 0000667591 Track# 53302917-8 | | | | | |
| I-45442-132 | 208832 | 11044393-000070 | 42.000 YD | 11.15 | 468.30 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| GIBSON-FOREST | CUSTOMER ORDER 1472636 | | | | |
| BOL# 0000667591 Track# 53302917-8 | | | | | |
| I-45442-132 | 208832 | 11044393-000080 | 42.000 YD | 11.15 | 468.30 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| GIBSON-FOREST | CUSTOMER ORDER 1472636 | | | | |
| BOL# 0000667591 Track# 53302917-8 | | | | | |
| I-45442-132 | 208832 | 11044393-000090 | 42.000 YD | 11.15 | 468.30 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| GIBSON-FOREST | CUSTOMER ORDER 1472636 | | | | |
| BOL# 0000667591 Track# 53302917-8 | | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due      :      2,341.50 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 2 of    2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

| INVOICE |
|---|
| **Invoice Number/Date** |
| 91691750 / 01/08/2019 |
| **Account Number**    850 |
| **Salesperson**  NMN Fabrics, Inc. |
| apgroup@tradgroup.com |

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| I-45442-132 | 208832 | 5 | 210.000 YD | 2,341.50  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **2,341.50 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **2,341.50 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91691751 / 01/08/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45442-138 | 208882 | 11045100-000020 | 42.000 YD | 11.15 | 468.30 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| GIBSON-MINK | CUSTOMER ORDER 1472884 | | | | |
| | BOL# 0000667591 Track# 53302917-8 | | | | |
| I-45442-138 | 208882 | 11045100-000030 | 42.000 YD | 11.15 | 468.30 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| GIBSON-MINK | CUSTOMER ORDER 1472884 | | | | |
| | BOL# 0000667591 Track# 53302917-8 | | | | |
| I-45442-138 | 208882 | 11045100-000040 | 40.000 YD | 11.15 | 446.00 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| GIBSON-MINK | CUSTOMER ORDER 1472884 | | | | |
| | BOL# 0000667591 Track# 53302917-8 | | | | |
| I-45442-138 | 208882 | 11045100-000050 | 42.000 YD | 11.15 | 468.30 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| GIBSON-MINK | CUSTOMER ORDER 1472884 | | | | |
| | BOL# 0000667591 Track# 53302917-8 | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| I-45442-138 | 208882 | 4 | 166.000 YD | 1,850.90  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,850.90 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,850.90 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    4

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91691752 / 01/08/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45466-103-CRH    245537<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-FLANNELCUSTOMER ORDER 1472269<br>    BOL# 0000667591 Track# 53302917-8 | | 11043531-000190 | 42.000 YD | 11.30 | 474.60 USD |
| I-45466-103-CRH    245537<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-FLANNELCUSTOMER ORDER 1472269<br>    BOL# 0000667591 Track# 53302917-8 | | 11043531-000200 | 42.000 YD | 11.30 | 474.60 USD |
| I-45466-103-CRH    245537<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-FLANNELCUSTOMER ORDER 1472269<br>    BOL# 0000667591 Track# 53302917-8 | | 11043531-000210 | 42.000 YD | 11.30 | 474.60 USD |
| I-45466-103-CRH    245537<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-FLANNELCUSTOMER ORDER 1472269<br>    BOL# 0000667591 Track# 53302917-8 | | 11043531-000220 | 40.000 YD | 11.30 | 452.00 USD |
| I-45466-150-CRH    245464<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-KELP    CUSTOMER ORDER 1472269<br>    BOL# 0000667591 Track# 53302917-8 | | 11043531-000230 | 41.000 YD | 11.30 | 463.30 USD |
| I-45466-150-CRH    245464<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-KELP    CUSTOMER ORDER 1472269<br>    BOL# 0000667591 Track# 53302917-8 | | 11043531-000240 | 42.000 YD | 11.30 | 474.60 USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due      :      7,458.00 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com

**Page 2 of    4**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91691752 / 01/08/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45466-150-CRH     245464<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-KELP    CUSTOMER ORDER 1472269<br>        BOL# 0000667591 Track# 53302917-8 | | 11043531-000250 | 42.000 YD | 11.30 | 474.60 USD |
| I-45466-118-CRH     245435<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-SEAL    CUSTOMER ORDER 1472269<br>        BOL# 0000667591 Track# 53302917-8 | | 11043531-000260 | 42.000 YD | 11.30 | 474.60 USD |
| I-45466-118-CRH     245435<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-SEAL    CUSTOMER ORDER 1472269<br>        BOL# 0000667591 Track# 53302917-8 | | 11043531-000270 | 42.000 YD | 11.30 | 474.60 USD |
| I-45466-118-CRH     245435<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-SEAL    CUSTOMER ORDER 1472269<br>        BOL# 0000667591 Track# 53302917-8 | | 11043531-000280 | 42.000 YD | 11.30 | 474.60 USD |
| I-45466-143-CRH     245457<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-CAVALRYCUSTOMER ORDER 1472269<br>        BOL# 0000667591 Track# 53302917-8 | | 11043531-000320 | 42.000 YD | 11.30 | 474.60 USD |
| I-45466-143-CRH     245457<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-CAVALRYCUSTOMER ORDER 1472269<br>        BOL# 0000667591 Track# 53302917-8 | | 11043531-000330 | 42.000 YD | 11.30 | 474.60 USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    7,458.00 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                     Page 3 of    4

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91691752 / 01/08/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45466-143-CRH    245457<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-CAVALRYCUSTOMER ORDER 1472269<br>    BOL# 0000667591 Track# 53302917-8 | | 11043531-000340 | 42.000 YD | 11.30 | 474.60 USD |
| I-45466-110-CRH    245487<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-GYPSY  CUSTOMER ORDER 1472269<br>    BOL# 0000667591 Track# 53302917-8 | | 11043531-000350 | 41.000 YD | 11.30 | 463.30 USD |
| I-45466-110-CRH    245487<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-GYPSY  CUSTOMER ORDER 1472269<br>    BOL# 0000667591 Track# 53302917-8 | | 11043531-000360 | 38.000 YD | 11.30 | 429.40 USD |
| I-45466-110-CRH    245487<br>FINISH: BACKED IMPORT, CRYPTON HOME<br>CRHOM HENRY-GYPSY  CUSTOMER ORDER 1472269<br>    BOL# 0000667591 Track# 53302917-8 | | 11043531-000370 | 38.000 YD | 11.30 | 429.40 USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    7,458.00 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 4 of    4

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

| INVOICE |
|---|
| **Invoice Number/Date** |
| 91691752 / 01/08/2019 |
| **Account Number**    850 |
| **Salesperson**  NMN Fabrics, Inc. |
| apgroup@tradgroup.com |

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat | |
|---|---|---|---|---|---|
| I-45466-103-CRH | 245537 | 4 | 166.000 YD | 1,875.80 | USD |
| I-45466-110-CRH | 245487 | 3 | 117.000 YD | 1,322.10 | USD |
| I-45466-118-CRH | 245435 | 3 | 126.000 YD | 1,423.80 | USD |
| I-45466-143-CRH | 245457 | 3 | 126.000 YD | 1,423.80 | USD |
| I-45466-150-CRH | 245464 | 3 | 125.000 YD | 1,412.50 | USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **7,458.00 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **7,458.00 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    **Page 1 of    1**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91691753 / 01/08/2019
**Account Number**    850
**Salesperson**   NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**   CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45466-138-CRH    245473 | | 11041001-000270 | 41.000 YD | 11.30 | 463.30 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM HENRY-EMERALDCUSTOMER ORDER 1471277 | | | | | |
| BOL# 0000667591 Track# 53302917-8 | | | | | |
| I-45466-138-CRH    245473 | | 11041001-000280 | 42.000 YD | 11.30 | 474.60 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM HENRY-EMERALDCUSTOMER ORDER 1471277 | | | | | |
| BOL# 0000667591 Track# 53302917-8 | | | | | |
| I-45466-138-CRH    245473 | | 11041001-000290 | 39.000 YD | 11.30 | 440.70 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM HENRY-EMERALDCUSTOMER ORDER 1471277 | | | | | |
| BOL# 0000667591 Track# 53302917-8 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| I-45466-138-CRH | 245473 | 3 | 122.000 YD | 1,378.60  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | | |
|---|---|---|---|
| **Subtotal** | : | 1,378.60 | USD |
| **Freight** | : | 0.00 | USD |
| **Total Due** | : | 1,378.60 | USD |

**VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY**

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91691754 / 01/08/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45466-104-CRH | 245486 | 11039587-000020 | 42.000 YD | 11.30 | 474.60 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM HENRY-NORMANDY     CUSTOMER ORDER 1470729 | | | | | |
|     BOL# 0000667591 Track# 53302917-8 | | | | | |
| I-45466-104-CRH | 245486 | 11039587-000030 | 41.000 YD | 11.30 | 463.30 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM HENRY-NORMANDY     CUSTOMER ORDER 1470729 | | | | | |
|     BOL# 0000667591 Track# 53302917-8 | | | | | |
| I-45466-104-CRH | 245486 | 11039587-000040 | 41.000 YD | 11.30 | 463.30 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM HENRY-NORMANDY     CUSTOMER ORDER 1470729 | | | | | |
|     BOL# 0000667591 Track# 53302917-8 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| I-45466-104-CRH | 245486 | 3 | 124.000 YD | 1,401.20  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,401.20 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,401.20 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                **Page 1 of    1**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

| INVOICE |
| --- |
| **Invoice Number/Date** |
| 91691755 / 01/08/2019 |
| **Account Number**   850 |
| **Salesperson**  NMN Fabrics, Inc. |
| apgroup@tradgroup.com |
| **Cust Service Rep**  CINDY BENFIELD |
| PH: 828-397-1832  FAX: 828-874-3920 |

| Terms | Ship Via | Incoterms |
| --- | --- | --- |
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
| --- | --- | --- | --- | --- | --- |
| I-45789-111       240998 | | 11043549-000220 | 41.000 YD | 14.40 | 590.40 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| STRIATO-INK      CUSTOMER ORDER 1472270 | | | | | |
|         BOL# 0000667591 Track# 53302917-8 | | | | | |
| I-45789-111       240998 | | 11043549-000230 | 42.000 YD | 14.40 | 604.80 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| STRIATO-INK      CUSTOMER ORDER 1472270 | | | | | |
|         BOL# 0000667591 Track# 53302917-8 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
| --- | --- | --- | --- | --- |
| I-45789-111 | 240998 | 2 | 83.000 YD | 1,195.20  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
| --- | --- | --- |
| **Subtotal** | : | **1,195.20 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,195.20 USD** |

**VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY**



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91691756 / 01/08/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45466-148-CRH | 245490 | 11044264-000020 | 40.000 YD | 11.30 | 452.00 USD |

FINISH: BACKED IMPORT, CRYPTON HOME
CRHOM HENRY-ARROYO CUSTOMER ORDER 1472586
        BOL# 0000667591 Track# 53302917-8

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| I-45466-148-CRH | 245490 | 1 | 40.000 YD | 452.00  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **452.00 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **452.00 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    **Page 1 of    1**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91691757 / 01/08/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C010817-01120062 232758 | | 11043212-000020 | 32.000 YD | 23.10 | 739.20 USD |
| FINISH: HEATSET | | | | | |
| LYNNEWOOD-01120062  CUSTOMER ORDER 1472251 | | | | | |
| BOL# 0000667591 Track# 53302917-8 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C010817-01120062 | 232758 | 1 | 32.000 YD | 739.20  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 739.20 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 739.20 USD |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of     1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91691758 / 01/08/2019
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C018070-01190086  508708 | | 11044179-000050 | 28.250 YD | 20.00 | 565.00 USD |
| FINISH: SR EASE & ECOSET WASHED | | | | | |
| JACANA-BUTTERNUT     CUSTOMER ORDER 1472557 | | | | | |
|      BOL# 0000667591 Track# 53302917-8 | | | | | |
| F-C018070-01190086  508708 | | 11044179-000060 | 30.625 YD | 20.00 | 612.50 USD |
| FINISH: SR EASE & ECOSET WASHED | | | | | |
| JACANA-BUTTERNUT     CUSTOMER ORDER 1472557 | | | | | |
|      BOL# 0000667591 Track# 53302917-8 | | | | | |
| F-C018070-01190086  508708 | | 11044179-000070 | 26.625 YD | 20.00 | 532.50 USD |
| FINISH: SR EASE & ECOSET WASHED | | | | | |
| JACANA-BUTTERNUT     CUSTOMER ORDER 1472557 | | | | | |
|      BOL# 0000667591 Track# 53302917-8 | | | | | |
| F-C018070-01190086  508708 | | 11044179-000080 | 27.625 YD | 20.00 | 552.50 USD |
| FINISH: SR EASE & ECOSET WASHED | | | | | |
| JACANA-BUTTERNUT     CUSTOMER ORDER 1472557 | | | | | |
|      BOL# 0000667591 Track# 53302917-8 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C018070-01190086 | 508708 | 4 | 113.125 YD | 2,262.50  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **2,262.50 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **2,262.50 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91691759 / 01/08/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45225-253 | 231906 | 11038008-000020 | 41.000 YD | 14.40 | 590.40 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| BANKS-UNIFORM | CUSTOMER ORDER 1470074 | | | | |
| | BOL# 0000667591 Track# 53302917-8 | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| I-45225-253 | 231906 | 1 | 41.000 YD | 590.40  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **590.40 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **590.40 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91691760 / 01/08/2019
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45225-254 | 231905 | 11039592-000020 | 41.000 YD | 14.40 | 590.40 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| BANKS-DENIM | CUSTOMER ORDER 1470734 | | | | |
| | BOL# 0000667591 Track# 53302917-8 | | | | |
| I-45225-254 | 231905 | 11039592-000030 | 41.000 YD | 14.40 | 590.40 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| BANKS-DENIM | CUSTOMER ORDER 1470734 | | | | |
| | BOL# 0000667591 Track# 53302917-8 | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| I-45225-254 | 231905 | 2 | 82.000 YD | 1,180.80  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,180.80 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,180.80 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of      1

## INVOICE

**Invoice Number/Date**
91691761 / 01/08/2019
**Account Number**   850
**Salesperson**   NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**   CINDY BENFIELD
PH: 828-397-1832   FAX: 828-874-3920

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45225-402    231894 | | 11035633-000020 | 41.000 YD | 14.40 | 590.40 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| BANKS-TANGELO     CUSTOMER ORDER 1469058 | | | | | |
| BOL# 0000667591 Track# 53302917-8 | | | | | |
| I-45225-402    231894 | | 11035633-000030 | 43.000 YD | 14.40 | 619.20 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| BANKS-TANGELO     CUSTOMER ORDER 1469058 | | | | | |
| BOL# 0000667591 Track# 53302917-8 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| I-45225-402 | 231894 | 2 | 84.000 YD | 1,209.60  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,209.60 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,209.60 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC 29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA 02035
USA

## INVOICE

**Invoice Number/Date**
91691762 / 01/08/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0220367-01170087 256342 | | 11043409-000020 | 54.000 YD | 9.25 | 499.50 USD |
| FINISH: BACKED & BIANCALANI | | | | | |
| MAYSVILLE-BLUE PINE | CUSTOMER ORDER 1472262 | | | | |
| BOL# 0000667591 Track# 53302917-8 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0220367-01170087 | 256342 | 1 | 54.000 YD | 499.50  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | **:** | **499.50 USD** |
| **Freight** | **:** | **0.00 USD** |
| **Total Due** | **:** | **499.50 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of     1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91691763 / 01/08/2019
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0215473-01110064  246968 | | 11040983-000150 | 27.125 YD | 17.50 | 474.69 USD |
| FINISH: BACKED & ECO WASHED | | | | | |
| CUSTOMER ORDER 1471284 | | | | | |
| BOL# 0000667591 Track# 53302917-8 | | | | | |
| F-0215473-01110064  246968 | | 11040983-000160 | 29.125 YD | 17.50 | 509.69 USD |
| FINISH: BACKED & ECO WASHED | | | | | |
| CUSTOMER ORDER 1471284 | | | | | |
| BOL# 0000667591 Track# 53302917-8 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0215473-01110064 | 246968 | 2 | 56.250 YD | 984.38  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 984.38 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 984.38 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    **Page 1 of    1**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91691764 / 01/08/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0215473-01180062  246969 | | 11039586-000020 | 27.500 YD | 17.50 | 481.25 USD |
| FINISH: BACKED & ECO WASHED | | | | | |
| | CUSTOMER ORDER 1470732 | | | | |
| BOL# 0000667591 Track# 53302917-8 | | | | | |
| F-0215473-01180062  246969 | | 11039586-000030 | 27.500 YD | 17.50 | 481.25 USD |
| FINISH: BACKED & ECO WASHED | | | | | |
| | CUSTOMER ORDER 1470732 | | | | |
| BOL# 0000667591 Track# 53302917-8 | | | | | |
| F-0215473-01180062  246969 | | 11039586-000040 | 28.000 YD | 17.50 | 490.00 USD |
| FINISH: BACKED & ECO WASHED | | | | | |
| | CUSTOMER ORDER 1470732 | | | | |
| BOL# 0000667591 Track# 53302917-8 | | | | | |
| F-0215473-01180062  246969 | | 11039586-000050 | 27.375 YD | 17.50 | 479.07 USD |
| FINISH: BACKED & ECO WASHED | | | | | |
| | CUSTOMER ORDER 1470732 | | | | |
| BOL# 0000667591 Track# 53302917-8 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0215473-01180062 | 246969 | 4 | 110.375 YD | 1,931.57  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,931.57 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,931.57 USD** |

**VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY**



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                         Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91691765 / 01/08/2019
**Account Number**    850
**Salesperson**   NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**   CINDY BENFIELD
PH: 828-397-1832   FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0232023-01190010 257503 | | 11042742-000030 | 57.125 YD | 13.95 | 796.89 USD |

FINISH: NEEDLEPUNCHED, CR HOME,& BACKED
CRHOM HAPPY VALLEY-MICA CUSTOMER ORDER 1472091
        BOL# 0000667591 Track# 53302917-8

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0232023-01190010 | 257503 | 1 | 57.125 YD | 796.89  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **796.89 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **796.89 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91691766 / 01/08/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-D000438-01100024 249260 | | 11042962-000020 | 55.250 YD | 9.25 | 511.06 USD |

FINISH: NEEDLEPUNCHED & BACKED
SWEDEN-CHALKBOARD   CUSTOMER ORDER 1472160
         BOL# 0000667591  Track# 53302917-8

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-D000438-01100024 | 249260 | 1 | 55.250 YD | 511.06  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 511.06 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 511.06 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com          Page 1 of     1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91691767 / 01/08/2019
**Account Number**     850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0186481-01190230  221594 | | 11044962-000030 | 50.625 YD | 15.75 | 797.34 USD |
| FINISH: BACKED, SR EASE & BIANCALANI | | | | | |
| CUSTOMER ORDER 1472831 | | | | | |
| BOL# 0000667591 Track# 53302917-8 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0186481-01190230 | 221594 | 1 | 50.625 YD | 797.34  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **797.34 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **797.34 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com

Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91691768 / 01/08/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|-------|----------|-----------|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---------------|-------------------|------------|-----|-------|-------------|
| F-C013178-01110037 | 234149 | 11044660-000020 | 29.000 YD | 16.45 | 477.05 USD |
| FINISH: HEATSET | | | | | |
| SOTHO-01110037 | CUSTOMER ORDER 1472747 | | | | |
| | BOL# 0000667591 Track# 53302917-8 | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---------------|-------------------|--------|-----------|-----------|
| F-C013178-01110037 | 234149 | 1 | 29.000 YD | 477.05  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **477.05 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **477.05 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    **Page 1 of    1**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE
**Invoice Number/Date**
91691769 / 01/08/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0215473-01150059 241175 | | 11044654-000020 | 31.000 YD | 17.50 | 542.50 USD |
| FINISH: BACKED & ECO WASHED | | | | | |
| F-0215473-ROBINS EGG | CUSTOMER ORDER 1472746 | | | | |
| BOL# 0000667591 Track# 53302917-8 | | | | | |
| F-0215473-01150059 241175 | | 11044654-000030 | 41.000 YD | 17.50 | 717.50 USD |
| FINISH: BACKED & ECO WASHED | | | | | |
| F-0215473-ROBINS EGG | CUSTOMER ORDER 1472746 | | | | |
| BOL# 0000667591 Track# 53302917-8 | | | | | |
| F-0215473-01150059 241175 | | 11044654-000040 | 16.000 YD | 17.50 | 280.00 USD |
| FINISH: BACKED & ECO WASHED | | | | | |
| F-0215473-ROBINS EGG | CUSTOMER ORDER 1472746 | | | | |
| BOL# 0000667591 Track# 53302917-8 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0215473-01150059 | 241175 | 3 | 88.000 YD | 1,540.00  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,540.00 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,540.00 USD** |

**VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY**

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com

Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91691770 / 01/08/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0240629-01120011  508723 | | 11042047-000070 | 28.875 YD | 18.40 | 531.29 USD |
| FINISH: BACKED, SR EASE & ECOSET WASHED | | | | | |
| F-0240629-BUTTERNUT | CUSTOMER ORDER 1471803 | | | | |
| BOL# 0000667591 Track# 53302917-8 | | | | | |
| F-0240629-01120011  508723 | | 11042047-000080 | 29.000 YD | 18.40 | 533.60 USD |
| FINISH: BACKED, SR EASE & ECOSET WASHED | | | | | |
| F-0240629-BUTTERNUT | CUSTOMER ORDER 1471803 | | | | |
| BOL# 0000667591 Track# 53302917-8 | | | | | |
| F-0240629-01120011  508723 | | 11042047-000090 | 26.500 YD | 18.40 | 487.60 USD |
| FINISH: BACKED, SR EASE & ECOSET WASHED | | | | | |
| F-0240629-BUTTERNUT | CUSTOMER ORDER 1471803 | | | | |
| BOL# 0000667591 Track# 53302917-8 | | | | | |
| F-0240629-01120011  508723 | | 11042047-000100 | 28.375 YD | 18.40 | 522.10 USD |
| FINISH: BACKED, SR EASE & ECOSET WASHED | | | | | |
| F-0240629-BUTTERNUT | CUSTOMER ORDER 1471803 | | | | |
| BOL# 0000667591 Track# 53302917-8 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0240629-01120011 | 508723 | 4 | 112.750 YD | 2,074.59  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **2,074.59 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **2,074.59 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91691771 / 01/08/2019
**Account Number**    850
**Salesperson**   NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**   CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C023091-01110046  508717 | | 11042461-000020 | 31.000 YD | 16.40 | 508.40 USD |
| FINISH: BACKED, SR EASE & ECOSET WASHED | | | | | |
| RAVILLE-BUTTERNUT   CUSTOMER ORDER 147027 | | | | | |
| BOL# 0000667591 Track# 53302917-8 | | | | | |
| F-C023091-01110046  508717 | | 11042461-000030 | 29.500 YD | 16.40 | 483.80 USD |
| FINISH: BACKED, SR EASE & ECOSET WASHED | | | | | |
| RAVILLE-BUTTERNUT   CUSTOMER ORDER 147027 | | | | | |
| BOL# 0000667591 Track# 53302917-8 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C023091-01110046 | 508717 | 2 | 60.500 YD | 992.20  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **992.20 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **992.20 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of     1

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91691772 / 01/08/2019
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0238279-01120109 | 261988 - NANOFORM BRONZ | 11041326-000070 | 52.375 YD | 16.40 | 858.96 USD |

FINISH: BACKED, SR EASE & CASHMERE
SUGARMAPLE-BRONZE   CUSTOMER ORDER 1471164 - ITEM 000030
          BOL# 0000667629 Track# 533059178

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0238279-01120109 | 261988 - NANOFORM BRONZE | 1 | 52.375 YD | 858.96  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **858.96 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **858.96 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    **Page 1 of    1**

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

### INVOICE
**Invoice Number/Date**
91691773 / 01/08/2019
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-W005591-01120208  224278 | | 11042170-000020 | 51.000 YD | 13.10 | 668.10 USD |
| FINISH: BACKED, SR EASE & CASHMERE | | | | | |
| SIREENA-01120208    CUSTOMER ORDER 1471863 – ITEM 000001 | | | | | |
| BOL# 0000667592 Track# 533059178 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-W005591-01120208 | 224278 | 1 | 51.000 YD | 668.10  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **668.10 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **668.10 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

## INVOICE

**Invoice Number/Date**
91691774 / 01/08/2019
**Account Number**     852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0243414-01140032 | 515131 - BACKBONE STONE | 11043144-000050 | 39.375 YD | 13.40 | 527.62 USD |
| FINISH: BACKED, SR EASE & CASHMERE | | | | | |
| F-0243414-STONE | CUSTOMER ORDER 1472186 - ITEM 000010 | | | | |
| BOL# 0000667592 Track# 533059178 | | | | | |
| F-0243414-01120041 | 515130 - BACKBONE TERRA | 11043144-000060 | 39.375 YD | 13.40 | 527.62 USD |
| FINISH: BACKED, SR EASE & CASHMERE | | | | | |
| F-0243414-TERRACOTTA | CUSTOMER ORDER 1472186 - ITEM 000020 | | | | |
| BOL# 0000667592 Track# 533059178 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0243414-01120041 | 515130 - BACKBONE TERRACOTTA | 1 | 39.375 YD | 527.62  USD |
| F-0243414-01140032 | 515131 - BACKBONE STONE | 1 | 39.375 YD | 527.62  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,055.24 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,055.24 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    2

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91691775 / 01/08/2019
**Account Number**   852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

#590004 RAC QUICK SHIP STOCK

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0248621-01100005 DISPERSION BLUSH | | 11030841-000560 | 53.875 YD | 17.40 | 937.42 USD |
| FINISH: BACKED, SR EASE & CASHMERE | | | | | |
| F-0248621-BLUSH | CUSTOMER ORDER 1466667GAF - ITEM 000090 | | | | |
| | BOL# 0000667592 Track# 533059178 | | | | |
| F-0248621-01100006 DISPERSION PERIWINKLE | | 11030841-000590 | 43.500 YD | 17.40 | 756.91 USD |
| FINISH: BACKED, SR EASE & CASHMERE | | | | | |
| F-0248621-PERIWINKLE | CUSTOMER ORDER 1466667GAF - ITEM 000120 | | | | |
| | BOL# 0000667592 Track# 533059178 | | | | |
| F-0248467-01150064 MODULATION GREYSTONE | | 11030841-000700 | 54.000 YD | 12.40 | 669.60 USD |
| FINISH: BACKED & SR EASE | | | | | |
| F-0248467-GREYSTONE CUSTOMER ORDER 1466667GAF - ITEM 000230 | | | | | |
| | BOL# 0000667592 Track# 533059178 | | | | |
| F-0247374-01120108 SEQUENCER SAPPHIRE | | 11030841-000900 | 24.500 YD | 12.40 | 303.81 USD |
| FINISH: BACKED & SR EASE | | | | | |
| F-0247374-SAPPHIRE CUSTOMER ORDER 1466667GAF - ITEM 000340 | | | | | |
| | BOL# 0000667592 Track# 533059178 | | | | |
| F-0248510-01120012 SOUND CHECK MANDARIN | | 11030841-000940 | 52.625 YD | 10.40 | 547.30 USD |
| FINISH: BACKED, SR EASE & CASHMERE | | | | | |
| F-0248510-MANDARIN CUSTOMER ORDER 1466667GAF - ITEM 000370 | | | | | |
| | BOL# 0000667592 Track# 533059178 | | | | |
| F-0246989-01170047 TREMOLO TWILIGHT | | 11030841-001070 | 55.000 YD | 13.40 | 737.00 USD |
| FINISH: BACKED, SR EASE & CASHMERE | | | | | |
| F-0246989-TWILIGHT CUSTOMER ORDER 1466667GAF - ITEM 000470 | | | | | |
| | BOL# 0000667592 Track# 533059178 | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    4,596.92 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 2 of    2

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91691775 / 01/08/2019
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

#590004 RAC QUICK SHIP STOCK

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0246989-01150030 | TREMOLO NATURAL | 11030841-001090 | 48.125 YD | 13.40 | 644.88 USD |
| FINISH: BACKED, SR EASE & CASHMERE | | | | | |
| F-0246989-NATURAL | CUSTOMER ORDER 1466667GAF - ITEM 000490 | | | | |
| | BOL# 0000667592 Track# 533059178 | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat | |
|---|---|---|---|---|---|
| F-0246989-01150030 | TREMOLO NATURAL | 1 | 48.125 YD | 644.88 | USD |
| F-0246989-01170047 | TREMOLO TWILIGHT | 1 | 55.000 YD | 737.00 | USD |
| F-0247374-01120108 | SEQUENCER SAPPHIRE | 1 | 24.500 YD | 303.81 | USD |
| F-0248467-01150064 | MODULATION GREYSTONE | 1 | 54.000 YD | 669.60 | USD |
| F-0248510-01120012 | SOUND CHECK MANDARIN | 1 | 52.625 YD | 547.30 | USD |
| F-0248621-01100005 | DISPERSION BLUSH | 1 | 53.875 YD | 937.42 | USD |
| F-0248621-01100006 | DISPERSION PERIWINKLE | 1 | 43.500 YD | 756.91 | USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **4,596.92 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **4,596.92 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of     1

## INVOICE

**Invoice Number/Date**
91691776 / 01/08/2019
**Account Number**      852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-D005635-01180013  508466 STEP BACK COBALT | | 11041932-000040 | 52.625 YD | 8.95 | 470.99 USD |
| FINISH: NEEDLEPUNCHED, BACKED & SR EASE 2 | | | | | |
| F-D005635-COBALT    CUSTOMER ORDER 1471710 - ITEM 000020 | | | | | |
|         BOL# 0000667592 Track# 533059178 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-D005635-01180013 | 508466 STEP BACK COBALT | 1 | 52.625 YD | 470.99  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **470.99 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **470.99 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of     1

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91691777 / 01/08/2019
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0217660-01100009 | 240607 - SQUARE TEXTURE | 11040761-000020 | 53.875 YD | 7.65 | 412.14 USD |

FINISH: NEEDLEPUNCHED, BACKED & SR EASE
F-0217660-AQUATIC   CUSTOMER ORDER 1471138 - ITEM 000001
        BOL# 0000667592 Track# 533059178

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0217660-01100009 | 240607 - SQUARE TEXTURE AQUATIC | 1 | 53.875 YD | 412.14  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 412.14 USD |
|---|---|---|
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 412.14 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE CONTRACT
P.O. BOX 13308
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91691796 / 01/08/2019
**Account Number**    5699
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

#590014 DL CONT DRAPERY

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0248448-01110024 | D061915 INDIGO 5 BLUE | 11031253-000760 | 54.000 YD | 8.95 | 483.30 USD |
| FINISH: SCOUR/HEATSET | | | | | |
| F-0248448-BLUE | CUSTOMER ORDER 1465694GAF - ITEM 000230 | | | | |
| | BOL# 0000667593 Track# 533059178 | | | | |
| F-0248448-01110024 | D061915 INDIGO 5 BLUE | 11031253-000770 | 56.000 YD | 8.95 | 501.20 USD |
| FINISH: SCOUR/HEATSET | | | | | |
| F-0248448-BLUE | CUSTOMER ORDER 1465694GAF - ITEM 000230 | | | | |
| | BOL# 0000667593 Track# 533059178 | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0248448-01110024 | D061915 INDIGO 5 BLUE | 2 | 110.000 YD | 984.50  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **984.50 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **984.50 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE CONTRACT
P.O. BOX 13308
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91691797 / 01/08/2019
**Account Number**    5699
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0236666-01140002 | 375502 - DO 61523 509 A | 11032271-000060 | 56.500 YD | 8.95 | 505.68 USD |
| FINISH: HEATSET | | | | | |
| F-0236666-ALMOND | CUSTOMER ORDER 1467675 - ITEM 000020 | | | | |
| | BOL# 0000667594 Track# 533059178 | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0236666-01140002 | 375502 - DO 61523 509 ALMOND | 1 | 56.500 YD | 505.68  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 505.68 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 505.68 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

## INVOICE

**Invoice Number/Date**
91691798 / 01/08/2019
**Account Number**    5699
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**   BROOKE HOPKINS
PH: 828-893-4108

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE CONTRACT
P.O. BOX 13308
HAUPPAUGE NY  11788
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0240794-01110044 511458-DN16326-146 DENI | | 11041924-000050 | 48.300 YD | 14.95 | 722.09 USD |
| FINISH: CRYPTON GREEN | | | | | |
| F-0240794-DENIM    CUSTOMER ORDER 1471704 - ITEM 000010 | | | | | |
| | | | | | |
| F-0247474-01140004 DN16395 5 BLUE | | 11041924-000080 | 56.000 YD | 11.40 | 638.40 USD |
| FINISH: BACKED, SR EASE & CASHMERE | | | | | |
| F-0247474-BLUE    CUSTOMER ORDER 1471704 - ITEM 000040 | | | | | |
|     BOL# 0000667594 Track# 533059178 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0240794-01110044 | 511458-DN16326-146 DENIM | 1 | 48.300 YD | 722.09  USD |
| F-0247474-01140004 | DN16395 5 BLUE | 1 | 56.000 YD | 638.40  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,360.49 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,360.49 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE
**Invoice Number/Date**
91691799 / 01/08/2019
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-N000124-01130053 521400 | | 11014037-000760 | 56.000 YD | 18.95 | 1,061.20 USD |
| FINISH: CR SCOUR, BACKED, TOPICAL & CASHMERE | | | | | |
| UV F-N000124-01130053    CUSTOMER ORDER 1459523GAF | | | | | |
| BOL# 0000667630 Track# 533059178 | | | | | |
| F-N000124-01130055 521404 | | 11014037-000800 | 55.000 YD | 18.95 | 1,042.25 USD |
| FINISH: CR SCOUR, BACKED, TOPICAL & CASHMERE | | | | | |
| UV F-N000124-01130055    CUSTOMER ORDER 1459523GAF | | | | | |
| BOL# 0000667630 Track# 533059178 | | | | | |
| F-N000229-01130037 521422 | | 11014037-000970 | 54.375 YD | 23.95 | 1,302.28 USD |
| FINISH: CR SCOUR, BACKED, TOPICAL & CASHMERE | | | | | |
| UV F-N000229-01130037    CUSTOMER ORDER 1459523GAF | | | | | |
| BOL# 0000667630 Track# 533059178 | | | | | |
| F-N000456-01120005 521460 | | 11014037-001350 | 54.875 YD | 16.95 | 930.13 USD |
| FINISH: NEEDLEPUNCHED,CR SCOUR, BACKED, TOPICAL & CASHMERE | | | | | |
| UV F-N000456-01120005    CUSTOMER ORDER 1459523GAF | | | | | |
| BOL# 0000667630 Track# 533059178 | | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    4,335.86 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 2 of    2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91691799 / 01/08/2019
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat | |
|---|---|---|---|---|---|
| F-N000124-01130053 | 521400 | 1 | 56.000 YD | 1,061.20 | USD |
| F-N000124-01130055 | 521404 | 1 | 55.000 YD | 1,042.25 | USD |
| F-N000229-01130037 | 521422 | 1 | 54.375 YD | 1,302.28 | USD |
| F-N000456-01120005 | 521460 | 1 | 54.875 YD | 930.13 | USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 4,335.86 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 4,335.86 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91691800 / 01/08/2019
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-D006540-01130041 521345 | | 11013647-000190 | 25.750 YD | 17.95 | 462.21 USD |

FINISH: NEEDLEPUNCHED,CR SCOUR, BACKED, TOPICAL & CASHMERE
UV DREYMON-01130041 CUSTOMER ORDER 1459455GAF
     BOL# 0000667630 Track# 533059178

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-D006540-01130041 | 521345 | 1 | 25.750 YD | 462.21  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **462.21 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **462.21 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91691801 / 01/08/2019
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0239401-01100022 509911 | | 11043544-000050 | 55.125 YD | 18.95 | 1,044.62 USD |

FINISH: CRYPTON HOME,BACKED, ECOSET WASHED
CRHOM F-0239401-PINK     CUSTOMER ORDER 1472271
         BOL# 0000667630 Track# 533059178

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0239401-01100022 | 509911 | 1 | 55.125 YD | 1,044.62  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,044.62 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,044.62 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com

Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91691802 / 01/08/2019
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0240298-01120010 509893 | | 11041053-000020 | 55.125 YD | 20.95 | 1,154.87 USD |

FINISH: CRYPTON HOME,BACKED, ECOSET WASHED
CRHOM F-0240298-01120010CUSTOMER ORDER 1471364
        BOL# 0000667630 Track# 533059178

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0240298-01120010 | 509893 | 1 | 55.125 YD | 1,154.87  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

Subtotal   :      1,154.87 USD
Freight    :          0.00 USD
Total Due  :      1,154.87 USD

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91691803 / 01/08/2019
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45225-407 | 15644 124 | 11043441-000040 | 43.000 YD | 14.40 | 619.20 USD |

FINISH: BACKED, SR IMPORT
BANKS-CORAL          CUSTOMER ORDER 1472313
        BOL# 0000667595 Track# 533059178

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| I-45225-407 | 15644 124 | 1 | 43.000 YD | 619.20  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **619.20 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **619.20 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91691804 / 01/08/2019
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45442-149-CRH    513351 DV16352 57-TEAL    11044977-000020 | | | 42.000 YD | 12.95 | 543.90 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM GIBSON-PEACOCK    CUSTOMER ORDER 1472832 | | | | | |
|     BOL# 0000667595 Track# 533059178 | | | | | |
| I-45442-149-CRH    513351 DV16352 57-TEAL    11044977-000030 | | | 39.000 YD | 12.95 | 505.05 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM GIBSON-PEACOCK    CUSTOMER ORDER 1472832 | | | | | |
|     BOL# 0000667595 Track# 533059178 | | | | | |
| I-45442-149-CRH    513351 DV16352 57-TEAL    11044977-000040 | | | 41.000 YD | 12.95 | 530.95 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM GIBSON-PEACOCK    CUSTOMER ORDER 1472832 | | | | | |
|     BOL# 0000667595 Track# 533059178 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| I-45442-149-CRH | 513351 DV16352 57-TEAL | 3 | 122.000 YD | 1,579.90  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,579.90 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,579.90 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of     1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE
**Invoice Number/Date**
91691805 / 01/08/2019
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**   CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45442-180-CRH    513345 DV16352 619-SEAG | | 11040995-000050 | 42.000 YD | 12.95 | 543.90 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM GIBSON-POOL   CUSTOMER ORDER 1471280 | | | | | |
| BOL# 0000667595 Track# 533059178 | | | | | |
| I-45442-180-CRH    513345 DV16352 619-SEAG | | 11040995-000060 | 42.000 YD | 12.95 | 543.90 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM GIBSON-POOL   CUSTOMER ORDER 1471280 | | | | | |
| BOL# 0000667595 Track# 533059178 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| I-45442-180-CRH | 513345 DV16352 619-SEAGLASS | 2 | 84.000 YD | 1,087.80  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,087.80 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,087.80 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91691806 / 01/08/2019
**Account Number**   5700
**Salesperson**   NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**   CINDY BENFIELD
PH: 828-397-1832   FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0225471-01140019 DU16104-73 | | 11036879-000030 | 49.625 YD | 15.40 | 764.22 USD |
| FINISH: BACKED, SR EASE & ECOSET WASHED | | | | | |
| BRASINGTON-RED/BLUE | CUSTOMER ORDER 1469612 | | | | |
|    BOL# 0000667630 Track# 533059178 | | | | | |
| F-0225471-01140019 DU16104-73 | | 11036879-000040 | 56.750 YD | 15.40 | 873.95 USD |
| FINISH: BACKED, SR EASE & ECOSET WASHED | | | | | |
| BRASINGTON-RED/BLUE | CUSTOMER ORDER 1469612 | | | | |
|    BOL# 0000667595 Track# 533059178 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0225471-01140019 | DU16104-73 | 2 | 106.375 YD | 1,638.17  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 1,638.17 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 1,638.17 USD |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                     Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91691807 / 01/08/2019
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-D006540-01130041 521345 | | 11036158-000030 | 30.125 YD | 17.95 | 540.75 USD |

FINISH: NEEDLEPUNCHED,CR SCOUR, BACKED, TOPICAL & CASHMERE
UV DREYMON-01130041 CUSTOMER ORDER 1469343
        BOL# 0000667630 Track# 533059178

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-D006540-01130041 | 521345 | 1 | 30.125 YD | 540.75  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **540.75 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **540.75 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of     1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91691808 / 01/08/2019
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45789-100 | 15724-23 | 11042481-000020 | 42.000 YD | 14.40 | 604.80 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| STRIATO-RAIN | CUSTOMER ORDER 1472022 | | | | |
|   BOL# 0000667595 Track# 533059178 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| I-45789-100 | 15724-23 | 1 | 42.000 YD | 604.80  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **604.80 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **604.80 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91691809 / 01/08/2019
**Account Number**    5700
**Salesperson**   NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**   CINDY BENFIELD
PH: 828-397-1832   FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0223646-01130004 | 15739-14 TOAST | 11044870-000050 | 54.000 YD | 12.35 | 666.90 USD |

FINISH: NEEDLEPUNCHED, CR HOME, BACKED & CASHMERE
CRHOM GRANBURY-01130004 CUSTOMER ORDER 1472410
        BOL# 0000667595 Track# 533059178

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0223646-01130004 | 15739-14 TOAST | 1 | 54.000 YD | 666.90  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **666.90 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **666.90 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91691810 / 01/08/2019
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0240228-01140004 509889 | | 11043702-000020 | 57.000 YD | 12.95 | 738.15 USD |
| FINISH: NEEDLEPUNCH,LOW CURE CR HOME,BACKED | | | | | |
| CRHOM F-0240228-01140004CUSTOMER ORDER 1472432 | | | | | |
| BOL# 0000667595 Track# 533059178 | | | | | |
| F-0240228-01140004 509889 | | 11043702-000030 | 57.000 YD | 12.95 | 738.15 USD |
| FINISH: NEEDLEPUNCH,LOW CURE CR HOME,BACKED | | | | | |
| CRHOM F-0240228-01140004CUSTOMER ORDER 1472432 | | | | | |
| BOL# 0000667595 Track# 533059178 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0240228-01140004 | 509889 | 2 | 114.000 YD | 1,476.30  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 1,476.30 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 1,476.30 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of     1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91691811 / 01/08/2019
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45442-121 | 15645 205 | 11045812-000020 | 43.000 YD | 11.15 | 479.45 USD |

FINISH: BACKED, SR IMPORT
GIBSON-SOUFFLE        CUSTOMER ORDER 1473004
        BOL# 0000667595 Track# 533059178

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| I-45442-121 | 15645 205 | 1 | 43.000 YD | 479.45  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 479.45 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 479.45 USD |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com

Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91691812 / 01/08/2019
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45442-137 | 15645 99 | 11044889-000020 | 41.000 YD | 11.15 | 457.15 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| GIBSON-ADMIRAL | CUSTOMER ORDER 1472821 | | | | |
| BOL# 0000667595 Track# 533059178 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| I-45442-137 | 15645 99 | 1 | 41.000 YD | 457.15  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 457.15 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 457.15 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of     1

## INVOICE

**Invoice Number/Date**
91691813 / 01/08/2019
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832   FAX: 828-874-3920

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45442-150-CRH     513325 DV16352 159-DOVE | | 11045101-000020 | 42.000 YD | 12.95 | 543.90 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM GIBSON-JUTE   CUSTOMER ORDER 1472879 | | | | | |
|       BOL# 0000667595 Track# 533059178 | | | | | |
| I-45442-150-CRH     513325 DV16352 159-DOVE | | 11045101-000030 | 42.000 YD | 12.95 | 543.90 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM GIBSON-JUTE   CUSTOMER ORDER 1472879 | | | | | |
|       BOL# 0000667595 Track# 533059178 | | | | | |
| I-45442-150-CRH     513325 DV16352 159-DOVE | | 11045101-000040 | 41.000 YD | 12.95 | 530.95 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM GIBSON-JUTE   CUSTOMER ORDER 1472879 | | | | | |
|       BOL# 0000667595 Track# 533059178 | | | | | |

## Order  Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| I-45442-150-CRH    513325 DV16352 159-DOVE | | 3 | 125.000 YD | 1,618.75  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 1,618.75 USD |
|---|---|---|
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 1,618.75 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

## INVOICE

**Invoice Number/Date**
91691814 / 01/08/2019
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0223638-01170002 | 15738-85 PARCHMENT | 11040978-000210 | 56.875 YD | 11.30 | 642.69 USD |
| FINISH: NEEDLEPUNCHED, CRYPTON HOME, BACKED & BIANCALANI | | | | | |
| CRHOM COMSTOCK-01170002 CUSTOMER ORDER 1471269 | | | | | |
|   BOL# 0000667595 Track# 533059178 | | | | | |
| F-0223638-01170002 | 15738-85 PARCHMENT | 11040978-000220 | 54.625 YD | 11.30 | 617.26 USD |
| FINISH: NEEDLEPUNCHED, CRYPTON HOME, BACKED & BIANCALANI | | | | | |
| CRHOM COMSTOCK-01170002 CUSTOMER ORDER 1471269 | | | | | |
|   BOL# 0000667595 Track# 533059178 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0223638-01170002 | 15738-85 PARCHMENT | 2 | 111.500 YD | 1,259.95  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,259.95 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,259.95 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# <u>ATTACHMENT</u>

RADG Batch 7 Invoices



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91691815 / 01/08/2019
**Account Number**  5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832   FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0216628-01110012 15736-159 DOVE | | 11039117-000030 | 55.750 YD | 11.30 | 629.97 USD |

FINISH: NEEDLEPUNCHED, CRYPTON HOME, BACKED & BIANCALANI
DWELLINGTON-01110012    CUSTOMER ORDER 1470534
        BOL# 0000667595 Track# 533059178

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0216628-01110012 | 15736-159 DOVE | 1 | 55.750 YD | 629.97  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 629.97 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 629.97 USD |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91691816 / 01/08/2019
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0223673-01110009 | 15742-433 MINERAL | 11043178-000050 | 56.625 YD | 10.25 | 580.41 USD |
| FINISH: NEEDLEPUNCHED, CRYPTON HOME, & BACKED | | | | | |
| CRHOM ST ELMO-01110009   CUSTOMER ORDER 1472240 | | | | | |
| BOL# 0000667595 Track# 533059178 | | | | | |
| F-0223673-01110009 | 15742-433 MINERAL | 11043178-000060 | 57.125 YD | 10.25 | 585.53 USD |
| FINISH: NEEDLEPUNCHED, CRYPTON HOME, & BACKED | | | | | |
| CRHOM ST ELMO-01110009   CUSTOMER ORDER 1472240 | | | | | |
| BOL# 0000667595 Track# 533059178 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0223673-01110009 | 15742-433 MINERAL | 2 | 113.750 YD | 1,165.94  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,165.94 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,165.94 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of     1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91691817 / 01/08/2019
**Account Number**     5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**   CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0223649-01110010 15740-433 MINERAL | | 11042453-000050 | 54.500 YD | 11.30 | 615.85 USD |
| FINISH: CRYPTON HOME & BACKED | | | | | |
| CRHOM WIN WIN-01110010   CUSTOMER ORDER 1472016 | | | | | |
| BOL# 0000667595 Track# 533059178 | | | | | |
| F-0223649-01110010 15740-433 MINERAL | | 11042453-000060 | 57.000 YD | 11.30 | 644.10 USD |
| FINISH: CRYPTON HOME & BACKED | | | | | |
| CRHOM WIN WIN-01110010   CUSTOMER ORDER 1472016 | | | | | |
| BOL# 0000667595 Track# 533059178 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0223649-01110010 | 15740-433 MINERAL | 2 | 111.500 YD | 1,259.95  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,259.95 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,259.95 USD** |

**VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY**



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91691818 / 01/08/2019
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| C-45442-110 | 1214 69 CUT | 11045845-000010 | 4.000 YD | 19.15 | 76.60 USD |

FINISH: BACKED, SR IMPORT & QUILTED
QUILT SPECS: Herringbone (STD), Black Thread, 6 oz.sq.ft Batting - Regular
GIBSON-NORMANDY     CUSTOMER ORDER 1473093
         BOL# 0000667595 Track# 533059178

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| C-45442-110 | 1214 69 CUT | 1 | 4.000 YD | 76.60   USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | **:** | **76.60 USD** |
| **Freight** | **:** | **0.00 USD** |
| **Total Due** | **:** | **76.60 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                     Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91691819 / 01/08/2019
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832   FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0225471-01140019 | DU16104-73 | 11043472-000050 | 57.000 YD | 15.40 | 877.80 USD |
| FINISH: BACKED, SR EASE & ECOSET WASHED | | | | | |
| BRASINGTON-RED/BLUE | CUSTOMER ORDER 1472261 | | | | |
|      BOL# 0000667595 Track# 533059178 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0225471-01140019 | DU16104-73 | 1 | 57.000 YD | 877.80  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **877.80 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **877.80 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91691820 / 01/08/2019
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C016950-01160009<br>FINISH: BACKED, SR EASE & ECOSET WASHED<br>SAMI-INDIGO      CUSTOMER ORDER 1472254<br>    BOL# 0000667595 Track# 533059178 | DU15767-193 | 11043222-000020 | 29.500 YD | 18.95 | 559.03 USD |
| F-C016950-01160009<br>FINISH: BACKED, SR EASE & ECOSET WASHED<br>SAMI-INDIGO      CUSTOMER ORDER 1472254<br>    BOL# 0000667595 Track# 533059178 | DU15767-193 | 11043222-000030 | 22.375 YD | 18.95 | 424.01 USD |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C016950-01160009 | DU15767-193 | 2 | 51.875 YD | 983.04  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **983.04 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **983.04 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE
**Invoice Number/Date**
91691821 / 01/08/2019
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0223425-01210009 | DU15765-23 | 11040737-000020 | 25.375 YD | 15.85 | 402.20 USD |
| FINISH: BACKED & SR EASE | | | | | |
| SIBA-PEACOCK | CUSTOMER ORDER 1471120 | | | | |
| BOL# 0000667595 Track# 533059178 | | | | | |
| F-0223425-01210009 | DU15765-23 | 11040737-000030 | 28.000 YD | 15.85 | 443.80 USD |
| FINISH: BACKED & SR EASE | | | | | |
| SIBA-PEACOCK | CUSTOMER ORDER 1471120 | | | | |
| BOL# 0000667595 Track# 533059178 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0223425-01210009 | DU15765-23 | 2 | 53.375 YD | 846.00  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **846.00 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **846.00 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS/HIGHLAND COURT
49 WIRELESS BLVD.-Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91691979 / 01/08/2019
**Account Number**   1000460
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0194958-01100001 | 190170H 91 | 11029366-000020 | 27.625 YD | 16.25 | 448.91 USD |
| FINISH: BACKED, SR EASE & ECO WASHED | | | | | |
| | CUSTOMER ORDER 1466462 | | | | |
| BOL# 0000667598 Track# 533059178 | | | | | |
| F-0194958-01100001 | 190170H 91 | 11029366-000030 | 26.250 YD | 16.25 | 426.56 USD |
| FINISH: BACKED, SR EASE & ECO WASHED | | | | | |
| | CUSTOMER ORDER 1466462 | | | | |
| BOL# 0000667598 Track# 533059178 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0194958-01100001 | 190170H 91 | 2 | 53.875 YD | 875.47  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **875.47 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **875.47 USD** |

VALDESE WEAVERS, LLC. **- AN ISO 9001 REGISTERED COMPANY**

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
HI-TEX
513 CRYPTON DRIVE
KINGS MOUNTAIN NC  28086
USA

## INVOICE

**Invoice Number/Date**
91693096 / 01/11/2019
**Account Number   852**
**Salesperson** Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | UPS GROUND | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-D003448-01100001 | 251163 - MURREN COPPER | 11043165-000020 | 53.875 YD | 8.20 | 441.77 USD |
| FINISH: NEEDLEPUNCHED & BACKED | | | | | |
| F-D003448-COPPER | CUSTOMER ORDER 1472219 - ITEM 000010 | | | | |
| BOL# 0000668069 Track# 1Z69296W0351831737 | | | | | |
| F-D003448-01100001 | 251163 - MURREN COPPER | 11043165-000030 | 55.375 YD | 8.20 | 454.08 USD |
| FINISH: NEEDLEPUNCHED & BACKED | | | | | |
| F-D003448-COPPER | CUSTOMER ORDER 1472219 - ITEM 000010 | | | | |
| BOL# 0000668069 Track# 1Z69296W0350205120 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-D003448-01100001 | 251163 - MURREN COPPER | 2 | 109.250 YD | 895.85  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **895.85 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **895.85 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    2

**SHIP-TO:**
APPLIED TEXTILES SOUTH
1201 JAY LN
GRAHAM NC  27253
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693219 / 01/12/2019
**Account Number**   852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-D000223-006 | 233635 - CHEVRON BOUCLE | 11043146-000020 | 58.625 YD | 8.00 | 469.00 USD |
| FINISH: NEEDLEPUNCHED & BACKED | | | | | |
| HARTFORD-MINERA | CUSTOMER ORDER 1472213 - ITEM 000010 | | | | |
| BOL# 0000668089 Track# 533018421 | | | | | |
| F-D000223-006 | 233635 - CHEVRON BOUCLE | 11043146-000030 | 55.000 YD | 8.00 | 440.00 USD |
| FINISH: NEEDLEPUNCHED & BACKED | | | | | |
| HARTFORD-MINERA | CUSTOMER ORDER 1472213 - ITEM 000010 | | | | |
| BOL# 0000668089 Track# 533018421 | | | | | |
| F-D000223-006 | 233635 - CHEVRON BOUCLE | 11043146-000040 | 59.250 YD | 8.00 | 474.00 USD |
| FINISH: NEEDLEPUNCHED & BACKED | | | | | |
| HARTFORD-MINERA | CUSTOMER ORDER 1472213 - ITEM 000010 | | | | |
| BOL# 0000668089 Track# 533018421 | | | | | |
| F-D000223-006 | 233635 - CHEVRON BOUCLE | 11043146-000050 | 61.000 YD | 8.00 | 488.00 USD |
| FINISH: NEEDLEPUNCHED & BACKED | | | | | |
| HARTFORD-MINERA | CUSTOMER ORDER 1472213 - ITEM 000010 | | | | |
| BOL# 0000668089 Track# 533018421 | | | | | |
| F-D000223-006 | 233635 - CHEVRON BOUCLE | 11043146-000060 | 59.000 YD | 8.00 | 472.00 USD |
| FINISH: NEEDLEPUNCHED & BACKED | | | | | |
| HARTFORD-MINERA | CUSTOMER ORDER 1472213 - ITEM 000010 | | | | |
| BOL# 0000668089 Track# 533018421 | | | | | |
| F-D000223-006 | 233635 - CHEVRON BOUCLE | 11043146-000140 | 57.375 YD | 8.00 | 459.00 USD |
| FINISH: NEEDLEPUNCHED & BACKED | | | | | |
| HARTFORD-MINERA | CUSTOMER ORDER 1472213 - ITEM 000010 | | | | |
| BOL# 0000668089 Track# 533018421 | | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    3,274.00 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 2 of    2

**SHIP-TO:**
APPLIED TEXTILES SOUTH
1201 JAY LN
GRAHAM NC  27253
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693219 / 01/12/2019
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-D000223-006      233635 - CHEVRON BOUCLE | | 11043146-000170 | 59.000 YD | 8.00 | 472.00 USD |
| FINISH: NEEDLEPUNCHED & BACKED | | | | | |
| HARTFORD-MINERA      CUSTOMER ORDER 1472213 - ITEM 000010 | | | | | |
| BOL# 0000668089 Track# 533018421 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-D000223-006      233635 - CHEVRON BOUCLE MINERAL | | 7 | 409.250 YD | 3,274.00  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 3,274.00 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 3,274.00 USD |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                        Page 1 of    1

**SHIP-TO:**
APPLIED TEXTILES SOUTH
1201 JAY LN
GRAHAM NC  27253
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693220 / 01/12/2019
**Account Number**   852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0232255-01120036 | 257551 - PHILIP STRIPE | 11043665-000050 | 58.625 YD | 10.05 | 589.18 USD |
| FINISH: BACKED | | | | | |
| F-0232255-MINERAL | CUSTOMER ORDER 1472381 - ITEM 000020 | | | | |
| | BOL# 0000668089 Track# 533018421 | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0232255-01120036 | 257551 - PHILIP STRIPE MINERAL | 1 | 58.625 YD | 589.18  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **589.18 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **589.18 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                         Page 1 of    1

**SHIP-TO:**
APPLIED TEXTILES SOUTH
1201 JAY LN
GRAHAM NC  27253
USA

**BILL-TO:**
DURALEE CONTRACT
P.O. BOX 13308
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91693310 / 01/12/2019
**Account Number**    5699
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0224783-01130037 | DN15994-392 DIAMOND BAL | 11044669-000020 | 54.000 YD | 11.60 | 626.40 USD |
| F-0224783-BALTIC | CUSTOMER ORDER 1472724 - ITEM 000010 | | | | |
| | BOL# 0000668090 Track# 533018421 | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0224783-01130037 | DN15994-392 DIAMOND BALTIC | 1 | 54.000 YD | 626.40  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 626.40 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 626.40 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693493 / 01/14/2019
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | UPS GROUND | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-D003260-01120017  260395 - CYBER CODE MIN FINISH: NEEDLEPUNCHED, BACKED, & SR EASE 2 CARBONETTI-COBALT   CUSTOMER ORDER 1471144 - ITEM 000001 BOL# 0000668165  Track# 1Z69296W0351129229 | | 11040792-000020 | 49.875 YD | 11.40 | 568.57 USD |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-D003260-01120017 | 260395 - CYBER CODE MINERAL | 1 | 49.875 YD | 568.57  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **568.57 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **568.57 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693532 / 01/15/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-58733-162-YD-CRH 257405 | | 11042606-000020 | 52.625 YD | 12.95 | 681.50 USD |

FINISH: (FIXED (SCOUR/HEAT SET)IMPORT) & CRYPTON HOME
CRHOM2 EVERE-FLANDERS-YDCUSTOMER ORDER 1472040
        BOL# 0000668202 Track# 533058511

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| I-58733-162-YD-CRH | 257405 | 1 | 52.625 YD | 681.50  USD |

**Note: A China to US Tariff Surcharge will be added to the price per yard**

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | | |
|---|---|---|---|
| **Subtotal** | : | **681.50** | **USD** |
| **Tariff Surch** | : | **34.21** | **USD** |
| **Freight** | : | **0.00** | **USD** |
| **Total Due** | : | **715.71** | **USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693533 / 01/15/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-CM050686-011    168914 | | 11043538-000260 | 51.500 YD | 15.40 | 793.11 USD |
| FINISH: SR EASE | | | | | |
| A#CHESTER-989041    CUSTOMER ORDER 1472315 | | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |
| F-CM050686-011    168914 | | 11043538-000270 | 57.000 YD | 15.40 | 877.80 USD |
| FINISH: SR EASE | | | | | |
| A#CHESTER-989041    CUSTOMER ORDER 1472315 | | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |
| F-C004227-01100101 211300 | | 11043538-000300 | 30.250 YD | 14.20 | 429.55 USD |
| FINISH: BACKED & BIANCALANI | | | | | |
| TEREN-01100101    CUSTOMER ORDER 1472315 | | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |
| F-C004227-01100101 211300 | | 11043538-000310 | 29.000 YD | 14.20 | 411.80 USD |
| FINISH: BACKED & BIANCALANI | | | | | |
| TEREN-01100101    CUSTOMER ORDER 1472315 | | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |
| F-C004227-01100101 211300 | | 11043538-000320 | 26.875 YD | 14.20 | 381.62 USD |
| FINISH: BACKED & BIANCALANI | | | | | |
| TEREN-01100101    CUSTOMER ORDER 1472315 | | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |
| F-C004227-01100101 211300 | | 11043538-000330 | 28.000 YD | 14.20 | 397.60 USD |
| FINISH: BACKED & BIANCALANI | | | | | |
| TEREN-01100101    CUSTOMER ORDER 1472315 | | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    3,291.48 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com

Page 2 of    2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693533 / 01/15/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C004227-01100101 | 211300 | 4 | 114.125 YD | 1,620.57  USD |
| F-CM050686-011 | 168914 | 2 | 108.500 YD | 1,670.91  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 3,291.48 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 3,291.48 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                     Page 1 of     1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693534 / 01/15/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C004227-01100101  211300 | | 11043206-000020 | 28.000 YD | 14.20 | 397.60 USD |
| FINISH: BACKED & BIANCALANI | | | | | |
| TEREN-01100101      CUSTOMER ORDER 1472252 | | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |
| F-C004227-01100101  211300 | | 11043206-000030 | 26.000 YD | 14.20 | 369.20 USD |
| FINISH: BACKED & BIANCALANI | | | | | |
| TEREN-01100101      CUSTOMER ORDER 1472252 | | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |
| F-C004227-01100101  211300 | | 11043206-000040 | 26.000 YD | 14.20 | 369.20 USD |
| FINISH: BACKED & BIANCALANI | | | | | |
| TEREN-01100101      CUSTOMER ORDER 1472252 | | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |
| F-C004227-01100101  211300 | | 11043206-000050 | 28.250 YD | 14.20 | 401.15 USD |
| FINISH: BACKED & BIANCALANI | | | | | |
| TEREN-01100101      CUSTOMER ORDER 1472252 | | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C004227-01100101 | 211300 | 4 | 108.250 YD | 1,537.15  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,537.15 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,537.15 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693535 / 01/15/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0200654-01130192 256298 | | 11043542-000120 | 27.000 YD | 15.90 | 429.30 USD |
| FINISH: BACKED, SR EASE & CASHMERE | | | | | |
| F-0200654-TWILIGHT CUSTOMER ORDER 1472271 | | | | | |
|      BOL# 0000668202 Track# 533058511 | | | | | |
| F-0200654-01130192 256298 | | 11043542-000130 | 28.000 YD | 15.90 | 445.20 USD |
| FINISH: BACKED, SR EASE & CASHMERE | | | | | |
| F-0200654-TWILIGHT CUSTOMER ORDER 1472271 | | | | | |
|      BOL# 0000668202 Track# 533058511 | | | | | |
| F-0200654-01130192 256298 | | 11043542-000140 | 29.625 YD | 15.90 | 471.03 USD |
| FINISH: BACKED, SR EASE & CASHMERE | | | | | |
| F-0200654-TWILIGHT CUSTOMER ORDER 1472271 | | | | | |
|      BOL# 0000668202 Track# 533058511 | | | | | |
| F-0200654-01130192 256298 | | 11043542-000150 | 25.125 YD | 15.90 | 399.49 USD |
| FINISH: BACKED, SR EASE & CASHMERE | | | | | |
| F-0200654-TWILIGHT CUSTOMER ORDER 1472271 | | | | | |
|      BOL# 0000668202 Track# 533058511 | | | | | |
| F-0231055-01100012 246001 | | 11043542-000240 | 28.250 YD | 15.95 | 450.59 USD |
| FINISH: NEEDLEPUNCHED, BACKED & BIANCALANI | | | | | |
| ROYAL CHENILLE-GLACIER  CUSTOMER ORDER 1472271 | | | | | |
|      BOL# 0000668202 Track# 533058511 | | | | | |
| F-0231055-01100012 246001 | | 11043542-000250 | 27.500 YD | 15.95 | 438.62 USD |
| FINISH: NEEDLEPUNCHED, BACKED & BIANCALANI | | | | | |
| ROYAL CHENILLE-GLACIER  CUSTOMER ORDER 1472271 | | | | | |
|      BOL# 0000668202 Track# 533058511 | | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due     :     3,094.79 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 2 of    2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**INVOICE**

**Invoice Number/Date**
91693535 / 01/15/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0231055-01100012 246001 | | 11043542-000270 | 28.875 YD | 15.95 | 460.56 USD |

FINISH: NEEDLEPUNCHED, BACKED & BIANCALANI
ROYAL CHENILLE-GLACIER   CUSTOMER ORDER 1472271
        BOL# 0000668202 Track# 533058511

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0200654-01130192 | 256298 | 4 | 109.750 YD | 1,745.02   USD |
| F-0231055-01100012 | 246001 | 3 | 84.625 YD | 1,349.77   USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **3,094.79 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **3,094.79 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                        **Page 1 of    1**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693536 / 01/15/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**   CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0192438-01140031  214730 | | 11042742-000040 | 27.625 YD | 16.70 | 461.34 USD |
| FINISH: CRYPTON GREEN | | | | | |
| | CUSTOMER ORDER 1472091 | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |
| F-0192438-01140031  214730 | | 11042742-000050 | 29.000 YD | 16.70 | 484.30 USD |
| FINISH: CRYPTON GREEN | | | | | |
| | CUSTOMER ORDER 1472091 | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |
| F-0192438-01140031  214730 | | 11042742-000060 | 28.125 YD | 16.70 | 469.69 USD |
| FINISH: CRYPTON GREEN | | | | | |
| | CUSTOMER ORDER 1472091 | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |
| F-0192438-01140031  214730 | | 11042742-000070 | 27.875 YD | 16.70 | 465.51 USD |
| FINISH: CRYPTON GREEN | | | | | |
| | CUSTOMER ORDER 1472091 | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0192438-01140031 | 214730 | 4 | 112.625 YD | 1,880.84  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,880.84 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,880.84 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693537 / 01/15/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0180811-01160092 245996 | | 11042459-000040 | 54.500 YD | 9.10 | 495.95 USD |
| FINISH: NEEDLEPUNCHED & BACKED | | | | | |
| SERENE-MICA | CUSTOMER ORDER 1472024 | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0180811-01160092 | 245996 | 1 | 54.500 YD | 495.95  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 495.95 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 495.95 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of      1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693538 / 01/15/2019
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45225-006 | 231880 | 11042049-000020 | 43.000 YD | 14.40 | 619.20 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| BANKS-NUTMEG | CUSTOMER ORDER 1471806 | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |
| I-45225-006 | 231880 | 11042049-000030 | 42.000 YD | 14.40 | 604.80 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| BANKS-NUTMEG | CUSTOMER ORDER 1471806 | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| I-45225-006 | 231880 | 2 | 85.000 YD | 1,224.00  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,224.00 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,224.00 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693539 / 01/15/2019
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45225-253      231906 | | 11040756-000070 | 42.000 YD | 14.40 | 604.80 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| BANKS-UNIFORM       CUSTOMER ORDER 1471127 | | | | | |
|       BOL# 0000668202 Track# 533058511 | | | | | |
| I-45225-253      231906 | | 11040756-000080 | 41.000 YD | 14.40 | 590.40 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| BANKS-UNIFORM       CUSTOMER ORDER 1471127 | | | | | |
|       BOL# 0000668202 Track# 533058511 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| I-45225-253 | 231906 | 2 | 83.000 YD | 1,195.20  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,195.20 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,195.20 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693540 / 01/15/2019
**Account Number**    850
**Salesperson**   NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**   CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45466-144-CRH    245455 | | 11043531-000290 | 41.000 YD | 11.30 | 463.30 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM HENRY-BONE    CUSTOMER ORDER 1472269 | | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |
| I-45466-144-CRH    245455 | | 11043531-000300 | 40.000 YD | 11.30 | 452.00 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM HENRY-BONE    CUSTOMER ORDER 1472269 | | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |
| I-45466-144-CRH    245455 | | 11043531-000310 | 41.000 YD | 11.30 | 463.30 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM HENRY-BONE    CUSTOMER ORDER 1472269 | | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| I-45466-144-CRH    245455 | | 3 | 122.000 YD | 1,378.60  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,378.60 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,378.60 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693541 / 01/15/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362, DALLAS, TX 75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45466-104-CRH | 245486 | 11041001-000500 | 38.000 YD | 11.30 | 429.40 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM HENRY-NORMANDY | CUSTOMER ORDER 1471277 | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |
| I-45466-104-CRH | 245486 | 11041001-000510 | 39.000 YD | 11.30 | 440.70 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM HENRY-NORMANDY | CUSTOMER ORDER 1471277 | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |
| I-45466-104-CRH | 245486 | 11041001-000520 | 42.000 YD | 11.30 | 474.60 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM HENRY-NORMANDY | CUSTOMER ORDER 1471277 | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |
| I-45466-104-CRH | 245486 | 11041001-000530 | 41.000 YD | 11.30 | 463.30 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM HENRY-NORMANDY | CUSTOMER ORDER 1471277 | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |
| I-45466-104-CRH | 245486 | 11041001-000540 | 41.000 YD | 11.30 | 463.30 USD |
| FINISH: BACKED IMPORT, CRYPTON HOME | | | | | |
| CRHOM HENRY-NORMANDY | CUSTOMER ORDER 1471277 | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    2,271.30 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                 Page 2 of     2

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693541 / 01/15/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|-------|----------|-----------|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---------------|-------------------|------------|-----|-------|-------------|

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---------------|-------------------|--------|-----------|-----------|
| I-45466-104-CRH | 245486 | 5 | 201.000 YD | 2,271.30  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **2,271.30 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **2,271.30 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693542 / 01/15/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362, DALLAS, TX 75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0162569-01170004 166271 | | 11037368-000060 | 24.125 YD | 19.40 | 468.03 USD |
| FINISH: CRYPTON GREEN | | | | | |
| CUSTOMER ORDER 1469807 | | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0162569-01170004 | 166271 | 1 | 24.125 YD | 468.03  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **468.03 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **468.03 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693543 / 01/15/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-58733-164-YD-CRH 257430 | | 11039401-000020 | 45.000 YD | 12.95 | 582.75 USD |

FINISH: (FIXED (SCOUR/HEAT SET)IMPORT) & CRYPTON HOME
CRHOM2 EVERE-OATMEAL-YD CUSTOMER ORDER 1470635
          BOL# 0000668202 Track# 533058511

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| I-58733-164-YD-CRH | 257430 | 1 | 45.000 YD | 582.75  USD |

**Note: A China to US Tariff Surcharge will be added to the price per yard**

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 582.75 USD |
| **Tariff Surch** | : | 29.25 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 612.00 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                      Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693544 / 01/15/2019
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-W004941-01180114 | 247001 | 11043467-000070 | 27.750 YD | 17.10 | 474.52 USD |
| FINISH: BIANCALANI | | | | | |
| | CUSTOMER ORDER 1472263 | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |
| F-W004941-01180114 | 247001 | 11043467-000080 | 26.500 YD | 17.10 | 453.15 USD |
| FINISH: BIANCALANI | | | | | |
| | CUSTOMER ORDER 1472263 | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-W004941-01180114 | 247001 | 2 | 54.250 YD | 927.67  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **927.67 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **927.67 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693545 / 01/15/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362, DALLAS, TX 75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| R-0110986-900 | 246198 | 11040117-000020 | 23.625 YD | 16.45 | 388.63 USD |

FINISH: BACKED & CORDED
HONEYCOMB-CORAL REEF    CUSTOMER ORDER 1470860
        BOL# 0000668202 Track# 533058511

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| R-0110986-900 | 246198 | 1 | 23.625 YD | 388.63  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **388.63 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **388.63 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    **Page 1 of    1**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693546 / 01/15/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C023892-01180050 513693 | | 11043566-000020 | 29.500 YD | 17.95 | 529.52 USD |
| FINISH: CRYPTON HOME, BACKED, ECOSET WASHED | | | | | |
| CRHOM F-C023892-MINERAL CUSTOMER ORDER 1472400 | | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |
| F-C023892-01180050 513693 | | 11043566-000030 | 28.875 YD | 17.95 | 518.30 USD |
| FINISH: CRYPTON HOME, BACKED, ECOSET WASHED | | | | | |
| CRHOM F-C023892-MINERAL CUSTOMER ORDER 1472400 | | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |
| F-C023892-01180050 513693 | | 11043566-000040 | 30.000 YD | 17.95 | 538.50 USD |
| FINISH: CRYPTON HOME, BACKED, ECOSET WASHED | | | | | |
| CRHOM F-C023892-MINERAL CUSTOMER ORDER 1472400 | | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |
| F-C023892-01180050 513693 | | 11043566-000050 | 26.375 YD | 17.95 | 473.43 USD |
| FINISH: CRYPTON HOME, BACKED, ECOSET WASHED | | | | | |
| CRHOM F-C023892-MINERAL CUSTOMER ORDER 1472400 | | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C023892-01180050 | 513693 | 4 | 114.750 YD | 2,059.75  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **2,059.75 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **2,059.75 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                     Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693547 / 01/15/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C013530-01110078 | 239900 | 11043874-000020 | 33.875 YD | 12.35 | 418.35 USD |
| FINISH: BACKED | | | | | |
| DAYGLOW-01110078     CUSTOMER ORDER 1472505 | | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C013530-01110078 | 239900 | 1 | 33.875 YD | 418.35  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **418.35 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **418.35 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    **Page 1 of   1**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

| **INVOICE** |
|---|
| **Invoice Number/Date** |
| 91693548 / 01/15/2019 |
| **Account Number**   850 |
| **Salesperson**  NMN Fabrics, Inc. |
| apgroup@tradgroup.com |
| **Cust Service Rep**  CINDY BENFIELD |
| PH: 828-397-1832  FAX: 828-874-3920 |

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-W006098-01160063  214729 | | 11045712-000020 | 28.750 YD | 15.90 | 457.12 USD |
| FINISH: CRYPTON GREEN | | | | | |
| | CUSTOMER ORDER 1473124 | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |
| F-W006098-01160063  214729 | | 11045712-000030 | 28.375 YD | 15.90 | 451.16 USD |
| FINISH: CRYPTON GREEN | | | | | |
| | CUSTOMER ORDER 1473124 | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |
| F-W006098-01160063  214729 | | 11045712-000040 | 28.375 YD | 15.90 | 451.16 USD |
| FINISH: CRYPTON GREEN | | | | | |
| | CUSTOMER ORDER 1473124 | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |
| F-W006098-01160063  214729 | | 11045712-000050 | 28.500 YD | 15.90 | 453.15 USD |
| FINISH: CRYPTON GREEN | | | | | |
| | CUSTOMER ORDER 1473124 | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-W006098-01160063 | 214729 | 4 | 114.000 YD | 1,812.59  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,812.59 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,812.59 USD** |

**VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY**

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693549 / 01/15/2019
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0192214-01170002  214708 | | 11043549-000300 | 28.000 YD | 18.60 | 520.80 USD |
| FINISH: CRYPTON GREEN | | | | | |
| | CUSTOMER ORDER 1472270 | | | | |
| | BOL# 0000668202 Track# 533058511 | | | | |
| F-0192214-01170002  214708 | | 11043549-000310 | 28.625 YD | 18.60 | 532.42 USD |
| FINISH: CRYPTON GREEN | | | | | |
| | CUSTOMER ORDER 1472270 | | | | |
| | BOL# 0000668202 Track# 533058511 | | | | |
| F-0192214-01170002  214708 | | 11043549-000320 | 28.250 YD | 18.60 | 525.45 USD |
| FINISH: CRYPTON GREEN | | | | | |
| | CUSTOMER ORDER 1472270 | | | | |
| | BOL# 0000668202 Track# 533058511 | | | | |
| F-0192214-01170002  214708 | | 11043549-000330 | 25.250 YD | 18.60 | 469.65 USD |
| FINISH: CRYPTON GREEN | | | | | |
| | CUSTOMER ORDER 1472270 | | | | |
| | BOL# 0000668202 Track# 533058511 | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0192214-01170002 | 214708 | 4 | 110.125 YD | 2,048.32  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **2,048.32 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **2,048.32 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of     1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693550 / 01/15/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362, DALLAS, TX 75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-D005068-01100007 262841 | | 11040762-000020 | 47.000 YD | 8.40 | 394.80 USD |
| FINISH: NEEDLEPUNCHED, BACKED, & SR EASE 2 | | | | | |
| F-D005068-PATINA   CUSTOMER ORDER 1471146 | | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-D005068-01100007 | 262841 | 1 | 47.000 YD | 394.80  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 394.80 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 394.80 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693551 / 01/15/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0162569-01170004 166271 | | 11043580-000020 | 27.750 YD | 19.40 | 538.35 USD |
| FINISH: CRYPTON GREEN | | | | | |
| CUSTOMER ORDER 1472367 | | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |
| F-0162569-01170004 166271 | | 11043580-000030 | 27.750 YD | 19.40 | 538.35 USD |
| FINISH: CRYPTON GREEN | | | | | |
| CUSTOMER ORDER 1472367 | | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0162569-01170004 | 166271 | 2 | 55.500 YD | 1,076.70  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 1,076.70 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 1,076.70 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                  Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693552 / 01/15/2019
**Account Number**  850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0231055-01100015 232042 | | 11044966-000070 | 32.625 YD | 15.95 | 520.37 USD |
| FINISH: NEEDLEPUNCHED, BACKED & BIANCALANI | | | | | |
| ROYAL CHENILLE-CAMEL     CUSTOMER ORDER 1472832 | | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |
| F-0231055-01100015 232042 | | 11044966-000080 | 28.125 YD | 15.95 | 448.60 USD |
| FINISH: NEEDLEPUNCHED, BACKED & BIANCALANI | | | | | |
| ROYAL CHENILLE-CAMEL     CUSTOMER ORDER 1472832 | | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0231055-01100015 | 232042 | 2 | 60.750 YD | 968.97  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **968.97 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **968.97 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of     1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693553 / 01/15/2019
**Account Number**   850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-W018091-01130036 510293 | | 11043470-000180 | 30.000 YD | 19.95 | 598.50 USD |
| FINISH: BACKED & ECOSET   WASHED | | | | | |
| F-W018091-TRUFFLE   CUSTOMER ORDER 1472261 | | | | | |
|       BOL# 0000668202 Track# 533058511 | | | | | |
| F-W018091-01130036 510293 | | 11043470-000190 | 28.875 YD | 19.95 | 576.06 USD |
| FINISH: BACKED & ECOSET   WASHED | | | | | |
| F-W018091-TRUFFLE   CUSTOMER ORDER 1472261 | | | | | |
|       BOL# 0000668202 Track# 533058511 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-W018091-01130036 | 510293 | 2 | 58.875 YD | 1,174.56  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 1,174.56 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 1,174.56 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com

Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693554 / 01/15/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-W014567-01110056  256528 | | 11044172-000020 | 47.375 YD | 17.95 | 850.38 USD |
| FINISH: BACKED & ECOSET WASHED | | | | | |
| DOGSTOOTH-BLUSH     CUSTOMER ORDER 1472543 | | | | | |
|         BOL# 0000668202 Track# 533058511 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-W014567-01110056 | 256528 | 1 | 47.375 YD | 850.38  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 850.38 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 850.38 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693555 / 01/15/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0187739-01180626  246868 | | 11041531-000020 | 54.875 YD | 13.65 | 749.04 USD |

FINISH: NEEDLEPUNCHED, BACKED, SR EASE AND BIANCALANI
FLUXUS-CREAM        CUSTOMER ORDER 1471589
        BOL# 0000668202 Track# 533058511

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0187739-01180626 | 246868 | 1 | 54.875 YD | 749.04  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 749.04 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 749.04 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                          Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693556 / 01/15/2019
**Account Number**    850
**Salesperson**   NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| R-0110986-905      246203 | | 11043872-000040 | 23.625 YD | 16.45 | 388.63 USD |
| FINISH: BACKED & CORDED | | | | | |
| HONEYCOMB-905      CUSTOMER ORDER 1472506 | | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |
| R-0110986-905      246203 | | 11043872-000050 | 25.000 YD | 16.45 | 411.25 USD |
| FINISH: BACKED & CORDED | | | | | |
| HONEYCOMB-905      CUSTOMER ORDER 1472506 | | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |
| R-0110986-905      246203 | | 11043872-000060 | 26.000 YD | 16.45 | 427.70 USD |
| FINISH: BACKED & CORDED | | | | | |
| HONEYCOMB-905      CUSTOMER ORDER 1472506 | | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |
| R-0110986-905      246203 | | 11043872-000070 | 27.000 YD | 16.45 | 444.15 USD |
| FINISH: BACKED & CORDED | | | | | |
| HONEYCOMB-905      CUSTOMER ORDER 1472506 | | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| R-0110986-905 | 246203 | 4 | 101.625 YD | 1,671.73  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,671.73 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,671.73 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                          Page 1 of     1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693557 / 01/15/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-W012623-01110039 245938 | | 11044160-000020 | 54.125 YD | 13.35 | 722.57 USD |
| FINISH: NEEDLEPUNCHED, BACKED, & CASHMERE | | | | | |
| BALSAMINE-DRIFTWOODCUSTOMER ORDER 1472544 | | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-W012623-01110039 | 245938 | 1 | 54.125 YD | 722.57  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 722.57 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 722.57 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693558 / 01/15/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C009484-01160107 232781 | | 11042213-000020 | 33.625 YD | 15.40 | 517.82 USD |
| FINISH: SCOURED & HEATSET | | | | | |
| RUMRICK-01160107    CUSTOMER ORDER 1471915 | | | | | |
|         BOL# 0000668202 Track# 533058511 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C009484-01160107 | 232781 | 1 | 33.625 YD | 517.82  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **517.82 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **517.82 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                        Page 1 of     1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693559 / 01/15/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-W007082-01180081 245946 | | 11040976-000140 | 50.875 YD | 18.30 | 931.01 USD |
| FINISH: SR EASE | | | | | |
| F-W007082-SANDSTONE | CUSTOMER ORDER 1471269 | | | | |
|   BOL# 0000668202 | Track# 533058511 | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-W007082-01180081 | 245946 | 1 | 50.875 YD | 931.01  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | | |
|---|---|---|---|
| **Subtotal** | : | **931.01 USD** | |
| **Freight** | : | **0.00 USD** | |
| **Total Due** | : | **931.01 USD** | |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693560 / 01/15/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0200654-01130192 256298 | | 11046583-000020 | 36.000 YD | 16.55 | 595.80 USD |
| FINISH: BACKED, SR EASE & CASHMERE | | | | | |
| F-0200654-TWILIGHT CUSTOMER ORDER 1473462 | | | | | |
|       BOL# 0000668202 Track# 533058511 | | | | | |
| F-0200654-01130192 256298 | | 11046583-000030 | 36.750 YD | 16.55 | 608.22 USD |
| FINISH: BACKED, SR EASE & CASHMERE | | | | | |
| F-0200654-TWILIGHT CUSTOMER ORDER 1473462 | | | | | |
|       BOL# 0000668202 Track# 533058511 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0200654-01130192 | 256298 | 2 | 72.750 YD | 1,204.02  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,204.02 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,204.02 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN FABRICS
2 Hampshire St.
FOXSBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693561 / 01/15/2019
**Account Number**    850
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0163486-01170012 168864 | | 11043509-000020 | 34.500 YD | 12.20 | 420.91 USD |
| FINISH: SR EASE & BIANCALANI | | | | | |
| GEORGINA-SCARLET    CUSTOMER ORDER 1472368 | | | | | |
| BOL# 0000668202 Track# 533058511 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0163486-01170012 | 168864 | 1 | 34.500 YD | 420.91  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 420.91 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 420.91 USD |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    5

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE
**Invoice Number/Date**
91693562 / 01/15/2019
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

#590004 RAC QUICK SHIP STOCK

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0220317-01150103 CROSSFADE CITRINE | | 11030841-000520 | 56.500 YD | 11.75 | 663.88 USD |
| FINISH: BACKED & SR EASE | | | | | |
| KASEM-CITRINE | CUSTOMER ORDER 1466667GAF - ITEM 000050 | | | | |
| BOL# 0000668203 Track# 533058511 | | | | | |
| F-0248621-01100002 DISPERSION BERRY | | 11030841-000550 | 54.000 YD | 17.40 | 939.60 USD |
| FINISH: BACKED, SR EASE & CASHMERE | | | | | |
| F-0248621-BERRY | CUSTOMER ORDER 1466667GAF - ITEM 000080 | | | | |
| BOL# 0000668203 Track# 533058511 | | | | | |
| F-0248621-01100007 DISPERSION PEWTER | | 11030841-000600 | 52.875 YD | 17.40 | 920.02 USD |
| FINISH: BACKED, SR EASE & CASHMERE | | | | | |
| F-0248621-PEWTER | CUSTOMER ORDER 1466667GAF - ITEM 000130 | | | | |
| BOL# 0000668203 Track# 533058511 | | | | | |
| F-0248787-01100007 MIXDOWN CITRINE | | 11030841-000620 | 56.250 YD | 10.40 | 585.00 USD |
| FINISH: NEEDLEPUNCH, BACKED, SR EASE & CASHMERE | | | | | |
| F-0248787-CITRINE | CUSTOMER ORDER 1466667GAF - ITEM 000150 | | | | |
| BOL# 0000668203 Track# 533058511 | | | | | |
| F-0248787-01100010 MIXDOWN COVE | | 11030841-000630 | 56.500 YD | 10.40 | 587.61 USD |
| FINISH: NEEDLEPUNCH, BACKED, SR EASE & CASHMERE | | | | | |
| F-0248787-COVE | CUSTOMER ORDER 1466667GAF - ITEM 000160 | | | | |
| BOL# 0000668203 Track# 533058511 | | | | | |
| F-0248787-01100006 MIXDOWN SUNSET | | 11030841-000680 | 55.375 YD | 10.40 | 575.90 USD |
| FINISH: NEEDLEPUNCH, BACKED, SR EASE & CASHMERE | | | | | |
| F-0248787-SUNSET | CUSTOMER ORDER 1466667GAF - ITEM 000210 | | | | |
| BOL# 0000668203 Track# 533058511 | | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    8,632.62 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 2 of    5

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

| INVOICE | |
|---|---|
| **Invoice Number/Date** | |
| 91693562 / 01/15/2019 | |
| **Account Number**    852 | |
| **Salesperson**  Do Not Use | |
| apgroup@tradgroup.com | |

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

#590004 RAC QUICK SHIP STOCK

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0247374-01130115 SEQUENCER CITRINE | | 11030841-000840 | 29.375 YD | 12.40 | 364.25 USD |
| FINISH: BACKED & SR EASE | | | | | |
| F-0247374-CITRINE | CUSTOMER ORDER 1466667GAF - ITEM 000310 | | | | |
| | BOL# 0000668203 Track# 533058511 | | | | |
| F-0247374-01130115 SEQUENCER CITRINE | | 11030841-000850 | 22.000 YD | 12.40 | 272.80 USD |
| FINISH: BACKED & SR EASE | | | | | |
| F-0247374-CITRINE | CUSTOMER ORDER 1466667GAF - ITEM 000310 | | | | |
| | BOL# 0000668203 Track# 533058511 | | | | |
| F-0247374-01130113 SEQUENCER MINERAL | | 11030841-000890 | 28.125 YD | 12.40 | 348.75 USD |
| FINISH: BACKED & SR EASE | | | | | |
| F-0247374-MINERAL | CUSTOMER ORDER 1466667GAF - ITEM 000330 | | | | |
| | BOL# 0000668203 Track# 533058511 | | | | |
| F-0248510-01140046 SOUND CHECK CERULEAN | | 11030841-000920 | 47.000 YD | 10.40 | 488.80 USD |
| FINISH: BACKED, SR EASE & CASHMERE | | | | | |
| F-0248510-CERULEAN | CUSTOMER ORDER 1466667GAF - ITEM 000350 | | | | |
| | BOL# 0000668203 Track# 533058511 | | | | |
| F-0248510-01140025 SOUND CHECK GREYSTONE | | 11030841-000930 | 55.000 YD | 10.40 | 572.00 USD |
| FINISH: BACKED, SR EASE & CASHMERE | | | | | |
| F-0248510-GREYSTONE | CUSTOMER ORDER 1466667GAF - ITEM 000360 | | | | |
| | BOL# 0000668203 Track# 533058511 | | | | |
| F-0248510-01120005 SOUND CHECK PEWTER | | 11030841-000950 | 52.375 YD | 10.40 | 544.70 USD |
| FINISH: BACKED, SR EASE & CASHMERE | | | | | |
| F-0248510-PEWTER | CUSTOMER ORDER 1466667GAF - ITEM 000380 | | | | |
| | BOL# 0000668203 Track# 533058511 | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    8,632.62 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 3 of    5

| SHIP-TO: | INVOICE |
|---|---|

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

### INVOICE
**Invoice Number/Date**
91693562 / 01/15/2019
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

#590004 RAC QUICK SHIP STOCK

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0246643-01150115 STEREO AMETHYST | | 11030841-000970 | 56.500 YD | 10.40 | 587.61 USD |
| FINISH: BACKED & SR EASE | | | | | |
| F-0246643-AMETHYST CUSTOMER ORDER 1466667GAF - ITEM 000400 | | | | | |
| BOL# 0000668203 Track# 533058511 | | | | | |
| F-0246643-01150135 STEREO CITRINE | | 11030841-000980 | 57.750 YD | 10.40 | 600.60 USD |
| FINISH: BACKED & SR EASE | | | | | |
| F-0246643-CITRINE  CUSTOMER ORDER 1466667GAF - ITEM 000410 | | | | | |
| BOL# 0000668203 Track# 533058511 | | | | | |
| F-0246643-01150118 STEREO PEWTER | | 11030841-000990 | 55.875 YD | 10.40 | 581.10 USD |
| FINISH: BACKED & SR EASE | | | | | |
| F-0246643-PEWTER    CUSTOMER ORDER 1466667GAF - ITEM 000420 | | | | | |
| BOL# 0000668203 Track# 533058511 | | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due      :      8,632.62 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 4 of    5

| INVOICE |
| --- |
| **Invoice Number/Date** |
| 91693562 / 01/15/2019 |
| **Account Number    852** |
| **Salesperson**  Do Not Use |
| apgroup@tradgroup.com |

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

| Terms | Ship Via | Incoterms |
| --- | --- | --- |
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

#590004 RAC QUICK SHIP STOCK

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
| --- | --- | --- | --- | --- | --- |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat | |
| --- | --- | --- | --- | --- | --- |
| F-0220317-01150103 | CROSSFADE CITRINE | 1 | 56.500 YD | 663.88 | USD |
| F-0246643-01150115 | STEREO AMETHYST | 1 | 56.500 YD | 587.61 | USD |
| F-0246643-01150118 | STEREO PEWTER | 1 | 55.875 YD | 581.10 | USD |
| F-0246643-01150135 | STEREO CITRINE | 1 | 57.750 YD | 600.60 | USD |
| F-0247374-01130113 | SEQUENCER MINERAL | 1 | 28.125 YD | 348.75 | USD |
| F-0247374-01130115 | SEQUENCER CITRINE | 2 | 51.375 YD | 637.05 | USD |
| F-0248510-01120005 | SOUND CHECK PEWTER | 1 | 52.375 YD | 544.70 | USD |
| F-0248510-01140025 | SOUND CHECK GREYSTONE | 1 | 55.000 YD | 572.00 | USD |
| F-0248510-01140046 | SOUND CHECK CERULEAN | 1 | 47.000 YD | 488.80 | USD |
| F-0248621-01100002 | DISPERSION BERRY | 1 | 54.000 YD | 939.60 | USD |
| F-0248621-01100007 | DISPERSION PEWTER | 1 | 52.875 YD | 920.02 | USD |
| F-0248787-01100006 | MIXDOWN SUNSET | 1 | 55.375 YD | 575.90 | USD |
| F-0248787-01100007 | MIXDOWN CITRINE | 1 | 56.250 YD | 585.00 | USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    8,632.62 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 5 of    5

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693562 / 01/15/2019
**Account Number**   852
**Salesperson**  Do Not Use
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

#590004 RAC QUICK SHIP STOCK

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0248787-01100010 | MIXDOWN COVE | 1 | 56.500 YD | | 587.61   USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **8,632.62 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **8,632.62 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

**INVOICE**

**Invoice Number/Date**
91693563 / 01/15/2019
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0231837-01100005 254235 | | 11044202-000050 | 53.000 YD | 15.95 | 845.35 USD |
| FINISH: BACKED, SR EASE & CASHMERE | | | | | |
| F-0231837-TOURMALINE | CUSTOMER ORDER 1472562 - ITEM 000020 | | | | |
| BOL# 0000668203 Track# 533058511 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0231837-01100005 | 254235 | 1 | 53.000 YD | 845.35  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 845.35 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 845.35 USD |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693564 / 01/15/2019
**Account Number**   852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-D000584-002 | 246945 - SELWYN PLATINU | 11043154-000050 | 51.250 YD | 8.65 | 443.31 USD |

FINISH: NEEDLEPUNCHED, BACKED, & SR EASE 2
FRANK 4900- PLATINUM     CUSTOMER ORDER 1472218 - ITEM 000020
        BOL# 0000668203 Track# 533058511

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-D000584-002 | 246945 - SELWYN PLATINUM | 1 | 51.250 YD | 443.31  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **443.31 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **443.31 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

## INVOICE

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**Invoice Number/Date**
91693565 / 01/15/2019
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-W005591-01110308 | 237371 - HAMMER STRIPE | 11046416-000020 | 53.000 YD | 13.65 | 723.45 USD |
| FINISH: BACKED, SR EASE & CASHMERE | | | | | |
| SIREENA-01110308 | CUSTOMER ORDER 1473373 - ITEM 000010 | | | | |
| | BOL# 0000668203 Track# 533058511 | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-W005591-01110308 | 237371 - HAMMER STRIPE BLUE SMOKE | 1 | 53.000 YD | 723.45  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **723.45 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **723.45 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693566 / 01/15/2019
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0217660-01100003 240617 - SQUARE TEXTURE | | 11042171-000020 | 61.000 YD | 7.65 | 466.65 USD |
| FINISH: NEEDLEPUNCHED, BACKED & SR EASE | | | | | |
| F-0217660-CRIMSON   CUSTOMER ORDER 1471866 - ITEM 000001 | | | | | |
| BOL# 0000668203 Track# 533058511 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0217660-01100003 | 240617 - SQUARE TEXTURE CRIMSON | 1 | 61.000 YD | 466.65  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **466.65 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **466.65 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                     Page 1 of     1

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST   - STE 300
FOXBORO MA  02035
USA

## INVOICE

**Invoice Number/Date**
91693567 / 01/15/2019
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0221022-01140102  245723 - CRONOS   WARM N | | 11045457-000060 | 61.000 YD | 14.40 | 878.40 USD |
| FINISH: CRYPTON GREEN | | | | | |
| F-0221022-WARM NEUTRAL   CUSTOMER ORDER 1472951 - ITEM 000030 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0221022-01140102 | 245723 - CRONOS   WARM NEUTRAL | 1 | 61.000 YD | 878.40  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 878.40 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 878.40 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                   **Page 1 of    1**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91693595 / 01/15/2019
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-N000298-01110036 521444 | | 11014037-001190 | 50.875 YD | 19.95 | 1,014.96 USD |

FINISH: NEEDLEPUNCHED,CR SCOUR, BACKED, TOPICAL & CASHMERE
UV F-N000298-01110036   CUSTOMER ORDER 1459523GAF
         BOL# 0000668205 Track# 533058511

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-N000298-01110036 | 521444 | 1 | 50.875 YD | 1,014.96  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,014.96 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,014.96 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    **Page 1 of    1**

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91693596 / 01/15/2019
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0234703-01120017 | DU16105-70 | 11040978-000110 | 28.375 YD | 17.40 | 493.73 USD |
| FINISH: BACKED, SR EASE & ECOSET WASHED | | | | | |
| F-0234703-NATURAL/BROWN CUSTOMER ORDER 1471269 | | | | | |
| BOL# 0000668205 Track# 533058511 | | | | | |
| F-W017697-01120022 509870 | | 11040978-000170 | 53.750 YD | 13.50 | 725.63 USD |
| FINISH: NEEDLEPUNCHED, CR HOME, BACKED & ECOSET WASHED | | | | | |
| CRHOM F-W017697-01120022CUSTOMER ORDER 1471269 | | | | | |
| BOL# 0000668205 Track# 533058511 | | | | | |
| F-W017697-01120022 509870 | | 11040978-000180 | 56.500 YD | 13.50 | 762.75 USD |
| FINISH: NEEDLEPUNCHED, CR HOME, BACKED & ECOSET WASHED | | | | | |
| CRHOM F-W017697-01120022CUSTOMER ORDER 1471269 | | | | | |
| BOL# 0000668205 Track# 533058511 | | | | | |
| F-0234703-01120017 | DU16105-70 | 11040978-000270 | 23.250 YD | 17.40 | 404.54 USD |
| FINISH: BACKED, SR EASE & ECOSET WASHED | | | | | |
| F-0234703-NATURAL/BROWN CUSTOMER ORDER 1471269 | | | | | |
| BOL# 0000668205 Track# 533058511 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0234703-01120017 | DU16105-70 | 2 | 51.625 YD | 898.27  USD |
| F-W017697-01120022 | 509870 | 2 | 110.250 YD | 1,488.38  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **2,386.65 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **2,386.65 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of     1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91693597 / 01/15/2019
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0223684-01180010 15743-136 SPICE | | 11041042-000020 | 59.125 YD | 11.30 | 668.11 USD |

FINISH: NEEDLEPUNCHED, CR HOME & BACKED
CRHOM WILDCARD-01180010 CUSTOMER ORDER 1471346
      BOL# 0000668205 Track# 533058511

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0223684-01180010 | 15743-136 SPICE | 1 | 59.125 YD | 668.11  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **668.11 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **668.11 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                   Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91693598 / 01/15/2019
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0223684-01180010 15743-136 SPICE | | 11035769-000020 | 56.125 YD | 11.30 | 634.21 USD |

FINISH: NEEDLEPUNCHED, CR HOME & BACKED
CRHOM WILDCARD-01180010 CUSTOMER ORDER 1469109
           BOL# 0000668205 Track# 533058511

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0223684-01180010 | 15743-136 SPICE | 1 | 56.125 YD | 634.21  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **634.21 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **634.21 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91693599 / 01/15/2019
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0223646-01130004 | 15739-14 TOAST | 11044870-000060 | 55.250 YD | 12.35 | 682.33 USD |

FINISH: NEEDLEPUNCHED, CR HOME, BACKED & CASHMERE
CRHOM GRANBURY-01130004 CUSTOMER ORDER 1472810
          BOL# 0000668205 Track# 533058511

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0223646-01130004 | 15739-14 TOAST | 1 | 55.250 YD | 682.33  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **682.33 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **682.33 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                              Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91693600 / 01/15/2019
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C015141-01110006  15673 433 | | 11039479-000020 | 56.250 YD | 16.90 | 950.62 USD |
| FINISH: SR EASE & CASHMERE | | | | | |
| ANAMOSA-MINERAL      CUSTOMER ORDER 1470667 | | | | | |
| BOL# 0000668205 Track# 533058511 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C015141-01110006 | 15673 433 | 1 | 56.250 YD | 950.62  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **950.62 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **950.62 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                  Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91693601 / 01/15/2019
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| I-45225-254 | 15644 193 | 11043528-000020 | 42.000 YD | 14.40 | 604.80 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| BANKS-DENIM | CUSTOMER ORDER 1472266 | | | | |
| | BOL# 0000668205 Track# 533058511 | | | | |
| I-45225-254 | 15644 193 | 11043528-000030 | 42.000 YD | 14.40 | 604.80 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| BANKS-DENIM | CUSTOMER ORDER 1472266 | | | | |
| | BOL# 0000668205 Track# 533058511 | | | | |

## Order  Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| I-45225-254 | 15644 193 | 2 | 84.000 YD | 1,209.60  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **1,209.60 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **1,209.60 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91693602 / 01/15/2019
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|-------|----------|-----------|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---------------|-------------------|-----------|-----|-------|-------------|
| I-45225-253 | 15644 53 | 11045246-000020 | 42.000 YD | 14.40 | 604.80 USD |
| FINISH: BACKED, SR IMPORT | | | | | |
| BANKS-UNIFORM | CUSTOMER ORDER 1472912 | | | | |
| BOL# 0000668205 Track# 533058511 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---------------|-------------------|--------|-----------|-----------|
| I-45225-253 | 15644 53 | 1 | 42.000 YD | 604.80  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **604.80 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **604.80 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE
**Invoice Number/Date**
91693603 / 01/15/2019
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0220406-01130059 | DU15764-601 | 11041498-000020 | 20.000 YD | 18.95 | 379.00 USD |
| FINISH: BACKED, SR EASE & CASHMERE | | | | | |
| MINDY-AQUA/GREEN    CUSTOMER ORDER 1471574 | | | | | |
|       BOL# 0000668205 Track# 533058511 | | | | | |
| F-0220406-01130059 | DU15764-601 | 11041498-000030 | 29.625 YD | 18.95 | 561.39 USD |
| FINISH: BACKED, SR EASE & CASHMERE | | | | | |
| MINDY-AQUA/GREEN    CUSTOMER ORDER 1471574 | | | | | |
|       BOL# 0000668205 Track# 533058511 | | | | | |

## Order  Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0220406-01130059 | DU15764-601 | 2 | 49.625 YD | 940.39  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **940.39 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **940.39 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91693604 / 01/15/2019
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0234703-01130024 | DU16105-50 | 11043468-000060 | 57.000 YD | 17.40 | 991.80 USD |
| FINISH: BACKED, SR EASE & ECOSET WASHED | | | | | |
| F-0234703-NATURAL/BLUE | CUSTOMER ORDER 1472263 | | | | |
| BOL# 0000668205 Track# 533058511 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0234703-01130024 | DU16105-50 | 1 | 57.000 YD | 991.80  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **991.80 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **991.80 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE
**Invoice Number/Date**
91693605 / 01/15/2019
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362, DALLAS, TX 75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0234703-01130023 | DU16105-36 | 11043440-000020 | 57.000 YD | 17.40 | 991.80 USD |
| FINISH: BACKED, SR EASE & ECOSET WASHED | | | | | |
| F-0234703-ORANGE | CUSTOMER ORDER 1472307 | | | | |
| BOL# 0000668205 Track# 533058511 | | | | | |

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0234703-01130023 | DU16105-36 | 1 | 57.000 YD | 991.80  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **991.80 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **991.80 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

## INVOICE

**Invoice Number/Date**
91693606 / 01/15/2019
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0241042-01100002 381248 | | 11038637-000050 | 29.000 YD | 14.95 | 433.55 USD |

FINISH: CRYPTON HOME & ECOSET WASHED
CRHOM F-0241042-01100002CUSTOMER ORDER 1470361
     BOL# 0000668205 Track# 533058511

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0241042-01100002 | 381248 | 1 | 29.000 YD | 433.55  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 433.55 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 433.55 USD |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY

   


VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                  Page 1 of     1

| SHIP-TO: | INVOICE |
|---|---|

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91693607 / 01/15/2019
**Account Number**     5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0241042-01110006 509954 | | 11037618-000020 | 30.000 YD | 14.95 | 448.50 USD |

FINISH: CRYPTON HOME & ECOSET WASHED
CRHOM F-0241042-01110006CUSTOMER ORDER 1469920
        BOL# 0000668205 Track# 533058511

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0241042-01110006 | 509954 | 1 | 30.000 YD | 448.50  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| **Subtotal** | : | **448.50 USD** |
|---|---|---|
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **448.50 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                     Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

### INVOICE

**Invoice Number/Date**
91693608 / 01/15/2019
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0209695-01110012 | 15639 205 | 11042731-000030 | 48.000 YD | 14.40 | 691.20 USD |

FINISH: NEEDLEPUNCHED, BACKED, SR EASE & BIANCALANI
CUSTOMER ORDER 1472085
BOL# 0000668205 Track# 533058511

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0209695-01110012 | 15639 205 | 1 | 48.000 YD | 691.20  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **691.20 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **691.20 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91693609 / 01/15/2019
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|-------|----------|-----------|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---------------|-------------------|------------|-----|-------|-------------|
| F-0209695-01110016  274376 15639-19-AQUA | | 11044650-000020 | 52.875 YD | 14.40 | 761.40 USD |

FINISH: NEEDLEPUNCHED, BACKED, SR EASE & BIANCALANI
        CUSTOMER ORDER 1472745
    BOL# 0000668205 Track# 533058511

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---------------|-------------------|--------|-----------|-----------|
| F-0209695-01110016 | 274376 15639-19-AQUA | 1 | 52.875 YD | 761.40  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | 761.40 USD |
| **Freight** | : | 0.00 USD |
| **Total Due** | : | 761.40 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91693610 / 01/15/2019
**Account Number**   5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-W011710-01180005 | 15677 241 | 11040120-000020 | 29.125 YD | 12.80 | 372.81 USD |

FINISH: NEEDLEPUNCH, BACKED, SR EASE & CASHMERE
F-W011710-WISTERIA CUSTOMER ORDER 1470895
        BOL# 0000668205 Track# 533058511

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-W011710-01180005 | 15677 241 | 1 | 29.125 YD | 372.81  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **372.81 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **372.81 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

## INVOICE

**Invoice Number/Date**
91693611 / 01/15/2019
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362, DALLAS, TX 75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-C007453-01100001 | 15446 157 TEXTURE CHAMB | 11042018-000020 | 27.875 YD | 17.95 | 500.35 USD |
| FINISH: NEEDLEPUNCHED, BACKED, SR EASE & BIANCALANI | | | | | |
| TRAFFORD-01100001  CUSTOMER ORDER 1471822 | | | | | |
|     BOL# 0000668205 Track# 533058511 | | | | | |
| F-C007453-01100001 | 15446 157 TEXTURE CHAMB | 11042018-000030 | 25.875 YD | 17.95 | 464.45 USD |
| FINISH: NEEDLEPUNCHED, BACKED, SR EASE & BIANCALANI | | | | | |
| TRAFFORD-01100001  CUSTOMER ORDER 1471822 | | | | | |
|     BOL# 0000668205 Track# 533058511 | | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-C007453-01100001 | 15446 157 TEXTURE CHAMBRAY | 2 | 53.750 YD | 964.80  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **964.80 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **964.80 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS, LTD.
49 WIRELESS BLVD. Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91693612 / 01/15/2019
**Account Number**    5700
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0240228-01100001 509888 | | 11043544-000060 | 55.250 YD | 12.95 | 715.49 USD |

FINISH: NEEDLEPUNCH,LOW CURE CR HOME,BACKED
CRHOM F-0240228-01100001CUSTOMER ORDER 1472271
        BOL# 0000668205 Track# 533058511

# Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0240228-01100001 | 509888 | 1 | 55.250 YD | 715.49  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **715.49 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **715.49 USD** |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE CONTRACT
P.O. BOX 13308
HAUPPAUGE NY  11788
USA

## INVOICE
**Invoice Number/Date**
91693902 / 01/15/2019
**Account Number**    5699
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0240720-01160045 511515-DN16331-290 CRAN | 11045492-000020 | | 55.900 YD | 16.95 | 947.51 USD |
| FINISH: CRYPTON GREEN | | | | | |
| F-0240720-CRANBERRY | CUSTOMER ORDER 1472952 - ITEM 000010 | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0240720-01160045 | 511515-DN16331-290 CRANBRY | 1 | 55.900 YD | 947.51  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| | | |
|---|---|---|
| **Subtotal** | : | **947.51 USD** |
| **Freight** | : | **0.00 USD** |
| **Total Due** | : | **947.51 USD** |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE CONTRACT
P.O. BOX 13308
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91693903 / 01/15/2019
**Account Number**  5699
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0219476-01160006 | 90956-394 MANGO | 11044858-000020 | 57.400 YD | 16.45 | 944.23 USD |
| FINISH: CRYPTON GREEN | | | | | |
| F-0219476-MANGO | CUSTOMER ORDER 1472813 - ITEM 000010 | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0219476-01160006 | 90956-394 MANGO | 1 | 57.400 YD | 944.23  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 944.23 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 944.23 USD |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                  Page 1 of    1

**SHIP-TO:**
ROBERT ALLEN DURALEE GROUP
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
DURALEE FABRICS/HIGHLAND COURT
49 WIRELESS BLVD.-Suite 150
HAUPPAUGE NY  11788
USA

## INVOICE

**Invoice Number/Date**
91693921 / 01/15/2019
**Account Number**    1000460
**Salesperson**  NMN Fabrics, Inc.
apgroup@tradgroup.com
**Cust Service Rep**  CINDY BENFIELD
PH: 828-397-1832  FAX: 828-874-3920

| Terms | Ship Via | Incoterms |
|---|---|---|
| 2% 70, Net 71 Da | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-W011422-01200032 190215H-197 | | 11035375-000020 | 30.500 YD | 17.95 | 547.48 USD |

FINISH: NEEDLEPUNCHED, BACKED, SR EASE & BIANCALANI
        CUSTOMER ORDER 1468969
    BOL# 0000668211 Track# 533058511

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-W011422-01200032 | 190215H-197 | 1 | 30.500 YD | 547.48  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 547.48 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 547.48 USD |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    Page 1 of    1

**SHIP-TO:**
RA / DURALEE CONTRACT
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

## INVOICE

**Invoice Number/Date**
91695643 / 01/22/2019
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com
**Cust Service Rep**  BROOKE HOPKINS
PH: 828-893-4108

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 60 Days | SOUTHEASTERN | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0145833-01160062 | 150552 - DOUBLE SCROLL | 11040424-000070 | 53.700 YD | 17.90 | 961.23 USD |
| FINISH: CRYPTON GREEN | | | | | |
| | CUSTOMER ORDER 1471013 - ITEM 000010 | | | | |
| F-0145833-01160062 | 150552 - DOUBLE SCROLL | 11040424-000080 | 57.200 YD | 17.90 | 1,023.88 USD |
| FINISH: CRYPTON GREEN | | | | | |
| | CUSTOMER ORDER 1471013 - ITEM 000010 | | | | |

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat |
|---|---|---|---|---|
| F-0145833-01160062 | 150552 - DOUBLE SCROLL POMPEII | 2 | 110.900 YD | 1,985.11  USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 1,985.11 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 1,985.11 USD |

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY

# VALDESE WEAVERS

VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                    **Page 1 of    2**

**SHIP-TO:**
SAMPLE BOOK FABRIC
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## Credit Memo

| | |
|---|---|
| **Credit Memo Number/Date** | **Order Num** |
| 91700544 / 02/12/2019 | |
| **Account Number**  852 | |
| **Salesperson**  Do Not Use | |
| apgroup@tradgroup.com | |
| **Cust Service Rep**  BROOKE HOPKINS | |
| PH: 828-893-4108 | |

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|
| F-0220317-01150106 | CROSSFADE AMETHYST | 60070014-000010 | 55.625 YD | 10.17 | 565.70 USD |
| KASEM-AMETHYST | CUSTOMER ORDER  - ITEM 000020 | | | | |
| BOL# 0000662385 Track# 519136772 | | | | | |
| F-0220317-01150106 | CROSSFADE AMETHYST | 60070014-000020 | 7.500 YD | 10.17 | 76.28 USD |
| KASEM-AMETHYST | CUSTOMER ORDER  - ITEM 000020 | | | | |
| BOL# 0000662385 Track# 519136772 | | | | | |
| F-0220317-01150106 | CROSSFADE AMETHYST | 60070014-000030 | 55.000 YD | 10.17 | 559.35 USD |
| KASEM-AMETHYST | CUSTOMER ORDER  - ITEM 000020 | | | | |
| BOL# 0000662385 Track# 519136772 | | | | | |
| F-0220317-01150058 | CROSSFADE PARCHMENT | 60070014-000040 | 52.000 YD | 10.17 | 528.84 USD |
| KASEM-PARCHMENT | CUSTOMER ORDER  - ITEM 000060 | | | | |
| BOL# 0000664192 Track# 51919863-8 | | | | | |
| F-0220317-01150058 | CROSSFADE PARCHMENT | 60070014-000080 | 17.200 YD | 10.17 | 174.92 USD |
| KASEM-PARCHMENT | CUSTOMER ORDER  - ITEM 000060 | | | | |
| BOL# 0000664192 Track# 51919863-8 | | | | | |
| F-0220317-01150058 | CROSSFADE PARCHMENT | 60070014-000090 | 56.500 YD | 10.17 | 574.61 USD |
| KASEM-PARCHMENT | CUSTOMER ORDER  - ITEM 000060 | | | | |
| BOL# 0000664192 Track# 51919863-8 | | | | | |
| F-0220317-01150106 | CROSSFADE AMETHYST | 60070014-000100 | 29.000 YD | 10.17 | 294.93 USD |
| KASEM-AMETHYST | CUSTOMER ORDER  - ITEM 000020 | | | | |
| BOL# 0000662385 Track# 519136772 | | | | | |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.

Fabrics covered by this invoice are intended only for outer coverings for furniture.

**Total Due    :    2,774.63 USD**

VALDESE WEAVERS, LLC. - AN ISO 9001 REGISTERED COMPANY



VALDESE WEAVERS, LLC.
1000 Perkins Rd.
P.O. Box 70 Valdese, North Carolina 28690-0070
Telephone (828)874-2181
Fax (828)874-3920
www.valdeseweavers.com                 Page 2 of    2

**SHIP-TO:**
SAMPLE BOOK FABRIC
50 PEACHVIEW BLVD.
GAFFNEY SC  29341
USA

**BILL-TO:**
ROBERT ALLEN CONTRACT / DURALEE
2 HAMPSHIRE ST  - STE 300
FOXBORO MA  02035
USA

## Credit Memo
**Credit Memo Number/Date        Order Num**
91700544 / 02/12/2019
**Account Number**    852
**Salesperson**  Do Not Use
apgroup@tradgroup.com

| Terms | Ship Via | Incoterms |
|---|---|---|
| Net 120 Days | | EXW FROM PLANT |

**IMPORTANT:** PAY ONLY TO VALDESE WEAVERS, LLC, P.O. BOX 733362,  DALLAS, TX  75373-3362. ANY DISCREPANCIES MUST BE REPORTED IN 10 DAYS. INVOICES PAID AFTER 15 DAYS FROM DUE DATE WILL BE ASSESSED A FINANCE CHARGE OF 1% PER MONTH, 12% PER ANNUM.

| Pattern/Color | Customer Material | Order/Item | Qty | Price | Total/Piece |
|---|---|---|---|---|---|

## Order Summary

| Pattern/Color | Customer Material | Pieces | Total Qty | Total/Mat | |
|---|---|---|---|---|---|
| F-0220317-01150058 | CROSSFADE PARCHMENT | 3 | 125.700 YD | 1,278.37 | USD |
| F-0220317-01150106 | CROSSFADE AMETHYST | 4 | 147.125 YD | 1,496.26 | USD |

Continuing guarantee under the Textile Fiber Identification Act filed with the Federal Trade Commission.
Fabrics covered by this invoice are intended only for outer coverings for furniture.

| Subtotal | : | 2,774.63 USD |
|---|---|---|
| Freight | : | 0.00 USD |
| Total Due | : | 2,774.63 USD |

VALDESE WEAVERS, LLC. **-** AN ISO 9001 REGISTERED COMPANY

# **ATTACHMENT**

Reclamation Detail by invoice $474,058.46

| DocumentN | Typ | Doc. Date | Net due dt | Arrear | Amt in loc.cur. |
|-----------|-----|-----------|-----------|--------|-----------------|
| 91687293 | RX | 12/17/2018 | 4/16/2019 | 39 | 7,082.58 |
| 91687294 | RX | 12/17/2018 | 4/16/2019 | 39 | 9,586.53 |
| 91687295 | RX | 12/17/2018 | 2/15/2019 | 99 | 1,967.83 |
| 91687296 | RX | 12/17/2018 | 2/15/2019 | 99 | 611.1 |
| 91687297 | RX | 12/17/2018 | 2/15/2019 | 99 | 3,299.60 |
| 91687298 | RX | 12/17/2018 | 2/15/2019 | 99 | 1,853.20 |
| 91687299 | RX | 12/17/2018 | 2/15/2019 | 99 | 1,886.09 |
| 91687300 | RX | 12/17/2018 | 2/15/2019 | 99 | 3,325.38 |
| 91687301 | RX | 12/17/2018 | 2/15/2019 | 99 | 1,100.00 |
| 91687302 | RX | 12/17/2018 | 2/15/2019 | 99 | 537.5 |
| 91687303 | RX | 12/17/2018 | 2/15/2019 | 99 | 1,040.62 |
| 91687304 | RX | 12/17/2018 | 2/15/2019 | 99 | 942.81 |
| 91687305 | RX | 12/17/2018 | 2/15/2019 | 99 | 3,178.90 |
| 91687306 | RX | 12/17/2018 | 2/15/2019 | 99 | 834.47 |
| 91687307 | RX | 12/17/2018 | 2/15/2019 | 99 | 877.25 |
| 91687308 | RX | 12/17/2018 | 2/15/2019 | 99 | 4,432.24 |
| 91687309 | RX | 12/17/2018 | 2/15/2019 | 99 | 1,793.40 |
| 91687310 | RX | 12/17/2018 | 2/15/2019 | 99 | 2,186.36 |
| 91687311 | RX | 12/17/2018 | 2/15/2019 | 99 | 1,016.19 |
| 91687312 | RX | 12/17/2018 | 2/15/2019 | 99 | 1,800.00 |
| 91687313 | RX | 12/17/2018 | 2/15/2019 | 99 | 1,389.90 |
| 91687314 | RX | 12/17/2018 | 2/15/2019 | 99 | 806 |
| 91687315 | RX | 12/17/2018 | 2/15/2019 | 99 | 784.06 |
| 91687316 | RX | 12/17/2018 | 2/15/2019 | 99 | 1,481.86 |
| 91687317 | RX | 12/17/2018 | 2/15/2019 | 99 | 949.2 |
| 91687318 | RX | 12/17/2018 | 2/15/2019 | 99 | 422.35 |
| 91687319 | RX | 12/17/2018 | 2/15/2019 | 99 | 999.64 |
| 91687320 | RX | 12/17/2018 | 2/15/2019 | 99 | 4,803.77 |
| 91687321 | RX | 12/17/2018 | 2/15/2019 | 99 | 1,333.87 |
| 91687322 | RX | 12/17/2018 | 2/15/2019 | 99 | 734.25 |
| 91687323 | RX | 12/17/2018 | 2/15/2019 | 99 | 2,922.14 |
| 91687324 | RX | 12/17/2018 | 2/15/2019 | 99 | 264.92 |
| 91687325 | RX | 12/17/2018 | 2/15/2019 | 99 | 2,134.25 |
| 91687326 | RX | 12/17/2018 | 2/15/2019 | 99 | 876.1 |
| 91687327 | RX | 12/17/2018 | 2/15/2019 | 99 | 827.41 |
| 91687328 | RX | 12/17/2018 | 2/15/2019 | 99 | 462 |
| 91687329 | RX | 12/17/2018 | 2/15/2019 | 99 | 358.8 |
| 91687330 | RX | 12/17/2018 | 2/15/2019 | 99 | 280.31 |
| 91687331 | RX | 12/17/2018 | 2/15/2019 | 99 | 2,023.87 |
| 91687332 | RX | 12/17/2018 | 2/15/2019 | 99 | 1,120.00 |
| 91687333 | RX | 12/17/2018 | 2/15/2019 | 99 | 373.56 |
| 91687334 | RX | 12/17/2018 | 2/15/2019 | 99 | 577.45 |
| 91687335 | RX | 12/17/2018 | 2/15/2019 | 99 | 642.6 |
| 91687336 | RX | 12/17/2018 | 2/15/2019 | 99 | 642.6 |
| 91687337 | RX | 12/17/2018 | 2/15/2019 | 99 | 1,483.13 |
| 91687338 | RX | 12/17/2018 | 2/15/2019 | 99 | 2,994.60 |
| 91687339 | RX | 12/17/2018 | 2/15/2019 | 99 | 734.82 |

| | | | | | |
|---|---|---|---|---|---|
| 91687340 | RX | 12/17/2018 | 2/15/2019 | 99 | 987.44 |
| 91687341 | RX | 12/17/2018 | 2/15/2019 | 99 | 969.9 |
| 91687342 | RX | 12/17/2018 | 4/16/2019 | 39 | 8,696.18 |
| 91687343 | RX | 12/17/2018 | 2/15/2019 | 99 | 979.8 |
| 91687344 | RX | 12/17/2018 | 2/15/2019 | 99 | 3,608.84 |
| 91687345 | RX | 12/17/2018 | 2/15/2019 | 99 | 2,084.59 |
| 91687346 | RX | 12/17/2018 | 2/15/2019 | 99 | 457.15 |
| 91687347 | RX | 12/17/2018 | 2/15/2019 | 99 | 1,815.70 |
| 91687348 | RX | 12/17/2018 | 2/15/2019 | 99 | 698.48 |
| 91687349 | RX | 12/17/2018 | 2/15/2019 | 99 | 1,105.04 |
| 91687350 | RX | 12/17/2018 | 2/15/2019 | 99 | 660.29 |
| 91687351 | RX | 12/17/2018 | 2/15/2019 | 99 | 493.48 |
| 91687352 | RX | 12/17/2018 | 2/15/2019 | 99 | 402.14 |
| 91687353 | RX | 12/17/2018 | 2/15/2019 | 99 | 421.71 |
| 91687354 | RX | 12/17/2018 | 2/15/2019 | 99 | 995.91 |
| 91687415 | RX | 12/17/2018 | 2/26/2019 | 88 | 414.68 |
| 91687416 | RX | 12/17/2018 | 2/26/2019 | 88 | 295.35 |
| 91687417 | RX | 12/17/2018 | 2/26/2019 | 88 | 404.26 |
| 91687418 | RX | 12/17/2018 | 2/26/2019 | 88 | 961.01 |
| 91687419 | RX | 12/17/2018 | 2/26/2019 | 88 | 567.15 |
| 91687420 | RX | 12/17/2018 | 2/26/2019 | 88 | 432.28 |
| 91687421 | RX | 12/17/2018 | 2/26/2019 | 88 | 608.79 |
| 91687422 | RX | 12/17/2018 | 2/26/2019 | 88 | 409.55 |
| 91687423 | RX | 12/17/2018 | 2/26/2019 | 88 | 1,181.10 |
| 91687424 | RX | 12/17/2018 | 2/26/2019 | 88 | 2,527.94 |
| 91687425 | RX | 12/17/2018 | 2/26/2019 | 88 | 1,079.80 |
| 91687426 | RX | 12/17/2018 | 2/26/2019 | 88 | 901.46 |
| 91687427 | RX | 12/17/2018 | 2/26/2019 | 88 | 1,032.71 |
| 91687428 | RX | 12/17/2018 | 4/16/2019 | 39 | 883.52 |
| 91687429 | RX | 12/17/2018 | 4/16/2019 | 39 | 2,142.38 |
| 91687430 | RX | 12/17/2018 | 2/26/2019 | 88 | 551.36 |
| 91687431 | RX | 12/17/2018 | 2/26/2019 | 88 | 1,415.97 |
| 91687432 | RX | 12/17/2018 | 2/26/2019 | 88 | 827.85 |
| 91687433 | RX | 12/17/2018 | 2/26/2019 | 88 | 1,895.40 |
| 91687434 | RX | 12/17/2018 | 2/26/2019 | 88 | 1,087.80 |
| 91687435 | RX | 12/17/2018 | 2/26/2019 | 88 | 2,124.77 |
| 91687436 | RX | 12/17/2018 | 2/26/2019 | 88 | 1,165.35 |
| 91687437 | RX | 12/17/2018 | 2/26/2019 | 88 | 624.33 |
| 91687567 | RX | 12/17/2018 | 2/26/2019 | 88 | 1,094.23 |
| 91687568 | RX | 12/17/2018 | 2/26/2019 | 88 | 1,284.94 |
| 91687804 | RX | 12/18/2018 | 2/16/2019 | 98 | 410.42 |
| 91687805 | RX | 12/18/2018 | 2/16/2019 | 98 | 1,735.80 |
| 91688688 | RX | 12/19/2018 | 2/17/2019 | 97 | 434.6 |
| 91688785 | RX | 12/20/2018 | 12/20/2018 | 156 | -747.5 |
| 91689269 | RX | 12/21/2018 | 2/19/2019 | 95 | 653.71 |
| 91689270 | RX | 12/21/2018 | 2/19/2019 | 95 | 716.31 |
| 91689271 | RX | 12/21/2018 | 2/19/2019 | 95 | 4,446.44 |
| 91689272 | RX | 12/21/2018 | 2/19/2019 | 95 | 1,081.17 |

| | | | | | |
|---|---|---|---|---|---|
| 91689273 | RX | 12/21/2018 | 2/19/2019 | 95 | 2,045.71 |
| 91689686 | RX | 12/21/2018 | 3/2/2019 | 84 | 513.51 |
| 91689687 | RX | 12/21/2018 | 3/2/2019 | 84 | 470.85 |
| 91689688 | RX | 12/21/2018 | 3/2/2019 | 84 | 863.63 |
| 91690030 | RX | 12/27/2018 | 2/25/2019 | 89 | 585.37 |
| 91690088 | RX | 12/28/2018 | 4/27/2019 | 28 | 21,262.03 |
| 91690089 | RX | 12/28/2018 | 2/26/2019 | 88 | 2,797.71 |
| 91690090 | RX | 12/28/2018 | 2/26/2019 | 88 | 611.05 |
| 91690091 | RX | 12/28/2018 | 2/26/2019 | 88 | 11,051.40 |
| 91690092 | RX | 12/28/2018 | 2/26/2019 | 88 | 1,186.72 |
| 91690093 | RX | 12/28/2018 | 2/26/2019 | 88 | 3,801.62 |
| 91690094 | RX | 12/28/2018 | 2/26/2019 | 88 | 2,194.20 |
| 91690095 | RX | 12/28/2018 | 2/26/2019 | 88 | 1,012.70 |
| 91690096 | RX | 12/28/2018 | 2/26/2019 | 88 | 7,203.10 |
| 91690097 | RX | 12/28/2018 | 2/26/2019 | 88 | 510.4 |
| 91690098 | RX | 12/28/2018 | 2/26/2019 | 88 | 875.26 |
| 91690099 | RX | 12/28/2018 | 2/26/2019 | 88 | 706.25 |
| 91690100 | RX | 12/28/2018 | 2/26/2019 | 88 | 920.59 |
| 91690101 | RX | 12/28/2018 | 2/26/2019 | 88 | 977.83 |
| 91690102 | RX | 12/28/2018 | 2/26/2019 | 88 | 491.91 |
| 91690103 | RX | 12/28/2018 | 2/26/2019 | 88 | 4,989.41 |
| 91690104 | RX | 12/28/2018 | 2/26/2019 | 88 | 652.8 |
| 91690105 | RX | 12/28/2018 | 2/26/2019 | 88 | 405.08 |
| 91690106 | RX | 12/28/2018 | 2/26/2019 | 88 | 1,661.80 |
| 91690107 | RX | 12/28/2018 | 2/26/2019 | 88 | 2,802.40 |
| 91690108 | RX | 12/28/2018 | 2/26/2019 | 88 | 915.3 |
| 91690109 | RX | 12/28/2018 | 2/26/2019 | 88 | 3,221.74 |
| 91690110 | RX | 12/28/2018 | 2/26/2019 | 88 | 949.2 |
| 91690111 | RX | 12/28/2018 | 2/26/2019 | 88 | 558.8 |
| 91690112 | RX | 12/28/2018 | 2/26/2019 | 88 | 1,769.01 |
| 91690113 | RX | 12/28/2018 | 2/26/2019 | 88 | 901.88 |
| 91690114 | RX | 12/28/2018 | 2/26/2019 | 88 | 1,896.18 |
| 91690115 | RX | 12/28/2018 | 2/26/2019 | 88 | 2,188.46 |
| 91690116 | RX | 12/28/2018 | 2/26/2019 | 88 | 1,073.00 |
| 91690117 | RX | 12/28/2018 | 2/26/2019 | 88 | 604.8 |
| 91690118 | RX | 12/28/2018 | 2/26/2019 | 88 | 1,407.90 |
| 91690119 | RX | 12/28/2018 | 2/26/2019 | 88 | 535.68 |
| 91690120 | RX | 12/28/2018 | 2/26/2019 | 88 | 402.03 |
| 91690121 | RX | 12/28/2018 | 2/26/2019 | 88 | 675 |
| 91690122 | RX | 12/28/2018 | 2/26/2019 | 88 | 7,453.44 |
| 91690123 | RX | 12/28/2018 | 2/26/2019 | 88 | 816.08 |
| 91690124 | RX | 12/28/2018 | 2/26/2019 | 88 | 860.7 |
| 91690125 | RX | 12/28/2018 | 2/26/2019 | 88 | 4,270.16 |
| 91690126 | RX | 12/28/2018 | 2/26/2019 | 88 | 287.5 |
| 91690127 | RX | 12/28/2018 | 2/26/2019 | 88 | 957 |
| 91690128 | RX | 12/28/2018 | 2/26/2019 | 88 | 919.15 |
| 91690129 | RX | 12/28/2018 | 2/26/2019 | 88 | 604.8 |
| 91690130 | RX | 12/28/2018 | 2/26/2019 | 88 | 583.2 |

| | | | | | |
|---|---|---|---|---|---|
| 91690131 | RX | 12/28/2018 | 2/26/2019 | 88 | 512.22 |
| 91690132 | RX | 12/28/2018 | 2/26/2019 | 88 | 490.25 |
| 91690133 | RX | 12/28/2018 | 2/26/2019 | 88 | 365.4 |
| 91690134 | RX | 12/28/2018 | 2/26/2019 | 88 | 1,853.20 |
| 91690135 | RX | 12/28/2018 | 2/26/2019 | 88 | 862.58 |
| 91690136 | RX | 12/28/2018 | 2/26/2019 | 88 | 1,286.04 |
| 91690137 | RX | 12/28/2018 | 2/26/2019 | 88 | 542.93 |
| 91690138 | RX | 12/28/2018 | 2/26/2019 | 88 | 2,429.94 |
| 91690139 | RX | 12/28/2018 | 2/26/2019 | 88 | 276.8 |
| 91690140 | RX | 12/28/2018 | 2/26/2019 | 88 | 362.6 |
| 91690141 | RX | 12/28/2018 | 2/26/2019 | 88 | 468.3 |
| 91690142 | RX | 12/28/2018 | 2/26/2019 | 88 | 2,909.50 |
| 91690143 | RX | 12/28/2018 | 4/27/2019 | 28 | 1,733.98 |
| 91690144 | RX | 12/28/2018 | 2/26/2019 | 88 | 376.64 |
| 91690145 | RX | 12/28/2018 | 2/26/2019 | 88 | 2,681.40 |
| 91690146 | RX | 12/28/2018 | 2/26/2019 | 88 | 419.2 |
| 91690147 | RX | 12/28/2018 | 2/26/2019 | 88 | 816.2 |
| 91690148 | RX | 12/28/2018 | 2/26/2019 | 88 | 456.64 |
| 91690149 | RX | 12/28/2018 | 2/26/2019 | 88 | 721.92 |
| 91690150 | RX | 12/28/2018 | 2/26/2019 | 88 | 451.96 |
| 91690151 | RX | 12/28/2018 | 2/26/2019 | 88 | 240.98 |
| 91690213 | RX | 12/28/2018 | 3/9/2019 | 77 | 399.91 |
| 91690214 | RX | 12/28/2018 | 4/27/2019 | 28 | 6,980.51 |
| 91690215 | RX | 12/28/2018 | 3/9/2019 | 77 | 865.8 |
| 91690216 | RX | 12/28/2018 | 3/9/2019 | 77 | 579.6 |
| 91690217 | RX | 12/28/2018 | 3/9/2019 | 77 | 827.85 |
| 91690218 | RX | 12/28/2018 | 3/9/2019 | 77 | 1,417.15 |
| 91690219 | RX | 12/28/2018 | 3/9/2019 | 77 | 1,419.65 |
| 91690220 | RX | 12/28/2018 | 3/9/2019 | 77 | 728.44 |
| 91690221 | RX | 12/28/2018 | 3/9/2019 | 77 | 604.8 |
| 91690222 | RX | 12/28/2018 | 4/27/2019 | 28 | 9,373.65 |
| 91690223 | RX | 12/28/2018 | 4/27/2019 | 28 | 448.75 |
| 91690224 | RX | 12/28/2018 | 3/9/2019 | 77 | 604.8 |
| 91690225 | RX | 12/28/2018 | 3/9/2019 | 77 | 2,008.70 |
| 91690226 | RX | 12/28/2018 | 3/9/2019 | 77 | 4,140.58 |
| 91690227 | RX | 12/28/2018 | 3/9/2019 | 77 | 1,103.78 |
| 91690228 | RX | 12/28/2018 | 3/9/2019 | 77 | 3,048.25 |
| 91690229 | RX | 12/28/2018 | 3/9/2019 | 77 | 702.54 |
| 91690230 | RX | 12/28/2018 | 3/9/2019 | 77 | 1,042.25 |
| 91690231 | RX | 12/28/2018 | 3/9/2019 | 77 | 1,963.69 |
| 91690232 | RX | 12/28/2018 | 3/9/2019 | 77 | 883.64 |
| 91690233 | RX | 12/28/2018 | 3/9/2019 | 77 | 1,793.04 |
| 91690234 | RX | 12/28/2018 | 3/9/2019 | 77 | 1,004.35 |
| 91690235 | RX | 12/28/2018 | 3/9/2019 | 77 | 1,013.54 |
| 91690236 | RX | 12/28/2018 | 3/9/2019 | 77 | 466.7 |
| 91690478 | RX | 12/28/2018 | 3/9/2019 | 77 | 1,251.34 |
| 91690479 | RX | 12/28/2018 | 3/9/2019 | 77 | 2,499.92 |
| 91690480 | RX | 12/28/2018 | 3/9/2019 | 77 | 1,248.58 |

| | | | | | |
|---|---|---|---|---|---|
| 91691144 | RX | 1/4/2019 | 3/5/2019 | 81 | 1,325.50 |
| 91691145 | RX | 1/4/2019 | 3/5/2019 | 81 | 1,424.00 |
| 91691146 | RX | 1/4/2019 | 3/5/2019 | 81 | 426.4 |
| 91691487 | RX | 1/4/2019 | 3/16/2019 | 70 | 1,109.03 |
| 91691742 | RX | 1/8/2019 | 5/8/2019 | 17 | 6,916.77 |
| 91691743 | RX | 1/8/2019 | 3/9/2019 | 77 | 621 |
| 91691744 | RX | 1/8/2019 | 3/9/2019 | 77 | 955.56 |
| 91691745 | RX | 1/8/2019 | 3/9/2019 | 77 | 1,677.61 |
| 91691746 | RX | 1/8/2019 | 3/9/2019 | 77 | 417.6 |
| 91691747 | RX | 1/8/2019 | 3/9/2019 | 77 | 1,110.56 |
| 91691748 | RX | 1/8/2019 | 3/9/2019 | 77 | 1,864.76 |
| 91691749 | RX | 1/8/2019 | 3/9/2019 | 77 | 1,409.43 |
| 91691750 | RX | 1/8/2019 | 3/9/2019 | 77 | 2,341.50 |
| 91691751 | RX | 1/8/2019 | 3/9/2019 | 77 | 1,850.90 |
| 91691752 | RX | 1/8/2019 | 3/9/2019 | 77 | 7,458.00 |
| 91691753 | RX | 1/8/2019 | 3/9/2019 | 77 | 1,378.60 |
| 91691754 | RX | 1/8/2019 | 3/9/2019 | 77 | 1,401.20 |
| 91691755 | RX | 1/8/2019 | 3/9/2019 | 77 | 1,195.20 |
| 91691756 | RX | 1/8/2019 | 3/9/2019 | 77 | 452 |
| 91691757 | RX | 1/8/2019 | 3/9/2019 | 77 | 739.2 |
| 91691758 | RX | 1/8/2019 | 3/9/2019 | 77 | 2,262.50 |
| 91691759 | RX | 1/8/2019 | 3/9/2019 | 77 | 590.4 |
| 91691760 | RX | 1/8/2019 | 3/9/2019 | 77 | 1,180.80 |
| 91691761 | RX | 1/8/2019 | 3/9/2019 | 77 | 1,209.60 |
| 91691762 | RX | 1/8/2019 | 3/9/2019 | 77 | 499.5 |
| 91691763 | RX | 1/8/2019 | 3/9/2019 | 77 | 984.38 |
| 91691764 | RX | 1/8/2019 | 3/9/2019 | 77 | 1,931.57 |
| 91691765 | RX | 1/8/2019 | 3/9/2019 | 77 | 796.89 |
| 91691766 | RX | 1/8/2019 | 3/9/2019 | 77 | 511.06 |
| 91691767 | RX | 1/8/2019 | 3/9/2019 | 77 | 797.34 |
| 91691768 | RX | 1/8/2019 | 3/9/2019 | 77 | 477.05 |
| 91691769 | RX | 1/8/2019 | 3/9/2019 | 77 | 1,540.00 |
| 91691770 | RX | 1/8/2019 | 3/9/2019 | 77 | 2,074.59 |
| 91691771 | RX | 1/8/2019 | 3/9/2019 | 77 | 992.2 |
| 91691772 | RX | 1/8/2019 | 3/9/2019 | 77 | 858.96 |
| 91691773 | RX | 1/8/2019 | 3/9/2019 | 77 | 668.1 |
| 91691774 | RX | 1/8/2019 | 3/9/2019 | 77 | 1,055.24 |
| 91691775 | RX | 1/8/2019 | 3/9/2019 | 77 | 4,596.92 |
| 91691776 | RX | 1/8/2019 | 3/9/2019 | 77 | 470.99 |
| 91691777 | RX | 1/8/2019 | 3/9/2019 | 77 | 412.14 |
| 91691796 | RX | 1/8/2019 | 5/8/2019 | 17 | 984.5 |
| 91691797 | RX | 1/8/2019 | 3/20/2019 | 66 | 505.68 |
| 91691798 | RX | 1/8/2019 | 3/20/2019 | 66 | 1,360.49 |
| 91691799 | RX | 1/8/2019 | 5/8/2019 | 17 | 4,335.86 |
| 91691800 | RX | 1/8/2019 | 5/8/2019 | 17 | 462.21 |
| 91691801 | RX | 1/8/2019 | 3/20/2019 | 66 | 1,044.62 |
| 91691802 | RX | 1/8/2019 | 3/20/2019 | 66 | 1,154.87 |
| 91691803 | RX | 1/8/2019 | 3/20/2019 | 66 | 619.2 |

| 91691804 | RX | 1/8/2019 | 3/20/2019 | 66 | 1,579.90 |
|---|---|---|---|---|---|
| 91691805 | RX | 1/8/2019 | 3/20/2019 | 66 | 1,087.80 |
| 91691806 | RX | 1/8/2019 | 3/20/2019 | 66 | 1,638.17 |
| 91691807 | RX | 1/8/2019 | 3/20/2019 | 66 | 540.75 |
| 91691808 | RX | 1/8/2019 | 3/20/2019 | 66 | 604.8 |
| 91691809 | RX | 1/8/2019 | 3/20/2019 | 66 | 666.9 |
| 91691810 | RX | 1/8/2019 | 3/20/2019 | 66 | 1,476.30 |
| 91691811 | RX | 1/8/2019 | 3/20/2019 | 66 | 479.45 |
| 91691812 | RX | 1/8/2019 | 3/20/2019 | 66 | 457.15 |
| 91691813 | RX | 1/8/2019 | 3/20/2019 | 66 | 1,618.75 |
| 91691814 | RX | 1/8/2019 | 3/20/2019 | 66 | 1,259.95 |
| 91691815 | RX | 1/8/2019 | 3/20/2019 | 66 | 629.97 |
| 91691816 | RX | 1/8/2019 | 3/20/2019 | 66 | 1,165.94 |
| 91691817 | RX | 1/8/2019 | 3/20/2019 | 66 | 1,259.95 |
| 91691818 | RX | 1/8/2019 | 3/20/2019 | 66 | 76.6 |
| 91691819 | RX | 1/8/2019 | 3/20/2019 | 66 | 877.8 |
| 91691820 | RX | 1/8/2019 | 3/20/2019 | 66 | 983.04 |
| 91691821 | RX | 1/8/2019 | 3/20/2019 | 66 | 846 |
| 91691979 | RX | 1/8/2019 | 3/20/2019 | 66 | 875.47 |
| 91693096 | RX | 1/11/2019 | 3/12/2019 | 74 | 895.85 |
| 91693219 | RX | 1/12/2019 | 3/13/2019 | 73 | 3,274.00 |
| 91693220 | RX | 1/12/2019 | 3/13/2019 | 73 | 589.18 |
| 91693310 | RX | 1/12/2019 | 3/24/2019 | 62 | 626.4 |
| 91693493 | RX | 1/14/2019 | 3/15/2019 | 71 | 568.57 |
| 91693532 | RX | 1/15/2019 | 3/16/2019 | 70 | 715.71 |
| 91693533 | RX | 1/15/2019 | 3/16/2019 | 70 | 3,291.48 |
| 91693534 | RX | 1/15/2019 | 3/16/2019 | 70 | 1,537.15 |
| 91693535 | RX | 1/15/2019 | 3/16/2019 | 70 | 3,094.79 |
| 91693536 | RX | 1/15/2019 | 3/16/2019 | 70 | 1,880.84 |
| 91693537 | RX | 1/15/2019 | 3/16/2019 | 70 | 495.95 |
| 91693538 | RX | 1/15/2019 | 3/16/2019 | 70 | 1,224.00 |
| 91693539 | RX | 1/15/2019 | 3/16/2019 | 70 | 1,195.20 |
| 91693540 | RX | 1/15/2019 | 3/16/2019 | 70 | 1,378.60 |
| 91693541 | RX | 1/15/2019 | 3/16/2019 | 70 | 2,271.30 |
| 91693542 | RX | 1/15/2019 | 3/16/2019 | 70 | 468.03 |
| 91693543 | RX | 1/15/2019 | 3/16/2019 | 70 | 612 |
| 91693544 | RX | 1/15/2019 | 3/16/2019 | 70 | 927.67 |
| 91693545 | RX | 1/15/2019 | 3/16/2019 | 70 | 388.63 |
| 91693546 | RX | 1/15/2019 | 3/16/2019 | 70 | 2,059.75 |
| 91693547 | RX | 1/15/2019 | 3/16/2019 | 70 | 418.35 |
| 91693548 | RX | 1/15/2019 | 3/16/2019 | 70 | 1,812.59 |
| 91693549 | RX | 1/15/2019 | 3/16/2019 | 70 | 2,048.32 |
| 91693550 | RX | 1/15/2019 | 3/16/2019 | 70 | 394.8 |
| 91693551 | RX | 1/15/2019 | 3/16/2019 | 70 | 1,076.70 |
| 91693552 | RX | 1/15/2019 | 3/16/2019 | 70 | 968.97 |
| 91693553 | RX | 1/15/2019 | 3/16/2019 | 70 | 1,174.56 |
| 91693554 | RX | 1/15/2019 | 3/16/2019 | 70 | 850.38 |
| 91693555 | RX | 1/15/2019 | 3/16/2019 | 70 | 749.04 |

| | | | | | |
|---|---|---|---|---|---|
| 91693556 | RX | 1/15/2019 | 3/16/2019 | 70 | 1,671.73 |
| 91693557 | RX | 1/15/2019 | 3/16/2019 | 70 | 722.57 |
| 91693558 | RX | 1/15/2019 | 3/16/2019 | 70 | 517.82 |
| 91693559 | RX | 1/15/2019 | 3/16/2019 | 70 | 931.01 |
| 91693560 | RX | 1/15/2019 | 3/16/2019 | 70 | 1,204.02 |
| 91693561 | RX | 1/15/2019 | 3/16/2019 | 70 | 420.91 |
| 91693562 | RX | 1/15/2019 | 3/16/2019 | 70 | 8,632.62 |
| 91693563 | RX | 1/15/2019 | 3/16/2019 | 70 | 845.35 |
| 91693564 | RX | 1/15/2019 | 3/16/2019 | 70 | 443.31 |
| 91693565 | RX | 1/15/2019 | 3/16/2019 | 70 | 723.45 |
| 91693566 | RX | 1/15/2019 | 3/16/2019 | 70 | 466.65 |
| 91693567 | RX | 1/15/2019 | 3/16/2019 | 70 | 878.4 |
| 91693595 | RX | 1/15/2019 | 5/15/2019 | 10 | 1,014.96 |
| 91693596 | RX | 1/15/2019 | 3/27/2019 | 59 | 2,386.65 |
| 91693597 | RX | 1/15/2019 | 3/27/2019 | 59 | 668.11 |
| 91693598 | RX | 1/15/2019 | 3/27/2019 | 59 | 634.21 |
| 91693599 | RX | 1/15/2019 | 3/27/2019 | 59 | 682.33 |
| 91693600 | RX | 1/15/2019 | 3/27/2019 | 59 | 950.62 |
| 91693601 | RX | 1/15/2019 | 3/27/2019 | 59 | 1,209.60 |
| 91693602 | RX | 1/15/2019 | 3/27/2019 | 59 | 604.8 |
| 91693603 | RX | 1/15/2019 | 3/27/2019 | 59 | 940.39 |
| 91693604 | RX | 1/15/2019 | 3/27/2019 | 59 | 991.8 |
| 91693605 | RX | 1/15/2019 | 3/27/2019 | 59 | 991.8 |
| 91693606 | RX | 1/15/2019 | 3/27/2019 | 59 | 433.55 |
| 91693607 | RX | 1/15/2019 | 3/27/2019 | 59 | 448.5 |
| 91693608 | RX | 1/15/2019 | 3/27/2019 | 59 | 691.2 |
| 91693609 | RX | 1/15/2019 | 3/27/2019 | 59 | 761.4 |
| 91693610 | RX | 1/15/2019 | 3/27/2019 | 59 | 372.81 |
| 91693611 | RX | 1/15/2019 | 3/27/2019 | 59 | 964.8 |
| 91693612 | RX | 1/15/2019 | 3/27/2019 | 59 | 715.49 |
| 91693902 | RX | 1/15/2019 | 3/27/2019 | 59 | 947.51 |
| 91693903 | RX | 1/15/2019 | 3/27/2019 | 59 | 944.23 |
| 91693921 | RX | 1/15/2019 | 3/27/2019 | 59 | 547.48 |
| 91695643 | RX | 1/22/2019 | 3/23/2019 | 63 | 1,985.11 |
| 91700544 | RX | 2/12/2019 | 2/12/2019 | 102 | -2,774.63 |