# OLSHAN

1325 AVENUE OF THE AMERICAS ▪ NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 ▪ FACSIMILE: 212.451.2222

EMAIL: MFOX@OLSHANLAW.COM
DIRECT DIAL: 212.451.2277

July 26, 2022

**VIA E-FILE**

Hon. Robert E. Grossman
United States Bankruptcy Court
for the Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re:   Ryniker v. Valdese Weavers, LLC, Adv. Pro. No. 20-08140:
      Request for Adjournment

Dear Judge Grossman:

Olshan Frome Wolosky LLP represents the Defendant in the above referenced adversary proceeding. As communicated yesterday with chambers, and on consent from counsel to Plaintiff, we respectfully request adjournment of the trial scheduled to begin July 28, 2022 for the reason stated in those communications. We understand that the Court has scheduled September 13 & 15, 2022 for trial and that the Plaintiff has an open request concerning September 15.Thank you for your consideration.

Respectfully submitted,

/s/ *Michael Fox*

Michael S. Fox