**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------- X
: Chapter 11
:
: Case No. 19-71020 (REG)
IN RE: : Case No. 19-71022 (REG)
: Case No. 19-71023 (REG)
DÉCOR HOLDINGS, INC., *et. al.*,[1] : Case No. 19-71024 (REG)
: Case No. 19-71025 (REG)
Post-Confirmation Debtors. :
: (Substantively Consolidated)
:
: Hon. Robert E. Grossman
---------------------------------------------------------- X
BRYAN RYNIKER, IN HIS CAPACITY AS :
LITIGATION ADMINISTRATOR OF THE :
POST-CONFIRMATION ESTATES OF :
DÉCOR HOLDINGS, INC., *et al.*, :
:
Plaintiff, :
: Adv. Pro. No. 20-08140 (REG)
v. :
:
VALDESE WEAVERS, LLC, :
:
Defendant. :
---------------------------------------------------------- X

## PRETRIAL STIPULATION AND ORDER

Plaintiff Brian Ryniker in his capacity as the Litigation Administrator ("Plaintiff") of the post-confirmation estates of Décor Holdings, Inc., *et al.* and Defendant Valdese Weavers, LLC ("Defendant"), by and through counsel, hereby stipulate as follows:

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Décor Holdings, Inc. (4174); Décor Intermediate Holdings LLC (5414); RAD Liquidation Inc. (f/k/a The Robert Allen Duralee Group, Inc.) (8435); RAD Liquidation LLC (f/k/a The Robert Allen Duralee Group, LLC) (1798); and RADF LLC (f/k/a The Robert Allen Duralee Group Furniture, LLC) (2835).

## RECITALS

A.      On July 7, 2022, the Litigation Administrator filed the following three motions *in limine* (collectively, "Plaintiff's MILs"):

(1)     *Motion In Limine No. 1 to Bar Defendant from Proffering Testimony and Evidence at Trial Concerning Reclamation Claim Under 11 U.S.C. § 546(c)* [Dkt. No. 18] ("MIL No. 1");

(2)     *Motion In Limine No. 2 to Bar Defendant from Introducing Summary Charts* [Dkt. No. 19] ("MIL No. 2"); and

(3)     *Motion In Limine No. 3 to Bar Defendant from Introducing Evidence Not Yet Produced* [Dkt. No. 20] ("MIL No. 3").

B.      On July 14, 2022, Valdese filed its *Motion In Limine to Bar Plaintiff from Introducing Evidence Produced After the Fact Discovery Deadline* [Dkt. No. 21] (the "Defendant's MIL").

## STIPULATION

Subject to entry of this Stipulation and Order by the Court, the Parties hereby agree as follows:

1.      Defendant shall not offer DEF'S 1 in support of a claim for reclamation of goods under 11 U.S.C. § 546(c).  Plaintiff hereby withdraws MIL No. 1.

2.      Plaintiff hereby withdraws MIL No. 2, provided, however that Plaintiff reserves all rights to object to the production and/or introduction of any invoices that have not yet been made available that are summarized in the summary charts.

3.      MIL No. 3 and Defendant's MIL shall proceed on a contested basis.

4.      The Parties do not object to the other Party calling witnesses via Zoom.

5.      The Parties' rights and positions that are not otherwise affected by this Stipulation are expressly reserved and preserved.

Dated: New York, New York
      September 7, 2022

OLSHAN FROME WOLOSKY LLP

By: /s/ *Jonathan T. Koevary*
Michael S. Fox
Jonathan T. Koevary
1325 Avenue of the Americas
New York, NY 10019
Tel.: (212) 451-2300
mfox@olshanlaw.com
jkoevary@olshanlaw.com

*Attorneys for Valdese Weavers, LLC*

Dated:    New York, New York
         September 7, 2022

LOEB & LOEB LLP

By: /s/ *Noah Weingarten*
Schuyler G. Carroll
Noah Weingarten
345 Park Avenue
New York, New York 10154
Tel.: (212) 407-4000
scarroll@loeb.com
nweingarten@loeb.com

*Attorneys for Brian Ryniker,
Litigation Administrator*

SO ORDERED:

22702133



**Dated: Central Islip, New York**
      **September 7, 2022**

      **Robert E. Grossman**
      **United States Bankruptcy Judge**